IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN G. MILLETT, <br> MELODY J. MILLETT, <br> On Behalf of Themselves and <br> All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRANS UNION L.L.C., <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § Cause of Action No. 04-2448-GTV <br> § <br> § <br> § <br> § |

**TRANS UNION LLC'S MOTION TO**
**DISMISS COUNT VI OF COMPLAINT**

Trans Union LLC, pursuant to Federal Rule of Civil Procedure 12(b)(6) and 9(b), and Local Rule 7.1, moves the Court for an Order dismissing Count VI of Plaintiffs' Complaint for the reason that Count VI does not allege fraud allegations with the necessary particularity required by Federal Rule of Civil Procedure 9(b). In compliance with Local Rule 7.1, a brief in support of this Motion to Dismiss has been filed contemporaneously with the motion

Respectfully submitted,

s/ James S. Kreamer
JAMES S. KREAMER   KS # 14374
ELIZABETH RAINES   KS # 20668

BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Road
Suite 500
Kansas City, Missouri 64108-2533
Tele.: (816) 471-2121
Fax.: (816) 472-0288
ATTORNEYS FOR DEFENDANT
TRANS UNION, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on November 19th, 2004 as follows:

| | |
|---|---|
| Mr. Barry R. Grissom *(via U.S. Mail)*<br>Attorney at Law<br>7270 West 98th Terrace<br>Building 7, Suite 220<br>Overland Park, Kansas 66212<br>***Counsel for Plaintiffs*** | B. Joyce Yeager *(via U.S. Mail)*<br>Yeager Law Firm, L.L.C.<br>7270 West 98th Terrace<br>Building 7, Suite 220<br>Overland Park, Kansas 66212<br>***Counsel for Plaintiffs*** |

s/ James S. Kreamer