IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT,<br>On Behalf Of Themselves and<br>All Others Similarly Situated,<br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>TRANSUNION L.L.C.,<br>　　　　　　　　Defendant. | Cause of Action No.: 04-2448-GTV |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Plaintiffs, Steven G. Millett and Melody J. Millett, by and through their undersigned attorneys, file their unopposed motion for enlargement of time to respond to Defendant's Motion to Dismiss. In support of their motion, Plaintiffs state as follows:

1. Defendant filed its motion to dismiss on November 19, 2004, and filed its answer on that date as well.

2. Counsel for plaintiffs who has responsibility for preparing the response to the motion has an unusually heavy case load at this time and is scheduled to be out of the office for five days during the response period as well.

3. Counsel will be responding to similar motions in six related cases and would like the opportunity to coordinate the responses. Counsel has received an extension until December 10, 2004 in at least one related case and has requested similar extensions in one other case.

4. Counsel for defendant indicates it has no opposition to an extension of time until December 10, 2004.

5. Counsel does not make this request for purposes of obfuscation or delay. Defendant will not be prejudiced by the delay.

WHEREFORE, counsel for Plaintiffs requests an extension of time, until December 10, 2004, to respond to Defendant's Motion to Dismiss.

>RESPECTFULLY SUBMITTED,
>
> Barry R. Grissom #10866
> 7270 W. 98th Terrace
> Building 7, Suite 220
> Overland Park, KS 66212
> (913) 341-6616
> (913) 341-4780-Fax
> bgrissom@sprintmail.com
>
> YEAGER LAW FIRM, L.L.C.
>
> By:    s/ B. Joyce Yeager
> B. Joyce Yeager
> Kansas Bar No. 18932
> Missouri Bar No. 46013
> 7270 W. 98th Terrace
> Building 7, Suite 220
> Overland Park, KS 66212
> (913) 648-6673
> (913) 648-6921 Facsimile
> jyeager@joyceyeagerlaw.com
>
> ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed electronically and notice of such filing was made electronically to defendants' counsel pursuant to the Electronic Case Filing Rules of the United States District Court for the District of Kansas on November 29, 2004:

James S. Kreamer
Elizabeth Raines
Baker Sterchi Cowden & Rice, L.L.C.
2400 Peshing Rd., Suite 500
Kansas City, MO 64108-2533

                                                    s/ B. Joyce Yeager
                                                    B. Joyce Yeager