# TEXT ENTRY ONLY