THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN G. MILLETT, §
MELODY J. MILLETT, §
On Behalf of Themselves and §
All Others Similarly Situated, §
        Plaintiffs, §
               §   Cause of Action No. 04-2448-GTV
               §
v. §
               §
TRANS UNION LLC §
        Defendant. §

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Paul L. Myers be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

                              Respectfully submitted,

                              s/ James S. Kreamer
                              JAMES S. KREAMER   KS # 14374
                              ELIZABETH RAINES   KS # 20668

                              BAKER STERCHI COWDEN & RICE, L.L.C.
                              2400 Pershing Road, Suite 500
                              Kansas City, Missouri 64108-2533
                              Tele.: (816) 471-2121
                              Fax.: (816) 472-0288
                              ATTORNEYS FOR DEFENDANT
                              TRANS UNION, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on December 30, 2004 as follows:

| | |
|---|---|
| Mr. Barry R. Grissom *(via U.S. Mail)* <br> Attorney at Law <br> 7270 West 98th Terrace <br> Building 7, Suite 220 <br> Overland Park, Kansas 66212 <br> **Counsel for Plaintiffs** | B. Joyce Yeager *(via U.S. Mail)* <br> Yeager Law Firm, L.L.C. <br> 7270 West 98th Terrace <br> Building 7, Suite 220 <br> Overland Park, Kansas 66212 <br> **Counsel for Plaintiffs** |

s/ James S. Kreamer