THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT,<br>On Behalf of Themselves and<br>All Others Similarly Situated,<br>               Plaintiffs,<br><br>v.<br><br>TRANS UNION LLC<br>               Defendant. | §§§§§§§§§§§ | Cause of Action No. 04-2448-GTV |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF DALLAS | § |

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Paul Lee Myers.

2. I practice under the following firm name or letterhead:

    Name:      Strasburger & Price, LLP
    Address:   2801 Network Boulevard, Suite 600
                     Frisco, Texas 75034
    Telephone Number: (469) 287.3903
    Fax: (469) 227.6567
    Email address: paul.myers@strasburger.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Supreme Court of Texas | November 10, 1988 | 14765100 |
| U.S. District Court, Northern District of Texas | December 9, 1988 | |
| U.S. District Court, Southern District of Texas | November 22, 1989 | |
| U.S. District Court, Eastern District of Texas | July 13, 1989 | 14765100 |
| U.S. District Court, Western District of Texas | May 30, 1989 | |
| U.S. District Court, Northern District of Oklahoma | April 12, 2001 | |
| U.S. District Court, District of Colorado | March 17, 2000 | |
| U.S. District Court, Eastern District of Missouri | December 13, 2002 | 111015 |

| Court | Date of Admission | Bar Number |
|---|---|---|
| U.S. District Court, Eastern District of Arkansas | April 6, 2000 | 14765100 |
| U.S. Fifth Circuit Court of Appeals | June 26, 2000 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have registered to receive electronic notification by completing the Court's Electronic Filing Registration Form. I understand I will receive System-generated notices of electronic filings.

FURTHER AFFIANT SAYETH NOT.

*[signature]*
**PAUL L. MYERS**
Texas Bar No. 14765100
Strasburger & Price, LLP
2801 Network Boulevard, Suite 600
Dallas, Texas 75034-1844
469.287.3903 / 469.227.6567 (Fax)

SWORN TO and SUBSCRIBED before me by PAUL MYERS on December 28th, 2004.



Darnell Benitez
Notary Public in and for the State of Texas

My Commission Expires: March 29, 2005

**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE – PAGE 3**
855228.1/SP2/83057/0312/122304