DJW/bh

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

STEVEN G. MILLETT,

                Plaintiff,

v.

                              CIVIL ACTION

                              No: 04-2448-CM-DJW

TRANSUNION L.L.C.,

                Defendant.

### ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion for Leave to Appear Pro Hac Vice (doc. 14) filed on December 30, 2004 and supporting affidavit, and for good cause shown, the Court finds that said motion should be granted. Paul L. Myers is hereby admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 3rd day of January 2005.

                                            s/ David J. Waxse
                                            David J. Waxse
                                            United States Magistrate Judge

cc:    All counsel and *pro se* parties