THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT,<br>On Behalf of Themselves and<br>All Others Similarly Situated,<br>　　　　　Plaintiffs,<br><br>v.<br><br>TRANS UNION LLC<br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>　　Cause of Action No. 04-2448-GTV |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Amanda S. Lewis be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ James S. Kreamer
　　　　　　　　　　　　　　　　　JAMES S. KREAMER
　　　　　　　　　　　　　　　　　KS # 14374
　　　　　　　　　　　　　　　　　BRYAN MOUBER
　　　　　　　　　　　　　　　　　KS # 19710
　　　　　　　　　　　　　　　　　BAKER STERCHI COWDEN & RICE, L.L.C.
　　　　　　　　　　　　　　　　　2400 Pershing Road, Suite 500
　　　　　　　　　　　　　　　　　Kansas City, MO 64108-2533
　　　　　　　　　　　　　　　　　Tele.: (816) 471-2121 / Fax.: (816) 472-0288

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on January 24, 2005 as follows:

| | |
|---|---|
| Mr. Barry R. Grissom *(via U.S. Mail)*<br>Attorney at Law<br>7270 West 98th Terrace<br>Building 7, Suite 220<br>Overland Park, KS  66212<br>**Counsel for Plaintiffs** | B. Joyce Yeager *(via U.S. Mail)*<br>Yeager Law Firm, L.L.C.<br>7270 West 98th Terrace<br>Building 7, Suite 220<br>Overland Park, KS  66212<br>**Counsel for Plaintiffs** |

/s/ James S. Kreamer