THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN G. MILLETT, §<br>MELODY J. MILLETT, §<br>On Behalf of Themselves and §<br>All Others Similarly Situated, §<br>                      Plaintiffs, §<br>                        §<br>v. §<br>                        §<br>TRANS UNION LLC §<br>                      Defendant. § | Cause of Action No. 04-2448-GTV |

## **AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

STATE OF TEXAS              §

COUNTY OF DALLAS     §

      Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1.     My full name is: Amanda Stamps Lewis

2.     I practice under the following firm name or letterhead:

    Name:     Strasburger & Price, LLP
    Address:   901 Main Street, Suite 4300
                    Dallas, Texas 75202
    Telephone Number: (214) 651.4461
    Fax: (214) 659.4104
    Email address: amanda.lewis@strasburger.com

3.     I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Supreme Court of Texas | November 3, 1999 | 24013553 |
| U.S. District Court, Northern District of Texas | December 13, 1999 | |
| U.S. District Court, Southern District of Texas | June 28, 2000 | 27023 |
| U.S. District Court, Eastern District of Texas | January 31, 2000 | 24013553 |
| U.S. District Court, Western District of Texas | June 28, 2001 | |
| U.S. District Court, Eastern District of Arkansas | April 6, 2000 | 24013553 |
| U.S. District Court, Western District of Arkansas | April 6, 2000 | 24013553 |
| U.S. District Court, District of Colorado | March 23, 2000 | |

| Court | Date of Admission | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Fifth Circuit | February 3, 2003 | |
| U.S. Court of Appeal for the Ninth Circuit | November 16, 2004 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have registered to receive electronic notification by completing the Court's Electronic Filing Registration Form attached hereto. I understand I will receive System-generated notices of electronic filings.

FURTHER AFFIANT SAYETH NOT.

AMANDA S. LEWIS
Texas Bar No. 24013553
Strasburger & Price, LLP
901 Main Street, Suite 4300
Dallas, Texas 75202
214.651.4461 / 214.659.4104 (Fax)

SWORN TO and SUBSCRIBED before me by AMANDA LEWIS on January 21, 2005.

YOLANDA E. BABLES
Notary Public
State of Texas
My Comm. Expires 09-14-08

Notary Public in and for the State of Texas

My Commission Expires: 9-14-05