DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**STEVE G. MILLETT, et al.,**

                **Plaintiffs,**

                                    **CIVIL ACTION**

**v.**

                                    **No: 04-2448-CM-DJW**

**TRANSUNION L.L.C.,**

                **Defendant.**

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion for Leave to Appear Pro Hac Vice (doc. 17) and supporting affidavit filed on January 24, 2005, and for good cause shown, the Court finds that said motion should be granted. Amanda S. Lewis is hereby admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the Court's Administrative Procedures by completing a registration form at www.ksd.uscourts.gov/features/forms/pdfforms/efilereg.pdf.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 26th day of January 2005.

                                                  s/ David J. Waxse
                                                  David J. Waxse
                                                  United States Magistrate Judge

cc: All counsel and *pro se* parties