# CLERK'S COURTROOM MINUTE SHEET - GENERAL

## CASE NO. 04-2448-CM-DJW

| **CAPTION:** | **APPEARANCES:** |
|---|---|
| STEVEN G. MILLETT, et al., | B. Joyce Yeager |
| Plaintiffs, | |
| vs. | |
| TRANSUNION L.L.C., | Amanda S. Lewis |
| Defendant. | |

**Judge:** David J. Waxse  **Clerk:** N/A  **Recorded:** N/A

**Date:** January 27, 2005  **Location:** Kansas City

**Hearing Completed:** ( X ) Yes  ( ) No

( ) Motion Hearing  ( X ) Status Conference  ( ) Settlement Conference

( ) Other: _____

## PROCEEDINGS

Plaintiffs may file a First Amended Complaint on or before March 24, 2005 providing sufficient specificity to clarify the class claims. Defendant is allowed to and including April 25, 2005 to answer, object, or otherwise respond to the Amended Complaint. On or before May 10, 2005 counsel shall again meet and confer, and address the Report of Parties' Planning Conference. The parties will be required to submit the Report of Parties' Planning Conference on or before May 21, 2005. A Telephone Scheduling Conference is set for June 1, 2005 at 10:00 a.m.