IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN G. MILLETT, )
MELODY J. MILLETT, )
On Behalf Of Themselves and )
All Others Similarly Situated, )
                    Plaintiffs, )
                    )
vs. )    Cause of Action No.: 04-2448-CM
                    )
TRANSUNION L.L.C., )
                 Defendant. )

UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING
PLAINTIFFS' AMENDED COMPLAINT

Plaintiffs, Steven G. Millett and Melody J. Millett, by and through their undersigned attorneys, file this motion for an enlargement of time to file their amended complaint. In support of their motion, the Plaintiffs state as follows:

1. Plaintiffs were to amend their Complaint on March 24, 2005. Plaintiffs were given this time so that the parties could explore whether Plaintiffs could more clearly define their class action complaint.

2. The parties have conducted extensive discussions and representatives of the parties have personally met. Plaintiffs contemplate dismissing some of their claims and the parties need additional time to exchange limited information pertaining to that claim.

3. Plaintiffs' counsel has been involved in settlement negotiations and meetings with other defendants in related cases and the interrelated nature of communications with the defendants in the other cases has bearing on the claims in this litigation.

4. Plaintiffs request until Wednesday, March 30, 2005, to amend their complaint. Defendant's Answer was scheduled to be filed on or before April 25, 2005. Counsel indicates it

would still need 30 days in which to answer. Defendant's Answer, should the Court grant Plaintiffs' extension of time, would then be expected on or before May 2, 2005, if the Court would provide Defendants 30 days to answer as was originally contemplated. Plaintiffs' proposed order to the Court will include this change in the deadline for Defendants to answer or otherwise respond.

    5. This motion is not being filed for purposes of harassment or delay and counsel for Defendant does not oppose this motion for time.

    6. The parties contemplate that they will still be able to conduct the planning meeting on or before May 10, 2005, and currently scheduled.

RESPECTFULLY SUBMITTED,

Barry R. Grissom #10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 341-6616
(913) 341-4780-Fax
bgrissom@sprintmail.com

YEAGER LAW FIRM, L.L.C.
By:   s/ B. Joyce Yeager
B. Joyce Yeager
Kansas Bar No. 18932
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 648-6673
(913) 648-6921 Facsimile
jyeager@joyceyeagerlaw.com

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

      The foregoing was filed electronically and notice of such filing was provided to counsel for the parties pursuant to the Electronic Case Filing Rules of the United States District Court for the District of Kansas on March 24, 2005.

James S. Kreamer  
Elizabeth Raines  
Baker Sterchi Coweden & Rice, L.L.C.  
2400 Pershing Rd., Ste. 500  
Kansas City, MO 64108-2533  
kreamer@bscr-law.com  

Amanda Lewis  
Paul Myers  
Strasburger & Price, LLP  
2801 Network Blvd., #600  
Frisco, TX 75034  
(214) 651-4461  
(469) 227-6567 Facsimile  

                                                                                       s/ B. Joyce Yeager