IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN G. MILLETT, et al.,

        Plaintiffs,

vs.                               Case No.: 04-2448-CM-DJW

TRANSUNION L.L.C.,

        Defendant.

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR EXTENSION OF TIME FOR FILING
PLAINTIFFS' AMENDED COMPLAINT

Plaintiffs' Motion for enlargement of time to file their amended complaint (doc. 22) is granted and Plaintiffs are allowed through and including March 30, 2005 to file their amended complaint.

Defendants will answer or otherwise respond on or before May 2, 2005.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 28th day of March, 2005.

                                        s/ David J. Waxse
                                        David J. Waxse
                                        United States Magistrate Judge

cc:    All counsel and *pro se* parties