IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN G. MILLETT, )
MELODY J. MILLETT, )
On Behalf Of Themselves and )
All Others Similarly Situated, )
                     Plaintiffs, )
                              )
vs. ) Cause of Action No.: 04-2448-CM
                              )
TRANSUNION L.L.C., )
                     Defendant. )

MOTION TO ADD A PARTY AND MOTION FOR EXTENSION OF TIME TO AMEND

      Plaintiffs, Steven G. Millett and Melody J. Millett, by and through their undersigned attorneys, file this motion to add a party. Plaintiffs were to file their amended complaint on or before March 30, 2005, and Plaintiffs move for an extension of time to amend their complaint until such time as the Court can rule on this motion. In support of their motion, Plaintiffs state as follows:

      1. Plaintiffs brought a class action claim, in Counts I and II of their Complaint, for individuals who are the victims of identity theft. The issues raised by the original complaint involved a unique form of identity theft, the fraudulent use of the social security number of the identity theft victim. The parties engaged in extensive and frank discussions about the form of relief available for plaintiffs and others similarly situated who are the victims of this form of identity theft. The second class identified in the original Complaint were consumers who purchased the products and services of Defendant, products and services which were advertised as a method for consumers to guard against identity theft.

      2. Plaintiffs agreed to amend their complaint and the Court ordered Plaintiffs to amend their complaint on or before March 30, 2005. The parties conferred about the nature of the

claims to be brought in the amended complaint. The claims in the First Amended Complaint - Class Action (attached as Exhibit A) are limited to claims related to the consumer products of Defendant Trans Union and its affiliated companies.

3. On or about March 28, 2005, counsel for Defendant notified counsel for Plaintiff that the correct party to be named for the purpose of the narrowed claims was TrueLink, Inc., a Trans Union company. Counsel for Defendant Trans Union has been unable to verify since that time that counsel for Trans Union can accept service for TrueLink, Inc. Counsel for Trans Union also cannot otherwise agree, at this time, to a substitution of parties.

4. Plaintiffs move this Court for permission to add TrueLink, Inc. as the named defendant in their amended complaint. Counsel for Defendant Trans Union indicates that TrueLink, Inc. and not Trans Union LLC, is the proper party for the claims in the First Amended Complaint - Class Action. Defendant Trans Union would not be a named party.

5. The parties have engaged in forthcoming and frank discussions and Plaintiffs do not make this request for purposes of harassment or delay. Plaintiff believes that proceeding with the affiliated company, TrueLink, Inc., will be the most efficient use of resources. No scheduling order is yet in place.

WHEREFORE, Plaintiffs respectfully request permission to add TrueLink, Inc. as the named Defendant in this action.

RESPECTFULLY SUBMITTED,

Barry R. Grissom #10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 341-6616
(913) 341-4780-Fax
bgrissom@sprintmail.com

YEAGER LAW FIRM, L.L.C.
By:   s/ B. Joyce Yeager   
B. Joyce Yeager
Kansas Bar No. 18932
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 648-6673
(913) 648-6921 Facsimile
jyeager@joyceyeagerlaw.com

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

The foregoing was filed electronically and notice of such filing was provided to counsel for the parties pursuant to the Electronic Case Filing Rules of the United States District Court for the District of Kansas on March 30, 2005.

James S. Kreamer
Elizabeth Raines
Baker Sterchi Coweden & Rice, L.L.C.
2400 Pershing Rd., Ste. 500
Kansas City, MO 64108-2533
kreamer@bscr-law.com

Amanda Lewis
Paul Myers
2801 Network Blvd., #600
Frisco, TX 75034
(214) 651-4461
(469) 227-6567 Facsimile
amanda.lewis@strasburger.com
paul.meyers@strasburger.com

    s/ B. Joyce Yeager