DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**STEVEN G. MILLETT,**

        **Plaintiffs,**

v.

        Civil Action

        No.  04-2448-CM-DJW

**TRANSUNION L.L.C.,**

        **Defendant.**

## ORDER

Pending before the Court is Plaintiffs' Motion to Add a Party and Motion for Extension of Time to Amend (doc. 24).  Defendant has informed the Court that it does not plan to file a response in opposition to the motion.  The Court will therefore grant the motion as uncontested.  Within **ten (10) days** of the date of filing of this Order Plaintiffs shall file and serve the Amended Complaint.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Add a Party and Motion for Extension of Time to Amend (doc. 24) is granted.

IT IS SO ORDERED.

Dated at Kansas City, Kansas on this 31st of March 2005

        s/ David J. Waxse
        David J. Waxse
        U.S. Magistrate Judge

cc:    All counsel and pro se parties