# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN G. MILLETT, ) | |
| MELODY J. MILLETT, ) | |
| On Behalf Of Themselves and ) | |
| All Others Similarly Situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 04-2448-CM |
| ) | |
| TRUELINK, INC, ) | |
| a Trans Union Company, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiffs initially filed the instant action against Transunion, L.L.C. On November 19, 2004, Transunion L.L.C. filed a Motion to Dismiss (Doc. 5), to which plaintiffs responded. On March 30, 2005, plaintiffs moved for leave to file an amended complaint. In that motion, plaintiffs stated that they became aware that the correct party to be named was TrueLink, Inc., a Trans Union company. On April 1, 2005, Magistrate Judge Waxse granted plaintiff's motion for leave to amend, adding as the named party Truelink, Inc. As such, because Transunion, L.L.C. is no longer a named party in this action, its Motion to Dismiss (Doc. 5) is moot.

**IT IS SO ORDERED**.

Dated this  6  day of April 2005, at Kansas City, Kansas.

s/ Carlos Murguia
CARLOS MURGUIA
United States District Judge