IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEVEN G. MILLETT,                                    )
MELODY J. MILLETT, On Behalf Of Themselves            )
and All Others Similarly Situated,                    )
                                                      )
                                                      )
                    Plaintiffs,                       )
                                                      )
        v.                                            )        C.A. No. 05-599 (SLR)
                                                      )
TRUELINK, INC., a Trans Union Company,                )
                                                      )
                    Defendants.                       )

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael O'Neil and Paula D. Friedman, DLA Piper Rudnick Gray Cary US LLP, 203 North LaSalle Street, Suite 1900, Chicago, Illinois 60601, to represent Defendant TrueLink, Inc. in the above captioned action.

Dated: September 13, 2005                    MORRIS, NICHOLS, ARSHT AND TUNNELL
         Wilmington, Delaware

                                             _____
                                             William M. Lafferty (#2755)
                                             Erika Y. Tross (#4506)
                                             1201 N. Market Street
                                             Wilmington, Delaware  19801
                                             (302) 658-9200
                                                 Attorneys for Defendant TrueLink, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2005          _____
                                                      United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court,

am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and

pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct which occurs in the preparation or course of this action. I also certify that I am

generally familiar with this Court's Local Rules and with Standing Order for District Court Fund

effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the

Clerk of Court for the District Court.


Date: September 13, 2005

Michael O'Neil
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: September 13, 2005

Paula D. Friedman
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000

## CERTIFICATE OF SERVICE

I, Erika Y. Tross, hereby certify that on September 13th, 2005 I electronically filed

a **Motion and Order for Admission *Pro Hac Vice***, with the Clerk of Court using CM/ECF,

which will send notification of such filing(s) to the following:

> Seth D. Rigrodsky
> Ralph N. Sianni
> Brian D. Long
> Milberg Weiss Bershad & Schulman LLP
> 919 N. Market Street, Suite 411
> Wilmington, DE  19801

MORRIS, NICHOLS, ARSHT & TUNNELL

Erika Y. Tross (#4506)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
etross@mnat.com
    Attorneys for Defendants, Trans Union LLC and
    TrueLink, Inc.

September 13, 2005