IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Cause of Action No. 05-CV-599-SLR |
| TRUELINK, INC., | ) ) ) | |
| Defendant. | ) | |

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

The undersigned conferred with new counsel for Defendant by telephone on September 15, 2005, and Ms. Friedman indicated Defendant had no objection to the motion by counsel for Plaintiffs for additional time to comply with Local Rule 83.5.

RESPECTFULLY SUBMITTED,

Barry R. Grissom #10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 341-6616
(913) 341-4780-Fax
bgrissom@sprintmail.com

YEAGER LAW FIRM, L.L.C.

By: /s/ Joyce Yeager
B. Joyce Yeager
Kansas Bar No. 18932
Missouri Bar No. 46013
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 648-6673
(913) 648-6921 Facsimile
jyeager@joyceyeagerlaw.com

ATTORNEYS FOR PLAINTIFFS

2

## AFFIDAVIT/CERTIFICATE OF SERVICE

State of Kansas      )
County of Johnson    )

    The undersigned does hereby certify that a copy of the foregoing, which was conveyed to clerk of the court by overnight delivery for electronic filing by shipment of paper copy and disk, was also deposited in the United States Mail, postage prepaid, and served electronically on September 15, 2005, to the following:

    Amanda Lewis
    Paul Myers
    2801 Network Blvd., #600
    Frisco, TX 75034
    amanda.lewis@strasburger.com
    paul.meyers@strasburger.com

    Paula D. Friedman
    DLA Piper Rudnick Gray Cary US LLP
    203 N. LaSalle S., Ste. 1900
    Chicago, IL 60601
    paula.friedman@dlapiper.com

    Erika Yvonne Tross
    Morris, Nichols, Arsht & Tunnell
    1201 N. Market St.
    P.O. Box 1347
    Wilmington, DE 19899
    etross@mnat.com

B. Joyce Yeager

Dated: September 15, 2005

Subscribed and sworn to before me, a notary public, by the person known to me to be B. Joyce Yeager, this 15th day of September, 2005.

Elizabeth A. Metz
Notary Public

My Commission Expires: 9/5/06

ELIZABETH A. METZ
NOTARY PUBLIC STATE OF KANSAS
My Appt. Exp. 9/5/06