IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT and MELODY J. MILLETT, on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>) | |
| Plaintiffs, ) | |
| v. ) | Civ. No. 05-599-SLR |
| TRUELINK, INC., ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 22nd day of September, 2005, having reviewed plaintiffs' motion for additional time to comply with D. Del. LR 83.5;

IT IS ORDERED that said motion is granted. Plaintiffs shall have until **November 14, 2005** in which to retain local counsel representation.

                                                         _____
                                                         United States District Judge