## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

STEVEN G. MILLETT, and       )
MELODY J. MILLETT, On Behalf of  )
Themselves and All Others Similarly )
Situated,                          )
                                 )
        Plaintiffs,       ) C.A. No.:  05-599 SLR
                                 )
   v.                          )
                                 )
TRANSUNION, LLC, and       )
TRUELINK, INC.,          )
                                 )
        Defendants.      )
                                 )

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of the Plaintiffs in the above-captioned matter.

ERISMAN & CURTIN

Christopher J. Curtin
I. D. No. 226
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE  19899
(302) 478-5577
ccurtin659@aol.com
Attorney for Plaintiffs

DATED:  November 10, 2005

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esquire, hereby certify that on November 10, 2005, I electronically filed an **Entry of Appearance** with the Clerk of the District Court using CM/CFM, which will send notification of such filing to the following:

William M. Lafferty, Esquire
Erica Y. Tross, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Seth D. Rigrodski, Esquire
Ralph N. Sianni, Esquire
Brian D. Long, Esquire
Milberg, Weiss, Bershad & Schulman, L.L.P.
919 Market Street, Suite 411
Wilmington, DE 19801

**ERISMAN & CURTIN**

Christopher J. Curtin
Bar Identification No. 0226
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE 19899
(302) 478-5577
ccurtin659@aol.com
Attorney for Plaintiffs

DATED: November 10, 2005

cc: Bryson R. Cloon, Esquire