U.S. DISTRICT COURT
DISTRICT OF DELAWARE (WILMINGTON)

| | |
|---|---|
| STEVEN G. MILLETT and<br>MELODY J. MILLETT,<br>On behalf of Themselves and<br>Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TRANSUNION, LLC and<br>TRUELINK, INC.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case No. 1:05-cv-00599-SLR<br>)<br>)　Complaint - Class Action<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Joyce B. Yeager to represent plaintiffs in this matter.

Signed: _____

Erisman & Curtin
Christopher James Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Bar I.D. 0226

Attorney for Plaintiffs

November 10, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Kansas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged miscounduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
B. Joyce X. Yeager

November 8, 2005

B. Joyce X. Yeager
7270 W. 98th Terrace
Suite 220, Building 7
Overland Park, Kansas 66212

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esquire, hereby certify that on November 10, 2005, I electronically filed the foregoing **Motion and Order for Admission *Pro Hac Vice*** with the Clerk of the District Court using CM/CFM, which will send notification of such filing to the following:

William M. Lafferty, Esquire
Erica Y. Tross, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Seth D. Rigrodski, Esquire
Ralph N. Sianni, Esquire
Brian D. Long, Esquire
Milberg, Weiss, Bershad & Schulman, L.L.P.
919 Market Street, Suite 411
Wilmington, DE 19801

                                              **ERISMAN & CURTIN**

                                              Christopher J. Curtin
                                              Bar Identification No. 0226
                                              629 Mount Lebanon Road
                                              P.O. Box 250
                                              Wilmington, DE 19899
                                              (302) 478-5577
                                              ccurtin659@aol.com
                                              Attorney for Plaintiffs

DATED: November 10, 2005