IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT, On Behalf Of Themselves<br>and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>TRUELINK, INC., a Trans Union Company,<br><br>　　　　　　　　　　Defendant. | C.A. No. 05-599 (SLR) |

## NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Erika Y. Tross, Esquire, is no longer associated with the law firm of Morris, Nichols, Arsht & Tunnell and that William M. Lafferty, Esquire, and Jerry J. Harris, Jr., Esquire, of Morris, Nichols, Arsht & Tunnell are entering their appearance as counsel to represent Defendant TrueLink, Inc. in the above captioned action.

　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT AND TUNNELL

　　　　　　　　　　　　　　　　　　/s/ William M. Lafferty
　　　　　　　　　　　　　　　　　　William M. Lafferty (#2755)
　　　　　　　　　　　　　　　　　　Jerry C. Harris, Jr. (#4262)
　　　　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant TrueLink, Inc.

## CERTIFICATE OF SERVICE

I, William M. Lafferty, hereby certify that on November 17, 2005 I electronically filed the **Notice of Withdrawal and Entry of Appearance**, with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Christopher J. Curtin, Esquire
Erisman & Curtin
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE  19899

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ William M. Lafferty*
William M. Lafferty (#2755)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
wlafferty@mnat.com
   Attorneys for Defendant TrueLink, Inc.

November 17, 2005