IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, ) | |
| MELODY J. MILLETT, ) | |
| On Behalf Of Themselves and ) | |
| All Others Similarly Situated, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 05-599-SLR |
| ) | |
| TRUELINK, INC., ) | CLASS ACTION |
| a Trans Union Company, ) | |
| Defendant. ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

  Plaintiffs, Steven G. Millett and Melody J. Millett, by and through their undersigned attorneys, on behalf of themselves and other similarly situated persons, pursuant to Rule 15(a), hereby move this Court for leave to file their Second Amended Complaint. A Memorandum in Support of this Motion is being filed contemporaneously herewith.

            Respectfully submitted,

            /s/ Christopher J. Curtin
            Christopher J. Curtin
            DE Bar Id. No. 0226
            Erisman & Curtin
            629 Mount Lebanon road
            Wilmington, Delaware 19803
            Phone: (302) 478-5577
            Facsimile: (302) 478-5494
            Email: ccurtin659@aol.com

            and

            /s/ Barry R. Grissom

Barry R. Grissom, Esq.
KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616

and

Bryson R. Cloon
KS Bar. Id. No. 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11350 Tomahawk Creek Parkway, Suite 100
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

and

B. Joyce Yeager, Esq.
KS Bar. Id. No. 18932
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 648-6673

and

Michael W. Blanton,
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esq., hereby certify that on December 6, 2005, I electronically filed the foregoing Motion for Leave to File Amended Complaint with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

William M. Lafferty, Esq.
Jerry Clyde Harris, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801

ERISMAN & CURTIN

/s/ Christopher J. Curtin
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

DATE: December 6, 2005