# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, ) | |
| MELODY J. MILLETT, ) | |
| On Behalf Of Themselves and ) | |
| All Others Similarly Situated, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 05-599-SLR |
| ) | |
| TRUELINK, INC., ) | CLASS ACTION |
| a Trans Union Company, ) | |
| Defendant. ) | |

## ORDER

The Court, having considered Plaintiffs' Motion for Leave to File Amended Complaint, this _____ day of _____ 2005,

**IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file their Second Amended Complaint in the form attached to Plaintiffs' Motion.

_____
U.S. District Court Judge

Date: _____