IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN G. MILLETT, <br> MELODY J. MILLETT, <br> On Behalf Of Themselves and <br> All Others Similarly Situated, <br>                        Plaintiffs, <br><br> v. <br><br> TRUELINK, INC., <br> a Trans Union Company, <br>                        Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br> C.A. No.: 05-599-SLR <br><br> CLASS ACTION |

## ORDER

The Court, having considered Plaintiffs' Motion for Leave to File Amended Complaint, this _____14th_____ day of _____December_____ 2005,

**IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file their Second Amended Complaint in the form attached to Plaintiffs' Motion.

_____
U.S. District Court Judge