# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William M. Lafferty
302 575 7341
302 425 4679 Fax
wlafferty@mnat.com

December 19, 2005

**VIA E-FILING**

Mr. Peter T. Dalleo
Clerk of Court
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    *Millett v. TrueLink, Inc.*, C.A. No. 05-599-SLR

Dear Mr. Dalleo:

    Pursuant to Local Rule 3.1(b), I write to inform the Court of the existence of a case that is related to the above-referenced action. On August 16, 2005, the above-referenced putative class action was transferred into this District from the Federal Court in Kansas City, Missouri, and was assigned to Judge Robinson. On December 14, 2005, Judge Robinson granted an unopposed motion by plaintiff to amend the complaint and, thus, the proposed second amended complaint was deemed filed. The second amended complaint adds certain claims against TrueLink similar to those at issue in a prior pending putative class action in this District captioned *Townes v. TransUnion LLC and TrueLink, Inc.*, C.A. No. 04-1488-JJF, which has been assigned to Judge Farnan. TrueLink is an affiliate of TransUnion. In light of the overlapping claims and putative classes in the *Millett* and *Townes* cases, we believed it appropriate to identify these cases to the Court as related. We previously provided notice to the parties of the related nature of these actions.

    If the Court has any questions about the foregoing, counsel for the parties will make themselves available at the convenience of the Court to address them.

    Respectfully,

    *William M. Lafferty*
    William M. Lafferty (#2755)

Mr. Peter T. Dalleo
December 19, 2005
Page 2

cc.  Ralph N. Sianni, Esquire
Brad Friedman, Esquire
Michael L. McGlamry, Esquire
Beth Parr, Esquire
Christopher J. Curtin, Esquire
Barry R. Grissom, Esquire
B. Joyce Yeager, Esquire
Bryson R. Cloon, Esquire
Michael W. Blanton, Esquire