| | **ERISMAN & CURTIN** | |
|---|---|---|
| Christopher J. Curtin | Attorneys at Law | David H. Erisman |
| 629 Mt. Lebanon Road | P. O. Box 250 | Of Counsel |
| Wilmington, DE 19803 | Wilmington, Delaware 19899 | __ |

Telephone (302) 478-5577
Telefax (302) 478-5494
E-Mail: CCurtin659@aol.com

December 21, 2005

**VIA E-MAIL**

Peter T. Dalleo
Clerk of the Court
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:  *Millett v. TrueLink, Inc.,* CA No. 05-599-SLR

Dear Mr. Dalleo:

I am in receipt of correspondence dated December 19, 2005 from William M. Lafferty sent to you pursuant to Local Rule 3.1(b) apprising the Court of the existence of a case wherein the same defendant is named.

Although the defendant, TrueLink, Inc., is the same in both actions, the underlying product which is the subject of the class claims is not.  Additionally, there are several more causes of action raised by the Millett case that are not present in *Townes v. TransUnion, LLC and TrueLink, Inc.,* CA No. 04-1488-JJF.  Moreover, while this matter was transferred from U.S. District Court for the District of Kansas on August 8, 2005, the original Millett complaint naming all three major credit reporting agencies was filed on June 16, 2004 and TransUnion, LLC individually was named in that same Court in a separate Millett complaint filed September 9, 2004.

Based upon our belief that our case is dissimilar, with the exception of the defendant, we will be filing our motion to be appointed interim counsel as to our class with Judge Robinson for her consideration.

If the Court has any questions about the foregoing, counsel for the Milletts would be happy to make themselves available at the convenience of the Court to address them.

Respectfully submitted,

s/Christopher J. Curtin

cc: Barry R. Grissom, Esquire
    Bryson Cloon, Esquire
    B. Joyce Yeager, Esquire
    Michael Blanton, Esquire
    William Lafferty, Esquire
    Ralph N. Sianni, , Esquire
    Brad Friedman, , Esquire
    Michael L. McGlamry, Esquire
    Beth Parr, Esquire
    Paula Friedman, Esquire