## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, ) | |
| MELODY J. MILLETT, ) | |
| On Behalf Of Themselves and ) | |
| All Others Similarly Situated, ) | |
|           Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 05-599-SLR |
| ) | |
| TRUELINK, INC., ) | Class Action |
| a Trans Union Company, ) | |
|           Defendant. ) | |

**STATEMENT REQUIRED BY LOCAL RULE 7.1.1**

    The undersigned counsel states that the parties have made a reasonable effort to resolve the issue raised in the attached motion by discussing the issue raised in the attached motion and the parties are not able to reach agreement.

                                                 Respectfully submitted,

                                                 /s/ Christopher J. Curtin
                                                 Christopher J. Curtin
                                                 DE Bar Id. No. 0226
                                                 Erisman & Curtin
                                                 629 Mount Lebanon road
                                                 Wilmington, Delaware 19803
                                                 Phone: (302) 478-5577
                                                 Facsimile: (302) 478-5494
                                                 Email: ccurtin659@aol.com

                                                 and

                                                 /s/ Barry R. Grissom

Barry R. Grissom, Esq.
KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616

and

Bryson R. Cloon
KS Bar. Id. No. 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

and

B. Joyce Yeager, Esq.
KS Bar. Id. No.  18932
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 648-6673

and

Michael W. Blanton,
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

COUNSEL FOR PLAINTIFFS