## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, ) | |
| MELODY J. MILLETT, ) | |
| On Behalf Of Themselves and ) | |
| All Others Similarly Situated, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 05-599-SLR |
| ) | |
| TRUELINK, INC., ) | CLASS ACTION |
| a Trans Union Company, ) | |
| Defendant. ) | |

## ORDER

The Court, having considered Plaintiffs' Motion to Appoint Interim Class Counsel, this

_____ day of _____ 2005

**IT IS HEREBY ORDERED** that Plaintiffs' counsel of record are designated as Interim

Class Counsel for purposes of the class described in Plaintiffs' Second Amended Complaint.

_____
U.S. District Court Judge

Date: _____