# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT V. TOWNES, IV,<br>individually and on behalf of<br>all persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC and<br>TRUELINK, INC.,<br><br>    Defendants. | Civil Action No.<br><br><u>Class Action</u><br><br>Demand for Jury Trial |

## **COMPLAINT**

Plaintiff, by his attorneys, makes the following allegations based upon knowledge with respect to his own acts and based upon information and belief with respect to other matters. Certain information concerning Defendants' conduct is not publicly available. Plaintiff believes that substantial additional evidentiary support will exist for his allegations after a reasonable opportunity for discovery.

### Preliminary Statement

1. This action is brought by Plaintiff on behalf of himself and a proposed nationwide class of persons who purchased services from Defendants, which Plaintiff asserts are "credit repair organizations" that operate in violation of the consumer protection provisions of the federal Credit Repair Organizations Act ("CROA"), 15 U.S.C. § 1679 *et seq.* The proposed class consists of persons who, at any time after five years prior to the filing of this action, have purchased any "consumer" or "personal" service from a Defendant and who (a) paid in advance before such service was provided

or fully performed; (b) did not receive the disclosures described in 15 U.S.C. § 1679c; (c) did not receive a written contract with terms as described in 15 U.S.C. § 1679d; or (d) did not receive a cancellation form and other information described in 15 U.S.C. § 1679e.

### Jurisdiction and Venue

2. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 in that it arises under the laws of the United States, specifically under CROA, 15 U.S.C. § 1679 *et seq.*

3. Venue is proper in this district in that Defendants are entities organized under Delaware law and in that Defendants have designated this judicial district as a proper venue for this type of action against them. *See* "Terms of Use" (attached as Exhibit A), which provides that customers "agree that any and all disputes arising under this Agreement or out of TrueLink's provision of services to [customer], if submitted to a court of law, shall be submitted to the state and federal courts of New Castle County, Delaware, USA."

### Facts

4. Plaintiff, Robert V. Townes, IV, lives in Gardendale, Alabama. In August 2004, Plaintiff visited a website maintained by Defendants and purchased services from Defendants in order to improve his credit record, credit history, and credit rating.

5. Defendant TransUnion LLC ("TransUnion") is a limited liability company organized under the laws of the State of Delaware, is authorized to do business in Delaware, and has its principal place of business in Chicago, Illinois. TransUnion is a privately held company.

6. Defendant TrueLink, Inc. ("TrueLink") is a corporation organized under the laws of the State of Delaware, is authorized to do business in Delaware, and has its principal place of business in San Luis Obispo, California. It is wholly owned by TransUnion.

## Facts

7. Defendants own, provide, operate, and maintain the website www.truecredit.com, through which Defendants provide credit-related services to consumers. The website states that it is "provided by TrueLink" and is "brought to you by TransUnion." Persons who visit TransUnion's website (www.transunion.com) are redirected to www.truecredit.com upon indicating interest in obtaining consumer (or "Personal Solutions") services relating to credit records, history, or ratings.

8. Plaintiff visited www.truecredit.com on August 23, 2004. He ordered "TrueCredit" services consisting of an "Instant 3-in-1 Credit Report" and a "custom debt analysis," including "tips for making your score higher." The services included identification of specific factors to help the consumer obtain favorable consideration by lenders in evaluating the capacity and creditworthiness of the consumer; summaries and explanations of debt and credit scores to enable the consumer to improve his or her score over time; and access to updates of the information provided for 30 days.

9. As guided by the website, Plaintiff agreed to the Terms of Use and arranged to pay $45.85 for the services. Defendants charged Plaintiff's credit card for that amount immediately.

10. CROA defines a "credit repair organization" as follows:

> The term "credit repair organization" – (A) means any person who uses any instrumentality of interstate

> commerce or the mails to sell, provide or perform (or represent that such person can or will sell, provide, or perform) any service, in return for the payment of money or other valuable consideration, for the express or implied purpose of – (i) improving any consumer's credit record, credit history, credit rating; or (ii) providing advice or assistance to any consumer with regard to any activity or service described in clause (i)...

15 U.S.C. § 1679a.

11.  Defendants are "credit repair organizations" within the meaning of CROA. The services Defendants furnish to consumers through www.truecredit.com are provided for the express or implied purpose of improving the consumer's credit record, credit history, or credit rating, or of providing advice or assistance to the consumer with regard to those activities or services. Defendants are not subject to any of the exclusions from the definition of "credit repair organization" listed in 15 U.S.C. § 1679a(3)(B).

