IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT, On Behalf Of Themselves<br>and All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TRUELINK, INC., a Trans Union Company,<br><br>　　　　　　Defendant. | C.A. No. 05-599 (SLR)<br><br>Putative Class Action |

### [PROPOSED] ORDER

Upon consideration of DEFENDANT'S MOTION TO DISMISS COUNTS I, II, III, AND V OF THE SECOND AMENDED COMPLAINT OR FOR MORE DEFINITE STATEMENT, and any response thereto, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss Counts I, II, III and V of the Second Amended Complaint is GRANTED; and

2. Counts I, II, III and V of the Second Amended Complaint are DISMISSED WITH PREJUDICE.


Dated: _____, 2006    _____
　　　　　　　　　　　　　　　　　　　　The Honorable Sue L. Robinson
　　　　　　　　　　　　　　　　　　　　United States District Judge