IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT,<br>On Behalf Of Themselves and<br>All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>a Trans Union Company,<br><br>            Defendant. | C.A. No.: 05-599-SLR<br><br>Class Action |

## ORDER

The Court, having considered Plaintiffs' Motion for Leave to File Sur-reply With Regard to Defendant's Motion to Dismiss Or, In the Alternative, to Conduct Discovery on and To Fully Brief the Choice-of-law Issues in this Action, this _____ day of _____ 2006,

**IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file Sur-Reply Brief/Conduct discovery directed toward briefing the choice of law issues in this action.

_____<br>
U.S. District Court Judge

Date: _____