IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT,<br>On Behalf Of Themselves and<br>All Others Similarly Situated,<br>　　　　　　　Plaintiffs, | )<br>)<br>)<br>)<br>)<br>) | |
| v. | ) | C.A. No.: 05-599-SLR |
| TRUELINK, INC.,<br>a Trans Union Company, | )<br>)<br>) | Class Action |
| 　　　　　　　Defendant. | ) | |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Named Plaintiffs, Steven G. Millett and Melody J. Millett, by and through their undersigned attorneys, hereby make application to this Court for oral argument regarding Defendant's Motion to Dismiss and the various pleadings associated therewith.

On February 8, 2006, Plaintiffs filed their Motion for Leave To File Sur-Reply to Defendant's Motion to Dismiss. On February 15, 2006, Defendant filed its Response to Plaintiff's Motion. Based upon the widely divergent views of the facts and the underlying theories that are expressed in the most recent pleadings pertaining to Defendant's Motion to Dismiss, Plaintiffs believe that it would be useful for this Court to hear oral argument on the issues raised in those pleadings. If permitted, Barry Grissom, Esquire will represent the Plaintiffs at oral argument.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant Plaintiffs' application for oral argument regarding Defendant's Motion to Dismiss and the various

1

pleadings associated therewith.

                        Respectfully submitted,

                        /s/ Christopher J. Curtin
                        Christopher J. Curtin
                        DE Bar Id. No. 0226
                        Erisman & Curtin
                        629 Mount Lebanon Road
                        Wilmington, Delaware 19803
                        Phone: (302) 478-5577
                        Facsimile: (302) 478-5494
                        Email: ccurtin659@aol.com

                        and

                        /s/ Barry R. Grissom
                        Barry R. Grissom, Esq.
                        KS Bar. Id. No. 10866
                        7270 W. 98th Terrace
                        Building 7, Suite 220
                        Overland Park, Kansas 66212
                        Phone: (913) 341-6616

                        and

                        Bryson R. Cloon
                        KS Bar. Id. No. 08660
                        MO Bar. Id. No. 36843
                        Cloon Law Firm
                        11150 Overbrook Road
                        Leawood, KS 66211
                        Phone: (913) 661-9600
                        Facsimile: (913) 661-9614

                        and

                        B. Joyce Yeager, Esq.
                        KS Bar. Id. No.  18932
                        7270 W. 98th Terrace
                        Building 7, Suite 220

Overland Park, Kansas 66212
Phone: (913) 648-6673

and

Michael W. Blanton,
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esq., hereby certify that on February 16, 2006, I electronically filed the foregoing Motion to Appoint Interim Class Counsel with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

William M. Lafferty, Esq.
Jerry Clyde Harris, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801

ERISMAN & CURTIN

/s/ Christopher J. Curtin
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

DATE: February 16, 2006