# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

WILLIAM M. LAFFERTY
302 351 9341
302 425 4679 Fax
wlafferty@mnat.com

April 26, 2006

**VIA E-FILING**

The Honorable Sue L. Robinson
Chief Judge
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware  19801

Re:   *Millett v. TrueLink, Inc.,* C.A. No. 05-599-SLR

Dear Judge Robinson:

   Pursuant to Local Rule 7.1.2(c), I write to call to the Court's attention an opinion in *Millett v. Equifax Information Services, LLC*, C.A. No. 1:05-CV-2122-BBM (N.D. Ga. March 27, 2006) that was issued after the close of briefing on defendant TrueLink, Inc.'s motion to dismiss Counts I, II, III and V of the Second Amended Complaint ("SAC") or for a more definite statement in the above-referenced action (Exhibit A hereto). The Court in *Millett v. Equifax* case – an action containing claims similar to those raised in this case and which was filed by the very same plaintiffs in this action against competitors of the defendant in this action (TrueLink) – dismissed, among other things, the plaintiffs' (1) claims under Section 1679b(a)(4) of the Credit Repair Organizations Act ("CROA"); (2) common law fraud claims; and (3) claims under Section 1681e(b) of the Credit Repair Reporting Agencies Act ("CRAA"), which is a provision of the Fair Credit Reporting Act ("FCRA"). We believe that this opinion is relevant to, among other things, TrueLink's motion to dismiss Count V of the SAC in this action, which purports to allege a claim for violation of Section 1681e(b), and we respectfully request that the Court consider it in connection with deciding TrueLink's motion to dismiss or for a more definite statement.

   We are available to address this matter further if the Court so desires.

              Respectfully,

              */s/ William M. Lafferty*

              William M. Lafferty (#2755)

WML/rkr
Enclosure

The Honorable Sue L. Robinson
April 26, 2006
Page 2


cc. Ralph N. Sianni, Esquire
Brad Friedman, Esquire
Michael L. McGlamry, Esquire
Beth Parr, Esquire
Christopher J. Curtin, Esquire
Barry R. Grissom, Esquire
B. Joyce Yeager, Esquire
Bryson R. Cloon, Esquire
Michael W. Blanton, Esquire