| | **ERISMAN & CURTIN** | |
|---|---|---|
| Christopher J. Curtin | Attorneys at Law | David H. Erisman |
| 629 Mt. Lebanon Road | P. O. Box 250 | Of Counsel |
| Wilmington, DE 19803 | Wilmington, Delaware 19899 | ___ |

Telephone (302) 478-5577
Telefax (302) 478-5494
E-Mail: CCurtin659@aol.com

May 2, 2006

**Via eFiling**
The Honorable Sue L. Robinson
Chief Judge
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

RE:  Millett v. TrueLink, Inc., C.A. No. 05-599-SLR

Dear Judge Robinson:

     I am writing on behalf of the Plaintiffs, in response to the letter of Mr. William M. Lafferty dated April 26, 2006.  Please find attached the Fifth Amended Complaint filed in Georgia on April 19, 2006, prior to the date of Mr. Lafferty's letter.  (Fifth Amended Complaint, April 19, 2006, *Millett v. Equifax Information Services, et al*, C.A. No. 1:05-CV-2122-BBM, Northern District Georgia – Exhibit A attached).   As you will see, Plaintiffs restated their claims against the Georgia defendants for the Credit Repair Organization Act count, restated their Breach of Contract claim, restated their Fraud claim, and added a count for Negligent Misrepresentation.

     In the matter before this Court, Plaintiffs allege that the "credit reports" provided by TrueLink constitute "consumer reports."   Plaintiffs allege that the reports are not fair and accurate.  Plaintiffs have been denied credit based upon a consumer report provided to a creditor by Trans Union (Letter,  Exhibit B).  Trans Union is the entity from whom TrueLink obtains the "credit reports" it supplied to TrueLink's subscribers.

     Other evidence of fraud and inaccuracies in reporting are available to Plaintiffs and can be included in any amended complaint this Court should direct.  An amended complaint should be filed based upon the state law which controls the contract interpretation.  Additional evidence includes dates of representations, contracts between the parties, credit reporting inaccuracies, and other specific instances to support the Plaintiffs' claims.

     The claims in the Georgia matter differ from the claims raised in this matter.  To the

The Honorable Sue L. Robinson
May 2, 2006
Page 2

extent the Order provided by opposing counsel is persuasive to this Court, Plaintiffs respectfully request that amended pleadings will address any issues pertaining to particularity that might be raised by the Order provided from Georgia.

                Very truly yours,

                s/ *Christopher J. Curtin*
                Christopher J. Curtin

Enclosures
cc:    William M. Lafferty (via electronic mail w/ encl.)
        Erika Yvonne Tross (via electronic mail w/ encl.)
        Jerry Clyde Harris (via electronic mail w/ encl.)
        Christopher Curtin (via electronic mail w/ encl.)
        Barry R. Grissom (via electronic mail w/ encl.)
        Bryson R. Cloon (via electronic mail w/ encl.)
        Michael W. Blanton (via electronic mail w/ encl.)
        Steven G. and Melody Millett (via electronic mail w/ encl.)

#3304