**ERISMAN & CURTIN**

Attorneys at Law
P. O. Box 250
Wilmington, Delaware 19899

Christopher J. Curtin
629 Mt. Lebanon Road
Wilmington, DE 19803

David H. Erisman
Of Counsel
___

Telephone (302) 478-5577
Telefax (302) 478-5494
E-Mail: CCurtin659@aol.com

May 3, 2006

**Via eFiling**
The Honorable Sue L. Robinson
Chief Judge
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

**RE:  Millett v. TrueLink, Inc., C.A. No. 05-599-SLR**

Dear Judge Robinson:

      Enclosed please find, as Exhibit "C" to Plaintiff's letter dated May 1, 2006, the exhibit that we intended to attach as Exhibit "B."   Exhibit B was attached in error.

      Exhibit C is a credit rejection letter based upon false information reported by Defendant TransUnion/TrueLink, while Exhibit B is a credit rejection letter based upon information supplied by Equifax, the defendant in the Georgia complaint, provided as Exhibit A and referred to in Defendants' letter to which re responded.

      However, Plaintiffs stand ready to amend the Complaint in the present case, with the same level of detail about the evidence as in the Georgia case. Exhibit A.  We await the Courts' guidance on this and other related  pending matters.

      Respectfully submitted,

      s/ *Christopher J. Curtin*
      Christopher J. Curtin

Enclosures
cc:   William M. Lafferty (via electronic mail w/ encl.)
      Erika Yvonne Tross (via electronic mail w/ encl.)
      Jerry Clyde Harris (via electronic mail w/ encl.)
      Christopher Curtin (via electronic mail w/ encl.)
      Barry R. Grissom (via electronic mail w/ encl.)

Bryson R. Cloon (via electronic mail w/ encl.)
Michael W. Blanton (via electronic mail w/ encl.)
Steven G. and Melody Millett (via electronic mail w/ encl.)

#3304