## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, <br> MELODY J. MILLETT, <br> On Behalf Of Themselves and <br> All Others Similarly Situated, <br>                       Plaintiffs, <br> <br> v. <br> <br> TRUELINK, INC., <br> a Trans Union Company, <br>                       Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No.: 05-599-SLR <br> ) <br> )   Class Action <br> ) <br> ) |

## **STATEMENT REQUIRED BY LOCAL RULE 7.1.1**

The undersigned counsel states that the parties have made a reasonable effort to resolve the issue raised in the attached motion by discussing the issue raised in the attached motion and the parties are not able to reach agreement.

                                                Respectfully submitted,

                                                /s/ Christopher J. Curtin <br>
                                                Christopher J. Curtin <br>
                                                DE Bar Id. No. 0226 <br>
                                                Erisman & Curtin <br>
                                                629 Mount Lebanon road <br>
                                                Wilmington, Delaware 19803 <br>
                                                Phone: (302) 478-5577 <br>
                                                Facsimile: (302) 478-5494 <br>
                                                Email: ccurtin659@aol.com

                                                and

                                                /s/ Barry R. Grissom

Barry R. Grissom, Esq.
KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616

and

Bryson R. Cloon
KS Bar. Id. No. 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

and

B. Joyce Yeager, Esq.
KS Bar. Id. No. 18932
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 648-6673

and

Michael W. Blanton,
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

COUNSEL FOR PLAINTIFFS