IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civ. No. 05-599-SLR |
| TRUELINK, INC., a Trans Union Company, | )<br>)<br>)<br>) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 7th day of September 2006, for the reasons stated in the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion to dismiss counts I, II, III, and V of the second amended complaint or for more definite statement (D.I. 60) is denied.

2. Plaintiffs' motion seeking leave to file sur-reply with regard to defendant's motion to dismiss or, in the alternative, to conduct discovery on and to fully brief the choice-of-law issues in this action (D.I. 64) is denied.

3. Plaintiffs' motion for leave to file third amended complaint (D.I. 70) is granted in part.

4.   Plaintiffs may file a fourth amended complaint no later than September 22, 2006 to include a claim under the Kansas Consumer Protection Act.

                                                                    *[signature]*
                                             UNITED STATES DISTRICT JUDGE