IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, <br> MELODY J. MILLETT, On Behalf Of Themselves <br> and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUELINK, INC., a Trans Union Company, <br><br> Defendant. | C.A. No. 05-599 (SLR) <br><br> Putative Class Action |

**NOTICE OF WITHDRAWAL OF
<u>JERRY C. HARRIS, JR., ESQUIRE AS COUNSEL OF RECORD</u>**

The appearance of Jerry C. Harris, Jr. Esquire, is hereby withdrawn as counsel of record for defendant because he is no longer associated with the law firm of Morris, Nichols, Arsht & Tunnell LLP. We respectfully request that the Court remove his name from the notice of electronic filing.

The defendant will continue to be represented by William M. Lafferty, Esquire, and the law firm of Morris, Nichols, Arsht & Tunnell LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ William M. Lafferty
William M. Lafferty (#2755)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
  Attorneys for Defendant TrueLink, Inc.

2.

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
(312) 368-4000

September 21, 2006

CERTIFICATE OF SERVICE

I, William M. Lafferty, hereby certify that on September 21, 2006 I electronically filed the foregoing NOTICE OF WITHDRAWAL OF JERRY C. HARRIS, JR., ESQUIRE AS COUNSEL OF RECORD, with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

    Christopher J. Curtin, Esquire
    Erisman & Curtin
    629 Mount Lebanon Road
    P.O. Box 250
    Wilmington, DE  19899

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    /s/ William M. Lafferty
    William M. Lafferty (#2755)
    1201 N. Market Street
    Wilmington, Delaware 19801
    (302) 658-9200
    wlafferty@mnat.com
      Attorneys for Defendant TrueLink, Inc.

September 21, 2006