IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STEVEN G. MILLETT and )
MELODY J. MILLETT, on behalf )
of themselves and all others )
similarly situated, )
)
       Plaintiffs, )
)
  v. ) Civ. No. 05-599-SLR
)
TRUELINK INC., a Trans Union )
Company, )
)
       Defendant. )

## O R D E R

At Wilmington this 17th day of October, 2006,

IT IS HEREBY ORDERED that the telephonic scheduling conference originally scheduled for 8:45 a.m. on Tuesday, October 24, 2006 is hereby rescheduled to **9:00 a.m.** on the same date. Counsel for plaintiffs shall coordinate and initiate this call.

                                           /s/ Sue L. Robinson
                                           United States District Judge