IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT,<br>On Behalf of Themselves and<br>All Others Similarly Situated, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No.: 05-599-SLR |
| v. | )<br>) | CLASS ACTION |
| TRUELINK, INC.<br>A Trans Union Company, | )<br>)<br>) | JURY TRIAL DEMANDED |
| Defendant. | )<br>) | |

## NOTICE OF CHANGE OF LAW FIRM NAME TO
## DLA PIPER US LLP

PLEASE TAKE NOTICE that effective September 5, 2006, the name of the law firm serving as of counsel of record for Defendant, formerly known as DLA Piper Rudnick Gray Cary US LLP, has been changed to "DLA Piper US LLP." The telephone numbers of the firm will not change; however, all future correspondence should be addressed as follows:

DLA PIPER US LLP
Suite 1900
203 North LaSalle Street
Chicago, IL  60601

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ William M. Lafferty*
William M. Lafferty (#2755)
Jay N. Moffitt (#4742)
1201 N. Market Street
Wilmington, Delaware  19801
(302) 658-9200
   Attorneys for Defendant

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper US LLP
Suite 1900
203 North LaSalle Street
Chicago, IL 60601
(312) 368-4000

November 9, 2006