IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, <br> MELODY J. MILLETT, <br> On Behalf of Themselves and <br> All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUELINK, INC. <br> A Trans Union Company, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 05-599-SLR <br> ) <br> ) CLASS ACTION <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) |

### NOTICE OF SERVICE

I, William M. Lafferty, Esquire, hereby certify that copies of TrueLink, Inc.'s Rule 26 Initial Disclosures were caused to be served by first-class and electronic mail on October 23, 2006, upon the following counsel of record:

Christopher J. Curtin
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, DE  19803

Barry R. Grissom
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS  66212

Michael W. Blanton
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO  64108

Bryson R. Cloon
Cloon Law Firm
11150 Overbrook Road
Leawood, KS  66211

B. Joyce Yeager
City Center Square
1100 Main Street, 26th Floor
Kansas City, MO  64105

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ William M. Lafferty*
William M. Lafferty (#2755)
Jay N. Moffitt (#4742)
1201 N. Market Street
Wilmington, Delaware  19801
(302) 658-9200
   Attorneys for Defendant TrueLink, Inc.

- 2 -

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper US LLP
Suite 1900
203 North LaSalle Street
Chicago, IL 60601
(312) 368-4000

November 27, 2006