# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRUELINK, INC., )<br>A Trans Union Company, )<br>)<br>Defendant. ) | Case No. 05-599–SLR |

**PLAINTIFFS' NOTICE OF SERVICE OF RULE 26(a) INITIAL DISCLOSURES**

Plaintiffs, by and through their counsel of record, on October 17, 2006 met with counsel for defendant Truelink, Inc., A Trans Union company at their offices in Chicago, IL and hand-delivered their Rule 26 Disclosure Statement along with all corresponding documents identified as part of the initial disclosure.

Respectfully submitted by:


*s/Christopher J. Curtin*
Christopher J. Curtin
DE Bar ID. No 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5577
E-mail: ccurtin659@aol.com

and

s/ Barry R. Grissom
KS Bar #10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 341-6616
(913) 341-4780-Fax

and

Bryson R. Cloon
KS Bar #08660
MO Bar #36843
Cloon Law Firm
11350 Tomahawk Creek Parkway, Suite 100
Leawood, KS 66211
(913) 661-9600
(913) 661-9600

and

B. Joyce Yeager
KS Bar # 18932
Yeager Law Firm
1100 Main Street
Kansas City, MO 64105
(816) 876-2600 Ext 113

and

Michael W. Blanton
MO Bar #46490
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108
(816) 842-6100
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I, Christopher J. Curtin, Esquire, hereby certify that on December 4, 2006, I electronically filed Plaintiffs' Notice of Service of Rule 26(a) Initial Disclosures with Clerk of the United States District Court using the CM/ECF system, which will send electronic notice to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

                                **ERISMAN & CURTIN**

                                *s/Christopher J. Curtin*
                                Christopher J. Curtain
                                DE Bar ID. No 0226
                                Erisman & Curtin
                                629 Mount Lebanon Road
                                Wilmington, Delaware 19803
                                Phone: (302) 478-5577
                                Facsimile: (302) 478-5577
                                E-mail: ccurtin659@aol.com

DATE: December 4, 2006