IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>TRUELINK, INC., A Trans Union Company,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 05-599–SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF SERVICE**

The undersigned hereby certifies that on December 11, 2006, **PLAINTIFF'S**

**FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

**TRUELINK, INC.,** were served using CM/ECF, which will send notification of such filing, and

First Class Mail, postage prepaid, to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

                                                **s/Christopher J. Curtin**
                                                Christopher J. Curtin
                                                DE Bar ID. No 0226
                                                Erisman & Curtin
                                                629 Mount Lebanon Road
                                                Wilmington, Delaware 19803
                                                Phone: (302) 478-5577
                                                Facsimile: (302) 478-5577
                                                E-mail: ccurtin659@aol.com

and

s/ Barry R. Grissom
KS Bar #10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 341-6616
(913) 341-4780-Fax

and

Bryson R. Cloon
KS Bar #08660
MO Bar #36843
Cloon Law Firm
11350 Tomahawk Creek Parkway,
Suite 100
Leawood, KS 66211
(913) 661-9600
(913) 661-9600

and

B. Joyce Yeager
KS Bar # 18932
Yeager Law Firm
1100 Main Street
Kansas City, MO 64105
(816) 876-2600 Ext 113

and

Michael W. Blanton
MO Bar #46490
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108
(816) 842-6100
COUNSEL FOR PLAINTIFFS