# CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esq., hereby certify that on December 11, 2006, I electronically filed Plaintiffs' Notice of Service of Rule 26(a) Initial Disclosures with Clerk of the United States District Court using the CM/ECF system, which will send electronic notice to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

and that I served a copy electronically this day to the following:

Michael C. O'Neil
Paula D. Friedman
DLA Piper US LLP
203 N. LaSalle St., Ste. 1900
Chicago, IL  60601-1293
michael.Oneill@dlapiper.com
paula.friedman@dlapiper.com

**ERISMAN & CURTIN**

**/s/ Christopher J. Curtin**
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

DATE: December 11, 2006