# CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esquire, hereby certify that on December 22, 2006, I electronically filed Plaintiffs' Notice of Service of Discovery with Clerk of the United States District Court using the CM/ECF system, which will send electronic notice to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

                      **ERISMAN & CURTIN**

                      *s/Christopher J. Curtin*
                      Christopher J. Curtain
                      DE Bar ID. No 0226
                      Erisman & Curtin
                      629 Mount Lebanon Road
                      Wilmington, Delaware 19803
                      Phone: (302) 478-5577
                      Facsimile: (302) 478-5577
                      E-mail: ccurtin659@aol.com

DATE: December 22, 2006