IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT,<br>On Behalf of Themselves and<br>All Others Similarly Situated, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No.: 05-599-SLR |
| v. | )<br>) | CLASS ACTION |
| TRUELINK, INC.<br>A Trans Union Company, | )<br>)<br>) | JURY TRIAL DEMANDED |
| Defendant. | )<br>) | |

## NOTICE OF SERVICE

I, Jay N. Moffitt, Esquire, hereby certify that on January 12, 2007, copies of (1) TrueLink, Inc.'s First Set of Interrogatories to Plaintiff Steven G. Millett and (2) TrueLink, Inc.'s First Request for Production of Documents to Plaintiffs were caused to be served by first-class and electronic mail upon the following counsel of record:

Christopher J. Curtin
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, DE  19803

Barry R. Grissom
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS  66212

Michael W. Blanton
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO  64108

Bryson R. Cloon
Cloon Law Firm
11150 Overbrook Road
Leawood, KS  66211

B. Joyce Yeager
City Center Square
1100 Main Street, 26th Floor
Kansas City, MO  64105

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Jay N. Moffitt*
                    _____
                    William M. Lafferty (#2755)
                    Jay N. Moffitt (#4742)
                    1201 N. Market Street
                    Wilmington, Delaware 19801
                    (302) 658-9200
                       Attorneys for Defendant TrueLink, Inc.

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper US LLP
Suite 1900
203 North LaSalle Street
Chicago, IL 60601
(312) 368-4000

January 16, 2007

CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on January 16, 2007, I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

**BY ELECTRONIC SERVICE**

Christopher J. Curtin, Esquire
Erisman & Curtin
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE 19899

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

William M. Lafferty (#2755)
Jay N. Moffitt (#4742)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
wlafferty@mnat.com
jmoffitt@mnat.com
   Attorneys for Defendant TrueLink, Inc.

551042