IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT and MELODY J. MILLETT, on behalf of themselves and all others similarly situated, | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-599-SLR |
| TRUELINK, INC., a Trans Union Company, | : : |
| Defendant. | : |

## ORDER

At Wilmington this **17th** day of **January, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, May 18, 2007 at 9:30 a.m.** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE