IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEVEN G. MILLETT,                        )
MELODY J. MILLETT,                        )
On Behalf of Themselves and               )
All Others Similarly Situated,            )
                                          )
                    Plaintiffs,           )      C.A. No.: 05-599-SLR
                                          )
          v.                              )      CLASS ACTION
                                          )
TRUELINK, INC.                            )
A Trans Union Company,                    )      JURY TRIAL DEMANDED
                                          )
                    Defendant.            )

## NOTICE OF SERVICE

I, Jay N. Moffitt, Esquire, hereby certify that on January 16, 2007, copies of

Response To Plaintiffs' First Request for Production of Documents to Defendant TrueLink, Inc.

were caused to be served by first-class and electronic mail upon the following counsel of record:

Christopher J. Curtin          Barry R. Grissom            Michael W. Blanton
Erisman & Curtin               7270 W. 98th Terrace        Swanson Midgley, LLC
629 Mount Lebanon Road         Building 7, Suite 220       2420 Pershing Road, Suite 400
Wilmington, DE 19803           Overland Park, KS 66212     Kansas City, MO 64108

Bryson R. Cloon                B. Joyce Yeager
Cloon Law Firm                 City Center Square
11150 Overbrook Road           1100 Main Street, 26th Floor
Leawood, KS 66211              Kansas City, MO 64105

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

William M. Lafferty (#2755)
Jay N. Moffitt (#4742)
1201 N. Market Street
Wilmington, Delaware  19801
(302) 658-9200
    Attorneys for Defendant TrueLink, Inc.

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper US LLP
Suite 1900
203 North LaSalle Street
Chicago, IL  60601
(312) 368-4000

January 18, 2007

CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on January 18, 2007, I electronically filed the

foregoing NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which will send

notification of such filing to the following:

**BY ELECTRONIC SERVICE**

Christopher J. Curtin, Esquire
Erisman & Curtin
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE  19899

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

William M. Lafferty (#2755)
Jay N. Moffitt (#4742)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
wlafferty@mnat.com
jmoffitt@mnat.com
Attorneys for Defendant TrueLink, Inc.

January 18, 2007

677416