## CERTIFICATE OF SERVICE

     I, Christopher J. Curtin, Esq., hereby certify that on January 24, 2007, I electronically filed an Agreed Protective Order with Clerk of the United States District Court using the CM/ECF system, which will send electronic notice to the following:

    William M. Lafferty, Esquire
    Jay N. Moffitt, Esquire
    Morris Nichols Arsht & Tunnell
    1201 N. Market Street
    Wilmington, DE 19801

**ERISMAN & CURTIN**

**/s/ Christopher J. Curtin**
Christopher J. Curtin
DE Bar Id. No. 0226
629 Mount Lebanon road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

DATE: January 24, 2007