IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, <br> MELODY J. MILLETT, <br> On Behalf of Themselves and <br> All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUELINK, INC. <br> A Trans Union Company, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 05-599-SLR <br> ) <br> ) CLASS ACTION <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) |

## NOTICE OF SERVICE

I, Jay N. Moffitt, Esquire, hereby certify that on January 24, 2007, copies of (1) Response To Plaintiffs' First Interrogatories to Defendant TrueLink, Inc. and (2) Response To Plaintiffs' Second Request for Production of Documents to Defendant TrueLink, Inc. were caused to be served by first-class and electronic mail upon the following counsel of record:

Christopher J. Curtin
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, DE 19803

Bryson R. Cloon
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211

Barry R. Grissom
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212

B. Joyce Yeager
City Center Square
1100 Main Street, 26th Floor
Kansas City, MO 64105

Michael W. Blanton
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108

- 2 -

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Jay N. Moffitt*

                William M. Lafferty (#2755)
                Jay N. Moffitt (#4742)
                1201 N. Market Street
                Wilmington, Delaware 19801
                (302) 658-9200
                  Attorneys for Defendant TrueLink, Inc.

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper US LLP
Suite 1900
203 North LaSalle Street
Chicago, IL 60601
(312) 368-4000

January 26, 2007

## CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on January 26, 2007, I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

**BY ELECTRONIC SERVICE**

Christopher J. Curtin, Esquire
Erisman & Curtin
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE 19899

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        _____
        William M. Lafferty (#2755)
        Jay N. Moffitt (#4742)
        1201 N. Market Street
        Wilmington, Delaware 19801
        (302) 658-9200
        wlafferty@mnat.com
        jmoffitt@mnat.com
            Attorneys for Defendant TrueLink, Inc.

January 26, 2007

705261