# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>A Trans Union Company,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 05-599–SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE COUNTS III & IV OF PLAINTIFFS' FOURTH AMENDED COMPLAINT

Plaintiffs move this Court for an Order allowing for dismissal with prejudice of the following counts from their Fourth Amended Complaint:

1. Count III - Violations of the Credit Repair Organizational Act, 15 U.S.C. §1679, *et seq*; and

2. Count IV - Violations of the Credit Reporting Agencies Act, 15 U.S.C. §1681, *et seq*.

In support of their motion, plaintiffs state as follows:

The purpose of this motion is not for undue delay or harassment, but to clarify the issue before the Court so that neither party unnecessarily expends time and resources during the discovery process.

WHEREFORE, Plaintiffs move to dismiss, with prejudice, counts three and four of their Fourth Amended Complaint.

Respectfully submitted by:

/s/Christopher J. Curtin
Christopher J. Curtin
DE Bar ID. No.: 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5577
E-mail: ccurtin659@aol.com

and

/s/ Barry R. Grissom
Barry R. Grissom, *pro hac vice*
KS Bar #10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 341-6616
(913) 341-4780-Fax

and

Bryson R. Cloon, *pro hac vice*
KS Bar #08660
MO Bar #36843
Cloon Law Firm
11350 Tomahawk Creek Parkway, Suite 100
Leawood, KS 66211
(913) 661-9600
(913) 661-9600

and

B. Joyce Yeager, *pro hac vice*
KS Bar # 18932
Yeager Law Firm
1100 Main Street
Kansas City, MO 64105
(816) 876-2600 Ext 113

and

Michael W. Blanton, *pro hac vice*
MO Bar #46490
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108
(816) 842-6100
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I, Christopher J. Curtin, Esquire, hereby certify that on February 9th, 2007, I electronically filed the above and foregoing Plaintiffs' Motion to Voluntarily Dismiss With Prejudice Counts III & IV of Plaintiffs' Fourth Amended Complaint with the Clerk of the United States District Court using the CM/ECF system, which will send electronic notice to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

                                                            ERISMAN & CURTIN

                                                            /s/Christopher J. Curtin
                                                            Christopher J. Curtin
                                                            DE Bar ID. No.: 0226
                                                            Erisman & Curtin
                                                            629 Mount Lebanon Road
                                                            Wilmington, Delaware 19803
                                                           Phone: (302) 478-5577
                                                           Facsimile: (302) 478-5577
                                                           E-mail: ccurtin659@aol.com

Dated: February 9, 2007