**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>TRUELINK, INC.,  )<br>A Trans Union Company,  )<br>)<br>Defendant.  ) | Case No. 05-599–SLR |

**STATEMENT REQUIRED TO BE FILED WITH NON-DISPOSITIVE MOTIONS**

COMES NOW, Plaintiffs' counsel, Barry R. Grissom, and states that prior to filing Plaintiffs' Motion for Voluntary Dismissal With Prejudice of Counts III & IV of Plaintiffs' Fourth Amended Complaint, pursuant to Local Rule 7.1.1, he made a reasonable effort to reach agreement with opposing counsel on matters set forth in the motion. Counsel spoke with defense counsel, Mike O'Neil, telephonically on February 8, 2007 to ascertain whether Defendant had any objection to Plaintiffs' Motion for Voluntary Dismissal With Prejudice of Counts III & IV of Plaintiffs' Fourth Amended Complaint. Mr. O'Neil indicated at this time his client would not join in the motion.

/s/Barry R. Grissom

Respectfully submitted by:

/s/Christopher J. Curtin
Christopher J. Curtain
DE Bar ID. No 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5577
E-mail: ccurtin659@aol.com

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esquire, hereby certify that on February 9th, 2007, I electronically filed the above and foregoing Statement Required to be Filed with Non-Dispositive Motions with the Clerk of the United States District Court using the CM/ECF system, which will send electronic notice to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

ERISMAN & CURTIN

/s/Christopher J. Curtin
Christopher J. Curtain
DE Bar ID. No 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5577
E-mail: ccurtin659@aol.com

Dated: February 9, 2007