## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, ) | |
| On Behalf Of Themselves and All Others ) | |
| Similarly Situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 05-599–SLR |
| v. ) | |
| ) | |
| TRUELINK, INC., ) | |
| A Trans Union Company, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

At Wilmington this _____ day of February, 2007,

IT IS HEREBY ORDERED THAT Plaintiffs' Motion to Dismiss With Prejudice Count

III - Violations of the Credit Repair Organizational Act, and Count IV - Violations of the Credit

Reporting Agencies Act of their Fourth Amended Complaint, is hereby GRANTED.


_____
United States District Judge