**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT,  ) | |
| On Behalf Of Themselves and All Others  ) | |
| Similarly Situated,  ) | |
| ) | |
| Plaintiffs,  ) | |
| )   Case No. 05-599–SLR | |
| v.  ) | |
| ) | |
| TRUELINK, INC.,  ) | |
| A Trans Union Company,  ) | |
| ) | |
| Defendant.  ) | |

**PLAINTIFFS' NOTICE OF SERVICE**

Plaintiffs, by and through their counsel of record, on February 21, 2007served

**PLAINTIFF'S RESPONSE TO TRUELINK, INC'S FIRST INTERROGATORIES TO**

**PLAINTIFF STEVEN MILLETT,** and **PLAINTIFF'S RESPONSE TO TRUELINK,**

**INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS**, by

depositing the same in the United States mail, postage prepaid to counsel of record.


 Respectfully submitted by:



*s/Christopher J. Curtin*
Christopher J. Curtin
DE Bar ID. No 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5577
E-mail: ccurtin659@aol.com

and

s/ Barry R. Grissom
KS Bar #10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 341-6616
(913) 341-4780-Fax

and

Bryson R. Cloon
KS Bar #08660
MO Bar #36843
Cloon Law Firm
11350 Tomahawk Creek Parkway, Suite 100
Leawood, KS 66211
(913) 661-9600
(913) 661-9600

and

B. Joyce Yeager
KS Bar # 18932
Yeager Law Firm
1100 Main Street
Kansas City, MO 64105
(816) 876-2600 Ext 113

and

Michael W. Blanton
MO Bar #46490
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108
(816) 842-6100
COUNSEL FOR PLAINTIFFS