## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esquire, hereby certify that on February 21, 2007, I electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

and that I served a copy electronically this day to the following:

Michael C. O'Neil
Paula D. Friedman
DLA Piper US LLP
203 N. LaSalle St., Ste. 1900
Chiacogo, IL 60601-1293
michael.Oneil@dlapiper.com
paula.friedman@dlapiper.com

                                            **ERISMAN & CURTIN**

                                        /s/ Christopher J. Curtin
                                        Christopher J. Curtin
                                        Bar Identification No. 0226
                                        629 Mount Lebanon Road
                                        P.O. Box 250
                                        Wilmington, DE 19899
                                        (302) 478-5577
                                        ccurtin659@aol.com
                                        Attorney for Plaintiffs

DATED: February 21, 2007