# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated, ) ) ) ) | |
| Plaintiffs, ) ) ) | Case No. 05-599–SLR |
| v. ) ) | |
| TRUELINK, INC., A Trans Union Company, ) ) ) ) | |
| Defendant. ) | |

## PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY RESPONSE

Plaintiffs, by and through their counsel of record, on March 2, 2007 served **PLAINTIFF'S RESPONSE TO TRUELINK, INC.**'S **SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS,** by depositing the same in the United States mail, postage prepaid to counsel of record.

Respectfully submitted by:

*s/Christopher J. Curtin*
Christopher J. Curtin
DE Bar ID. No 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5577
E-mail: ccurtin659@aol.com

and

s/ Barry R. Grissom
KS Bar #10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 341-6616
(913) 341-4780-Fax

and

Bryson R. Cloon
KS Bar #08660
MO Bar #36843
Cloon Law Firm
11350 Tomahawk Creek Parkway, Suite 100
Leawood, KS 66211
(913) 661-9600
(913) 661-9600

and

B. Joyce Yeager
KS Bar # 18932
Yeager Law Firm
1100 Main Street
Kansas City, MO 64105
(816) 876-2600 Ext 113

and

Michael W. Blanton
MO Bar #46490
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108
(816) 842-6100
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I, Christopher J. Curtin, Esquire, hereby certify that on March 2, 2007, I electronically filed Plaintiffs' Notice of Service of Discovery Response with Clerk of the United States District Court using the CM/ECF system, which will send electronic notice to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

      **ERISMAN & CURTIN**

      *s/Christopher J. Curtin*
      Christopher J. Curtain
      DE Bar ID. No 0226
      Erisman & Curtin
      629 Mount Lebanon Road
      Wilmington, Delaware 19803
      Phone: (302) 478-5577
      Facsimile: (302) 478-5577
      E-mail: ccurtin659@aol.com

DATE: March 2, 2007