## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, | ) | |
| On Behalf Of Themselves and All Others | ) | |
| Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 05-599–SLR |
| v. | ) | |
| | ) | |
| TRUELINK, INC., | ) | |
| A Trans Union Company, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY RESPONSE

Plaintiffs, by and through their counsel of record, on March 12, 207, served

**PLAINTIFF'S SUPPLEMATAL RESPONSE TO TRUELINK'S FIRST**

**INTERROGATORIES TO STEVEN MILLETT**, by depositing the same in the United States

mail, postage prepaid to counsel of record.


Respectfully submitted by:


_s/Christopher J. Curtin_
Christopher J. Curtin
DE Bar ID. No 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5577
E-mail: ccurtin659@aol.com

and

s/ Barry R. Grissom
KS Bar #10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 341-6616
(913) 341-4780-Fax

and

Bryson R. Cloon
KS Bar #08660
MO Bar #36843
Cloon Law Firm
11350 Tomahawk Creek Parkway, Suite 100
Leawood, KS 66211
(913) 661-9600
(913) 661-9600

and

B. Joyce Yeager
KS Bar # 18932
Yeager Law Firm
1100 Main Street
Kansas City, MO 64105
(816) 876-2600 Ext 113

and

Michael W. Blanton
MO Bar #46490
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108
(816) 842-6100
COUNSEL FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher J. Curtin, Esquire, hereby certify that on March 19, 2007, I electronically

filed the foregoing **NOTICE OF SERVICE OF DISCOVERY RESPONSE** with the Clerk of

the District Court using CM/ECF, which will send notification of such filing to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

and that I served a copy electronically this day to the following:

Michael C.  O'Neil
Paula D.  Friedman
DLA Piper US LLP
203 N.  LaSalle St., Ste.  1900
Chiacogo, IL 60601-1293
michael.Oneil@dlapiper.com
paula.friedman@dlapiper.com

**ERISMAN & CURTIN**

    /s/  Christopher J. Curtin
Christopher J. Curtin
Bar Identification No.  0226
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE 19899
(302) 478-5577
ccurtin659@aol.com
Attorney for Plaintiffs

DATED:  March 19, 2007