## IN THE UNITED STATED SIDTRICT COURT
## FOR THE DISTRICT OF DELAWARE

STEVEN G. MILLETT, MELODY J. MILLETT,  )
On Behalf of Themselves and All Others  )
Similarly Situated,  )
   )
               Plaintiffs,  )
   )  Case No. 05-599-SLR
v.  )
   )
TRUELINK, INC.,  )
A Trans Union Company,  )
   )
               Defendant.  )

### PLAINTIFFS' NOTICE OF DEPOSITION TO JOHN DANAHER

Plaintiffs Steven G. Millett and Melody Millett, pursuant to Rule 30 of the Federal Rules of Civil

Procedure and local rules, request that Defendant Truelink, Inc. produce John Danaher to testify on

Tuesday, March 27, 2007, at 9:30 a.m. at the offices of DLA Piper US LLP, 203 North LaSalle Street,

Suite 1900, Chicago, Illinois, and continuing from day to day until complete. The testimony shall be

recorded by stenographic means and by videotape (sound and visual) means.

DATED: March 19, 2007

               Respectfully submitted,

               Christopher J. Curtin
               DE Bar Id. No. 0226
               Erisman & Curtin
               629 Mount Lebanon Road
               Wilmington, Delaware 19803
               Phone: (302) 478-5577
               Facsimile: (302) 478-5494
               Email: ccurtin659@aol.com

               and

               /s/ Barry R. Grissom
               Barry R. Grissom, Esq., *pro hac vice*

KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616

and

Bryson R. Cloon, *pro hac vice*
KS Bar. Id. No. 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

B. Joyce Yeager, *pro hac vice*
KS Bar No. 18932
MO Bar No. 46013
City Center Square
1100 Main St., 26th Floor
Kansas City, Missouri 64105
Phone: (816) 876-2600
Facsimile: (816) 221-8763

Michael W. Blanton, *pro hac vice*
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esq., hereby certify that on March 19, 2007, I served a copy of the

foregoing Notice of Deposition by depositing the same in the United States Mail, postage prepaid to:

William M. Lafferty, Esq.
Jerry Clyde Harris, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801
wlafferty@mnat.com

and that I served a copy electronically this day to the following:

Michael C. O'Neil
Paula D. Friedman
DLA Piper US LLP
203 N. LaSalle St., Ste. 1900
Chicago, IL  60601-1293
michael.Oneil@dlapiper.com
paula.friedman@dlapiper.com

ERISMAN & CURTIN

/s/ Christopher J. Curtin
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

DATE: March 19, 2007