IN THE UNITED STATED SIDTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUELINK, INC., A Trans Union Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 05-599-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF DEPOSITION TO LUCY DUNI

Plaintiffs Steven G. Millett and Melody Millett, pursuant to Rule 30 of the Federal Rules of Civil Procedure and local rules, request that Defendant Truelink, Inc. produce Lucy Duni to testify on Wednesday, March 28, 2007, at 9:30 a.m. at the offices of DLA Piper US LLP, 203 North LaSalle Street, Suite 1900, Chicago, Illinois, and continuing from day to day until complete. The testimony shall be recorded by stenographic means and by videotape (sound and visual) means.

DATED: March 丹, 2007

Respectfully submitted,

Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

and

/s/ Barry R. Grissom
Barry R. Grissom, Esq., *pro hac vice*

- 1 -

KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616

and

Bryson R. Cloon, *pro hac vice*
KS Bar. Id. No. 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

B. Joyce Yeager, *pro hac vice*
KS Bar No. 18932
MO Bar No. 46013
City Center Square
1100 Main St., 26th Floor
Kansas City, Missouri 64105
Phone: (816) 876-2600
Facsimile: (816) 221-8763

Michael W. Blanton, *pro hac vice*
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esq., hereby certify that on March 19, 2007, I served 2 copies ~~a copy~~ of the foregoing Notice of Deposition by depositing the same in the United States Mail, postage prepaid to:

William M. Lafferty, Esq.
Jerry Clyde Harris, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801
wlafferty@mnat.com

and that I served a copy electronically this day to the following:

Michael C. O'Neil
Paula D. Friedman
DLA Piper US LLP
203 N. LaSalle St., Ste. 1900
Chicago, IL 60601-1293
michael.Oneil@dlapiper.com
paula.friedman@dlapiper.com

       ERISMAN & CURTIN

       /s/ Christopher J. Curtin
       Christopher J. Curtin
       DE Bar Id. No. 0226
       Erisman & Curtin
       629 Mount Lebanon road
       Wilmington, Delaware 19803
       Phone: (302) 478-5577
       Facsimile: (302) 478-5494
       Email: ccurtin659@aol.com

DATE: March 19, 2007