IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT,<br>On Behalf of Themselves and<br>All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>           v.<br><br>TRUELINK, INC.<br>A Trans Union Company,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No.: 05-599-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION
## OF PLAINTIFF STEVEN G. MILLETT

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant TrueLink, Inc., now known as Trans Union Interactive, Inc. ("TrueLink") shall take the deposition of Plaintiff, Steven G. Millett, commencing at **9:00 a.m.** on **March 30, 2007**. The oral examination shall be conducted before a Notary Public or other official authorized by law to administer oaths at the offices of **Cloon Law Firm, One Hallbrook Place, 11150 Overbrook Road, Suite 350, Leawood, Kansas 66211**. The deposition shall continue from day to day until completed. The testimony shall be recorded by videotape and stenographic means.

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ William M. Lafferty*
                                  William M. Lafferty (#2755)
                                  Jay N. Moffitt (#4742)
                                  1201 N. Market Street
                                  Wilmington, Delaware 19801
                                  (302) 658-9200
                                    Attorneys for Defendant TrueLink, Inc.

- 2 -

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper US LLP
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
(312) 368-4000

March 20, 2007