## CERTIFICATE OF SERVICE

I, William M. Lafferty, hereby certify that on March 20, 2007 I electronically filed the foregoing *Notice of Deposition of Plaintiff Steven Millett* with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Christopher J. Curtin, Esquire
Erisman & Curtin
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE  19899

I also certify that copies were caused to be served on March 20, 2007, upon the following in the manner indicated:

BY E-MAIL and FIRST-CLASS MAIL:

Christopher J. Curtin
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, DE 19803
ccurtin659@aol.com

Bryson R. Cloon
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Bryson@cloonlaw.com

Michael W. Blanton
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108
mblanton@swansonmidgley.com

Barry R. Grissom
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
bgrissom@sprintmail.com

B. Joyce Yeager
Yeager Law Firm LLC
City Center Square, 26th Floor
1100 Main Street
Kansas City, MO  64105
jyeager@joyceyeagerlaw.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

William M. Lafferty (#2755)
1201 N. Market Street
Wilmington, Delaware  19801
(302) 658-9200
wlafferty@mnat.com
Attorneys for Defendant TrueLink, Inc.