IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>A Trans Union Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05-599–SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY RESPONSE**

Plaintiffs, by and through their counsel of record, on March 27, 2007, served **PLAINTIFF'S RESPONSE TO TRUELINK'S FIRST INTERROGATORIES TO PLAINTIFF MELODY MILLETT**, by depositing the same in the United States mail, postage prepaid to counsel of record.


Respectfully submitted by:


*s/Christopher J. Curtin*
Christopher J. Curtin
DE Bar ID. No 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5577
E-mail: ccurtin659@aol.com

and

s/ Barry R. Grissom
KS Bar #10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 341-6616
(913) 341-4780-Fax

and

Bryson R. Cloon
KS Bar #08660
MO Bar #36843
Cloon Law Firm
11350 Tomahawk Creek Parkway, Suite 100
Leawood, KS 66211
(913) 661-9600
(913) 661-9600

and

B. Joyce Yeager
KS Bar # 18932
Yeager Law Firm
1100 Main Street
Kansas City, MO 64105
(816) 876-2600 Ext 113

and

Michael W. Blanton
MO Bar #46490
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108
(816) 842-6100
COUNSEL FOR PLAINTIFFS

<u>**CERTIFICATE OF SERVICE**</u>

  I, Christopher J. Curtin, Esquire, hereby certify that on March 28, 2007, I electronically filed the foregoing **NOTICE OF SERVICE OF DISCOVERY RESPONSE** with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

and that I served a copy electronically this day to the following:

Michael C. O'Neil
Paula D. Friedman
DLA Piper US LLP
203 N. LaSalle St., Ste. 1900
Chicago, IL 60601-1293
michael.Oneil@dlapiper.com
paula.friedman@dlapiper.com

                **ERISMAN & CURTIN**

                 /s/ Christopher J. Curtin
                 Christopher J. Curtin
                 Bar Identification No. 0226
                 629 Mount Lebanon Road
                 P.O. Box 250
                 Wilmington, DE 19899
                 (302) 478-5577
                 ccurtin659@aol.com
                 Attorney for Plaintiffs

DATED: March 28, 2007