IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>A Trans Union Company,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 05-599-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION
OF PLAINTIFF MELODY J. MILLETT**

  PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant TrueLink, Inc., now known as Trans Union Interactive, Inc. ("TrueLink") shall take the deposition of Plaintiff, Melody J. Millett, commencing at **9:00 a.m.** on **May 3, 2007**. The oral examination shall be conducted before a Notary Public or other official authorized by law to administer oaths at the offices of **Cloon Law Firm, One Hallbrook Place, 11150 Overbrook Road, Suite 350, Leawood, Kansas 66211**. The deposition shall continue from day to day until completed. The testimony shall be recorded by videotape and stenographic means.

             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

             _____
             William M. Lafferty (#2755)
             Jay N. Moffitt (#4742)
             1201 N. Market Street
             Wilmington, DE 19801
             (302) 658-9200
              Attorneys for Defendant TrueLink, Inc.

- 2 -

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper US LLP
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
(312) 368-4000

April 5, 2007

CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on April 5, 2007 I electronically filed the foregoing *Notice of Deposition of Plaintiff Melody Millett* with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Christopher J. Curtin
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, DE 19803
ccurtin659@aol.com

I also certify that copies were caused to be served on April 5, 2007, upon the following in the manner indicated:

BY E-MAIL and FIRST-CLASS MAIL:

Christopher J. Curtin
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, DE 19803
ccurtin659@aol.com

Bryson R. Cloon
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Bryson@cloonlaw.com

Michael W. Blanton
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108
mblanton@swansonmidgley.com

Barry R. Grissom
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
bgrissom@sprintmail.com

B. Joyce Yeager
Yeager Law Firm LLC
City Center Square, 26th Floor
1100 Main Street
Kansas City, MO 64105
jyeager@joyceyeagerlaw.com

_____
Jay N. Moffitt (#4742)