# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>A Trans Union Company,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No. 05-599–SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY

Plaintiffs, by and through their counsel of record, on May 24, 2007 served:

**1. PLAINTIFFS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT TRUELINK, INC.**,

**2. PLAINTIFFS' SECOND INTERROGATORIES TO DEFENDANT TRUELINK, INC.**,

and

**3. PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANT TRUELINK, INC**. by depositing the same in the United States mail, postage prepaid to counsel of record.

Respectfully submitted by:

*s/Christopher J. Curtin*
Christopher J. Curtin
DE Bar ID. No 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5577
E-mail: ccurtin659@aol.com

and

s/ Barry R. Grissom
KS Bar #10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
(913) 341-6616
(913) 341-4780-Fax

and

Bryson R. Cloon
KS Bar #08660
MO Bar #36843
Cloon Law Firm
11350 Tomahawk Creek Parkway, Suite 100
Leawood, KS 66211
(913) 661-9600
(913) 661-9600

and

B. Joyce Yeager
KS Bar # 18932
Yeager Law Firm
1100 Main Street
Kansas City, MO 64105
(816) 876-2600 Ext 113

and

Michael W. Blanton
MO Bar #46490
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108
(816) 842-6100
COUNSEL FOR PLAINTIFFS