IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>v.<br><br>TRUELINK, INC., A Trans Union Company,<br><br>     Defendant. | Case No. 05-599-SLR |

### NOTICE OF DEPOSITION

Plaintiffs, by and through their attorneys of record, pursuant to Federal Rules of Civil Procedure 30 and 26, as well as local rules, will take the deposition of Brian Matis, at the conference room of the Embassy Suites, 333 Madonna Road, San Luis Obispo, California 93405, commencing on Wednesday, June 27, 2007 at 8:30 a.m., and continuing from day to day until completed.

Respectfully submitted,

Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

and

/s/ Barry R. Grissom
Barry R. Grissom, Esq., *pro hac vice*
KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616

and

Bryson R. Cloon, *pro hac vice*
KS Bar. Id. No. 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

B. Joyce Yeager, *pro hac vice*
KS Bar No. 18932
MO Bar No. 46013
City Center Square
1100 Main St., 26th Floor
Kansas City, Missouri 64105
Phone: (816) 876-2600
Facsimile: (816) 221-8763

Michael W. Blanton, *pro hac vice*
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esq., hereby certify that on June 11, 2007, I served an original and copy of the foregoing Notice of Deposition by depositing the same in the United States Mail, postage prepaid to:

William M. Lafferty, Esq.
Jerry Clyde Harris, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801
wlafferty@mnat.com

and that I served a copy electronically this day to the following:

Michael C. O'Neil
Paula D. Friedman
DLA Piper US LLP
203 N. LaSalle St., Ste. 1900
Chicago, IL 60601-1293
michael.Oneil@dlapiper.com
paula.friedman@dlapiper.com

ERISMAN & CURTIN

/s/ Christopher J. Curtin
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com