IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN G. MILLETT and MELODY J. MILLETT, on behalf of themselves and all others similarly situated, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-599-SLR |
| TRUELINK, INC., a Trans Union Company, | : : | |
| Defendant. | : | |

## ORDER

At Wilmington this **11th** day of **June, 2007**.

IT IS ORDERED that the teleconference scheduled for Tuesday, August 7, 2007 at 12:30 p.m. with Magistrate Judge Thynge to discuss the status of the case has been rescheduled to **Tuesday, June 26, 2007 at 4:30 p.m. Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE