IN THE UNITED STATED SIDTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf of Themselves and All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>v.<br><br>TRUELINK, INC., A Trans Union Company,<br><br>           Defendant. | Case No. 05-599-SLR |

**PLAINTIFFS' NOTICE OF DEPOSITION TO SCOTT METZGER**

Plaintiffs Steven G. Millett and Melody Millett, pursuant to Rule 30 of the Federal Rules of Civil Procedure and local rules, request that Defendant Truelink, Inc. produce Brian Metzger to testify on Monday, July 16, 2007, at 9:30 a.m. at the Embassy Suites Hotel, 233 Madonna Rd., San Luis Obispo, California 93405, and continuing from day to day until complete. The testimony shall be recorded by stenographic means and by videotape (sound and visual) means.

DATED: July 11, 2007

           Respectfully submitted,

           /s/ Christopher J. Curtin
           Christopher J. Curtin
           DE Bar Id. No. 0226
           Erisman & Curtin
           629 Mount Lebanon Road
           Wilmington, Delaware 19803
           Phone: (302) 478-5577
           Facsimile: (302) 478-5494
           Email: ccurtin659@aol.com

           and

/s/ Barry R. Grissom
Barry R. Grissom, Esq., *pro hac vice*
KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616

and

Bryson R. Cloon, *pro hac vice*
KS Bar. Id. No. 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

B. Joyce Yeager, *pro hac vice*
KS Bar No. 18932
MO Bar No. 46013
City Center Square
1100 Main St., 26th Floor
Kansas City, Missouri 64105
Phone: (816) 876-2600
Facsimile: (816) 221-8763

Michael W. Blanton, *pro hac vice*
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esq., hereby certify that on July 11, 2007, I electronically filed the foregoing Notice of Video Deposition with Clerk of the United States District Court using the CM/ECF system, which will send electronic notice to the following: to:

William M. Lafferty, Esq.
Jerry Clyde Harris, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801
wlafferty@mnat.com

and that I served a copy electronically this day to the following:

Michael C. O'Neil
Paula D. Friedman
DLA Piper US LLP
203 N. LaSalle St., Ste. 1900
Chicago, IL 60601-1293
michael.Oneil@dlapiper.com
paula.friedman@dlapiper.com

                          ERISMAN & CURTIN

                          /s/ Christopher J. Curtin
                          Christopher J. Curtin
                          DE Bar Id. No. 0226
                          Erisman & Curtin
                          629 Mount Lebanon road
                          Wilmington, Delaware 19803
                          Phone: (302) 478-5577
                          Facsimile: (302) 478-5494
                          Email: ccurtin659@aol.com

DATE: July 11, 2007