IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT, On Behalf Of Themselves<br>and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUELINK, INC., a Trans Union Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-599 (SLR)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Jay N. Moffitt, hereby certify that on July 12, 2007, copies of (1) Response To Plaintiffs' First Requests For Admission To Defendant TrueLink, Inc., (2) Response To Plaintiffs' Second Interrogatories To Defendant TrueLink, Inc., and (3) Response To Plaintiffs' Third Request For Production Of Documents To Defendant TrueLink, Inc. were caused to be served by first-class and electronic mail upon the following counsel of record:

Christopher J. Curtin
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, DE  19803

Bryson R. Cloon
Cloon Law Firm
11150 Overbrook Road
Leawood, KS  66211

Barry R. Grissom
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS  66212

B. Joyce Yeager
City Center Square
1100 Main Street, 26th Floor
Kansas City, MO  64105

Michael W. Blanton
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO  64108

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jay N. Moffitt
_____
William M. Lafferty (#2755)
Jay N. Moffitt (#4742)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
wlafferty@mnat.com
jmoffitt@mnat.com
   Attorneys for Defendant TrueLink, Inc.

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper US LLP
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
(312) 368-4000

July 13, 2007

2

CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on July 13, 2007, I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

**BY ELECTRONIC SERVICE**

Christopher J. Curtin, Esquire
Erisman & Curtin
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE 19899

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
William M. Lafferty (#2755)
Jay N. Moffitt (#4742)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
wlafferty@mnat.com
jmoffitt@mnat.com
  Attorneys for Defendant TrueLink, Inc.

July 13, 2007

963958