IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUELINK, INC., A Trans Union Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 05-599-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiffs Steven and Melody Millett, by and through counsel of record, file this motion for an Order from the Court allowing Plaintiffs to take the deposition of Scott Metzger, an officer of Defendant TrueLink, Inc., after the date of the discovery deadline set forth on the Court's Scheduling Order. (Doc. 82) In support thereof, Plaintiffs state as follows:

1. Plaintiffs were unable to schedule the deposition of Mr. Metzger prior to September 15, 2007, the date that the Court directed for the close of discovery in this matter.

2. In order to accommodate the schedules of the deponent and counsel, it will be necessary to reschedule the deposition of Mr. Metzger on either July 25, 2007, or on August 3, 2007. Plaintiffs' counsel is coordinating schedules and will amend the notice of deposition (Doc. 117) as soon as possible to select one of these dates offered by defense counsel.

1

3. Counsel for Defendant has indicated to Ms. Yeager that it does not oppose the motion to take the deposition outside the time set by the Court for the close of discovery.

4. This motion is not being filed for the purposes of harassment or delay. The parties have cooperated in discovery and have cooperated to coordinate the depositions taken in this matter.

5. Additional deadlines set forth in the Court's Scheduling Order should not be affected by the extension of time to allow this deposition.

Wherefore, Plaintiffs request an Order from the Court allowing Plaintiff to take the deposition of Mr. Scott Metzger, at a time and place mutually convenient to both counsel and the deponent, on a date outside the time period proscribed by this Court for the end of discovery.

DATED: July 16, 2007

Respectfully submitted,

/s/ Christopher J. Curtin
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

and

/s/ Barry R. Grissom
Barry R. Grissom, Esq., *pro hac vice*
KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220

2

Overland Park, Kansas 66212
Phone: (913) 341-6616

and

Bryson R. Cloon, *pro hac vice*
KS Bar. Id. No. 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

B. Joyce Yeager, *pro hac vice*
KS Bar No. 18932
MO Bar No. 46013
7270 W. 98th Terr., Ste. 220
Overland Park, Kansas 66212
Phone: (913) 648-6673

Michael W. Blanton, *pro hac vice*
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esq., hereby certify that on July 16, 2007, I electronically filed the foregoing Unopposed Motion to Extend Discovery Deadline with Clerk of the United States District Court using the CM/ECF system, which will send electronic notice to the following: to:

William M. Lafferty, Esq.
Jay N. Moffitt., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801
wlafferty@mnat.com

and that I served a copy electronically this day to the following:

Michael C. O'Neil
Paula D. Friedman
DLA Piper US LLP
203 N. LaSalle St., Ste. 1900
Chicago, IL  60601-1293
michael.Oneil@dlapiper.com
paula.friedman@dlapiper.com

        ERISMAN & CURTIN
        /s/ Christopher J. Curtin
        Christopher J. Curtin
        DE Bar Id. No. 0226
        Erisman & Curtin
        629 Mount Lebanon road
        Wilmington, Delaware 19803
        Phone: (302) 478-5577
        Facsimile: (302) 478-5494
        Email: ccurtin659@aol.com