IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUELINK, INC., A Trans Union Company, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 05-599–SLR ) ) ) ) ) ) |

**ORDER EXTENDING DISCOVERY**

At Wilmington this _____ day of _____, 2007,

IT IS HEREBY ORDERED THAT Plaintiffs' Unopposed Motion to Extend Discovery allowing Plaintiff to take the deposition of Mr. Scott Metzger, at a time and place mutually convenient to both counsel and the deponent, on a date outside the time period proscribed by this Court for the end of discovery, is hereby GRANTED.

_____
United States District Judge