IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUELINK, INC., A Trans Union Company, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 05-599–SLR ) ) ) ) ) ) |

**PLAINTIFFS' NOTICE OF SERVICE OF DESIGNATION OF EXPERTS**

Plaintiffs, by and through their counsel of record, on July 30, 2007 served **PLAINTIFFS' DESIGNATION OF EXPERTS**, identifying Ronald L. Dimbert, Fieldhouse Marketing & Research, 7220 W. 98th Tr., Overland Park, KS 66212, (913) 341-4245 and Robert Ellis Smith, P.O. Box 28577, Providence, RI 02908, (401) 274-7861, by depositing the same in the United States mail, postage prepaid to counsel of record.

Respectfully submitted by:

/s/Christopher J. Curtin
Christopher J. Curtin, Esquire
DE Bar ID. No.: 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5577
E-mail: ccurtin659@aol.com

and

/s/Barry R. Grissom,
Barry R. Grissom, Esquire, *Pro Hac Vice*

KS Bar Id. No.: 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616
Fax: (913) 341-4780
E-mail: Bgrissom@sprintmail.com

and

Bryson R. Cloon, Esquire, *Pro Hac Vice*
KS Bar Id. No.: 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Phone: (913) 661-9600
Fax: (913) 661-9614

B. Joyce Yeager, Esquire, *Pro Hac Vice*
KS Bar No.: 18932
MO Bar No.: 46013
Yeager Law Firm
1100 Main Street
Kansas City, MO 64105
Phone: (816) 876-2600 Ext 113

Michael W. Blanton, Esquire, *Pro Hac Vice*
MO Bar. Id. No.: 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esquire, hereby certify that on this 30th day of July, 2007, I electronically filed the above and foregoing Plaintiffs' Designation of Expert Witness with the Clerk of the United States District Court using the CM/ECF system, which will send electronic notice to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
wlafferty@mnat.com

and that I served a copy electronically this day to the following:

Michael O'Neil, Esquire
Paula Friedman, Esquire
DLA Piper, Rudnick, Gray & Cary, L.L.P.
203 North LaSalle, 14th Floor
Chicago, IL 60601
michael.oneil@dlapiper.com
paula.friedman@dlapiper.com

                                             **ERISMAN & CURTIN**

                                             /s/Christopher J. Curtin
                                             Christopher J. Curtin
                                             DE Bar ID. No.:  0226
                                             Erisman & Curtin
                                             629 Mount Lebanon Road
                                             Wilmington, Delaware 19803
                                             Phone: (302) 478-5577
                                             Facsimile: (302) 478-5577
                                             E-mail: ccurtin659@aol.com

DATE:  July 30, 2007