CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on August 10, 2007 I electronically filed the foregoing DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION AND MEMORANDUM FOR COURT ORDER with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

**BY ELECTRONIC SERVICE**

Christopher J. Curtin, Esquire
Erisman & Curtin
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE  19899

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jay N. Moffitt*

Jay N. Moffitt (#4742)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
jmoffitt@mnat.com
  Attorneys for Defendant TrueLink, Inc.

August 10, 2007
1203720

1