# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>A Trans Union Company,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 05-599–SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF PAPER FILING

**Please take notice** that a copy of the EXHIBITS TO PLAINTIFFS' BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION (REDACTED) has been filed and is available only in paper form.

                                                  s/Christopher J. Curtin
                                                  Christopher J. Curtin
                                                  DE Bar ID. No 0226
                                                  Erisman & Curtin
                                                  629 Mount Lebanon Road
                                                  Wilmington, Delaware 19803
                                                  Phone: (302) 478-5577
                                                  Facsimile: (302) 478-5577
                                                  E-mail: ccurtin659@aol.com

## CERTIFICATE OF SERVICE

      I, Christopher J. Curtin, Esquire, hereby certify that on August 13, 2007, I electronically filed the foregoing **NOTICE OF PAPER FILING** with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

and that I served a copy electronically this day to the following:

Michael C. O'Neil
Paula D. Friedman
DLA Piper US LLP
203 N. LaSalle St., Ste. 1900
Chicago, IL 60601-1293
michael.Oneil@dlapiper.com
paula.friedman@dlapiper.com

                                                             **ERISMAN & CURTIN**

                                                       /s/ Christopher J. Curtin
                                                       Christopher J. Curtin
                                                       Bar Identification No. 0226
                                                       629 Mount Lebanon Road
                                                       P.O. Box 250
                                                       Wilmington, DE 19899
                                                       (302) 478-5577
                                                       ccurtin659@aol.com
                                                       Attorney for Plaintiffs

DATED: August 13, 2007