IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUELINK, INC., A Trans Union Company,<br><br>Defendant. | Case No. 05-599-SLR |

## MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS

Plaintiffs Steven and Melody Millett, by and through counsel of record, file this motion to change the scheduling order in this matter to allow the parties an additional 15 days to amend the pleadings in this matter. In support of this motion, Plaintiffs state as follows:

1. Counsel has recently been contacted by individuals who have claims similar to Plaintiffs and who may serve as additional named plaintiffs in this action.

2. Plaintiffs' Complaint would need to be amended to include these individuals as named plaintiffs.

3. The current deadline for amending pleadings is August 15, 2007.

4. Plaintiffs need an additional 15 days to determine if the above-referenced individuals should be added as named plaintiffs in this action.

5. An extension of the deadline to amend pleadings by an additional 15 days would not delay the remainder of the deadlines in this action.

**WHEREFORE**, Plaintiffs request that this Court enter its order revising the scheduling order to allow Plaintiffs an additional fifteen days, until August 30, 2007, to amend their Complaint.

Respectfully submitted,

/s/ Christopher J. Curtin
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

and

/s/ Barry R. Grissom
Barry R. Grissom, Esq., *pro hac vice*
KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616

Bryson R. Cloon, *pro hac vice*
KS Bar. Id. No. 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

B. Joyce Yeager, *pro hac vice*
KS Bar No. 18932
MO Bar No. 46013
City Center Square
1100 Main St., 26th Floor
Kansas City, Missouri 64105
Phone: (816) 876-2600
Facsimile: (816) 221-8763

Michael W. Blanton, *pro hac vice*
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esq., hereby certify that on August 15, 2007, I electronically filed the foregoing Motion for Extension of Time to Amend Pleadings with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

William M. Lafferty, Esq.
Jay N. Moffitt., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801
wlafferty@mnat.com

ERISMAN & CURTIN

/s/ Christopher J. Curtin
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

DATE: August 15, 2007