IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUELINK, INC., A Trans Union Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 05-599-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## STATEMENT REQUIRED BY LOCAL RULE 7.1.1

The undersigned counsel states that the parties have made reasonable efforts to resolve the issue raised in the attached motion by discussing the motion and the parties are not able to reach agreement.

        Respectfully submitted,

        /s/ Christopher J. Curtin
        Christopher J. Curtin
        DE Bar Id. No. 0226
        Erisman & Curtin
        629 Mount Lebanon Road
        Wilmington, Delaware 19803
        Phone: (302) 478-5577
        Facsimile: (302) 478-5494
        Email: ccurtin659@aol.com

        and

        /s/ Barry R. Grissom
        Barry R. Grissom, Esq., *pro hac vice*
        KS Bar. Id. No. 10866
        7270 W. 98th Terrace
        Building 7, Suite 220
        Overland Park, Kansas 66212
        Phone: (913) 341-6616

Bryson R. Cloon, *pro hac vice*
KS Bar. Id. No. 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

B. Joyce Yeager, *pro hac vice*
KS Bar No. 18932
MO Bar No. 46013
City Center Square
1100 Main St., 26th Floor
Kansas City, Missouri 64105
Phone: (816) 876-2600
Facsimile: (816) 221-8763

Michael W. Blanton, *pro hac vice*
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

**COUNSEL FOR PLAINTIFFS**