<table>
<tr><td>Christopher J. Curtin<br>629 Mt. Lebanon Road<br>Wilmington, DE 19803</td><td style="text-align:center"># ERISMAN & CURTIN<br>Attorneys at Law<br>P. O. Box 250<br>Wilmington, Delaware 19899</td><td>David H. Erisman<br>Of Counsel<br>—</td></tr>
</table>

Telephone (302) 478-5577<br>
Telefax (302) 478-5494<br>
E-Mail: CCurtin659@aol.com

August 16, 2007

| VIA CM/ECF | VIA CM/ECF |
|---|---|
| The Honorable Sue L. Robinson | The Honorable Joseph J. Farnan, Jr. |
| United States District Court | United States District Court |
| 844 King Street | 844 North King Street |
| Lock Box 31 | Lock Box 27 |
| Wilmington, DE  19801 | Wilmington, DE 19801 |

**RE:  Millett v. TrueLink, Inc., C.A. No. 05-599-SLR**
**and**
**Townes v.  TransUnion L.L.C. and TrueLink, Inc.,  C.A. No.: 04-1488-JJF**

Dear Judge Robinson and Judge Farnan:

     I am writing as local counsel for Plaintiffs Steven and Melody Millett concerning their involvement in both of the above referenced class action cases.  Both of these cases involve Defendant TrueLink and both cases involve a service sometimes referred to as Credit Monitoring.  Given the connections between these cases, and the impact that the settlement proceedings in the *Townes* action may have upon the class certification proceedings in the *Millett* action, we wish to advise both Courts of the following:

• The Milletts have filed their Motion for Class Certification in *Millett v. Truelink*, and associated briefing, for consideration of Judge Robinson.  Please see Docket Items #124-127 in that case.

• The Milletts have filed their Motion for Leave to Intervene in *Townes v.  Trans Union and Truelink*, and associated briefs, for the consideration of Judge Farnan.  Please see Docket Items #72-74 and 82 in that case.

• Judge Farnan has scheduled the fairness hearing in the *Townes* class action for September 11, 2007.  We are inquiring by this letter, whether the Milletts' Motion for Leave to Intervene be considered the same day, since two of the Milletts' out-of-state counsel will be present for the fairness hearing, and the Milletts have previously requested oral argument on the Motion for Leave to Intervene.  Please see Docket Item # 74.

The Honorable Sue L. Robinson
The Honorable Joseph J. Farnan, Jr.
August 16, 2007
Page 2

      Thank you for your attention to these matters.

                                            Respectfully submitted,

                                            s/ ***Christopher J. Curtin***
                                            Christopher J. Curtin

cc:    William M. Lafferty (via CM/ECF)
        Jerry Clyde Harris (via CM/ECF)
        Barry R. Grissom (via electronic mail)
        Bryson R. Cloon (via electronic mail)
        Michael W. Blanton (via electronic mail)
        Clerk of the Court (paper courtesy copies)

#3304