# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William M. Lafferty
302 351 9341
302 425 4679 Fax
wlafferty@mnat.com

August 21, 2007

VIA CM/ECF
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

VIA CM/ECF
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

Re:  Millett v. TrueLink, Inc. C.A. No. 05-599-SLR ("the Millett Action"); and
Townes v. Trans Union LLC and TrueLink, Inc. ("the Townes Action"),
C.A. No. 04-1488-JJF

Dear Judge Robinson and Judge Farnan:

I write as local counsel for the Defendants in both of the above-referenced actions and in response to the August 16, 2007 letter of plaintiffs' counsel in the Millett Action. Although it is not typically my practice to write letters to the Court, in light of plaintiffs' counsel's letter and the exigencies of the above-captioned actions, I believe that it is appropriate and necessary under the circumstances.

In his August 16 letter, the Milletts' counsel notes that the Milletts have recently filed their Motion for Class Certification in the Millett Action pending before Judge Robinson. Counsel also notes that a hearing for final approval of the class settlement reached in the Townes Action, pending before Judge Farnan, is scheduled for September 11, 2007. Counsel fails to note, however, that any final approval of the settlement reached by the parties in the Townes Action would extinguish the claims of most, if not all, of the class members the Milletts seek to represent. Counsel also fails to note that the Milletts recently filed a Motion For Extension Of Time To Amend Pleadings, indicating the possible addition of new plaintiff(s) to the Millett Action, without providing any explanation as to how such an amendment might impact their pending Motion for Class Certification, or the prior close of fact discovery in this action.

Given these circumstances, defendant TrueLink, Inc. in the Millett Action respectfully requests that Judge Robinson schedule a status conference (telephonically, if possible) at the Court's earliest convenience to discuss the impact of these events, including the propriety of a

The Honorable Sue L. Robinson
The Honorable Joseph J. Farnan, Jr.
August 21, 2007
Page 2

possible stay of the Millett Action pending Judge Farnan's ruling on final approval of the class settlement in the Townes Action.

Respectfully,

*William M. Lafferty*

William M. Lafferty (#2755)

cc:  Christopher J. Curtin (via CM/ECF)
     Carmella P. Keener (via CM/ECF)
     Jay N. Moffitt (via CM/ECF)
     Clerk of the Court (paper courtesy copies)