## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRUELINK, INC., )<br>A Trans Union Company, )<br>)<br>Defendant. ) | Case No. 05-599–SLR |

### NOTICE OF CHANGE OF ADDRESS

COMES NOW co-counsel for plaintiffs, Barry R. Grissom, and notifies the Court and opposing counsel of his change of address as of September 1, 2007. Counsel's new address will be: 10990 Quivira, Suite 200, Overland Park, KS 66210.

Respectfully submitted by:

/s/Christopher J. Curtin
Christopher J. Curtin
DE Bar ID. No. 226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5577
E-mail: ccurtin659@aol.com

and

/s/Barry R. Grissom, Esquire, *Pro Hac Vice*
Barry R. Grissom, Esq.
KS Bar Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616
Fax: (913) 341-4780
E-mail: Bgrissom@sprintmail.com
**COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I, Christopher J. Curtin, Esquire, hereby certify that on this 23rd day of August, 2007, I electronically filed the above and foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send electronic notice to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
wlafferty@mnat.com

and

Michael O'Neil, Esquire
Paula Friedman, Esquire
DLA Piper, Rudnick, Gray & Cary, L.L.P.
203 North LaSalle, 14th Floor
Chicago, IL 60601
michael.oneil@dlapiper.com
paula.friedman@dlapiper.com

                ERISMAN & CURTIN
                /s/Christopher J. Curtin
                Christopher J. Curtin
                DE Bar ID. No.: 226
                Erisman & Curtin
                629 Mount Lebanon Road
                Wilmington, Delaware 19803
                Phone: (302) 478-5577
                Facsimile: (302) 478-5577
                E-mail: ccurtin659@aol.com

Date: August 23, 2007