IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT and MELODY J. MILLETT, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 05-599-SLR<br>) |
| TRUELINK INC., a Trans Union Company, | )<br>)<br>)<br>) |
| Defendant. | ) |

ORDER

At Wilmington this 23rd day of August, 2007, having reviewed plaintiffs' motion for extension of time to amend pleadings and defendant's response thereto;

IT IS ORDERED that said motion (D.I. 132) is granted to the extent that plaintiffs' shall file a motion to amend the complaint by August 30, 2007.

_____
United States District Judge