IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT, On Behalf Of Themselves<br>and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUELINK, INC., a Trans Union Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-599 (SLR) |

## NOTICE OF SERVICE

I, Jay N. Moffitt, hereby certify that on August 30, 2007, copies of (1) NOTICE OF SERVICE and (2) DEFENDANT'S REBUTTAL EXPERT REPORT were caused to be served by first-class and electronic mail upon the following counsel of record:

Christopher J. Curtin
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, DE 19803

Barry R. Grissom
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212

Michael W. Blanton
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108

Bryson R. Cloon
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211

B. Joyce Yeager
City Center Square
1100 Main Street, 26th Floor
Kansas City, MO 64105

                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                         */s/ Jay N. Moffitt*
                         _____
                         William M. Lafferty (#2755)
                         Jay N. Moffitt (#4742)
                         1201 N. Market Street
                         P.O. Box 1347
                         Wilmington, Delaware  19899-1347
                         (302) 658-9200
                         wlafferty@mnat.com
                         jmoffitt@mnat.com
                          *Attorneys for Defendant TrueLink, Inc.*

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper US LLP
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
(312) 368-4000

August 30, 2007

1223778

2