CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on August 30, 2007 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

**BY ELECTRONIC SERVICE**

Christopher J. Curtin, Esquire
Erisman & Curtin
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE 19899

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ Jay N. Moffitt
        Jay N. Moffitt (#4742)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, Delaware 19899-1347
        (302) 658-9200
        jmoffitt@mnat.com
          *Attorneys for Defendant TrueLink, Inc.*

August 30, 2007

1223778