IN THE UNITED STATED SIDTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 05-599-SLR |
| v. | ) ) | |
| TRUELINK, INC., A Trans Union Company, | ) ) ) ) | |
| Defendant. | ) | |

NOTICE OF CHANGE OF ADDRESS

Co-counsel for Plaintiffs, Joyce Yeager of Yeager Law Firm, notifies the Court and opposing counsel of a change of address and contact information as of September 1, 2007. Joyce Yeager's new contact information will be:

> Joyce Yeager
> Yeager Law Firm
> P.O. Box 2469
> Mission, KS 66201-2469
> (913) 648-6673
> Facsimile (773) 326-3538

Respectfully submitted

Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

and

- 1 -

Barry R. Grissom, Esq., *pro hac vice*
KS Bar. Id. No. 10866
10990 Quivira
Suite 200
Overland Park, Kansas 66210
Phone: (913) 341-6616

and

Bryson R. Cloon, *pro hac vice*
KS Bar. Id. No. 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

B. Joyce Yeager, *pro hac vice*
KS Bar No. 18932
Yeager Law Firm
P.O. Box 2469
Mission, KS 66201-2469
(913) 648-6673
Facsimile (773) 326-3538

Michael W. Blanton, *pro hac vice*
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

**COUNSEL FOR PLAINTIFFS**