<u>CERTIFICATE OF SERVICE</u>

I, Jay N. Moffitt, hereby certify that on September 18, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Christopher J. Curtin, Esquire
>Erisman & Curtin
>629 Mount Lebanon Road
>Wilmington, DE  19803

>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
>_____
>Jay N. Moffitt (#4742)
>1201 North Market Street
>P.O. Box 1347
>Wilmington, Delaware  19899-1347
>(302) 658-9200
>jmoffitt@mnat.com
>Attorneys for Defendant TrueLink, Inc.

September 18, 2007

1233846