IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEVEN G. MILLETT, MELODY J. MILLETT, )
On Behalf of Themselves and All Others )
Similarly Situated, )
)
              Plaintiffs, )
) Case No. 05-599-SLR
v. )
)
TRUELINK, INC., )
A Trans Union Company, )
)
             Defendant. )

## MOTION FOR EXTENSION OF TIME FILE RESPONSIVE PLEADING

Counsel for Plaintiffs file this Motion for an extension of time to file Plaintiffs' Reply to Defendant's Answering Brief in Opposition to Plaintiffs' Motion for Class Certification. In support, Plaintiffs' counsel states as follows:

1. Plaintiffs' responsive pleading to Defendant's Answering Brief (Doc. 141) is due on or before September 27, 2007.

2. Local counsel has been in trial for the entire week and has not been able to review the pleading as required by court rule.

3. The responsive document and exhibits will need to be filed under seal pursuant to this Court's Confidentiality Order. Electronic filing is not, therefore, a filing option.

4. Defense counsel has no objection to this request for extension.

5. This motion is not being filed for purposes of harassment or delay.

Wherefore, Plaintiffs request an extension of two court days to file Plaintiffs' Reply to Defendants' Answering Brief in Opposition to Plaintiffs' Motion for Class Certification. Plaintiffs request an extension to and including October 1, 2007.

Respectfully submitted,
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

and

Barry R. Grissom, Esq., *pro hac vice*
KS Bar. Id. No. 10866
10990 Quivira
Suite 200
Overland Park, Kansas 66210
Phone: (913) 341-6616

and

Bryson R. Cloon, *pro hac vice*
KS Bar. Id. No. 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

   /s/ B. Joyce Yeager
B. Joyce Yeager, *pro hac vice*
KS Bar No. 18932
Yeager Law Firm
P.O. Box 2469
Mission, KS 66201-2469
(913) 648-6673
Facsimile (773) 326-3538

Michael W. Blanton, *pro hac vice*
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

**COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I, Christopher J. Curtin, Esq., hereby certify that on September 27, 2007, I served a copy of the foregoing Notice of Deposition by depositing the same in the United States Mail, postage prepaid to:

William M. Lafferty, Esq.
Jay N. Moffitt., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801
wlafferty@mnat.com

and that I served a copy electronically this day to the following:

Michael C. O'Neil
Paula D. Friedman
DLA Piper US LLP
203 N. LaSalle St., Ste. 1900
Chicago, IL 60601-1293
michael.Oneil@dlapiper.com
paula.friedman@dlapiper.com

                        ERISMAN & CURTIN

                        /s/ Christopher J. Curtin
                        Christopher J. Curtin
                        DE Bar Id. No. 0226
                        Erisman & Curtin
                        629 Mount Lebanon road
                        Wilmington, Delaware 19803
                        Phone: (302) 478-5577
                        Facsimile: (302) 478-5494
                        Email: ccurtin659@aol.com

DATE: September 27, 2007