IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUELINK, INC., A Trans Union Company, <br><br> Defendant. | Case No. 05-599-SLR |

## NOTICE CONCERNING SCHEDULING ORDER

Plaintiffs Steven and Melody Millet (the "Milletts") and Defendant TrueLink, Inc., now known as Trans Union Interactive, Inc. ("TrueLink") (jointly referenced herein as "the Parties"), by their attorneys, and pursuant to this Court's October 24, 2006 Scheduling Order, (D.I. 82), state as follows:

1. Paragraph 5 of the October 24, 2006 Scheduling Order ("Paragraph 5") states that "[n]o summary judgment motion may be filed more than ten (10) days from [September 28, 2007] without leave of the court." (D.I. 82, ¶5).

2. Pursuant to Paragraph 5, the Parties have jointly agreed to extend the filing deadline for summary judgment motions by one business day to Monday, October 1, 2007. This one-day extension will not alter the scheduled period for briefing on the summary judgment motions, as the parties have agreed that the briefs in opposition will be due within 30 days of Friday, September 28, 2007 and reply briefs shall be due within 15 days after service of the opposition.

It is hereby stipulated and agreed to by and between the Parties to this action through their undersigned attorneys.

Dated: September 28, 2007          **TRUELINK, INC.**

                                        By:   /s/ William M. Lafferty
                                                  One of Its Attorneys

William M. Lafferty
Jay N. Moffit
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Michael O'Neil
Paula D. Friedman
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601

Dated: September 28, 2007          **STEVEN G. MILLETT and MELODY J. MILLETT**

                                        By:     /s/ Christopher J. Curtin
                                                One of Their Attorneys

Christopher J. Curtin
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, DE 19803

B. Joyce Yeager
Yeager Law Firm LLC
P.O. Box 2469
Mission, Kansas 66210

Barry R. Grissom
10990 Quivira, Suite 200
Overland Park, KS 66210

Bryson R. Cloon
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211

Michael W. Blanton
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108