IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>A Trans Union Company,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No. 05-599-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR ENTRY OF
## PROPOSED AGREED ORDER TO PRESERVE THE TRIAL DATE

Plaintiffs Steven and Melody Millet (the "Milletts") and Defendant TrueLink, Inc., now known as Trans Union Interactive, Inc. ("TrueLink") (jointly referenced herein as "the Parties"), by their attorneys, and pursuant to this Court's October 24, 2006 Scheduling Order (the "Scheduling Order"), (D.I. 82), respectfully move this Court for the entry of the Proposed Agreed Order to Preserve the Trial Date attached hereto as Exhibit 1 and state as follows:

　　　　1.　　　Paragraph 5 of the October 24, 2006 Scheduling Order ("Paragraph 5") states that "[n]o summary judgment motion may be filed more than ten (10) days from [September 28, 2007] without leave of the court." (D.I. 82, ¶5). Contemporaneously with this Joint Motion, the Parties have filed their Notice Concerning Scheduling Order pursuant to Paragraph 5 of the Scheduling Order, informing this Court that the Parties have jointly agreed to extend the filing deadline for summary judgment motions by one business day to Monday, October 1, 2007. This one-day extension will not alter the scheduled period for briefing on the summary judgment motions, as the parties have agreed that the briefs in opposition will be due within 30 days of

Friday, September 28, 2007 and reply briefs shall be due within 15 days after service of the opposition.

2.  The Scheduling Order also states that "this matter is scheduled for a week long trial commencing on March 24, 2008." (D.I. 82, ¶9).

3.  This Court's Important Note concerning Summary Judgment Motions states:

> Should the parties stipulate or otherwise request to have their dispositive motion deadline extended, and a trial date is currently set on the court's calendar in the case, the parties will lose their trial date upon the court's granting the extension. No new trial date will be given until the dispositive motion(s) have been decided.

(See http://www.ded.uscourts.gov/SLRmain.htm).

4.  Because the Parties' agreement, pursuant to the October 24, 2006 Scheduling Order to file summary judgment motions on October 1, 2007, will not alter the scheduled period for briefing on the summary judgment motions, the Parties respectfully request that this Court preserve the trial date in this matter currently scheduled for March 24, 2008.

WHEREFORE, for the foregoing reasons, Plaintiffs Steven and Melody Millett, and Defendant TrueLink, Inc. respectfully request that this Court enter the attached Proposed Agreed Order to Preserve the Trial Date.

Dated: September 28, 2007

**TRUELINK, INC.**

By: __/s/ William M. Lafferty__
    One of Its Attorneys

William M. Lafferty
Jay N. Moffitt
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

Michael O'Neil
Paula D. Friedman

2

DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601

Dated: September 28, 2007　　**STEVEN G. MILLETT and MELODY J. MILLETT**

By: ___/s/ Christopher J. Curtin_____
　　　　One of Their Attorneys

Christopher J. Curtin
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, DE 19803

B. Joyce Yeager
Yeager Law Firm LLC
P.O. Box 2469
Mission, Kansas 66210

Barry R. Grissom
10990 Quivira, Suite 200
Overland Park, KS 66210

Bryson R. Cloon
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211

Michael W. Blanton
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108

**EXHIBIT 1**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>A Trans Union Company,<br><br>Defendant. | Case No. 05-599-SLR |

## PROPOSED AGREED ORDER TO PRESERVE THE TRIAL DATE

This matter coming to be heard on the Joint Motion for Entry of Proposed Agreed Order to Preserve the Trial Date filed by Plaintiffs Steven and Melody Millett and Defendant TrueLink, Inc. (now known as Trans Union Interactive, Inc.), and the Court have been advised:

IT IS SO ORDERED THAT:

The Parties' Joint Motion for Entry of Proposed Agreed Order to Preserve the Trial Date is granted and the trial date will remain as currently scheduled on March 24, 2008.

Dated:                                                    ENTERED:


                                                          By:_____
                                                          United States District Court Judge