**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STEVEN G. MILLETT, ) | |
| MELODY J. MILLETT, ) | |
| On Behalf Of Themselves and ) | |
| All Others Similarly Situated, ) | |
|         Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 05-599-SLR |
| ) | |
| TRUELINK, INC., ) | CLASS ACTION |
| a Trans Union Company, ) | |
|         Defendant. ) | |

**PROPOSED ORDER**

The Court, having considered Plaintiffs' Motion to File Briefs and Supporting Materials out of Time, this _____ day of _____ 2007,

**IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file their Motion for Partial Summary Judgment, Memorandum In Support, Reply Brief as to the class certification motion and the Appendix.

 

_____
U.S. District Court Judge

Date: