IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUELINK, INC., a Trans Union Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 05-599 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Monica Thompson, DLA Piper US LLP, 203 North LaSalle Street, Suite 1900, Chicago, Illinois 60601, to represent Defendant TrueLink, Inc. in the above-captioned action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
William M. Lafferty (#2755)
Jay N. Moffitt (#4742)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
wlafferty@mnat.com
jmoffitt@mnat.com
   Attorneys for Defendant TrueLink, Inc.

October 9, 2007

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2007     _____
                                          United States District Judge