CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Christopher J. Curtin, Esquire
>Erisman & Curtin
>629 Mount Lebanon Road
>P.O. Box 250
>Wilmington, DE 19899

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jay N. Moffitt

Jay N. Moffitt (#4742)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
jmoffitt@mnat.com
Attorneys for Defendant TrueLink, Inc.

October 9, 2007
1257368