IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf Of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br>v.<br><br>TRUELINK, INC., A Trans Union Company,<br><br>    Defendant. | Case No. 05-599-SLR |

## NOTICE OF SUBPOENA FOR DEPOSITION OF RONALD L. DIMBERT

TO: See attached Certificate of Service

  **PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendant TrueLink, Inc., now known as Trans Union Interactive, Inc. ("TrueLink") shall take the deposition of Ronald L. Dimbert, commencing at **9:00 a.m.** on **October 15, 2007**. The oral examination shall be conducted before a Notary Public or other official authorized by law to administer oaths at the offices of **Metropolitan Court Reporters, 9200 Indian Creek Parkway, Suite 206, Overland Park, Kansas 66210**, pursuant to the subpoena attached hereto as Exhibit 1. The deposition shall continue from day to day until completed. The testimony shall be recorded by videotape and stenographic means.

                 TRUELINK, INC.

                 By: /s/ Jay N. Moffitt
                   William M. Lafferty (#2755)
                   Jay N. Moffitt (#4742)
                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                   1201 N. Market Street
                   Wilmington, DE 19801
                   (302) 658-9200

OF COUNSEL:

Michael O'Neil
Paula D. Friedman
DLA Piper US LLP
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
(312) 368-4000

## CERTIFICATE OF SERVICE

I, Jay N. Moffitt, an attorney, depose and state that on this 9th day of October, 2007, I caused a true and accurate copy of the above and foregoing *Notice of Subpoena for Deposition of Ronald L. Dimbert* to be served via electronic filing upon Attorneys of Record as indicated below:

Christopher J. Curtin
Erisman & Curtin
629 Mount Lebanon Road
Wilmington, DE 19803
ccurtin659@aol.com

Bryson R. Cloon
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Bryson@cloonlaw.com

Michael W. Blanton
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108
mblanton@swansonmidgley.com

Barry R. Grissom
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS 66212
bgrissom@sprintmail.com

B. Joyce Yeager
Yeager Law Firm LLC
City Center Square, 26th Floor
1100 Main Street
Kansas City, MO 64105
jyeager@joyceyeagerlaw.com

/s/ Jay N. Moffitt
Jay N. Moffitt