**Print date and time**

Thursday, September 27, 2007
12:55 PM

---

| Online Personal Credit Reports & Credit Scores - TrueCredit | Page 1 of 1 |
|---|---|

# truecredit

by TransUnion.

*Manage your credit. Manage your life.℠*

home | privacy | learn | help | login

## Your Credit Monitoring service includes...



**Credit Alerts Within 24 Hours of Critical Changes**
- 24 hour notification of critical changes to your credit report
- Swiftly find out about credit report changes including fraudulent activity, new inquiries, new accounts, late payments, & more

**EXAMPLE: CREDIT ACCOUNT**
Account: 123456***
Balance: $2,598.23
Payment history:
OK OK OK OK OK 30 60 OK OK
Aug Sep Oct Nov Dec Jan Feb Mar Apr

**Unlimited Access to Your Credit Report**
- Receive a brand new credit report anytime you want
- Reports are easy-to-read with color graphics and free interactive guide

**EXAMPLE: CREDIT TRENDING**

**Powerful Tools and Analysis**
- Graphical trending helps you manage your progress
- View colorful charts and graphs on changes in your debt, income, credit score, and more

**PLUS up to $25,000 ID theft insurance\* at no additional cost!**

\*Coverage not available for residents of New York.

home | learning center | privacy | help | member login | terms of use | about | sitemap
TrueCredit features TransUnion data for all complimentary credit scores as well as fraud-watch emails.
TrueCredit.com is powered by TransUnion Interactive, a wholly owned subsidiary of TransUnion.
© Copyright 1998-2007 TrueCredit. All Rights Reserved.

---

http://www.truecredit.com/popup/cmu/example.jsp

9/27/2007

**102**



**103**

experian

| | | | | |
|---|---|---|---|---|
| | CREDIT REPORT & SCORE | CREDIT ADVICE | CALCULATORS | |

CREDIT MANAGER
JOIN NOW! | SEE A DEMO

## Comprehensive credit management service
brought to you by real credit experts

Sign up now for a FREE 30 day trial membership.

## Learn how Credit Manager gives you control

**Guard against fraud and identity theft**

Credit Manager gives you peace of mind by scanning your credit report daily and alerting you to potential fraudulent items and other critical changes in your credit report.

* Receive notification of new inquiries, bankcard accounts, delinquencies and public record items
* Get daily notification via e-mail
* See a snapshot of these notices on a personalized page designed just for you

**Get the best things in life**

Lenders frequently use your credit score to determine your credit worthiness. Credit Manager gives you the power to see your Experian credit score as often as you like.

* See your score—updated daily
* Use our tool to track it over time
* Try our score simulator to show how different factors affect your score

**Take control of your credit health**

Work directly with the source to catch credit inaccuracies quickly and easily. Have access to an updated credit report every day.

* Work directly with Experian to quickly correct errors
* Secure, quick online access for reports and disputes
* No third party involvement

### Get Credit Manager now!

Home / Site overview / About our security / Privacy statement
Contact us / About CreditExpert / Affiliate program / Newsletter sign up
©2003 CreditExpert, LLC

---

View the Credit Manager demo!

Click here to start the demo.

Try Credit Manager Online!

Online access to your credit report

Daily alerts of potential fraud

Exclusive Experian score, analysis and tools

Access to three credit experts

# The JCPenney Card
Monogram Credit Card Bank of Georgia, Creditor

PO BOX 981133
EL PASO, TX  79998-1133

April 29, 2003

ABUNDIO C PEREZ
~~████████~~ R ST
OVERLAND PARK KS 66213-4702

հլհալհասհահասհահակահասհասհահահասհահ

re: 827 399 574 9

Dear Abundio C Perez,

This letter is in response to our recent conversation regarding the use of the
account referenced above.

The investigation has been completed and the disputed amount and all associated
finance charges will be credited.  If the account was reported delinquent due to
the disputed charges, the necessary corrections will be sent to all three of the
major credit reporting agencies.  Please note that it usually takes four to six
weeks for the credit reporting agencies to update their information.

Please accept our sincere apology for any inconvenience this may have caused
you.  If we may be of further assistance in this matter, please feel free to
contact us at the above address or phone number listed below.

*Please note:  California residents who are victims of identity
theft, may have the right to contact Consumer Reporting Agencies
to request a permanent block on the reporting of any information
that the victim believes appears in his or her credit report as a
result of the theft of personal identifying information.*

Very truly yours,

Customer Service Department
1-800-542-0800
:-866-544-7347 - Fraud

MEMBER FDIC

(Fax) Midnight
866-283-1682
Dwayne Glardon
Del Desantos

PLEASE SEE THE REVERSE SIDE OF THIS LETTER FOR INFORMATION CONCERNING YOUR RIGHTS UNDER THE FEDERAL
EQUAL CREDIT OPPORTUNITY ACT. THE FEDERAL FAIR CREDIT REPORTING ACT AND OTHER APPLICABLE LAWS.

**104**

Millett00123

Ex. P

11/18/2004  10:43   972-431-1133          JCP LEGAL DEPT                    PAGE  01/01



it'sallinside:

JCPenney

stores ■ catalog ■.com

November 18, 2004

**VIA FACSIMILE: (913) 648-6921**

Yeager Law Firm, L.L.C.
Attn: B. Joyce Yeager, Esq.
7270 West 98th Terrace
Building 7, Suite 220
Overland Park, Kansas  66212

Re:    Millett et al v. Experian Information Solutions, Inc.

Dear Ms. Yeager:

This letter is to advise you that we are in receipt of your subpoena.  All JCPenney consumer credit card accounts, including all credit account records, were sold to Monogram Credit Card Bank of Georgia in December of 1999.  Therefore, the subpoena for account information on the above-referenced individual should be directed to Monogram Credit Card Bank of Georgia and the address listed below:

Monogram Credit Card Bank of Georgia
Liz Ruane, Client Affairs Manager
GECF Client Affairs
P.O. Box 341616
Tampa, FL  33694-1616
(813)-969-1119
Fax: 813-969-1160

Thank you for your assistance.

