IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT,<br>On Behalf of Themselves and All Others<br>Similarly Situated,<br>               Plaintiffs,<br>v.<br>TRUELINK, INC.,<br>A Trans Union Company,<br>               Defendant. | Case No. 05-599-SLR |

## APPENDIX OF EXHIBITS

## IN SUPPORT OF

## PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

## REDACTED SET

ERISMAN & CURTIN

/s/ Christopher J. Curtin
Christopher J. Curtin
DE Bar Id. No. 0226
Erisman & Curtin
629 Mount Lebanon road
Wilmington, Delaware 19803
Phone: (302) 478-5577
Facsimile: (302) 478-5494
Email: ccurtin659@aol.com

DATE: October 29, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUELINK, INC., A Trans Union Company,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 05-599-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## APPENDIX

## IN SUPPORT OF

## PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

APP. EX. 1 – DEPOSITION PAGES OF PLAINTIFFS

APP EX. 2 – SAMPLE ELECTRONIC MAIL

APP. EX. 3 – ADVERTISING AND MARKETING OF DEFENDANT (filed under seal)

APP. EX. 4 – CONTRACT OF DEFENDANT WITH TRANS UNION (filed under seal)

APP. EX. 5 – CONTRACT OF DEFENDANT WITH EXPERIAN INFORMATION SOLUTIONS, INC. (filed under seal)

APP. EX. 6 – AFFIDAVIT OF MELODY MILLETT

APP. EX. 7 - DEPOSITION OF KATE ANDERSON, DEFENDANT'S COMPLIANCE OFFICER  (filed under seal)

APP. EX. 8 – DOCUMENTS PRODUCED PURSUANT TO SUBPOENA, SEARS CHARGES (filed under seal)

APP. EX. 9 – DOCUMENTS PRODUCED PURSUANT TO SUBPOENA, U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (filed under seal)

APP. EX. 10– ARTICLES AND MARKETING CONCERNING DATA BREACHES AND CREDIT MONITORING OF DEFENDANT