# ANSWERING BRIEF TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT EXHIBIT 1