CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on November 5, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Christopher J. Curtin, Esquire
> Erisman & Curtin
> 629 Mount Lebanon Road
> P.O. Box 250
> Wilmington, DE 19899

And that I served a copy this day by electronic mail to:

> Christopher J. Curtin, Esquire
> Erisman & Curtin
> 629 Mount Lebanon Road
> P.O. Box 250
> Wilmington, DE 19899
>
> B. Joyce Yeager
> Yeager Law Firm
> P.O. Box 2469
> Mission, KS 66201-2469

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Jay N. Moffitt (#4742)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
jmoffitt@mnat.com
Attorneys for Defendant TrueLink, Inc.

November 5, 2007