12.  CROA provides: "No credit repair organization may charge or receive any money or other valuable consideration for the performance of any service which the credit repair organization agreed to perform for any consumer <u>before such service is fully performed</u>." (emphasis added). 15 U.S.C. § 1679b(b).

13.  Defendants uniformly charge and receive payment for TrueCredit services before fully performing the services. Plaintiff's credit card was charged for the services he ordered before the services were performed by Defendants.

14.  CROA requires that, before any consumer enters into a contract with a credit repair organization, the consumer must be provided with a disclosure explaining the consumer's rights and responsibilities with regard to the consumer's credit report. 15 U.S.C. § 1679c. The form of the disclosure is set forth in that subsection.

15. CROA requires the execution of a written contract prior to the performance of any services. Such contracts must include: "(1) the terms and conditions of payment, including the total amount of all payments to be made by the consumer to the credit repair organization or to any other person; (2) a full and detailed description of the services to be performed by the credit repair organization for the consumer, including – (A) all guarantees of performance; and (B) an estimate of – (i) the date by which the performance of the services (to be performed by the credit repair organization or any other person) will be complete; or (ii) the length of the period necessary to perform such services; (3) the credit repair organization's name and principal business address; and (4) a conspicuous statement in bold face type, in immediate proximity to the space reserved for the consumer's signature on the contract, which reads as follows: 'You may cancel this contract without penalty or obligations at any time before midnight of the 3rd business day after the date on which you signed the contract.'" 15 U.S.C. § 1679d.

16. CROA requires that each such contract provide that the consumer may cancel the contract without penalty or obligation "at any time before midnight of the 3rd business day which begins after the date on which the contract or agreement between the consumer and the credit repair organization is executed or would, but for this subsection, become enforceable against the parties"; and include a Notice of Cancellation form for such purpose. CROA also requires the credit repair organization to furnish the consumer with a copy of the completed contract and disclosure statement and with any other document signed by the consumer, at the time the contract or other document is signed. 15 U.S.C. § 1679e.

17. Defendants failed to comply with the provisions of 15 U.S.C. § 1679c, § 1679d, and § 1679e with respect to Plaintiff.

## Class Allegations

18. CROA expressly provides for the maintenance of class actions. 15 U.S.C. § 1579g. Plaintiff brings this action individually and as a class action pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure on behalf of a proposed class ("Class") defined as follows:

> All persons who, at any time after five years prior to the filing of this action, purchased any "consumer" or "personal" service from a Defendant and who (a) paid in advance before such service was provided or fully performed; (b) did not receive the disclosures described in 15 U.S.C. § 1679c; (c) did not receive a written contract with terms as described in 15 U.S.C. § 1679d; or (d) did not receive a cancellation form and other information described in 15 U.S.C. § 1679e.

Excluded from the class definition are: (a) Defendants and any of their officers, directors, and employees; (b) any person who has a pending suit against a Defendant for any claims asserted herein or who has compromised such a claim; (c) any judicial officer hearing this action and their families through the third degree of relationship.

19. The members of the Class are similarly situated to Plaintiff. Defendants believe they are not credit repair organizations subject to CROA and accordingly do business uniformly without complying with the consumer protection provisions of CROA described in this complaint.

20. The Class consists of thousands of persons.

21. Common questions of law and fact exist. They include:

    (a) Whether Defendants are "credit repair organizations" as defined in CROA.

    (b) Whether Defendants' activities are "services" as defined in CROA.

(c) Whether Defendants charged fees or received payment for credit repair services to Class members prior to fully performing the services.

(d) Whether Defendants provided Class members with the disclosure form described by CROA.

(e) Whether Defendants entered into written contracts with Class members as described by CROA.

(f) Whether Defendants provided Class members with a right to cancel and with a copy of the contract and cancellation form.

(g) Whether CROA's statutory damages provisions apply to the claims of the Class.

(h) Whether and to what extent the factors to be considered in awarding punitive damages, as described in 15 U.S.C. § 1679g(b), are present.

(i) Whether Defendants were unjustly enriched by their conduct.

22. The common issues represent the most significant issues in the case; they predominate over any individual issues; and they can be resolved for all members of the Class in one action.

23. Plaintiff's claims are typical of the claims of each Class member. The factual and legal basis for the claims are similar.