Very truly yours,

Irma Gonzalez
Legal Research Assistant

J. C. Penney Company, Inc.
P.O. Box 10001, Dallas, TX 75301
6501 Legacy Drive, Plano, TX 75024-0046

81003_1.DOC

**105**

THE HOME DEPOT
P. O. BOX 964
ATLANTA  GA  30301-9998

8500   4532082   1   1

||l|||ll||ll||l|l|ll||l||l|l||lll|||ll||l|l|ll||l|l||l||l|l|ll|l||l||l

STEVEN MILLETT
~~~~~~~~~~~~~
OVERLAND PARK  KS  66213-4702

*Home Depot over Credited*

07/03/03

Dear    STEVEN MILLETT

Your satisfaction is very important to us.   Therefore, attached please find the credit
balance refund check from your account.

Thank you for your business.

Sincerely,
Customer Service

Please detach before negotiating check

**≡Monogram™**
*Credit Card Bank of Georgia*

THE HOME DEPOT

FOUR AND 70/100 DOLLARS

PAY TO THE ORDER OF
STEVEN MILLETT
OVERLAND PARK  KS  66213-4702

RE: 51 CG31 7055 043726 6

| CHECK NO. | 51-44 |
| 0004532082 | 119 |

| DATE OF CHECK |
| 07/03/03 |

| CHECK AMOUNT |
| $4.70 |

*Authorized Signature*

Fleet Bank CONNECTICUT, N.A.
HARTFORD, CONNECTICUT

⑈"0004532082"⑈ ⑆011900445⑆    46603"

Millett00121

MONOGRAM FAIR CREDIT CARD BANK OF GEORGIA

P.O. BOX 103031
ROSWELL, GA 30076

Please direct any inquiries concerning this notice to the creditor whose name and address is located in the upper left hand corner. Requests for a copy of your credit report should be sent to the credit reporting agency listed in the bottom portion of this notice. If no agency is listed, a credit report was not utilized in making this decision.


**Monogram** ℠
Credit Card Bank of Georgia

EM05    9510

STEVEN G MILLETT
▨▨▨▨▨▨▨ ST.
OVERLAND PARK, KS 66213-4702

---

RE: REQUEST FOR CREDIT FROM MOBIL                    01/15/05          1859

Monogram Credit Card Bank of Georgia has received your request for credit for the program named above. Regretfully, your request cannot be approved at this time.

**A.  EQUAL CREDIT OPPORTUNITY ACT NOTIFICATION**

**1.** [X]  In reaching this decision, your request was judgmentally reviewed and denied for the following reason(s):

UNABLE TO VERIFY SOCIAL SECURITY NUMBER

**2.** [ ]  In evaluating your request, a credit scoring system was used that meets the detailed standards for such systems set out in the regulation implementing the provisions of the federal Equal Credit Opportunity Act.
This system assigns a point value to various items of information which, taken together, have been demonstrated to predict the statistical probability that a consumer will pay as indicated with the terms of the transaction requested. The points obtained for each factor or characteristic considered by the scoring system were added together and you did not achieve the approval score assigned by the system. Since each category scored by the system contributed to the total score, no individual factor was solely responsible for your score being less than the approval score. Nevertheless, the factor(s) where you did not score well compared with other consumers have been determined and these factor(s) were:

The fact that a consumer does not achieve the minimum approval score required by the system does not constitute an adverse reflection on the consumer, but only represents our experience, on an overall statistical basis, with the various factors scored by the system.

**B.  FAIR CREDIT REPORTING ACT NOTIFICATION**

**1.** [X]  If checked here, information contained in a credit report from a consumer reporting agency was relied on in whole or in part in reaching the decision indicated above. Accordingly, the following disclosure of the name and address of each consumer reporting agency furnishing a credit report in this instance is given in accordance with the Fair Credit Reporting Act. This agency (agencies) did not make the decision in this instance and is unable to provide you with the specific reasons for our action.

EXPERIAN
701 EXPERIAN PARKWAY, PO BOX 2002
ALLEN,    TX  75013
PHONE:  888-397-3742

EQUIFAX CREDIT INFORMATION SERVICES
1550, PEACHTREE STREET, MAILDROP H-13
ATLANTA   GA   30309
PHONE:  800-685-1111

(If more than one agency is disclosed herein and if box A2. above is completed, the reason(s) shown in that box are based on the report provided by the first listed agency.)

**2.** [ ]  If checked here, information from an outside source other than a consumer reporting agency was relied on in whole or in part in reaching our decision and the nature of this information is shown in box A1. above.

The sponsor of the program named above may wish to make other arrangements to process your transaction and may contact you accordingly.

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
011R0003

YOURS VERY TRULY,
CREDIT MANAGER
MONOGRAM CREDIT CARD BANK OF GEORGIA

Millett00018

**SEARS**

Credit Cards

PO BOX 45147
JACKSONVILLE, FL
32232-5147

JAN 13, 2005
CITIBANK USA, N.A.
PO BOX 6189
SIOUX FALLS, SD 57117-6189
Ref: 0110050XAH065 -AEJ1- 08409

STEVEN MILLETT

OVERLAND PARK, KS , 66213

Dear Applicant,

Thank you for your recent request for credit. We regret that we are
unable to approve your request at this time for the following
reason(s):

UNABLE TO COMPLY WITH CONSUMER STATEMENT

If we relied, in whole or in part, on a report obtained from a
consumer reporting agency, the name, address, and toll-free
telephone number are shown below.

TRANS UNION CORPORATION         P.O. BOX 1000
    CHESTER, PA 19022               (800) 888-4213

The consumer reporting agency did not make the decision to take the
adverse action and is not able to provide you with the specific
reasons why the adverse action was taken.

You have the right to obtain within sixty (60) days of receipt of
this notice, free of charge, a copy of the report from the reporting
agency listed above.  You also have the right to contact the agency
and dispute the accuracy or completeness of any information in the
report.  To expedite processing when contacting the agency, please
include a copy of this letter, your full name, your Social Security
number and date of birth.

Sincerely,
Credit Services
This decision made by Citibank USA, N.A.
1-800-340-0525

The federal Equal Credit Opportunity Act prohibits creditors from
discriminating against credit applicants on the basis of race, color,
religion, national origin, sex, marital status, age (provided the
applicant has the capacity to enter into a binding contract);
because all or part of the applicant's income derives from any
public assistance program; or because the applicant has in good
faith exercised any right under the Consumer Credit Protection Act.
The federal agency that administers compliance with this law
concerning Citibank USA, N.A. is the Comptroller of the Currency,
Customer Assistance Group, 1301 McKinney St., Suite 3450, Houston,
Texas 77010-9050.

Millett01006



APRIL 29, 2003

ABUNDIO CUAUTLE

~~━━━━━━━~~

OVERLAND PARK, KS 66213

RE: Chase MasterCard, Acct no. XXXX-XXXX-XXXX-9977

Dear Abundio Cuautle:

This letter is in response to your statement that you are not the person who applied for the above referenced account.

Customer privacy and identity theft are critical concerns at Chase. The unauthorized use of someone's identity is a serious matter to us. At this point, we do not know how your identity may have been stolen. The enclosed materials tell you about what you can do to correct your credit record and help protect your identity. While this information cannot undo what has already happened, it can help you and Chase to do the most to safeguard your identity in the future.

Of course the question in your mind is what happens now. First, please know that we have closed the unauthorized Chase credit card account in your name, will correct any associated credit bureau reports and attempt to prevent any reoccurrence of this type of problem at Chase. We will also do the following to rectify your situation:

- We will request your assistance with the resolution of this claim. A representative of Chase Bankcard Services may contact you for further information.

The enclosed information will be useful in correcting any other erroneous information on your credit bureau and protecting your financial history. Using the enclosed information, we recommend that you take these additional precautions:

- Contact the credit bureaus to report the theft of your identity and request a consumer statement which will advise financial institutions to contact you before granting credit in your name
- Notify other financial institutions where you have accounts to ensure your identity has not been misused;
- File a report with the appropriate law enforcement agency. (You should call your local police department first. If they are not the appropriate agency, they can redirect you.) Please send a copy of the report filed with the appropriate agency to Chase at *Chase Cardmember Services P.O. Box 29039 Phoenix, AZ 85038-9039.*

We want to assure you that Chase will assist you in resolving this issue.

Chase Cardmember Services will be handling the research and resolution of this matter. Please contact them at 800-549-3611 if you have any questions or need to have further discussions with Chase on this matter.

Sincerely,

Daniel J. Nacarato ~ *TEMDE PARIZONG Y*

Fraud Prevention Manager

Account is owned by Chase Manhattan Bank USA, National Association and may be serviced by its affiliates.

Millett00111

**citi**

**Citibank (South Dakota), N.A.**
Office of the General Counsel

701 East 60th Street, North
P.O. Box 6034
Sioux Falls, SD 57117-6034

Tel: 605-331-1567
Fax: 605-330-6745

April 4, 2005

B. Joyce Yeager, Esq.
7270 W. 98th Terrace
Bldg. 7, Suite 220
Overland Park, KS 66212

Re: Millett et al v. Experian

Dear Ms. Yeager:

This letter is in response to your subpoena.

Sears account #0661101392156 was established in the name of Abundio Cuautle using social security #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 on or about May 1, 1994. The application is no longer available. Enclosed are itemizations showing the transactions on the account. This account is now owned by Citibank USA, N.A.

Citibank USA, N.A. received an electronic application on or about January 13, 2005 in the name of Steven G. Millett, social security number ▮▮▮▮▮▮▮▮. No account was established based on this application. Enclosed is a printout of the information received in the application process. The application is identified as pending number 0110050XAH065.

We also identified a Home Depot account established in the name of Steven Millett in November 2002. GE issued this account. Citibank USA, N.A. purchased the Home Depot portfolio from GE in July 2003. The account was resolved as fraud prior to the purchase, so Citi does not have the account application. Enclosed is a printout of the information we do have on this account.

We are still searching for the two Universal Card applications you indicated may have been processed in February 2005. Due to a system problem, we have been unable to locate and print the records. I will keep you informed of our progress in providing this information to you.

Sincerely,

Cathrine R. Hoben, CLA
Paralegal
(605) 331-2632

Enclosures

**110**