24. Plaintiff will fairly and adequately represent the interests of the class, in that:

(a) Plaintiff's interests do not conflict with those of any Class member. Plaintiff does not have any relationship with any Defendant other than as purchaser of services as described herein.

(b) Plaintiff and his attorneys have adequate legal and financial resources to prosecute this action diligently. Plaintiff's counsel can advance the costs of this litigation.

(c) Plaintiff's attorneys are competent and experienced in class action litigation.

(d) A class action is the superior method for adjudicating the claims asserted herein, and a class action will provide a fair and efficient method of adjudicating this controversy. The management of this litigation as a class action will not present any undue difficulties. The claims asserted herein are "negative value" claims (it would cost more to litigate them individually than could be recovered individually), making prosecution of the claims in separate actions by individual Class members financially impracticable. Separate prosecution of the claims would also be burdensome and inefficient for counsel and the Court.

### Count One
### Violations of CROA

25. Plaintiff restates and incorporates the factual allegations of each prior paragraph as if fully set forth herein.

26. Defendants failed to comply with CROA as described above.

27. As a result of Defendants' failures to comply, Plaintiff and Class members have suffered damage.

## Count Two
## Unjust Enrichment

28. Plaintiff restates and incorporates the factual allegations of each prior paragraph as if fully set forth herein.

29. Defendants hold money, which in equity and good conscience and under law, belongs to Plaintiff and the Class members because it was improperly and unlawfully paid to Defendants.

30. Defendants should be required to disgorge that money and the Court should impose a constructive Trust as to that money and return it to Plaintiff and the Class members.

## Prayer for Relief

Plaintiff seeks relief as follows:

(a) The Court should certify this action as a class action pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure as requested herein.

(b) The Court should award damages. Pursuant to 15 U.S.C. § 1679g, Plaintiff and Class members are entitled to recover as "actual damages" any amounts they paid to Defendants, and are entitled to recover as "punitive damages" the sum of "(i) the aggregate of the amount which the court may allow for each named plaintiff; and (ii) the aggregate of the amount which the court may allow for each other class member, without regard for any minimum individual recovery." The Court should award prejudgment interest.

(c)     The Court should declare that Defendants' offerings to consumers are subject to CROA; should enjoin further activities by Defendants in violation of CROA; should declare Defendants' consumer contracts void under 15 U.S.C. § 1679f(c); and should order an accounting, disgorgement, and imposition of a constructive trust upon monies collected by Defendants from Plaintiff and Class members pending resolution of this action.

(d)     The Court should award reasonable attorneys' fees, costs, and expenses of this action, including under 15 U.S.C. § 1679g(3).

(e)     The Court should order such other, further, and general relief as is appropriate.

### Request for Jury Trial

Plaintiff requests a trial by jury on all issues properly so tried.

Dated: December 1, 2004.

                MILBERG WEISS BERSHAD
                & SCHULMAN LLP

By: _____
Seth D. Rigrodsky (DSBA #3147)
Ralph N. Sianni (DSBA #4151)
919 North Market Street -- Suite 411
Wilmington, DE 19801
(302) 984-0597
(302) 984-0870 (Facsimile)

Melvyn I. Weiss
Michael C. Spencer
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300
(212) 868-1229 (Facsimile)

**POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, LLP**
C. Neal Pope
Wade H. Tomlinson, III
1111 Bay Avenue, Suite 450
P.O. Box 2128 (31902-2128)
Columbus, GA   31901
(706) 324-0050
(706)-327-1536 (Facsimile)
--and--
Michael L. McGlamry
The Pinnacle, Suite 925
3455 Peachtree Road, N.E.
P.O. Box 191625 (31119-1625)
Atlanta, Georgia 30326-3243
(404) 523-7706
(404) 524-1648 (Facsimile)

*Attorneys for Plaintiffs*

A

**TrueCredit**
Brought to you by TransUnion.

| faq | privacy | security | terms of use | consumer rights | contact us |

## TERMS OF USE

Welcome to the web site, www.truecredit.com, (the "Site"), provided by TrueLink, Inc., ("TrueLink"). This Terms of Use Agreement ("Agreement") contains the terms and conditions upon which you ("you," or "the member") may access TrueCredit or any products through the Site. You agree to be legally bound by these terms.

### General Terms

TrueLink maintains this Site to provide you with information about our memberships, products and services and to facilitate communication with us and our affiliates. From time to time we may revise these terms and conditions. Revisions will be effective when posted or as otherwise stated. Additional terms and conditions may apply to specifics of our memberships, products and services or to participate in our affiliate program, contests or surveys.