```
  BS 6035320007336934
MILLETT,STEVEN** ▓▓▓▓▓ **OVERLAND PARK*KS*66213-4702*6035320007336934*0
                                        CRCD 840      03/22/05 08:56
CUR BAL                0.00  STTS CD INT/EX  /L  HOME PHONE   323-261-4037
CRDT LIMIT                0  CYCLE CODE      4W  WORK PHONE   562-984-1421
AVLB CRDT                 0  OPEN DATE    11-02  SOC SEC #    ▓▓▓▓▓▓
LS BAL                 0.00  EXP DATE     99-99  CHECKING
PRV H BAL                 0  PLST#   01 TYPE  11 SAVINGS
LST PMT AM               20  LST PMT DT 05-29-03 ANNUAL CHARGE    00-00    0
AM DUE                    0  LST MON  07-01-03 X CREDIT LINE      04-03

DSP            0    0    0   LST NM 01-31-05 216 FX PY AM             0.00
AM DLQ                    0  AUTH FLG   PIN TR 0 RENEWAL CODE 9  CONTROL 0
# DAYS DELINQUENT         0  OVERLIMIT HIST    0 USER FLAGS
# TIMES 1 CYCLE           0  TERMS LEVEL       1 SPECIAL FLAGS
# TIMES 2 CYCLES          0  HIST ZZZZ ZZZZ ZZZZ MISC F
# TIMES 3 CYCLES          0  REAGE COUNTER    00 MONTHS GROSS ACTIVE    6
RECOURSE FLAG             N  STS CD CHG 08-02-03 DELQ SCENARIO      0000
CASH OUT                  0  AUTO PAYMNT FLAG  0 SCORE:  BH  012   CR
YTD INT                0.00  CRDT BUREAU FLAG  Q CREDIT LIFE 0 / DUALITY 0
CROSS REFERENCE 1  0000000000000000 2   7788870550437266 3   0000000000000000
```

Home Depot

**111**

```
    @CMS CISDISPLAY
MILLETT, STEVEN**            ██████████**OVERLAND PARK*KS*66213-4702*6035320007336934*0
                                            ACCOUNT #  6035320007336934
CMDS  S=SELECT  C/U=UPDATE  D=DELETE                              PAGE 001
C USER  TYPE  DATE  TIME                   MEMO TEXT
   XHQ CMS   080604 1207 DEBI TRAN UNION CREDIT BUREAU WANTED TO KNOW IF FRAUD+
   XHQ CMS   080604 1206 ANI: 7147383800
   EA  57    100203 0507 CR BUREAU FLAG OLD FIELD= 1 NEW FIELD= Q
       7     092903 1843 NCOA    NM-007 OLD ADDRESS: OVERLAND PARK      KS 662+
       7     092903 1843 NCOA    NM-007 OLD ADDRESS: 12449 SLATER ST
   XPR CIS   080603 1202 NO FRAUD INDICATORS, CLSD CASE IN 1ST TRACK
```