Credit reports, credit scores and debt analysis will be available for a term of 30 days, otherwise, products will be provided for the period stated in the product description.

The images, text, screens, web pages, materials, data, content and other information ("Content") used and displayed on the Site, including but not limited to TrueLink™, TrueLink™ and Design, TrueCredit™, TrueCredit™ and Design, FreeCreditProfile℠, FreeCreditProfile℠ and Design, KnowYourLoanRate℠, KnowYourLoanRate℠ and Design, 123 Credit Reports™, 123 CreditReports.com™, 123 CreditReports.com™ and Design, Manage Your Credit Manage Your Life™, TruePlanner™, Credit Inform℠, TrueScore™, TrueRates™, TrueProfiler™, CreditXpert™ and CreditXpert Credit Index™, TransUnion's TransRisk New Account Score℠, Credit Monitoring℠, Debt Monitoring℠, Credit Score Monitoring℠, and The Heitman Groups™ Heitman Databases™ are the property of TrueLink or its licensors and are protected by copyright, trademark and other laws. In addition to our rights in individual elements of the Content within the Site, TrueLink owns copyright or patent rights in the selection, coordination, arrangement and enhancement of such Content. You may copy the Content from the Site for your personal or educational use only, provided that each copy includes any copyright, trademark or service mark notice or attribution as they appear on the pages copied. Except as provided in the preceding sentence, none of the Content may be copied, displayed, distributed, downloaded, licensed, modified, published, reposted, reproduced, reused, sold, transmitted, used to create a derivative work or otherwise used for public or commercial purposes without the express written permission of TrueLink or the owner of the Content.

OUR SITE, INCLUDING ALL CONTENT, PRODUCTS AND SERVICES MADE AVAILABLE ON OR ACCESSED THROUGH THIS SITE, IS PROVIDED TO YOU "AS IS". TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, NEITHER TRUELINK NOR ITS AFFILIATES MAKE ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER AS TO THE CONTENT, PRODUCTS OR SERVICES AVAILABLE ON OR ACCESSED THROUGH OUR SITE, THAT A USER WILL HAVE CONTINUOUS, UNINTERRUPTED OR SECURE ACCESS TO OUR SITE, PRODUCTS OR SERVICES OR THAT OUR SITE, PRODUCTS OR SERVICES WILL BE ERROR-FREE. IN ADDITION, TRUELINK AND ITS AFFILIATES DISCLAIM ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON INFRINGEMENT AND INFORMATIONAL CONTENT. THEREFORE, YOU AGREE THAT YOUR ACCESS TO AND USE OF OUR SITE, PRODUCTS, SERVICES AND CONTENT ARE AT YOUR OWN RISK. BY USING OUR SITE, YOU ACKNOWLEDGE AND AGREE THAT NEITHER TRUELINK NOR ITS AFFILIATES HAVE ANY LIABILITY TO YOU (WHETHER BASED IN CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE) FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN ANY WAY CONNECTED WITH YOUR ACCESS TO OR USE OF OUR SITE, CONTENT, PRODUCTS OR SERVICES (EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), INCLUDING LIABILITY ASSOCIATED WITH ANY VIRUSES WHICH MAY INFECT YOUR COMPUTER EQUIPMENT.

### Registration and Accurate Information

If you decide to register on our Site, purchase our products or services or participate in our affiliate program, contests or surveys, you may be required to register, provide personal information, and select a user name and password. You agree to provide accurate information in your registration and not to share your password with third parties. You agree not to impersonate another person or to select or use a user name or password of another person. You agree to notify TrueLink promptly of any unauthorized use of your account and of any loss, theft or disclosure of your password. Failure to comply with these requirements shall constitute a breach of these terms and conditions and shall constitute grounds for immediate termination of your account and your right to use the Site.

### Our Privacy Policy

By using our Site or purchasing our products or services, you agree that we may use and share your personal information in accordance with the terms of our Privacy Statement. Our privacy statement can be reached from the link at the top of this page.

### Fair Credit Reporting Act

The Fair Credit Reporting Act allows you to obtain from each credit reporting agency a disclosure of all the

EXHIBIT A

information in your credit file at the time of the request. Full disclosure of information in your file at a credit reporting agency must be obtained directly from such credit reporting agency. The credit reports provided or requested through our Site are not intended to constitute the disclosure of information by a credit reporting agency as required by the Fair Credit Reporting Act or similar laws.