```
  F2=ADD NEW MEMO    PF5=PI1        F7=BACK  F8=FORWARD

SELECT A MEMO & ENTER OR PRESS PF KEY                    V2MEMTRN  00
```

**112**

```
K Umstott              C9 - UPDATE PENDING APPLICATION      03/30/05 14:12:12
                       ===============================
 Pending Number ==> 011005 0XAH 065    =
                                       =
                                       =                         PAGE 3 OF 4
================================================================================
```

CAPP INFORMATION


        Spouse's Date of Birth  ==>  __ / __ / ____

        Second Beneficiary      ==>  _____

        Applicant Date of Birth ==>  ▓ / ▓ / ▓▓

        Solicitation Code       ==>  _____

        Plan Code               ==>  ___

**113**

MILLETT 01126

Home    LexisNexis™    Bookstore    Products    Sign Off
by Credit Card    & Services

View: Full | Cite | KWIC          Documents Purchased | New Search          View in Printable Form

**Your browser settings may prevent your return to this document. Please print or download this document before selecting another.**

Document Links:
  Start of Document
  *** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***
  MORTGAGE RECORD FOR
  Borrower(s):
  Mailing Address:
  Property Address:
  Property Use:
  ********** RECORDER'S INFORMATION **********
  Recording Date:
  Document Number:
  Grant/Deed Document Number:
  Assessor's Parcel Number:
  Legal Description:
  ********** MORTGAGE INFORMATION **********
  Mortgage Type:
  Lender:
  Lender Type:
  Loan Amount:
  Due Date:
  ********** GEOGRAPHICAL INFORMATION **********
  MSA:

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

MORTGAGE RECORD FOR LOS ANGELES COUNTY, CA

Borrower(s): CUAUTLE, ABUNDIO; CUAUTLE, MANUELA (Husband and Wife), Joint Tenancy

Mailing Address: 3520 E PICO BLVD, LOS ANGELES, CA 90023

Property Address: 3520 E PICO BLVD, LOS ANGELES, CA 90023

Property Use: SINGLE FAMILY RESIDENCE

********** RECORDER'S INFORMATION **********

Recording Date: 8/16/1999

Document Number: 99-1533312

Grant/Deed Document Number: 99-1533311

Assessor's Parcel Number: 5191-021-003

Legal Description: CITY: LOS ANGELES

Brief Description: TRACT # 5030 LOT 74

********** MORTGAGE INFORMATION **********

Mortgage Type: PURCHASE MONEY

Lender: LEGEND FINANCIAL GROUP INC

Lender Type: FINANCE COMPANY

Loan Amount: $ 94,223

********** GEOGRAPHICAL INFORMATION **********

**MSA:** Los Angeles-Riverside-Orange County, CA CMSA (49)
Los Angeles-Long Beach, CA PMSA (4480)
Los Angeles County, California (FIPS=06037)
(49448006037)

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.
Your use of this service is governed by Terms & Conditions . Please review them.



**Use Nicknames:** ☑   **Phonetic Search:** ☐   **Include Bankruptcies ($0.25):** ☐

**Output Type:** ◉ Formatted HTML   ○ Cut and Paste / Printer Friendly Text (No Reports)

Reference
JAO

**Important:** The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified.

Search completed          Records: 1 to 24 of 24

| | Full Name | Age/DOB | Address | Dates | Phone Information | | |
|---|---|---|---|---|---|---|---|
| | STEVEN G MILLETT ▓▓-xxxx | | OVERLAND PARK KS 66213-4702 | Jan 00 - Mar 03 | (913) 685-5907 | | |
| | ABUNDIO P CUATLE ▓▓-xxxx | 33 Jul 69 | 3520 E PICO BLVD LOS ANGELES CA 90023-3925 | Sep 99 - Mar 03 | | | |
| | MANUELA CUATLE ▓▓-xxxx | | 3520 E PICO BLVD LOS ANGELES CA 90023-3925 | Sep 01 - Mar 03 | | | |
| | ABUNDIA C PEREZ ▓▓-xxxx | 33 Jul 69 | 3520 E PICO BLVD LOS ANGELES CA 90023-3925 | Sep 99 - Mar 03 | | | |
| | ABUNDIO C PEREZ ▓▓-xxxx | 33 Jul 11, 1969 | 3520 E PICO BLVD LOS ANGELES CA 90023-3925 | Sep 99 - Mar 03 | | | |
| | ABUNDIO P CUATLE ▓▓-xxxx | 33 Jul 69 | 3520 E PICO BLVD LOS ANGELES CA 90023-3925 | Aug 99 - Jun 01 | | | |
| | ABUNDIO CUAUTLE ▓▓-xxxx | 33 Jul 69 | 3520 E PICO BLVD LOS ANGELES CA 90023-3925 | Aug 99 - Jun 01 | | | |
| | ABUNDIO C PEREZ ▓▓-xxxx | 33 Jul 11, 1969 | 3520 E PICO BLVD LOS ANGELES CA 90023-3925 | Aug 99 - Jun 01 | | | |
| | ABUNDIO CUAUTLE ▓▓-xxxx | 33 Jul 69 | 3528 E PICO BLVD LOS ANGELES CA 90023-3925 | Aug 99 - Jun 01 | | | |
| | ABUNDIO C PEREZ ▓▓-xxxx | | 3528 E PICO BLVD LOS ANGELES CA 90023-3925 | Aug 99 - Jun 01 | | | |

**116**

http://go.accurint.com/app/bps/main

5/5/03

| | ABUNDIO P CUATLE | 33 | 3520 E PICO BLVD | Sep 99 - Oct 00 | (000) 261-4037 | |
| | xxx-xx-xxxx | Jul 69 | LOS ANGELES CA 90023-3925 | | | |
| | ABUNDIO C PEREZ | 33 | 3520 E PICO BLVD | Sep 99 - Oct 00 | (000) 261-4037 | |
| | xxx-xx-xxxx | Jul 11, 1969 | LOS ANGELES CA 90023-3925 | | | |
| | ABUNDIO P CUATLE | 33 | 827 S BONNIE BEACH PL | Apr 00 | (000) 261-4037 | |
| | xxx-xx-xxxx | Jul 69 | LOS ANGELES CA 90023-1953 | | | |
| | STEVE MILLETT | | | Jan 00 | | |
| | xxx-xx-xxxx | | OVERLAND PARK KS 66213-4702 | | | |
| | STEVEN GARY MILLETT | 40 | 2304 E WESCOTT DR | Feb 98 - Nov 99 | (913) 685-5907 | |
| | xxx-xx-xxxx | 1963 | PHOENIX AZ 85024-2445 | | | |
| | ABUNDIA C PEREZ | 33 | 3528 E PICO BLVD | Jun 94 - Oct 99 | | |
| | xxx-xx-xxxx | Jul 69 | LOS ANGELES CA 90023-3925 | | | |
| | ABUNDIO CUAUTLE | 33 | 827 S BONNIE BEACH PL | Feb 93 - Jan 99 | | |
| | xxx-xx-xxxx | Jul 69 | LOS ANGELES CA 90023-1953 | | | |
| | ABUNDIO CUAUTLE | 33 | 3528 E PICO BLVD | Jun 94 - Jan 99 | | |
| | xxx-xx-xxxx | Jul 69 | LOS ANGELES CA 90023-3925 | | | |
| | STEVEN G MILLETT | 40 | 6885 E COCHISE RD | Oct 97 | (913) 685-5907 | |
| | xxx-xx-xxxx | 1963 | PARADISE VALLEY AZ 85253-1419 | | | |
| | ABUNDIO P CUATLE | 33 | 3528 W PICO BLVD | Jan 94 | (000) 261-4037 | |
| | xxx-xx-xxxx | Jul 69 | LOS ANGELES CA 90019-4567 | | | |
| | ABUNDIA C PEREZ | 33 | 3528 W PICO BLVD | Jan 94 | (000) 261-4037 | |
| | xxx-xx-xxxx | Jul 69 | LOS ANGELES CA 90019-4567 | | | |
| | ABUNDIO C PEREZ | 33 | 3528 W PICO BLVD | Jan 94 | (000) 261-4037 | |
| | xxx-xx-xxxx | Jul 11, 1969 | LOS ANGELES CA 90019-4567 | | | |
| | ABUNDIA C PEREZ | 33 | 827 S BONNIE BEACH PL | Feb 93 | | |
| | xxx-xx-xxxx | Jul 69 | LOS ANGELES CA 90023-1953 | | | |
| | ABUNDIO C PEREZ | 33 | 827 S BONNIE BEACH PL | Feb 93 | | |
| | xxx-xx-xxxx | Jul 11, 1969 | LOS ANGELES CA 90023-1953 | | | |

**Export to Excel**    **Records: 1 to 24 of 24**

**117**

# Table of Contents

**RESPONSIBILITIES AND ROLES**                                     **1-1**
Responsibilities                                                   1-1
Roles – CDIA, Consumer Reporting Agencies, Metro 2 Format Task Force,
    ACDV Task Force, Data Furnisher, Federal Trade Commission     1-2

**AUTOMATED DATA REPORTING**                                       **2-1**
Advantages of the Metro 2 Format                                  2-1
Industry Reporting Standards                                      2-2
Industry Standard for Reporting Account Delinquency              2-2
Maintaining Integrity and Consistency of Credit Information      2-3

**METRO 2 FORMAT**                                                 **3-1**
Metro 2 Format Table of Contents                                 3-1
Business Requirements                                            3-9
Programming Standards                                            3-11
Production Tips                                                  3-13
Record Layouts                                                  3-14
Field Definitions                                               4-1
Exhibits                                                        5-1
Frequently Asked Questions and Answers                          6-1
Glossary of Terms                                               7-1
Implementation Checklist                                        8-1
Child Support Reporting                                         9-1
Third Party Collection Agency/Debt Purchaser/
        Factoring Company Reporting                             10-1
Student Loan Reporting                                          11-1
Utility Company Reporting                                       12-1