You are entitled to receive a free copy of your credit report from a credit reporting agency if:

- You have been denied or were otherwise notified of an adverse action related to credit, insurance, employment, or a government granted license or other government granted benefit within the past sixty (60) days based on information in a credit report provided by such agency.
- You have been denied house/apartment rental or were required to pay a higher deposit than usually required within the past sixty (60) days based on information in a credit report provided by such agency.
- You certify in writing that you are unemployed and intend to apply for employment during the sixty (60) day period beginning on the date on which you made such certification.
- You certify in writing that you are a recipient of public welfare assistance.
- You certify in writing that you have reason to believe that your file at such credit reporting agency contains inaccurate information due to fraud.

In addition, if you are a resident of Colorado, Maine, Maryland, Massachusetts, New Jersey, or Vermont, you may receive one free copy of your credit report each year from the credit bureaus. If you are a resident of Georgia, you may receive two free copies of your credit report each year from the credit bureaus. Otherwise, a consumer reporting agency may impose a reasonable charge for providing you with a copy of your credit report.

The Fair Credit Reporting Act provides that you may dispute inaccurate or incomplete information in your credit report. YOU ARE NOT REQUIRED TO PURCHASE YOUR CREDIT REPORT FROM TRUELINK IN ORDER TO DISPUTE INACCURATE OR INCOMPLETE INFORMATION IN YOUR REPORT OR TO RECEIVE A COPY OF YOUR REPORT FROM EQUIFAX, EXPERIAN OR TRANSUNION, THE THREE NATIONAL CREDIT REPORTING AGENCIES, OR FROM ANY OTHER CREDIT REPORTING AGENCY.

It may be the policies of Equifax, Experian and/or TransUnion to provide a complimentary copy of the consumer credit report under circumstances other than those described above. If you wish to contact Equifax, Experian or TransUnion to obtain a copy of your credit report directly from such agency or if you wish to dispute information contained in an Equifax, Experian or TransUnion credit report file, see the contact information and dispute process description contained on the Disputing Credit Information page. You can reach this page from your credit report or from Credit Central. The form of credit report and related disclosures provided directly by such agencies to you may differ from those provided by TrueLink.

You can learn more about the difference between a consumer disclosure and a credit report online here - http://www.transunion.com/contentPage.jsp?id=/personalsolutions/general/data/CreditReportTypes.xml. TrueCredit's online credit report has been specially designed for consumer ease-of-use. Color illustrations, analysis information and helpful links on TrueCredit's credit report makes it easy for you to understand and manage your credit.

### Term and Termination; Modification

This Agreement will take effect at the time you click "I Agree," and shall terminate (a) when either party gives notice of its intention to terminate to the other party hereto, to TrueLink via the toll-free number set forth on the web site for cancellations, (b) upon termination of your membership or (c) if TrueLink discontinues providing any membership, subject to your right to receive membership benefits that you have paid for or to obtain a refund of a portion of your payment.

TrueLink may (i) change the terms of this Agreement or the feature of the membership products, or (ii) change the Site, including eliminating or discontinuing any content or feature of the Site, restricting the hours of availability, or limiting the amount of use permitted, by posting notice of such modification on a page of the Site before the modification takes effect. All changes shall be effective immediately upon posting of such notice. If you use the Site and/or your membership after TrueLink has notified you of a change in the Agreement you agree to be bound by all of the changes. You are expected to review the Site periodically to ensure familiarity with any posted notices of modification.

### Notices

You should send any notices or other communications regarding our Site, products or services to TrueLink, Inc., 100 Cross Street, Suite 202, San Luis Obispo, CA 93401.

Except as otherwise provided, we may send any notices to you to the most recent e-mail address you have provided to us or, if you have not provided an e-mail address, to any e-mail or postal address that we believe is your address. If you wish to update your registration information, please log in to your account and visit the "Your Account" section from the main menu.

### Applicable Law

The laws applicable to the interpretation of these terms and conditions shall be the laws of the State of Delaware, USA, and applicable federal law, without regard to any conflict of law provisions. TrueLink can provide credit reports only for individuals who have established credit in the United States. Those who choose to access this Site from outside the United States do so on their own initiative and are responsible for compliance with local laws. You agree that any and all disputes arising under this Agreement or out of TrueLink's provision of services to you, if submitted to a court of law, shall be submitted to the state and federal courts of New Castle County, Delaware, USA.