**CORRECTION PROCESS**                                             **13-1**
Automated File Maintenance                                       13-2
Automated Universal Data Process                                13-2
Benefits of AUD over Manual Universal Data Forms                13-3

**CONSUMER DISPUTE PROCESS**                                       **14-1**
Automated Consumer Dispute Verification                          14-2
ACDV Workflow                                                   14-2
Benefits of ACDV over Manual Consumer Dispute Verification Forms 14-3
Consumer Dispute Verification Forms                             14-3


Ex. Q

# Responsibilities and Roles

**RESPONSIBILITIES**    Credit reporting information is sensitive data. The issues of accuracy and completeness of information and fairness to consumers are not just a concern of the consumer reporting agencies; credit grantor participation is also required. Federal and state laws already regulate certain aspects of credit reporting. In order to protect your ability to conduct business without the further intervention of external forces, you must participate in the accuracy process.

Both credit grantors and consumers depend on consumer reporting agencies to acquire and maintain accurate credit histories. This can only be accomplished if the provider of consumer data understands the tools that are available and adheres to the standards for credit reporting.

The purpose of this guide is to document this very important process and includes:

- Industry Standards
- Metro 2 Format
- Metro 2 Implementation Checklist
- Automated Universal Data Process
- Automated Consumer Dispute Verification

The Metro 2 Format Task Force strongly encourages you to make the fullest use of the tools and procedures outlined in this guide, and to contact the consumer reporting agencies at any time for whatever assistance you may need.

# Responsibilities and Roles

**ROLES**

**Consumer Data Industry Association (CDIA)**
An international trade association representing the consumer credit, mortgage reporting, employment and tenant screening and collection service industries. Headquartered in Washington, DC, CDIA provides legislative assistance and a lobbying function to its members, and works with the consumer reporting agencies to establish standards for the consumer reporting industry.

For more information about CDIA, visit their website at www.cdiaonline.org.

**Consumer Reporting Agencies**
Individual companies that collect, store, maintain and distribute information on consumer credit history.

For more information about the agencies, visit their websites at:

www.equifax.com
www.experian.com
www.innovis-cbc.com
www.transunion.com

**Metro 2 Format Task Force**
Despite the competitive and organizational barriers within the credit industry, the consumer reporting agencies continue to work together to develop, maintain and enhance an industry-standard reporting format. The task force's mission is to provide a standardized method for the reporting of accurate, complete and timely data.

The Metro 2 Format Task Force is comprised of representatives from Equifax, Experian, Innovis and TransUnion and is supported by the CDIA.

For information specific to data reporting, click on the Metro 2 option at www.cdiaonline.org.

# Responsibilities and Roles

### ACDV Task Force
This group maintains an industry-wide automated consumer dispute resolution system, which is required by the Fair Credit Reporting Act (FCRA) section 611 (a) (5) (D). This task force also meets through the auspices of CDIA and includes representatives from Equifax, Experian, Innovis and TransUnion.

For information specific to consumer disputes, click on the ACDV/AUD option at www.cdiaonline.org.

### Data Furnisher
Company who provides consumer credit accounts receivables to one or more consumer reporting agency.

Duties of furnishers are described in FCRA (section 623). See http://www.ftc.gov/os/statutes/fcra.pdf for additional information.

### Federal Trade Commission (FTC)
Under the FCRA (section 621), the FTC is charged with enforcing and interpreting the Fair Credit Reporting Act. As such, they issue staff opinion letters, press releases and consumer educational materials. More information can be found on the Internet at http://www.ftc.gov/os/statutes/fcrajump.htm.

Copyright 2003 © Consumer Data Industry Association

# Automated Data Reporting

**ADVANTAGES OF THE METRO 2 FORMAT**

- Accepted by all consumer reporting agencies, the Metro 2 Format enables the reporting of accurate, complete and timely credit information.

- Meets all requirements of the Fair Credit Billing Act (FCBA), the Fair Credit Reporting Act (FCRA), the Equal Credit Opportunity Act (ECOA) and all applicable state laws.

- When all data fields are used accurately and reported each month, compliance with legislation is ensured.

- Allows credit information to be added and mapped to the consumer's file with greater consistency.

- Allows complete identification information to be reported for each consumer (including co-debtor, co-signer, etc.) each month which improves the ability of the consumer reporting systems to match to the correct consumer.

- Accommodates cycle reporting of data, which allows more timely updating of the credit file.

- Accommodates additional information not provided in other formats used for reporting credit information:

  — Full four digit year
  — New data elements
  — Consumer-specific ties
  — Expanded functionality

- The Payment History Profile (up to 24 months) makes it possible for the credit grantor to supply automated updates/corrections for the file rather than costly manual updates/corrections, and reduces consumer disputes.

*Copyright 2003 © Consumer Data Industry Association*

# Automated Data Reporting

• Flexibility of the format provides for future enhancements.

Reporting in the Metro 2 Format greatly benefits the credit grantor, the consumer reporting agencies and your customer, the consumer.

**INDUSTRY REPORTING STANDARDS**

An industry standard for reporting consumer accounts will ensure the integrity and consistency of the credit information being reported.

• All accounts must be reported on a monthly basis.

• A final Account Status Code must be reported when the accounts are ultimately paid or closed.

• If reporting by cycles, all accounts must be reported at the close of each cycle.

• When reporting delinquent accounts, the "Industry Standard for Reporting Account Delinquency" must be followed.

**INDUSTRY STANDARD FOR REPORTING ACCOUNT DELINQUENCY**

The "clock" for a 30-day delinquency starts 30 days after the **due date**, as opposed to the billing date.

The following example tracks an account history for four months, specifying the Metro 2 Account Status Code that should be reported.

| Billing Dates | Jan. 1 | Feb. 1 | Mar. 1 | Apr. 1 |
|---|---|---|---|---|
| Bills Received | 1 | 2 | 3 | 4 |
| Payments Past Due | 0 | 1 | 2 | 3 |
| Age from Due Date | 0 | 1 | 31 | 61 |
| Age from Billing Date | 0 | 30 | 60 | 90 |
| Metro 2 Status Code | 11 | 11 | 71 | 78 |

**Definitions:**

| | |
|---|---|
| Metro 2 Status Code 11 | 0 – 29 days past due date |
| Metro 2 Status Code 71 | 30 – 59 days past due date |
| Metro 2 Status Code 78 | 60 – 89 days past due date |

*Copyright 2003 © Consumer Data Industry Association*

# Automated Data Reporting

**MAINTAINING INTEGRITY AND CONSISTENCY OF CREDIT INFORMATION**

Once information is reported accurately, it is important that data furnishers not ask for a subsequent change in the history payment record unless the payment history is inaccurate.

- Consumer credit history information will be reported in a factual, precise and objective manner.

- Only inaccurately reported accounts should be deleted. Paid derogatory accounts, such as collections or charge offs, should be reported as paid; they should not be deleted.

- Requests by consumers for reverification of challenged information must be processed promptly.

- Unless an error is discovered, the consumer will be advised that the factual credit history will continue to be reported.

*Asking for exceptions to the standards jeopardizes the integrity of the data.*

*Copyright 2003 © Consumer Data Industry Association*

**124**

# Metro 2 Format
# Table of Contents

## BUSINESS REQUIREMENTS ......................................... 3-9

## PROGRAMMING STANDARDS ......................................... 3-11

## PRODUCTION TIPS ......................................... 3-13

## RECORD LAYOUTS ......................................... 3-14
Header Record — Packed Format ......................................... 3-14
Header Record — Character Format ......................................... 3-15
366 Base Segment — Packed Format ......................................... 3-16
426 Base Segment — Character Format ......................................... 3-18
J1 Segment — Associated Consumer — Same Address ......................................... 3-20
J2 Segment — Associated Consumer — Different Address ......................................... 3-21
K1 Segment — Original Creditor Name ......................................... 3-22
K2 Segment — Purchased Portfolio/Sold To ......................................... 3-22
K3 Segment — Mortgage Information ......................................... 3-23
K4 Segment — Specialized Payment Information ......................................... 3-23
L1 Segment — Account Number/Identification Number Change ......................................... 3-24
N1 Segment — Employment ......................................... 3-24
Trailer Record — Packed Format ......................................... 3-25
Trailer Record — Character Format ......................................... 3-27

## FIELD DEFINITIONS
## HEADER RECORD ......................................... 4-1
Block Descriptor Word (BDW) ......................................... 4-1
Record Descriptor Word (RDW) ......................................... 4-1
Record Identifier ......................................... 4-1
Cycle Number ......................................... 4-2
Innovis Program Identifier ......................................... 4-2
Equifax Program Identifier ......................................... 4-2
Experian Program Identifier ......................................... 4-2
Trans Union Program Identifier ......................................... 4-2

# Metro 2 Format Table of Contents

| | |
|---|---|
| Activity Date | 4-2 |
| Date Created | 4-2 |
| Program Date | 4-2 |
| Program Revision Date | 4-3 |
| Reporter Name | 4-3 |
| Reporter Address | 4-3 |
| Reporter Telephone Number | 4-3 |
| Software Vendor Name | 4-3 |
| Software Version Number | 4-3 |
| Reserved | 4-3 |
| | |
| **BASE SEGMENT** | **4-4** |
| Block Descriptor Word (BDW) | 4-4 |
| Record Descriptor Word (RDW) | 4-4 |
| Processing Indicator | 4-4 |
| Time Stamp | 4-5 |
| Correction Indicator | 4-6 |
| Identification Number | 4-7 |
| Cycle Identifier | 4-7 |
| Consumer Account Number | 4-7 |
| Portfolio Type | 4-7 |
| Account Type | 4-8 |
| Date Opened | 4-8 |
| Credit Limit | 4-8 |
| Highest Credit or Original Loan Amount | 4-9 |
| Terms Duration | 4-9 |
| Terms Frequency | 4-10 |
| Scheduled Monthly Payment Amount | 4-10 |
| Actual Payment Amount | 4-11 |
| Account Status | 4-11 |
| Payment Rating | 4-11 |
| Payment History Profile | 4-12 |
| Special Comment | 4-13 |
| Compliance Condition Code | 4-14 |
| Current Balance | 4-15 |
| Amount Past Due | 4-15 |
| Original Charge-off Amount | 4-15 |
| Billing Date | 4-16 |

*Copyright 2003 © Consumer Data Industry Association*

# Metro 2 Format Table of Contents

FCRA Compliance/Date of First Delinquency          4-17
Date Closed                                         4-18
Date of Last Payment                                4-18
Reserved                                            4-18
Consumer Transaction Type                           4-18
Surname                                             4-19
First Name                                          4-19
Middle Name                                         4-19
Generation Code                                     4-19
Social Security Number                              4-20
Date of Birth                                       4-20
Telephone Number                                    4-20
ECOA Code                                           4-21
Consumer Information Indicator                      4-22
Country Code                                        4-22
First Line of Address                               4-23
Second Line of Address                              4-23
City                                                4-23
State                                               4-23
Postal/Zip Code                                     4-24
Address Indicator                                   4-24
Residence Code                                      4-24

**J1 SEGMENT**
**ASSOCIATED CONSUMER — SAME ADDRESS          4-25**
Segment Identifier                                  4-25
Consumer Transaction Type                           4-25
Surname                                             4-25
First Name                                          4-26
Middle Name                                         4-26
Generation Code                                     4-26
Social Security Number                              4-26
Date of Birth                                       4-26
Telephone Number                                    4-27
ECOA Code                                           4-27
Consumer Information Indicator                      4-28
Reserved                                            4-28

# Metro 2 Format Table of Contents

**J2 SEGMENT**
**ASSOCIATED CONSUMER — DIFFERENT ADDRESS**    **4-29**
Segment Identifier    4-29
Consumer Transaction Type    4-29
Surname    4-29
First Name    4-30
Middle Name    4-30
Generation Code    4-30
Social Security Number    4-30
Date of Birth    4-30
Telephone Number    4-31
ECOA Code    4-31
Consumer Information Indicator    4-32
Country Code    4-32
First Line of Address    4-32
Second Line of Address    4-33
City    4-33
State    4-33
Postal/Zip Code    4-33
Address Indicator    4-33
Residence Code    4-34
Reserved    4-34

**K1 SEGMENT**
**ORIGINAL CREDITOR NAME**    **4-35**
Segment Identifier    4-35
Original Creditor Name    4-35
Creditor Classification    4-36

**K2 SEGMENT**
**PURCHASED PORTFOLIO/SOLD TO**    **4-37**
Segment Identifier    4-37
Portfolio Indicator    4-37
Purchased Portfolio or Sold To Name    4-37
Reserved    4-37

# Metro 2 Format Table of Contents

**K3 SEGMENT**
**MORTGAGE INFORMATION**                                    **4-38**
Segment Identifier                                          4-38
Agency Identifier                                           4-38
Account Number                                              4-38
Mortgage Identification Number                              4-38

**K4 SEGMENT**
**SPECIALIZED PAYMENT INFORMATION**                         **4-39**
Segment Identifier                                          4-39
Specialized Payment Indicator                               4-39
Deferred Payment Start Date                                 4-39
Payment Due Date                                            4-39
Payment Amount                                              4-39
Reserved                                                    4-39

**L1 SEGMENT**
**ACCOUNT NUMBER/IDENTIFICATION NUMBER**                    **4-40**
Segment Identifier                                          4-40
Change Indicator                                            4-40
New Consumer Account Number                                 4-40
New Identification Number                                   4-41
Reserved                                                    4-41

**N1 SEGMENT**
**EMPLOYMENT**                                              **4-42**
Segment Identifier                                          4-42
Employer Name                                               4-42
First Line of Employer Address                              4-42
Second Line of Employer Address                             4-42
Employer City                                               4-42
Employer State                                              4-42
Employer Postal/Zip Code                                    4-42
Occupation                                                  4-43
Reserved                                                    4-43

# Metro 2 Format Table of Contents

**TRAILER RECORD**                                          **4-44**
Record Descriptor Word (RDW)                                 4-44
Record Identifier                                            4-44
Total Base Records                                           4-44
Reserved                                                     4-44
Total Associated Consumer Segments (J1)                      4-44
Total Associated Consumer Segments (J2)                      4-44
Block Count                                                  4-44
Total of Status Code DA                                      4-44
Total of Status Code 05                                      4-45
Total of Status Code 11                                      4-45
Total of Status Code 13                                      4-45
Total of Status Code 61                                      4-45
Total of Status Code 62                                      4-45
Total of Status Code 63                                      4-45
Total of Status Code 64                                      4-45
Total of Status Code 65                                      4-45
Total of Status Code 71                                      4-45
Total of Status Code 78                                      4-45
Total of Status Code 80                                      4-45
Total of Status Code 82                                      4-46
Total of Status Code 83                                      4-46
Total of Status Code 84                                      4-46
Total of Status Code 88                                      4-46
Total of Status Code 89                                      4-46
Total of Status Code 93                                      4-46
Total of Status Code 94                                      4-46
Total of Status Code 95                                      4-46
Total of Status Code 96                                      4-46
Total of Status Code 97                                      4-46
Total of ECOA Code Z (All Segments)                          4-47
Total Employment Segments                                    4-47
Total Original Creditor Segments                             4-47
Total Purchased Portfolio/Sold To Segments                   4-47
Total Mortgage Information Segments                           4-47
Total Specialized Payment Information Segments                4-47
Total Change Segments                                         4-47
Total Social Security Numbers (All Segments)                 4-48

# Metro 2 Format Table of Contents

| | |
|---|---|
| Total Social Security Numbers (Base Segments) | 4-48 |
| Total Social Security Numbers (J1 Segments) | 4-48 |
| Total Social Security Numbers (J2 Segments) | 4-48 |
| Total Dates of Birth (All Segments) | 4-48 |
| Total Dates of Birth (Base Segments) | 4-48 |
| Total Dates of Birth (J1 Segments) | 4-49 |
| Total Dates of Birth (J2 Segments) | 4-49 |
| Total Telephone Numbers (All Segments) | 4-49 |
| Reserved | 4-49 |

**EXHIBITS** — **5-1**

| | |
|---|---|
| Exhibit 1 — Account Type Codes by Industry | 5-1 |
| Exhibit 2 — Account Type Codes | 5-6 |
| Exhibit 3 — Terms/Payment Amount Conversion to Monthly | 5-9 |
| Exhibit 4 — Account Status Codes | 5-10 |
| Exhibit 5 — Examples of Reporting Payment History Profile | 5-11 |
| Exhibit 6 — Special Comment Codes —by Category within Portfolio | 5-12 |
| Exhibit 7 — Special Comment Codes | 5-16 |
| Exhibit 8 — Explanation and Examples of FCRA Compliance/ Date of First Delinquency | 5-18 |
| Exhibit 9 — Consumer Information Indicators | 5-21 |
| Exhibit 10 —Country Codes | 5-22 |
| Exhibit 11 —General Rules for Addresses | 5-24 |
| Exhibit 12 —State Codes | 5-25 |
| Exhibit 13 —Examples of Record Layouts — Hexadecimal Representation | 5-26 |

**FREQUENTLY ASKED QUESTIONS AND ANSWERS** — **6-1**

| | |
|---|---|
| Segments and Appendages | 6-1 |
| BDW / RDW | 6-3 |
| Delinquency Reporting | 6-3 |
| Cycle Reporting | 6-3 |
| Account Status, Payment Rating, Special Comment | 6-4 |
| Reporting Scenarios | 6-5 |
| ECOA Requirements | 6-9 |
| FCRA Requirements | 6-10 |
| Deleting Accounts/Borrowers | 6-11 |

# Metro 2 Format Table of Contents

| | |
|---|---|
| Consumer Information | 6-11 |
| Duplicate Tradelines | 6-12 |
| Media | 6-12 |
| First Time Reporters | 6-13 |
| **GLOSSARY OF TERMS** | **7-1** |
| **IMPLEMENTATION CHECKLIST** | **8-1** |
| **INDUSTRY REPORTING GUIDELINES** | **9-1** |
| Child Support Reporting | 9-1 |
| Third Party Collection Agency/Debt Purchaser/Factoring Company Reporting | 10-1 |
| Student Loan Reporting | 11-1 |
| Utility Company Reporting | 12-1 |

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Barry R. Grissom, 7270 W. 98th Terr., Bldg. 7., Ste. 220, Overland Park, KS 66212
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, TransUnion, L.L.C. , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of Millett v.EquifaxCreditInformationServices,et al.
(CAPTION ACTION)

which is case number 04-2274-CM in the United States District Court
(DOCKET NUMBER)

for the District of Kansas .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after 7/14/04
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

8/11/04                    _____
(DATE)                              (SIGNATURE)

Printed/Typed Name: Paul Myers

As Attorney          of Trans Union          Strasburger & Price, LLC, 2801 Network Blvd
(TITLE)               (CORPORATE DEFENDANT)   Ste. 600
                                              Frisco TX 75034

## Duty to Avoid unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

356



# APPENDIX B

# TRUECREDIT
# COMMUNICATIONS RESEARCH

# Tabular Results

FHMR #16853
July, 2007



FieldHouse
Marketing
Research

**357**

Ex. W

FEMR
CREDIT MANAGER STUDY
JULY 2007 (FEMR #J16853)

# TABLE OF CONTENTS

BANNER1

358

Table 1.......S4. AGE

Table 2.......S6. WHAT DO YOU DO WHEN ON-LINE?

Table 3.......S7. IN AN AVERAGE WEEK, WOULD YOU SAY THAT YOU ARE ON THE
INTERNET...?

Table 4.......S8. THINKING ABOUT HOW OFTEN YOU SURF OR BROWSE THE
INTERNET, WOULD YOU SAY IT WAS...?

Table 5.......S9. AND HOW OFTEN DO YOU SHOP ONLINE? IS IT...?

Table 6.......S10. DO YOU DO ANY ONLINE BANKING?

Table 7.......1A. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
TRUECREDIT?
COMPLETE IDENTITY THEFT PROTECTION

Table 8.......1B. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
TRUECREDIT?
WEEKLY FRAUD WATCH EMAILS

Table 9.......1C. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
TRUECREDIT?
IMMEDIATE NOTIFICATION OF CREDIT REPORT CHANGES

Table 10......1D. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
TRUECREDIT? A CREDIT REPORT THAT CONTAINS ALL INFORMATION
NECESSARY TO PROTECT YOU AGAINST FRAUDULENT ACTIVITY

Table 11......1E. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
TRUECREDIT? NOTICE IF ANOTHER PERSON IS USING ANY OF YOUR
PERSONAL INFORMATION WITHOUT YOUR PERMISSION

Table 12......1F. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
TRUECREDIT? ACCESS TO TRAINED SPECIALISTS TO AID YOU IN
RECOVERING FINANCIAL AND CREDIT LOSSES DUE TO IDENTITY THEFT

Table 13......2A. BASED ON THE MATERIAL YOU HAVE READ, DO YOU EXPECT
TRUECREDIT TO NOTIFY YOU OF THE FOLLOWING?
SOMEONE TAKING ACTION THAT IMPACTS YOUR CREDIT

FTMR
CREDIT MANAGER STUDY
JULY 2007   (FTMR #J16853)

**359**

# TABLE OF CONTENTS

Table 14......2B. BASED ON THE MATERIAL YOU HAVE READ, DO YOU EXPECT TRUECREDIT TO NOTIFY YOU OF THE FOLLOWING? SOMEONE USING YOUR SOCIAL SECURITY NUMBER

Table 15......2C. BASED ON THE MATERIAL YOU HAVE READ, DO YOU EXPECT TRUECREDIT TO NOTIFY YOU OF THE FOLLOWING? SOMEONE USING YOUR IDENTITY TO OBTAIN A DRIVER'S LICENSE

Table 16......2D. BASED ON THE MATERIAL YOU HAVE READ, DO YOU EXPECT TRUECREDIT TO NOTIFY YOU OF THE FOLLOWING? SOMEONE USING YOUR IDENTITY IN WAYS THAT WILL RESULT IN YOUR NEEDING TO SEEK LEGAL HELP

Table 17......3. IF SOMEONE USES YOUR SOCIAL SECURITY NUMBER WITH A DIFFERENT NAME AND ADDRESS TO OBTAIN CREDIT OR EMPLOYMENT, IS THAT IDENTITY THEFT?

Table 18......4. BASED ON THE MATERIAL THAT YOU HAVE READ, WHICH COMPANY PROVIDES THE TRUECREDIT SERVICES?

Table 19......5. HOW FAMILIAR ARE YOU WITH THE TRUECREDIT COMPANY?

Table 20......6. HOW FAMILIAR ARE YOU WITH THE TRANSUNION COMPANY?

Table 21......7. IF THIS SERVICE WERE AVAILABLE, HOW LIKELY ARE YOU TO SUBSCRIBE?

Table 22......8. IF THIS SERVICE WERE OFFERED SOLELY BY TRUECREDIT WOULD YOU BE MORE OR LESS LIKELY TO SUBSCRIBE TO THE SERVICE?

Table 23......9. IF THIS SERVICE WERE OFFERED SOLELY BY TRANSUNION WOULD YOU BE MORE OR LESS LIKELY TO SUBSCRIBE TO THE SERVICE?

Table 24......10. DO YOU CURRENTLY PURCHASE OR SUBSCRIBE TO ANY SERVICES THAT HELP YOU MONITOR YOUR CREDIT SITUATION AND/OR PROTECT YOU AGAINST IDENTITY FRAUD OR THEFT?

Table 25......11. IN WHAT COUNTY DO YOU LIVE?

Table 26......12. WHICH OF THE FOLLOWING BEST DESCRIBES THE LAST YEAR OF EDUCATION YOU RECEIVED?

Table 27......13. WHICH OF THE FOLLOWING BEST DESCRIBES YOUR TOTAL ANNUAL HOUSEHOLD INCOME BEFORE TAXES?

Table 28......14. EMPLOYMENT STATUS

Table 29......15. GENDER

Table 30......16. WHAT IS YOUR ZIP CODE?

Table 1

FRMR
CREDIT MANAGER STUDY
JULY 2007 (FRMR #J16853)
**360**
S4. AGE

CONCEPT SCORE

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY DEFINITELY WILL NOT SUBSCRIBE | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | | | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE-THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| 18-29 | 42 28.0 | 23 34.8 c | 19 22.6 | 42 45.7 | - | 11 26.2 | 31 28.7 | 5 25.0 | 37 28.5 | 21 42.0 KL | 8 20.5 | 3 13.0 | 10 26.3 |
| 30-44 | 50 33.3 | 23 34.8 | 27 32.1 | 50 54.3 | - | 14 33.3 | 36 33.3 | 8 40.0 | 42 32.3 | 13 26.0 | 16 41.0 | 9 39.1 | 12 31.6 |
| 45-59 | 53 35.3 | 19 28.8 | 34 40.5 | - | 53 91.4 | 16 38.1 | 37 34.3 | 6 30.0 | 47 36.2 | 13 26.0 | 15 38.5 | 11 47.8 J | 14 36.8 |
| 60-74 | 5 3.3 | 1 1.5 | 4 4.8 | - | 5 8.6 | 1 2.4 | 4 3.7 | 1 5.0 | 4 3.1 | 3 6.0 | - | - | 2 5.3 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MEAN | 39.52 | 37.07 | 41.45 B | 30.84 | 53.29 D | 39.89 | 39.38 | 39.63 | 39.50 | 37.03 | 40.00 | 42.41 | 40.55 |
| STANDARD DEVIATION | 12.46 | 12.00 | 12.54 | 6.76 | 4.25 | 12.25 | 12.59 | 12.61 | 12.48 | 13.89 | 10.86 | 10.33 | 13.04 |
| STANDARD ERROR | 1.02 | 1.48 | 1.37 | 0.70 | 0.56 | 1.89 | 1.21 | 2.82 | 1.09 | 1.96 | 1.74 | 2.15 | 2.12 |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 2

FMMR
CREDIT MANAGER STUDY
JULY 2007  (FMMR #J16853)

**361**

S6. WHAT DO YOU DO WHEN ON-LINE?

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE-THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| E-MAIL | 144 96.0 | 62 93.9 | 82 97.6 | 89 96.7 | 55 94.8 | 41 97.6 | 103 95.4 | 19 95.0 | 125 96.2 | 48 96.0 | 37 94.9 | 21 91.3 | 38 100.0 |
| SURF/BROWSE | 145 96.7 | 65 98.5 | 80 95.2 | 87 94.6 | 58 100.0 D | 40 95.2 | 105 97.2 | 19 95.0 | 126 96.9 | 46 92.0 | 38 97.4 | 23 100.0 J | 38 100.0 J |
| SHOP | 127 84.7 | 54 81.8 | 73 86.9 | 79 85.9 | 48 82.8 | 37 88.1 | 90 83.3 | 15 75.0 | 112 86.2 | 38 76.0 | 35 89.7 j | 19 82.6 | 35 92.1 J |
| BANKING | 106 70.7 | 49 74.2 | 57 67.9 | 67 72.8 | 39 67.2 | 33 78.6 | 73 67.6 | 13 65.0 | 93 71.5 | 34 68.0 | 27 69.2 | 16 69.6 | 29 76.3 |
| RESEARCH | 134 89.3 | 59 89.4 | 75 89.3 | 79 85.9 | 55 94.8 d | 36 85.7 | 98 90.7 | 18 90.0 | 116 89.2 | 44 88.0 | 35 89.7 | 22 95.7 | 33 86.8 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 3

FMMR
CREDIT MANAGER STUDY
JULY 2007 (FMMR #316853)

**362**

S7. IN AN AVERAGE WEEK, WOULD YOU SAY THAT YOU ARE ON THE INTERNET...?

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| DAILY | 128 85.3 | 54 81.8 | 74 88.1 | 79 85.9 | 49 84.5 | 35 83.3 | 93 86.1 | 14 70.0 | 114 87.7 h | 44 88.0 | 32 82.1 | 20 87.0 | 32 84.2 |
| 2-3 TIMES A WEEK | 20 13.3 | 12 18.2 | 8 9.5 | 13 14.1 | 7 12.1 | 7 16.7 | 13 12.0 | 6 30.0 i | 14 10.8 | 6 12.0 | 7 17.9 | 2 8.7 | 5 13.2 |
| ONCE A WEEK | 2 1.3 | - | 2 2.4 | - | 2 3.4 | - | 2 1.9 | - | 2 1.5 | - | - | 1 4.3 | 1 2.6 |
| 2 TIMES A MONTH | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ONCE A MONTH OR LESS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 4

FMMR
CREDIT MANAGER STUDY
JULY 2007 (FMMR #316853)

**363**

S8. THINKING ABOUT HOW OFTEN YOU SURF OR BROWSE THE
INTERNET, WOULD YOU SAY IT WAS...?

CONCEPT SCORE

| | TOTAL | GENDER MALE | GENDER FEMALE | AGE 18-44 | AGE 45-74 | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | COUNTY WYANDOTTE | COUNTY JOHNSON | COUNTY LEAVENWORTH | COUNTY ALL OTHER 18 COUNTIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE-THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| DAILY | 91 60.7 | 43 65.2 | 48 57.1 | 59 64.1 | 32 55.2 | 23 54.8 | 68 63.0 | 10 50.0 | 81 62.3 | 31 62.0 | 22 56.4 | 14 60.9 | 24 63.2 |
| 2-3 TIMES A WEEK | 43 28.7 | 19 28.8 | 24 28.6 | 26 28.3 | 17 29.3 | 14 33.3 | 29 26.9 | 9 45.0 | 34 26.2 | 15 30.0 | 13 33.3 | 7 30.4 | 8 21.1 |
| ONCE A WEEK | 8 5.3 | 2 3.0 | 6 7.1 | 3 3.3 | 5 8.6 | 2 4.8 | 6 5.6 | - | 8 6.2 | 1 2.0 | 3 7.7 | 2 8.7 | 2 5.3 |
| 2 TIMES A MONTH | 8 5.3 | 2 3.0 | 6 7.1 | 4 4.3 | 4 6.9 | 3 7.1 | 5 4.6 | 1 5.0 | 7 5.4 | 3 6.0 | 1 2.6 | - | 4 10.5 |
| ONCE A MONTH OR LESS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means. Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 5

FMGR
CREDIT MANAGER STUDY
JULY 2007 (FMGR #316852)
**364**

S9. AND HOW OFTEN DO YOU SHOP ONLINE? IS IT...?

CONCEPT SCORE

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | | | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE-THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| DAILY | 11 7.3 | 2 3.0 | 9 10.7 b | 8 8.7 | 3 5.2 | 2 4.8 | 9 8.3 | 3 15.0 | 8 6.2 | 5 10.0 | 4 10.3 | - | 2 5.3 |
| 2-3 TIMES A WEEK | 15 10.0 | 4 6.1 | 11 13.1 | 8 8.7 | 7 12.1 | 6 14.3 | 9 8.3 | 5 25.0 i | 10 7.7 | 6 12.0 | 3 7.7 | 2 8.7 | 4 10.5 |
| ONCE A WEEK | 18 12.0 | 8 12.1 | 10 11.9 | 9 9.8 | 9 15.5 | 4 9.5 | 14 13.0 | 1 5.0 | 17 13.1 | 3 6.0 | 6 15.4 | 3 13.0 | 6 15.8 |
| 2 TIMES A MONTH | 37 24.7 | 16 24.2 | 21 25.0 | 24 26.1 | 13 22.4 | 14 33.3 | 23 21.3 | 3 15.0 | 34 26.2 | 7 14.0 | 12 30.8 J | 7 30.4 | 11 28.9 J |
| ONCE A MONTH OR LESS | 69 46.0 | 36 54.5 c | 33 39.3 | 43 46.7 | 26 44.8 | 16 38.1 | 53 49.1 | 8 40.0 | 61 46.9 | 29 58.0 Km | 14 35.9 | 11 47.8 | 15 39.5 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means  Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 6

FMMR
CREDIT MANAGER STUDY
JULY 2007 (FMGR #J16853)

365

S10. DO YOU DO ANY ONLINE BANKING?

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE-THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| YES | 107 71.3 | 50 75.8 | 57 67.9 | 69 75.0 | 38 65.5 | 32 76.2 | 75 69.4 | 13 65.0 | 94 72.3 | 35 70.0 | 28 71.8 | 15 65.2 | 29 76.3 |
| NO | 43 28.7 | 16 24.2 | 27 32.1 | 23 25.0 | 20 34.5 | 10 23.8 | 33 30.6 | 7 35.0 | 36 27.7 | 15 30.0 | 11 28.2 | 8 34.8 | 9 23.7 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 7

FHMR
CREDIT MANAGER STUDY
JULY 2007  (FHMR #J16853)

366

1A. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
TRUECREDIT?
COMPLETE IDENTITY THEFT PROTECTION

CONCEPT SCORE
-------------------
MIGHT/
MIGHT NOT/                    COUNTY
DEFINITELY PROBABLY/ ---------------------------------