# EXHIBIT D



July 25, 2007

Barry Grissom
Attorney At Law
7270 w. 98th Terrace
Overland Park, KS  662112

Dear Mr. Grissom:

At the request of Bryson Cloon and yourself, we completed a research study to develop an understanding of the expectations of Kansas consumers regarding the issue of identity theft.  This research was specifically designed to (but not limited to) identify understanding and expectations of representations made in a TrueCredit marketing piece offering identity theft protection.  FieldHouse Marketing Research (FHMR) developed and executed a research plan to evaluate perceptions and understanding of this offering among Kansas consumers.

The objective of this project was to understand how Kansas consumers define identity theft and, specifically, what they believe the TrueCredit product would provide in the way of identity theft protection relative to the extent of the protection, notification regarding potential problems and access to assistance in recovering losses due to identity theft.

Personal interviews were conducted with 150 randomly selected Kansas consumers intercepted at The Legends, a regional shopping center located in Kansas City, Kansas. All interviews were completed between June 28 and July 6, 2007.  Respondents were residents of 21 Kansas counties with the majority from Wyandotte, Johnson and Leavenworth counties.  Participants were male and female adults between the ages of 18-75.  All were regular users of the internet (access at home at least once a week) who also browse/shop on line at least twice a month.  Qualified individuals were invited to participate and received an honorarium ($5 Legends Gift Card) for their cooperation.

Respondents were seated at a computer and asked to read one page of information about the TrueCredit product.  When participants signaled their readiness, the personal interview was administered by a trained interviewer.  Throughout the interview respondents were able to refer to the information on their computer screen.

FHMR tabulated the responses and developed summary tables for each specific question.  The results were analyzed and a Final Report, summarizing our findings was delivered on July 19, 2007.

7220 West 98th Terrace, Overland Park, KS 66212
tel: 913.341.4245    fax: 913.341.1462    www.fhmr.com

Dimbert.
EXHIBIT NO. 4
10 15 07
nms
Metropolitan
COURT REPORTERS

It is my opinion that the results of this survey demonstrate extremely high levels of agreement among Kansas consumers regarding their understanding of the term 'identity theft' as well as their understanding and expectations relative to the TrueCredit product.

Virtually all (99%) survey respondents agreed that someone using your social security number with a different name and address to obtain credit or employment constitutes identity theft.

Almost all the respondents expect TrueCredit to provide...

- Weekly fraud watch e-mails (95%)
- Notice if another person uses their personal information without permission (95%)
- Immediate notification of credit report changes (94%)
- Access to trained specialists to aid in recovering financial and credit losses due to identity theft (93%)
- A credit report that contains all information necessary to protect against fraudulent activity (90%)
- Complete identity theft protection (83%)

Similarly, most expect TrueCredit to notify them if someone...

- Takes action that impacts their credit (98%)
- Uses their identity in ways requiring them to seek legal help (93%)
- Uses their social security number (86%)
- Uses their identity to obtain a driver's license (78%)

The final report with summary charts, a complete set of tabular results and copies of the study questionnaires are appended to this document.

FHMR's total compensation for planning and executing this research study was $11,000.

As the Study Director, I am available to answer questions regarding all aspects of this research. With more than 40 years of marketing research experience, I am a qualified expert witness. In the course of my career I have provided marketing research counsel and services to a wide variety of clients including many of the largest American manufacturers and providers of consumer goods and services. I am an acknowledged expert in problem definition, research design and data analysis.

Prior to founding FHMR, I was Marketing Research Manager at Chesebrough-Ponds and at General Foods Corp.

FHMR is a full-service marketing research company providing a wide spectrum of services to a diverse national client base. Established in 1973 and headquartered in Kansas City, we have completed more than 16,000 projects for clients representing a wide variety of industries.

While FHMR research projects have encompassed a broad spectrum of subjects and issues, the evaluation of new product opportunities and products is a particular area of corporate focus and expertise. We have developed unique techniques for aiding clients in this endeavor with emphasis on understanding how consumers react to new product concepts and communications. Our specific expertise was an excellent fit with the objective of this research.

I have not testified as an expert witness in any cases during the past four years.

My fee, as an expert witness for depositions or testimony, is $300 per hour plus travel expenses.


        truly,


Ronald L. Dimbert


Attachment:

Appendix A   Final report

Appendix B   Tabular results

Appendix C   Study Questionnaires

# APPENDIX A

# TRUECREDIT
# COMMUNICATIONS RESEARCH

## Final Report

FHMR #16853
July, 2007

**FHMR**
FieldHouse
Marketing
Research

# BACKGROUND & OBJECTIVES

- FieldHouse Marketing Research was retained to conduct research to understand consumer reactions to the TrueCredit offering available from TransUnion.

- The primary objective of this research was to understand what Kansas consumers believe was offered by the sales material, relative to the...

  o  Extent of anticipated coverage

  o  Expectations regarding types of notifications

  o  Company providing the services

  o  Consumer's definition of 'identify theft'



FieldHouse
Marketing
Research

# METHODOLOGY

- Personal interviews were conducted with 150 randomly selected consumers intercepted at The Legends, a regional shopping center in Kansas City, KS.

- Respondents were residents of 21 Kansas counties. The majority were from Wyandotte, Johnson or Leavenworth counties.

- Qualified individuals were invited to participate in this research and were paid an honorarium for their cooperation.

- Participants were male and female residents of the state of Kansas (18-75 years old) who access the Internet at home on a regular basis (at least once a week) and who browse or shop online (at least twice a month).

- Participants were seated at computers and asked to read one page of information regarding the TrueCredit product. Throughout the interview, respondents were able to refer to the information as they might do at home. When participants signaled their readiness, a personal interview was administered by a trained interviewer.



FieldHouse
Marketing
Research

3

# TRUECREDIT INFORMATION



FieldHouse Marketing Research FHMR

# SUMMARY OF RESULTS

- Virtually all (99%) agree that someone using your social security number with a different name and address to obtain credit or employment is identity theft.

- Participants expect TrueCredit to provide...
  - o  Weekly fraud watch emails (95%)
  - o  Notice if another person is using your personal information without permission (95%)
  - o  Immediate notification of credit report changes (94%)
  - o  Access to trained specialists to aid in recovering financial and credit losses due to identity theft (93%)
  - o  A credit report that contains all information necessary to protect against fraudulent activity (90%)
  - o  Complete identity theft protection (83%)

- Participants expect TrueCredit to notify them if someone...
  - o  Takes action that impacts their credit (98%)
  - o  Uses their identity in ways that will require them to seek legal help (93%)
  - o  Uses their social security number (86%)
  - o  Uses their identity to obtain a driver's license (78%)

- The majority (55%) believe that TrueCredit services will be provided by TransUnion.



FieldHouse
Marketing
Research

5

*If someone uses your social security number with a different name and address to obtain credit or employment, is that identify theft?*



No, That is not
Identify Theft,
1%

Yes, That is
Identify Theft,
99%

FHMR

FieldHouse
Marketing
Research

6



Based on the material you have read, which of the following do you expect to receive if you subscribe to TrueCredit?

■ Expect to Receive □ Not Sure □ Do Not Expect to Receive

| Category | Expect to Receive | Not Sure | Do Not Expect to Receive |
|---|---|---|---|
| Weekly fraud watch emails | 95% | | 5% |
| Notice if another person is using any of your personal information without your permission | 95% | 1% | 4% |
| Immediate notification of credit report changes | 94% | 1% | 5% |
| Access to trained specialists to aid you in recovering financial and credit losses due to identity theft | 93% | 2% | 5% |
| A credit report that contains all information necessary to protect you against fraudulent activity | 90% | 7% | 3% |
| Complete identity theft protection | 83% | 15% | 2% |

FHMR
FieldHouse
Marketing
Research

7



Based on the material you have read, do you expect TrueCredit to notify you of the following?

■ Expect Notification    □ Not Sure    ■ Do Not Expect Notification

Someone taking action that impacts your credit: 98% / 1% / 1%

Someone using your identity in ways that will result in your needing to seek legal help: 93% / 4% / 3%

Someone using your social security number: 86% / 11% / 3%

Someone using your identity to obtain a driver's license: 78% / 17% / 5%

FieldHouse Marketing Research — FHMR

8

*Based on the material you have read, which company provides the TrueCredit services?*



TrueCredit, 26%

Other/Not Sure, 19%

TransUnion, 55%

FHMR

FieldHouse
Marketing
Research

9

# QUESTIONS?

Ron Dimbert
(913) 341-4245
r.dimbert@fhmr.com



FieldHouse
Marketing
Research

Copyright 2007 – FieldHouse Marketing Research

10

# APPENDIX B

# TRUECREDIT
# COMMUNICATIONS RESEARCH

## Tabular Results

FHMR #16853
July, 2007

FHMR

FieldHouse
Marketing
Research

FEHR
CREDIT MANAGER STUDY
JULY 2007 (FEHR #J16853)

TABLE OF CONTENTS

BANNER1

Table 1......S4. AGE

Table 2......S6. WHAT DO YOU DO WHEN ON-LINE?

Table 3......S7. IN AN AVERAGE WEEK, WOULD YOU SAY THAT YOU ARE ON THE
             INTERNET...?

Table 4......S8. THINKING ABOUT HOW OFTEN YOU SURF OR BROWSE THE
             INTERNET, WOULD YOU SAY IT WAS...?

Table 5......S9. AND HOW OFTEN DO YOU SHOP ONLINE? IS IT...?

Table 6......S10. DO YOU DO ANY ONLINE BANKING?

Table 7......1A. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
             FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
             TRUECREDIT?
             COMPLETE IDENTITY THEFT PROTECTION

Table 8......1B. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
             FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
             TRUECREDIT?
             WEEKLY FRAUD WATCH EMAILS

Table 9......1C. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
             FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
             TRUECREDIT?
             IMMEDIATE NOTIFICATION OF CREDIT REPORT CHANGES

Table 10.....1D. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
             FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
             TRUECREDIT? A CREDIT REPORT THAT CONTAINS ALL INFORMATION
             NECESSARY TO PROTECT YOU AGAINST FRAUDULENT ACTIVITY

Table 11.....1E. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
             FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
             TRUECREDIT? NOTICE IF ANOTHER PERSON IS USING ANY OF YOUR
             PERSONAL INFORMATION WITHOUT YOUR PERMISSION

Table 12.....1F. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
             FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
             TRUECREDIT? ACCESS TO TRAINED SPECIALISTS TO AID YOU IN
             RECOVERING FINANCIAL AND CREDIT LOSSES DUE TO IDENTITY THEFT

Table 13.....2A. BASED ON THE MATERIAL YOU HAVE READ, DO YOU EXPECT
             TRUECREDIT TO NOTIFY YOU OF THE FOLLOWING?
             SOMEONE TAKING ACTION THAT IMPACTS YOUR CREDIT

FBMR
CREDIT MANAGER STUDY
JULY 2007 (FBMR #J16853)

TABLE OF CONTENTS

Table 14......2B. BASED ON THE MATERIAL YOU HAVE READ, DO YOU EXPECT TRUECREDIT TO NOTIFY YOU OF THE FOLLOWING? SOMEONE USING YOUR SOCIAL SECURITY NUMBER

Table 15......2C. BASED ON THE MATERIAL YOU HAVE READ, DO YOU EXPECT TRUECREDIT TO NOTIFY YOU OF THE FOLLOWING? SOMEONE USING YOUR IDENTITY TO OBTAIN A DRIVER'S LICENSE

Table 16......2D. BASED ON THE MATERIAL YOU HAVE READ, DO YOU EXPECT TRUECREDIT TO NOTIFY YOU OF THE FOLLOWING? SOMEONE USING YOUR IDENTITY IN WAYS THAT WILL RESULT IN YOUR NEEDING TO SEEK LEGAL HELP

Table 17......3. IF SOMEONE USES YOUR SOCIAL SECURITY NUMBER WITH A DIFFERENT NAME AND ADDRESS TO OBTAIN CREDIT OR EMPLOYMENT, IS THAT IDENTITY THEFT?

Table 18......4. BASED ON THE MATERIAL THAT YOU HAVE READ, WHICH COMPANY PROVIDES THE TRUECREDIT SERVICES?

Table 19......5. HOW FAMILIAR ARE YOU WITH THE TRUECREDIT COMPANY?

Table 20......6. HOW FAMILIAR ARE YOU WITH THE TRANSUNION COMPANY?

Table 21......7. IF THIS SERVICE WERE AVAILABLE, HOW LIKELY ARE YOU TO SUBSCRIBE?

Table 22......8. IF THIS SERVICE WERE OFFERED SOLELY BY TRUECREDIT WOULD YOU BE MORE OR LESS LIKELY TO SUBSCRIBE TO THE SERVICE?

Table 23......9. IF THIS SERVICE WERE OFFERED SOLELY BY TRANSUNION WOULD YOU BE MORE OR LESS LIKELY TO SUBSCRIBE TO THE SERVICE?

Table 24......10. DO YOU CURRENTLY PURCHASE OR SUBSCRIBE TO ANY SERVICES THAT HELP YOU MONITOR YOUR CREDIT SITUATION AND/OR PROTECT YOU AGAINST IDENTITY FRAUD OR THEFT?

Table 25......11. IN WHAT COUNTY DO YOU LIVE?

Table 26......12. WHICH OF THE FOLLOWING BEST DESCRIBES THE LAST YEAR OF EDUCATION YOU RECEIVED?

Table 27......13. WHICH OF THE FOLLOWING BEST DESCRIBES YOUR TOTAL ANNUAL HOUSEHOLD INCOME BEFORE TAXES?

Table 28......14. EMPLOYMENT STATUS

Table 29......15. GENDER

Table 30......16. WHAT IS YOUR ZIP CODE?

Table 1

FMGR
CREDIT MANAGER STUDY
JULY 2007 (FMGR #316853)

S4. AGE

CONCEPT SCORE

|  | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY/PROBABLY WILL SUBSCRIBE | MIGHT/MIGHT NOT/PROBABLY DEFINITELY WILL NOT SUBSCRIBE | COUNTY | | | |
|  |  | MALE | FEMALE | 18-44 | 45-74 |  |  |  |  | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
|  | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150<br>100.0 | 66<br>100.0 | 84<br>100.0 | 92<br>100.0 | 58<br>100.0 | 42<br>100.0 | 108<br>100.0 | 20<br>100.0 | 130<br>100.0 | 50<br>100.0 | 39<br>100.0 | 23<br>100.0 | 38<br>100.0 |
| 18-29 | 42<br>28.0 | 23<br>34.8<br>c | 19<br>22.6 | 42<br>45.7 | - | 11<br>26.2 | 31<br>28.7 | 5<br>25.0 | 37<br>28.5 | 21<br>42.0<br>KL | 8<br>20.5 | 3<br>13.0 | 10<br>26.3 |
| 30-44 | 50<br>33.3 | 23<br>34.8 | 27<br>32.1 | 50<br>54.3 | - | 14<br>33.3 | 36<br>33.3 | 8<br>40.0 | 42<br>32.3 | 13<br>26.0 | 16<br>41.0 | 9<br>39.1 | 12<br>31.6 |
| 45-59 | 53<br>35.3 | 19<br>28.8 | 34<br>40.5 | - | 53<br>91.4 | 16<br>38.1 | 37<br>34.3 | 6<br>30.0 | 47<br>36.2 | 13<br>26.0 | 15<br>38.5 | 11<br>47.8<br>J | 14<br>36.8 |
| 60-74 | 5<br>3.3 | 1<br>1.5 | 4<br>4.8 | - | 5<br>8.6 | 1<br>2.4 | 4<br>3.7 | 1<br>5.0 | 4<br>3.1 | 3<br>6.0 | - | - | 2<br>5.3 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MEAN | 39.52 | 37.07 | 41.45<br>B | 30.84 | 53.29<br>D | 39.89 | 39.38 | 39.63 | 39.50 | 37.03 | 40.00 | 42.41 | 40.55 |
| STANDARD DEVIATION | 12.46 | 12.00 | 12.54 | 6.76 | 4.25 | 12.25 | 12.59 | 12.61 | 12.48 | 13.89 | 10.86 | 10.33 | 13.04 |
| STANDARD ERROR | 1.02 | 1.48 | 1.37 | 0.70 | 0.56 | 1.89 | 1.21 | 2.82 | 1.09 | 1.96 | 1.74 | 2.15 | 2.12 |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 2

FHMR
CREDIT MANAGER STUDY
JULY 2007 (FHMR #J168953)

S6. WHAT DO YOU DO WHEN ON-LINE?

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| E-MAIL | 144 96.0 | 62 93.9 | 82 97.6 | 89 96.7 | 55 94.8 | 41 97.6 | 103 95.4 | 19 95.0 | 125 96.2 | 48 96.0 | 37 94.9 | 21 91.3 | 38 100.0 |
| SURF/BROWSE | 145 96.7 | 65 98.5 | 80 95.2 | 87 94.6 | 58 100.0 D | 40 95.2 | 105 97.2 | 19 95.0 | 126 96.9 | 46 92.0 | 38 97.4 | 23 100.0 J | 38 100.0 J |
| SHOP | 127 84.7 | 54 81.8 | 73 86.9 | 79 85.9 | 48 82.8 | 37 88.1 | 90 83.3 | 15 75.0 | 112 86.2 | 38 76.0 | 35 89.7 J | 19 82.6 | 35 92.1 J |
| BANKING | 106 70.7 | 49 74.2 | 57 67.9 | 67 72.8 | 39 67.2 | 33 78.6 | 73 67.6 | 13 65.0 | 93 71.5 | 34 68.0 | 27 69.2 | 16 69.6 | 29 76.3 |
| RESEARCH | 134 89.3 | 59 89.4 | 75 89.3 | 79 85.9 | 55 94.8 d | 36 85.7 | 98 90.7 | 18 90.0 | 116 89.2 | 44 88.0 | 35 89.7 | 22 95.7 | 33 86.8 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 3

FEMR
CREDIT MANAGER STUDY
JULY 2007 (FEMR #J168853)

S7. IN AN AVERAGE WEEK, WOULD YOU SAY THAT YOU ARE ON THE INTERNET...?

| | | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | | | | | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | | | | ALL OTHER 18 COUNTIES |
| | TOTAL | MALE | FEMALE | 18-44 | 45-74 | | | | | WYANDOTTE | JOHNSON | LEAVENWORTH | |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE-THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| DAILY | 128 85.3 | 54 81.8 | 74 88.1 | 79 85.9 | 49 84.5 | 35 83.3 | 93 86.1 | 14 70.0 | 114 87.7 h | 44 88.0 | 32 82.1 | 20 87.0 | 32 84.2 |
| 2-3 TIMES A WEEK | 20 13.3 | 12 18.2 | 8 9.5 | 13 14.1 | 7 12.1 | 7 16.7 | 13 12.0 | 6 30.0 I | 14 10.8 | 6 12.0 | 7 17.9 | 2 8.7 | 5 13.2 |
| ONCE A WEEK | 2 1.3 | - | 2 2.4 | - | 2 3.4 | - | 2 1.9 | - | 2 1.5 | - | - | 1 4.3 | 1 2.6 |
| 2 TIMES A MONTH | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ONCE A MONTH OR LESS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 4

FBMR
CREDIT MANAGER STUDY
JULY 2007 (FBMR #J16853)

S8. THINKING ABOUT HOW OFTEN YOU SURF OR BROWSE THE INTERNET, WOULD YOU SAY IT WAS...?

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY DEFINITELY WILL NOT SUBSCRIBE | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | | | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| DAILY | 91 60.7 | 43 65.2 | 48 57.1 | 59 64.1 | 32 55.2 | 23 54.8 | 68 63.0 | 10 50.0 | 81 62.3 | 31 62.0 | 22 56.4 | 14 60.9 | 24 63.2 |
| 2-3 TIMES A WEEK | 43 28.7 | 19 28.8 | 24 28.6 | 26 28.3 | 17 29.3 | 14 33.3 | 29 26.9 | 9 45.0 | 34 26.2 | 15 30.0 | 13 33.3 | 7 30.4 | 8 21.1 |
| ONCE A WEEK | 8 5.3 | 2 3.0 | 6 7.1 | 3 3.3 | 5 8.6 | 2 4.8 | 6 5.6 | - | 8 6.2 | 1 2.0 | 3 7.7 | 2 8.7 | 2 5.3 |
| 2 TIMES A MONTH | 8 5.3 | 2 3.0 | 6 7.1 | 4 4.3 | 4 6.9 | 3 7.1 | 5 4.6 | 1 5.0 | 7 5.4 | 3 6.0 | 1 2.6 | - | 4 10.5 |
| ONCE A MONTH OR LESS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 5

FMMR
CREDIT MANAGER STUDY
JULY 2007 (FMMR #J16853)

S9. AND HOW OFTEN DO YOU SHOP ONLINE? IS IT...?

CONCEPT SCORE

| | TOTAL | GENDER MALE | GENDER FEMALE | AGE 18-44 | AGE 45-74 | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY/PROBABLY WILL SUBSCRIBE | MIGHT/MIGHT NOT/PROBABLY/DEFINITELY WILL NOT SUBSCRIBE | COUNTY WYANDOTTE | COUNTY JOHNSON | COUNTY LEAVENWORTH | COUNTY ALL OTHER 18 COUNTIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 / 100.0 | 66 / 100.0 | 84 / 100.0 | 92 / 100.0 | 58 / 100.0 | 42 / 100.0 | 108 / 100.0 | 20 / 100.0 | 130 / 100.0 | 50 / 100.0 | 39 / 100.0 | 23 / 100.0 | 38 / 100.0 |
| DAILY | 11 / 7.3 | 2 / 3.0 | 9 / 10.7 b | 8 / 8.7 | 3 / 5.2 | 2 / 4.8 | 9 / 8.3 | 3 / 15.0 | 8 / 6.2 | 5 / 10.0 | 4 / 10.3 | - | 2 / 5.3 |
| 2-3 TIMES A WEEK | 15 / 10.0 | 4 / 6.1 | 11 / 13.1 | 8 / 8.7 | 7 / 12.1 | 6 / 14.3 | 9 / 8.3 | 5 / 25.0 i | 10 / 7.7 | 6 / 12.0 | 3 / 7.7 | 2 / 8.7 | 4 / 10.5 |
| ONCE A WEEK | 18 / 12.0 | 8 / 12.1 | 10 / 11.9 | 9 / 9.8 | 9 / 15.5 | 4 / 9.5 | 14 / 13.0 | 1 / 5.0 | 17 / 13.1 | 3 / 6.0 | 6 / 15.4 | 3 / 13.0 | 6 / 15.8 |
| 2 TIMES A MONTH | 37 / 24.7 | 16 / 24.2 | 21 / 25.0 | 24 / 26.1 | 13 / 22.4 | 14 / 33.3 | 23 / 21.3 | 3 / 15.0 | 34 / 26.2 | 7 / 14.0 | 12 / 30.8 J | 7 / 30.4 | 11 / 28.9 J |
| ONCE A MONTH OR LESS | 69 / 46.0 | 36 / 54.5 c | 33 / 39.3 | 43 / 46.7 | 26 / 44.8 | 16 / 38.1 | 53 / 49.1 | 8 / 40.0 | 61 / 46.9 | 29 / 58.0 Km | 14 / 35.9 | 11 / 47.8 | 15 / 39.5 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 6
FMGR
CREDIT MANAGER STUDY
JULY 2007 (FMGR #J16853)

S10. DO YOU DO ANY ONLINE BANKING?

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY/ PROBABLY WILL SUBSCRIBE | MIGHT NOT/ PROBABLY DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| YES | 107 | 50 | 57 | 69 | 38 | 32 | 75 | 13 | 94 | 35 | 28 | 15 | 29 |
| | 71.3 | 75.8 | 67.9 | 75.0 | 65.5 | 76.2 | 69.4 | 65.0 | 72.3 | 70.0 | 71.8 | 65.2 | 76.3 |
| NO | 43 | 16 | 27 | 23 | 20 | 10 | 33 | 7 | 36 | 15 | 11 | 8 | 9 |
| | 28.7 | 24.2 | 32.1 | 25.0 | 34.5 | 23.8 | 30.6 | 35.0 | 27.7 | 30.0 | 28.2 | 34.8 | 23.7 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 7

Case 1:05-cv-00599-SLR    Document 170-3    Filed 11/05/2007    Page 24 of 68

FBBR
CREDIT MANAGER STUDY
JULY 2007  (FBBR #216853)

1A. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
TRUECREDIT?
COMPLETE IDENTITY THEFT PROTECTION

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| YES | 125 83.3 | 53 80.3 | 72 85.7 | 77 83.7 | 48 82.8 | 38 90.5 g | 87 80.6 | 16 80.0 | 109 83.8 | 45 90.0 | 31 79.5 | 19 82.6 | 30 78.9 |
| NO | 22 14.7 | 12 18.2 | 10 11.9 | 13 14.1 | 9 15.5 | 4 9.5 | 18 16.7 | 4 20.0 | 18 13.8 | 3 6.0 | 8 20.5 J | 4 17.4 | 7 18.4 J |
| NOT SURE | 3 2.0 | 1 1.5 | 2 2.4 | 2 2.2 | 1 1.7 | - | 3 2.8 | - | 3 2.3 | 2 4.0 | - | - | 1 2.6 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 8

FBMR
CREDIT MANAGER STUDY
JULY 2007 (FBMR #J16853)

1B. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
TRUECREDIT?
WEEKLY FRAUD WATCH EMAILS

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY/ PROBABLY WILL SUBSCRIBE | MIGHT NOT/ PROBABLY DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| YES | 143 95.3 | 62 93.9 | 81 96.4 | 87 94.6 | 56 96.6 | 41 97.6 | 102 94.4 | 18 90.0 | 125 96.2 | 46 92.0 | 36 92.3 | 23 100.0 JK | 38 100.0 JK |
| NO | 7 4.7 | 4 6.1 | 3 3.6 | 5 5.4 | 2 3.4 | 1 2.4 | 6 5.6 | 2 10.0 | 5 3.8 | 4 8.0 | 3 7.7 | - | - |
| NOT SURE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means   Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 9

FFMR
CREDIT MANAGER STUDY
JULY 2007 (FFMR #J16853)

1C. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO TRUECREDIT?
IMMEDIATE NOTIFICATION OF CREDIT REPORT CHANGES

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT NOT/ MIGHT PROBABLY/ PROBABLY DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| YES | 140 93.3 | 62 93.9 | 78 92.9 | 83 90.2 | 57 98.3 D | 38 90.5 | 102 94.4 | 20 100.0 I | 120 92.3 | 47 94.0 | 35 89.7 | 22 95.7 | 36 94.7 |
| NO | 8 5.3 | 2 3.0 | 6 7.1 | 8 8.7 | - | 2 4.8 | 6 5.6 | - | 8 6.2 | 3 6.0 | 2 5.1 | 1 4.3 | 2 5.3 |
| NOT SURE | 2 1.3 | 2 3.0 | - | 1 1.1 | 1 1.7 | 2 4.8 | - | - | 2 1.5 | - | 2 5.1 | - | - |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups:  BC/DE/FG/HI/JKLM
Independent Z-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 10

FMDR
CREDIT MANAGER STUDY
JULY 2007 (PFMR #J16853)

1D. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
TRUECREDIT? A CREDIT REPORT THAT CONTAINS ALL INFORMATION
NECESSARY TO PROTECT YOU AGAINST FRAUDULENT ACTIVITY

|  | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
|  |  | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY/PROBABLY WILL SUBSCRIBE | MIGHT/MIGHT NOT/PROBABLY/DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| YES | 136 90.7 | 61 92.4 | 75 89.3 | 82 89.1 | 54 93.1 | 41 97.6 G | 95 88.0 | 18 90.0 | 118 90.8 | 46 92.0 | 33 84.6 | 22 95.7 | 35 92.1 |
| NO | 10 6.7 | 3 4.5 | 7 8.3 | 7 7.6 | 3 5.2 | 1 2.4 | 9 8.3 f | 1 5.0 | 9 6.9 | 3 6.0 | 5 12.8 | - | 2 5.3 |
| NOT SURE | 4 2.7 | 2 3.0 | 2 2.4 | 3 3.3 | 1 1.7 | - | 4 3.7 | 1 5.0 | 3 2.3 | 1 2.0 | 1 2.6 | 1 4.3 | 1 2.6 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level
Lower case letters indicate significance at the 90% level

Table 11

FDMR
CREDIT MANAGER STUDY
JULY 2007 (FDMR #J16853)

18. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
TRUECREDIT? NOTICE IF ANOTHER PERSON IS USING ANY OF YOUR
PERSONAL INFORMATION WITHOUT YOUR PERMISSION

| | | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | TOTAL | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT NOT/ MIGHT NOT/ PROBABLY DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| YES | 142 | 59 | 83 | 86 | 56 | 41 | 101 | 20 | 122 | 47 | 36 | 23 | 36 |
| | 94.7 | 89.4 | 98.8 B | 93.5 | 96.6 | 97.6 | 93.5 | 100.0 I | 93.8 | 94.0 | 92.3 | 100.0 Jk | 94.7 |
| NO | 6 | 5 | 1 | 5 | 1 | - | 6 | - | 6 | 2 | 2 | - | 2 |
| | 4.0 | 7.6 c | 1.2 | 5.4 | 1.7 | - | 5.6 | - | 4.6 | 4.0 | 5.1 | - | 5.3 |
| NOT SURE | 2 | 2 | - | 1 | 1 | 1 | 1 | - | 2 | 1 | 1 | - | - |
| | 1.3 | 3.0 | - | 1.1 | 1.7 | 2.4 | 0.9 | - | 1.5 | 2.0 | 2.6 | - | - |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 12

FEMR
CREDIT MANAGER STUDY
JULY 2007 (FEMR #J16853)

1F. BASED ON THE MATERIAL YOU HAVE READ, WHICH OF THE
FOLLOWING DO YOU EXPECT TO RECEIVE IF YOU SUBSCRIBE TO
TRUECREDIT? ACCESS TO TRAINED SPECIALISTS TO AID YOU IN
RECOVERING FINANCIAL AND CREDIT LOSSES DUE TO IDENTITY THEFT

|  | TOTAL | GENDER MALE | GENDER FEMALE | AGE 18-44 | AGE 45-74 | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE DEFINITELY/PROBABLY WILL SUBSCRIBE | CONCEPT SCORE MIGHT/MIGHT NOT/PROBABLY/DEFINITELY WILL NOT SUBSCRIBE | COUNTY WYANDOTTE | COUNTY JOHNSON | COUNTY LEAVENWORTH | COUNTY ALL OTHER 18 COUNTIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| YES | 140 93.3 | 60 90.9 | 80 95.2 | 84 91.3 | 56 96.6 | 40 95.2 | 100 92.6 | 17 85.0 | 123 94.6 | 48 96.0 | 36 92.3 | 19 82.6 | 37 97.4 |
| NO | 7 4.7 | 5 7.6 | 2 2.4 | 5 5.4 | 2 3.4 | 1 2.4 | 6 5.6 | 2 10.0 | 5 3.8 | 1 2.0 | 2 5.1 | 3 13.0 | 1 2.6 |
| NOT SURE | 3 2.0 | 1 1.5 | 2 2.4 | 3 3.3 | - | 1 2.4 | 2 1.9 | 1 5.0 | 2 1.5 | 1 2.0 | 1 2.6 | 1 4.3 | - |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 13

FMSR
CREDIT MANAGER STUDY
JULY 2007 (FMSR #J16853)

2A. BASED ON THE MATERIAL YOU HAVE READ, DO YOU EXPECT
TRUECREDIT TO NOTIFY YOU OF THE FOLLOWING?
SOMEONE TAKING ACTION THAT IMPACTS YOUR CREDIT

CONCEPT SCORE

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | | | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| YES | 146 97.3 | 66 100.0 C | 80 95.2 | 88 95.7 | 58 100.0 D | 41 97.6 | 105 97.2 | 19 95.0 | 127 97.7 | 47 94.0 | 39 100.0 J | 23 100.0 J | 37 97.4 |
| NO | 2 1.3 | - | 2 2.4 | 2 2.2 | - | - | 2 1.9 | - | 2 1.5 | 2 4.0 | - | - | - |
| NOT SURE | 2 1.3 | - | 2 2.4 | 2 2.2 | - | 1 2.4 | 1 0.9 | 1 5.0 | 1 0.8 | 1 2.0 | - | - | 1 2.6 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 14

FHMR
CREDIT MANAGER STUDY
JULY 2007 (FHMR #J16853)

2B. BASED ON THE MATERIAL YOU HAVE READ, DO YOU EXPECT
TRUECREDIT TO NOTIFY YOU OF THE FOLLOWING?
SOMEONE USING YOUR SOCIAL SECURITY NUMBER

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| YES | 129 86.0 | 58 87.9 | 71 84.5 | 81 88.0 | 48 82.8 | 37 88.1 | 92 85.2 | 19 95.1 | 110 84.6 | 44 88.0 | 32 82.1 | 21 91.3 | 32 84.2 |
| NO | 17 11.3 | 7 10.6 | 10 11.9 | 10 10.9 | 7 12.1 | 4 9.5 | 13 12.0 | - | 17 13.1 | 5 10.0 | 6 15.4 | 1 4.3 | 5 13.2 |
| NOT SURE | 4 2.7 | 1 1.5 | 3 3.6 | 1 1.1 | 3 5.2 | 1 2.4 | 3 2.8 | 1 5.0 | 3 2.3 | 1 2.0 | 1 2.6 | 1 4.3 | 1 2.6 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means. Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 15

FNMR
CREDIT MANAGER STUDY
JULY 2007 (FENR #J16853)

2C. BASED ON THE MATERIAL YOU HAVE READ, DO YOU EXPECT
TRUECREDIT TO NOTIFY YOU OF THE FOLLOWING?
SOMEONE USING YOUR IDENTITY TO OBTAIN A DRIVER'S LICENSE

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY/PROBABLY SUBSCRIBE | MIGHT/MIGHT NOT/PROBABLY/DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| YES | 117 78.0 | 53 80.3 | 64 76.2 | 71 77.2 | 46 79.3 | 35 83.3 | 82 75.9 | 19 95.0 I | 98 75.4 | 38 76.0 | 30 76.9 | 21 91.3 Jm | 28 73.7 |
| NO | 25 16.7 | 10 15.2 | 15 17.9 | 17 18.5 | 8 13.8 | 5 11.9 | 20 18.5 | - | 25 19.2 | 8 16.0 l | 7 17.9 l | 1 4.3 | 9 23.7 L |
| NOT SURE | 8 5.3 | 3 4.5 | 5 6.0 | 4 4.3 | 4 6.9 | 2 4.8 | 6 5.6 | 1 5.0 | 7 5.4 | 4 8.0 | 2 5.1 | 1 4.3 | 1 2.6 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 16

FMMR
CREDIT MANAGER STUDY
JULY 2007 (FMMR #J16853)

2D. BASED ON THE MATERIAL YOU HAVE READ, DO YOU EXPECT
TRUECREDIT TO NOTIFY YOU OF THE FOLLOWING?
SOMEONE USING YOUR IDENTITY IN WAYS THAT WILL RESULT IN
YOUR NEEDING TO SEEK LEGAL HELP

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| YES | 139 92.7 | 63 95.5 | 76 90.5 | 85 92.4 | 54 93.1 | 38 90.5 | 101 93.5 | 19 95.0 | 120 92.3 | 45 90.0 | 38 97.4 | 21 91.3 | 35 92.1 |
| NO | 6 4.0 | 2 3.0 | 4 4.8 | 4 4.3 | 2 3.4 | 2 4.8 | 4 3.7 | - | 6 4.6 | 2 4.0 | - | 1 4.3 | 3 7.9 |
| NOT SURE | 5 3.3 | 1 1.5 | 4 4.8 | 3 3.3 | 2 3.4 | 2 4.8 | 3 2.8 | 1 5.0 | 4 3.1 | 3 6.0 | 1 2.6 | 1 4.3 | - |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 17

FBMR
CREDIT MANAGER STUDY
JULY 2007 (FBMR #316853)

3. IF SOMEONE USES YOUR SOCIAL SECURITY NUMBER WITH A
DIFFERENT NAME AND ADDRESS TO OBTAIN CREDIT OR EMPLOYMENT,
IS THAT IDENTITY THEFT?

|  | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | MALE | FEMALE | 18-44 | 45-74 |  |  | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
|  | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| YES | 149 99.3 | 66 100.0 | 83 98.8 | 91 98.9 | 58 100.0 | 42 100.0 | 107 99.1 | 20 100.0 | 129 99.2 | 49 98.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| NO | 1 0.7 | - | 1 1.2 | 1 1.1 | - | - | 1 0.9 | - | 1 0.8 | 1 2.0 | - | - | - |
| NOT SURE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 18

FMMR
CREDIT MANAGER STUDY
JULY 2007 (FMMR #J16853)

4. BASED ON THE MATERIAL THAT YOU HAVE READ, WHICH COMPANY
PROVIDES THE TRUECREDIT SERVICES?

CONCEPT SCORE

| | TOTAL | GENDER MALE | GENDER FEMALE | AGE 18-44 | AGE 45-74 | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY/PROBABLY WILL SUBSCRIBE | MIGHT NOT/PROBABLY/DEFINITELY WILL NOT SUBSCRIBE | COUNTY WYANDOTTE | COUNTY JOHNSON | COUNTY LEAVENWORTH | COUNTY ALL OTHER 18 COUNTIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| TRUECREDIT COMPANY | 39 | 17 | 22 | 16 | 23 | 9 | 30 | 7 | 32 | 15 | 12 | 6 | 6 |
| | 26.0 | 25.8 | 26.2 | 17.4 | 39.7 D | 21.4 | 27.8 | 35.0 | 24.6 | 30.0 | 30.8 | 26.1 | 15.8 |
| TRANSUNION COMPANY | 83 | 38 | 45 | 55 | 28 | 24 | 59 | 8 | 75 | 22 | 20 | 13 | 28 |
| | 55.3 | 57.6 | 53.6 | 59.8 | 48.3 | 57.1 | 54.6 | 40.0 | 57.7 | 44.0 | 51.3 | 56.5 | 73.7 JK |
| TRUELINK | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | - |
| | 0.7 | | 1.2 | | 1.7 | | 0.9 | | 0.8 | | 2.6 | | |
| NOT SURE | 27 | 11 | 16 | 21 | 6 | 9 | 18 | 5 | 22 | 13 | 6 | 4 | 4 |
| | 18.0 | 16.7 | 19.0 | 22.8 E | 10.3 | 21.4 | 16.7 | 25.0 | 16.9 | 26.0 m | 15.4 | 17.4 | 10.5 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 19

FHMR
CREDIT MANAGER STUDY
JULY 2007 (FHMR #J16853)

5. HOW FAMILIAR ARE YOU WITH THE TRUECREDIT COMPANY?

|  | TOTAL | GENDER MALE | GENDER FEMALE | AGE 18-44 | AGE 45-74 | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE DEFINITELY/PROBABLY WILL SUBSCRIBE | CONCEPT SCORE MIGHT/MIGHT NOT/PROBABLY/DEFINITELY WILL NOT SUBSCRIBE | COUNTY WYANDOTTE | COUNTY JOHNSON | COUNTY LEAVENWORTH | COUNTY ALL OTHER 18 COUNTIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| TOP TWO BOX | 22 14.7 | 12 18.2 | 10 11.9 | 14 15.2 | 8 13.8 | 11 26.2 G | 11 10.2 | 5 25.0 | 17 13.1 | 5 10.0 | 8 20.5 L | 1 4.3 | 8 21.1 L |
| VERY FAMILIAR | 2 1.3 | 2 3.0 | - | 2 2.2 | - | 2 4.8 | - | 1 5.0 | 1 0.8 | - | 1 2.6 | - | 1 2.6 |
| SOMEWHAT FAMILIAR | 20 13.3 | 10 15.2 | 10 11.9 | 12 13.0 | 8 13.8 | 9 21.4 | 11 10.2 | 4 20.0 | 16 12.3 | 5 10.0 | 7 17.9 l | 1 4.3 | 7 18.4 l |
| NOT AT ALL FAMILIAR | 128 85.3 | 54 81.8 | 74 88.1 | 78 84.8 | 50 86.2 | 31 73.8 | 97 89.8 F | 15 75.0 | 113 86.9 | 45 90.0 | 31 79.5 KM | 22 95.7 KM | 30 78.9 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 20

FMHR
CREDIT MANAGER STUDY
JULY 2007 (FMHR #J16853)

6. HOW FAMILIAR ARE YOU WITH THE TRANSUNION COMPANY?

|  | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
|  |  | MALE | FEMALE | 18-44 | 45-74 |  |  | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ /PROBABLY /DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
|  | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| TOP TWO BOX | 53 35.3 | 23 34.8 | 30 35.7 | 32 34.8 | 21 36.2 | 23 54.8 G | 30 27.8 | 9 45.0 | 44 33.8 | 14 28.0 | 12 30.8 | 9 39.1 | 18 47.4 J |
| VERY FAMILIAR | 10 6.7 | 6 9.1 | 4 4.8 | 8 8.7 | 2 3.4 | 7 16.7 G | 3 2.8 | 3 15.0 | 7 5.4 | 3 6.0 | - | 1 4.3 | 6 15.8 |
| SOMEWHAT FAMILIAR | 43 28.7 | 17 25.8 | 26 31.0 | 24 26.1 | 19 32.8 | 16 38.1 | 27 25.0 | 6 30.0 | 37 28.5 | 11 22.0 | 12 30.8 | 8 34.8 | 12 31.6 |
| NOT AT ALL FAMILIAR | 97 64.7 | 43 65.2 | 54 64.3 | 60 65.2 | 37 63.8 | 19 45.2 | 78 72.2 F | 11 55.0 | 86 66.2 | 36 72.0 m | 27 69.2 | 14 60.9 | 20 52.6 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 21

FHMR
CREDIT MANAGER STUDY
JULY 2007 (FHMR #316853)

7. IF THIS SERVICE WERE AVAILABLE, HOW LIKELY ARE YOU TO SUBSCRIBE?

CONCEPT SCORE

| | TOTAL | GENDER MALE | GENDER FEMALE | AGE 18-44 | AGE 45-74 | SUBSCRIBE CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY WILL SUBSCRIBE/ PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | COUNTY WYANDOTTE | COUNTY JOHNSON | COUNTY LEAVENWORTH | COUNTY ALL OTHER 18 COUNTIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| TOP TWO BOX | 20 13.3 | 12 18.2 | 8 9.5 | 13 14.1 | 7 12.1 | 7 16.7 | 13 12.0 | 20 100.0 | - | 8 16.0 k | 2 5.1 | 4 17.4 | 6 15.8 |
| DEFINITELY WILL SUBSCRIBE | 5 3.3 | 3 4.5 | 2 2.4 | 4 4.3 | 1 1.7 | 3 7.1 | 2 1.9 | 5 25.0 | - | 3 6.0 | - | - | 2 5.3 |
| PROBABLY WILL SUBSCRIBE | 15 10.0 | 9 13.6 | 6 7.1 | 9 9.8 | 6 10.3 | 4 9.5 | 11 10.2 | 15 75.0 | - | 5 10.0 | 2 5.1 | 4 17.4 | 4 10.5 |
| MIGHT OR MIGHT NOT SUBSCRIBE | 79 52.7 | 31 47.0 | 48 57.1 | 47 51.1 | 32 55.2 | 23 54.8 | 56 51.9 | - | 79 60.8 | 28 56.0 | 23 59.0 | 12 52.2 | 16 42.1 |
| PROBABLY WILL NOT SUBSCRIBE | 39 26.0 | 20 30.3 | 9 22.6 | 22 23.9 | 17 29.3 | 7 16.7 | 32 29.6 f | - | 39 30.0 | 10 20.0 | 10 25.6 | 5 21.7 | 14 36.8 j |
| DEFINITELY WILL NOT SUBSCRIBE | 12 8.0 | 3 4.5 | 9 10.7 | 10 10.9 e | 2 3.4 | 5 11.9 | 7 6.5 | - | 12 9.2 | 4 8.0 | 4 10.3 | 2 8.7 | 2 5.3 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MEAN | 3.25 | 3.17 | 3.32 | 3.27 | 3.22 | 3.17 | 3.29 | 1.75 | 3.48 H | 3.14 | 3.41 | 3.22 | 3.26 |
| STANDARD DEVIATION | 0.87 | 0.89 | 0.85 | 0.94 | 0.75 | 1.01 | 0.81 | 0.44 | 0.66 | 0.93 | 0.75 | 0.85 | 0.92 |
| STANDARD ERROR | 0.07 | 0.11 | 0.09 | 0.10 | 0.10 | 0.16 | 0.08 | 0.10 | 0.06 | 0.13 | 0.12 | 0.18 | 0.15 |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 22

FMR
CREDIT MANAGER STUDY
JULY 2007 (FMR #J16853)

8. IF THIS SERVICE WERE OFFERED SOLELY BY TRUECREDIT WOULD YOU BE MORE OR LESS LIKELY TO SUBSCRIBE TO THE SERVICE?

CONCEPT SCORE

| | TOTAL | GENDER MALE | GENDER FEMALE | AGE 18-44 | AGE 45-74 | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY DEFINITELY WILL NOT SUBSCRIBE | COUNTY WYANDOTTE | COUNTY JOHNSON | COUNTY LEAVENWORTH | COUNTY ALL OTHER 18 COUNTIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| TOP TWO BOX | 33 22.0 | 16 24.2 | 17 20.2 | 21 22.8 | 12 20.7 | 17 40.5 G | 16 14.8 | 9 45.0 I | 24 18.5 | 9 18.0 | 5 12.8 | 8 34.8 k | 11 28.9 k |
| MORE LIKELY TO SUBSCRIBE | 15 10.0 | 7 10.6 | 8 9.5 | 8 8.7 | 7 12.1 | 7 16.7 | 8 7.4 | 5 25.0 l | 10 7.7 | 4 8.0 | 5 12.8 | 3 13.0 | 3 7.9 |
| LESS LIKELY TO SUBSCRIBE | 18 12.0 | 9 13.6 | 9 10.7 | 13 14.1 | 5 8.6 | 10 23.8 G | 8 7.4 | 4 20.0 | 14 10.8 | 5 10.0 | - | 5 21.7 | 8 21.1 |
| WOULD NOT INFLUENCE MY INTEREST IN SUBSCRIBING | 117 78.0 | 50 75.8 | 67 79.8 | 71 77.2 | 46 79.3 | 25 59.5 | 92 85.2 F | 11 55.0 | 106 81.5 H | 41 82.0 | 34 87.2 lm | 15 65.2 | 27 71.1 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 23

FBNR
CREDIT MANAGER STUDY
JULY 2007 (FBMR #J16853)

9. IF THIS SERVICE WERE OFFERED SOLELY BY TRANSUNION WOULD
YOU BE MORE OR LESS LIKELY TO SUBSCRIBE TO THE SERVICE?

| | | GENDER | | AGE | | CONCEPT SCORE | | | | COUNTY | | | |
| | TOTAL | MALE | FEMALE | 18-44 | 45-74 | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| TOP TWO BOX | 36 24.0 | 17 25.8 | 19 22.6 | 22 23.9 | 14 24.1 | 19 45.2 G | 17 15.7 | 9 45.0 I | 27 20.8 | 10 20.0 | 8 20.5 | 7 30.4 | 11 28.9 |
| MORE LIKELY TO SUBSCRIBE | 29 19.3 | 13 19.7 | 16 19.0 | 17 18.5 | 12 20.7 | 17 40.5 G | 12 11.1 | 6 30.0 | 23 17.7 | 8 16.0 | 6 15.4 | 4 17.4 | 11 28.9 |
| LESS LIKELY TO SUBSCRIBE | 7 4.7 | 4 6.1 | 3 3.6 | 5 5.4 | 2 3.4 | 2 4.8 | 5 4.6 | 3 15.0 | 4 3.1 | 2 4.0 | 2 5.1 | 3 13.0 | - |
| WOULD NOT INFLUENCE MY INTEREST IN SUBSCRIBING | 114 76.0 | 49 74.2 | 65 77.4 | 70 76.1 | 44 75.9 | 23 54.8 | 91 84.3 F | 11 55.0 | 103 79.2 H | 40 80.0 | 31 79.5 | 16 69.6 | 27 71.1 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 24

FBMR
CREDIT MANAGER STUDY
JULY 2007 (FBMR #J16853)

10. DO YOU CURRENTLY PURCHASE OR SUBSCRIBE TO ANY SERVICES
THAT HELP YOU MONITOR YOUR CREDIT SITUATION AND/OR PROTECT
YOU AGAINST IDENTITY FRAUD OR THEFT?

| | | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | | | | |
| | | | | | | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | COUNTY | | | |
| | TOTAL | MALE | FEMALE | 18-44 | 45-74 | | | | | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| YES | 42 28.0 | 21 31.8 | 21 25.0 | 25 27.2 | 17 29.3 | 42 100.0 | - | 7 35.0 | 35 26.9 | 10 20.0 | 10 25.6 | 9 39.1 | 13 34.2 |
| NO | 108 72.0 | 45 68.2 | 63 75.0 | 67 72.8 | 41 70.7 | - | 108 100.0 | 13 65.0 | 95 73.1 | 40 80.0 | 29 74.4 | 14 60.9 | 25 65.8 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 25

FMMR
CREDIT MANAGER STUDY
JULY 2007  (FMMR #J16853)

11. IN WHAT COUNTY DO YOU LIVE?

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| ALLEN | 1 0.7 | 1 1.5 | - | - | - | - | 1 0.9 | - | 1 0.8 | - | - | - | 1 2.6 |
| ANDERSON | 1 0.7 | - | 1 1.2 | 1 1.1 | - | - | 1 0.9 | - | 1 0.8 | - | - | - | 1 2.6 |
| ATCHISON | - | - | - | - | - | - | - | - | - | - | - | - | - |
| BARBER | - | - | - | - | - | - | - | - | - | - | - | - | - |
| BARTON | - | - | - | - | - | - | - | - | - | - | - | - | - |
| BOURBON | - | - | - | - | - | - | - | - | - | - | - | - | - |
| BROWN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| BUTLER | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CHASE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CHAUTAUQUA | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 25
(Continued)

FBMR
CREDIT MANAGER STUDY
JULY 2007 (FBMR #J16853)

11. IN WHAT COUNTY DO YOU LIVE?

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| CHEROKEE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CHEYENNE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CLARK | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CLAY | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CLOUD | - | - | - | - | - | - | - | - | - | - | - | - | - |
| COFFEY | - | - | - | - | - | - | - | - | - | - | - | - | - |
| COMANCHE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| COWLEY | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CRAWFORD | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DECATUR | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DICKINSON | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 25
(Continued)

FDMR
CREDIT MANAGER STUDY
JULY 2007 (FDMR #316851)

11. IN WHAT COUNTY DO YOU LIVE?

| | | GENDER | | AGE | | CONCEPT SCORE | | | | COUNTY | | | |
| | | | | | | | | DEFINITELY /PROBABLY WILL | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT | | | | ALL OTHER 18 |
| | TOTAL | MALE | FEMALE | 18-44 | 45-74 | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | SUBSCRIBE | SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| DONIPHAN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DOUGLAS | 9 6.0 | 4 6.1 | 5 6.0 | 2 2.2 | 7 12.1 D | 3 7.1 | 6 5.6 | - | 9 6.9 | - | - | - | 9 23.7 |
| EDWARDS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ELK | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ELLIS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ELLSWORTH | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FINNEY | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FORD | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FRANKLIN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GEARY | 1 0.7 | 1 1.5 | - | 1 1.1 | - | - | 1 0.9 | - | 1 0.8 | - | - | - | 1 2.6 |
| GOVE | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 25
(Continued)

FMBR
CREDIT MANAGER STUDY
JULY 2007 (FMBR #316853)

11. IN WHAT COUNTY DO YOU LIVE?

| | TOTAL (A) | GENDER MALE (B) | GENDER FEMALE (C) | AGE 18-44 (D) | AGE 45-74 (E) | SUBSCRIBE TO CREDIT MONITORING (F) | DO NOT SUBSCRIBE (G) | CONCEPT SCORE DEFINITELY WILL/ PROBABLY WILL SUBSCRIBE (H) | MIGHT/ MIGHT NOT/ PROBABLY WILL NOT/ DEFINITELY WILL NOT SUBSCRIBE (I) | COUNTY WYANDOTTE (J) | JOHNSON (K) | LEAVENWORTH (L) | ALL OTHER 18 COUNTIES (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAHAM | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GRANT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GRAY | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GREELEY | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GREENWOOD | 1 0.7 | - | 1 1.2 | 1 1.1 | - | 1 2.4 | - | - | 1 0.8 | - | - | - | 1 2.6 |
| HAMILTON | - | - | - | - | - | - | - | - | - | - | - | - | - |
| HARPER | - | - | - | - | - | - | - | - | - | - | - | - | - |
| HARVEY | - | - | - | - | - | - | - | - | - | - | - | - | - |
| HASKELL | - | - | - | - | - | - | - | - | - | - | - | - | - |
| HODGEMAN | - | - | - | - | - | - | 1 0.9 | - | - | - | - | - | - |
| JACKSON | 1 0.7 | 1 1.5 | - | 1 1.1 | - | - | 1 0.9 | - | 1 0.8 | - | - | - | 1 2.6 |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means. Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 25
(Continued)

FBMG
CREDIT MANAGER STUDY
JULY 2007 (FBMR #716853)

11. IN WHAT COUNTY DO YOU LIVE?

|  | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
|  |  | MALE | FEMALE | 18-44 | 45-74 |  |  | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
|  | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| JEFFERSON | 1 0.7 | 1 1.5 | - | - | 1 1.7 | - | 1 0.9 | - | 1 0.8 | - | - | - | 1 2.6 |
| JEWELL | - | - | - | - | - | - | - | - | - | - | - | - | - |
| JOHNSON | 39 26.0 | 16 24.2 | 23 27.4 | 24 26.1 | 15 25.9 | 10 23.8 | 29 26.9 | 2 10.0 | 37 28.5 H | - | 39 100.0 | - | - |
| KEARNY | - | - | - | - | - | - | - | - | - | - | - | - | - |
| KINGMAN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| KIOWA | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LABETTE | 1 0.7 | - | 1 1.2 | 1 1.1 | - | - | 1 0.9 | - | 1 0.8 | - | - | - | 1 2.6 |
| LANE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LEAVENWORTH | 23 15.3 | 11 16.7 | 12 14.3 | 12 13.0 | 11 19.0 | 9 21.4 | 14 13.0 | 4 20.0 | 19 14.6 | - | - | 23 100.0 | - |
| LINCOLN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LINN | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 25
(Continued)

FRMR
CREDIT MANAGER STUDY
JULY 2007 (FRMR #J16853)

11. IN WHAT COUNTY DO YOU LIVE?

| | | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | | | | | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY DEFINITELY WILL NOT SUBSCRIBE | | | | ALL OTHER 18 COUNTIES |
| | TOTAL | MALE | FEMALE | 18-44 | 45-74 | | | | | WYANDOTTE | JOHNSON | LEAVENWORTH | |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| LOGAN | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LYON | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MCPHERSON | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MARION | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MARSHALL | 1 0.7 | - | 1 1.2 | - | 1 1.7 | - | 1 0.9 | - | 1 0.8 | - | - | - | 1 2.6 |
| MEADE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MIAMI | 1 0.7 | - | 1 1.2 | - | 1 1.7 | 1 2.4 | - | - | 1 0.8 | - | - | - | 1 2.6 |
| MITCHELL | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MONTGOMERY | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MORRIS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MORTON | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 25
(Continued)

FHMR
CREDIT MANAGER STUDY
JULY 2007 (FHMR #316853)

11. IN WHAT COUNTY DO YOU LIVE?

CONCEPT SCORE

| | TOTAL | GENDER MALE | GENDER FEMALE | AGE 18-44 | AGE 45-74 | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY/PROBABLY WILL SUBSCRIBE | MIGHT/MIGHT NOT/PROBABLY/DEFINITELY WILL NOT SUBSCRIBE | COUNTY WYANDOTTE | COUNTY JOHNSON | COUNTY LEAVENWORTH | ALL OTHER 18 COUNTIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| NEOSHO | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NEOSHO | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NESS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NORTON | - | - | - | - | - | - | - | - | - | - | - | - | - |
| OSAGE | 2 / 1.3 | 2 / 1.5 | 1 / 1.2 | 2 / 2.2 | - | 2 / 4.8 | - | 1 / 5.0 | 1 / 0.8 | - | - | - | 2 / 5.3 |
| OSBORNE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| OTTAWA | - | - | - | - | - | - | - | - | - | - | - | - | - |
| PAWNEE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| PHILLIPS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| POTTAWATOMIE | 1 / 0.7 | 1 / 1.5 | - | - | - | - | 1 / 0.9 | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| PRATT | - | - | - | - | 1 / 1.7 | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 25
(Continued)

FEMR
CREDIT MANAGER STUDY
JULY 2007 (FEMR #J16853)

11. IN WHAT COUNTY DO YOU LIVE?

CONCEPT SCORE

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | COUNTY | | | ALL OTHER 18 COUNTIES |
| | | MALE | FEMALE | 18-44 | 45-74 | | | | | WYANDOTTE | JOHNSON | LEAVENWORTH | |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAWLINS | 1 / 0.7 | - | - | - | - | - | - | - | - | - | - | - | - |
| RENO | - | - | 1 / 1.2 | 1 / 1.1 | - | - | 1 / 0.9 | 1 / 5.0 | - | - | - | - | 1 / 2.1 |
| REPUBLIC | - | - | - | - | - | - | - | - | - | - | - | - | 1 / 2.6 |
| RICE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| RILEY | 1 / 0.7 | - | 1 / 1.2 | 1 / 1.1 | - | - | 1 / 0.9 | - | - | - | - | - | - |
| ROOKS | - | - | - | - | - | - | - | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| RUSH | - | - | - | - | - | - | - | - | - | - | - | - | - |
| RUSSELL | - | - | - | - | - | - | - | - | - | - | - | - | - |
| SALINE | 1 / 0.7 | 1 / 1.5 | - | 1 / 1.1 | - | - | 1 / 0.9 | - | - | - | - | - | 1 / 2.6 |
| SCOTT | - | - | - | - | - | - | - | - | 1 / 0.8 | - | - | - | - |
| SEDGWICK | 5 / 3.3 | 5 / 7.6 | - | 4 / 4.3 | 1 / 1.7 | 3 / 7.1 | 2 / 1.9 | 3 / 15.0 | 2 / 1.5 | - | - | - | 5 / 13.2 |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 25
(Continued)

FBMR
CREDIT MANAGER STUDY
JULY 2007  (FBMR #J16853)

11. IN WHAT COUNTY DO YOU LIVE?

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY DEFINITELY WILL NOT SUBSCRIBE | CONCEPT SCORE COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | | | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| SEWARD | | | | | | | | | | | | | |
| SHAWNEE | 8 5.3 | 3 4.5 | 5 6.0 | 4 4.3 | 4 6.9 | 3 7.1 | 5 4.6 | 1 5.0 | 7 5.4 | | | | |
| SHERIDAN | | | | | | | | | | | | | 8 21.1 |
| SHERMAN | | | | | | | | | | | | | |
| SMITH | | | | | | | | | | | | | |
| STAFFORD | | | | | | | | | | | | | |
| STANTON | | | | | | | | | | | | | |
| STEVENS | | | | | | | | | | | | | |
| SUMNER | | | | | | | | | | | | | |
| THOMAS | | | | | | | | | | | | | |
| TREGO | | | | | | | | | | | | | |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 25
(Continued)

FHMR
CREDIT MANAGER STUDY
JULY 2007 (FHMR #J16853)

11. IN WHAT COUNTY DO YOU LIVE?

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY/PROBABLY WILL SUBSCRIBE | MIGHT NOT/PROBABLY/DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WABAUNSEE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| WALLACE | - | - | - | - | - | - | - | - | - | - | - | - | - |
| WASHINGTON | - | - | - | - | - | - | - | - | - | - | - | - | - |
| WICHITA | - | - | - | - | - | - | - | - | - | - | - | - | - |
| WILSON | 1 0.7 | 1 1.5 | - | - | - | - | 1 0.9 | - | 1 0.8 | - | - | - | - |
| WOODSON | - | - | - | - | - | - | - | - | - | - | - | - | 1 2.6 |
| WYANDOTTE | 50 33.3 | 19 28.8 | 31 36.9 | 34 37.0 | 16 27.6 | 10 23.8 | 40 37.0 | 8 40.0 | 42 32.3 | 50 100.0 | - | - | - |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 26

FMHR
CREDIT MANAGER STUDY
JULY 2007 (FMHR #J16853)

12. WHICH OF THE FOLLOWING BEST DESCRIBES THE LAST YEAR OF EDUCATION YOU RECEIVED?

CONCEPT SCORE

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | | | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE-THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| SOME HIGH SCHOOL | 1 0.7 | 1 1.5 | - | 1 1.1 | - | 1 2.4 | - | - | 1 0.8 | 1 2.0 K | - | - | - |
| COMPLETED HIGH SCHOOL | 23 15.3 | 9 13.6 | 14 16.7 | 14 15.2 | 9 15.5 | 3 7.1 | 20 18.5 F | 5 25.0 | 18 13.8 | 11 22.0 K | 3 7.7 | 5 21.7 | 4 10.5 |
| SOME COLLEGE | 38 25.3 | 18 27.3 | 20 23.8 | 26 28.3 | 12 20.7 | 8 19.0 | 30 27.8 | 6 30.0 | 32 24.6 | 17 34.0 M | 9 23.1 | 6 26.1 | 6 15.8 |
| COMPLETED COLLEGE | 30 20.0 | 10 15.2 | 20 23.8 | 18 19.6 | 12 20.7 | 13 31.0 g | 17 15.7 | 5 25.0 | 25 19.2 | 9 18.0 | 10 25.6 | 3 13.0 | 8 21.1 |
| TECHNICAL SCHOOL | 10 6.7 | 7 10.6 | 3 3.6 | 6 6.5 | 4 6.9 | 1 2.4 | 9 8.3 E | - | 10 7.7 | 3 6.0 | 3 7.7 | 2 8.7 | 2 5.3 |
| POST GRADUATE WORK | 48 32.0 | 21 31.8 | 27 32.1 | 27 29.3 | 21 36.2 | 16 38.1 | 32 29.6 | 4 20.0 | 44 33.8 | 9 18.0 | 14 35.9 J | 7 30.4 | 18 47.4 J |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 27

FHBR
CREDIT MANAGER STUDY
JULY 2007 (FHBR #J16853)

13. WHICH OF THE FOLLOWING BEST DESCRIBES YOUR TOTAL ANNUAL
HOUSEHOLD INCOME BEFORE TAXES?

| | TOTAL | GENDER | | AGE | | CONCEPT SCORE | | | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY/PROBABLY WILL SUBSCRIBE | MIGHT NOT/PROBABLY/DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| UNDER $35,000 | 23 15.3 | 9 13.6 | 14 16.7 | 22 23.9 E | 1 1.7 | 6 14.3 | 17 15.7 | 3 15.0 | 20 15.4 | 10 20.0 k | 3 7.7 | 4 17.4 | 6 15.8 |
| $35,000 TO UNDER $55,000 | 28 18.7 | 11 16.7 | 17 20.2 | 19 20.7 | 9 15.5 | 10 23.8 | 18 16.7 | 4 20.0 | 24 18.5 | 8 16.0 | 6 15.4 | 6 26.1 | 8 21.1 |
| $55,000 TO UNDER $65,000 | 17 11.3 | 10 15.2 | 7 8.3 | 11 12.0 | 6 10.3 | 5 11.9 | 12 11.1 | 3 15.0 | 14 10.8 | 5 10.0 | 4 10.3 | 2 8.7 | 6 15.8 |
| $65,000 TO UNDER $85,000 | 28 18.7 | 11 16.7 | 17 20.2 | 17 18.5 | 11 19.0 | 7 16.7 | 21 19.4 | 3 15.0 | 25 19.2 | 10 20.0 | 11 28.2 Lm | 2 8.7 | 5 13.2 |
| $85,000 TO UNDER $100,000 | 17 11.3 | 9 13.6 | 8 9.5 | 7 7.6 | 10 17.2 d | 7 16.7 | 10 9.3 | 3 15.0 | 14 10.8 | 6 12.0 | 3 7.7 | 4 17.4 | 4 10.5 |
| $100,000 TO $150,000 | 17 11.3 | 7 10.6 | 10 11.9 | 7 7.6 | 10 17.2 d | 3 7.1 | 14 13.0 | 2 10.0 | 15 11.5 | 2 4.0 | 8 20.5 J | 3 13.0 | 4 10.5 |
| OVER $150,000 | 3 2.0 | 3 4.5 | - | 2 2.2 | 1 1.7 | 1 2.4 | 2 1.9 | - | 3 2.3 | - | 2 5.1 | - | 1 2.6 |
| REFUSED | 17 11.3 | 6 9.1 | 11 13.1 | 7 7.6 | 10 17.2 d | 3 7.1 | 14 13.0 | 2 10.0 | 15 11.5 | 9 18.0 K | 2 5.1 | 2 8.7 | 4 10.5 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 27
(Continued)

FRMR
CREDIT MANAGER STUDY
JULY 2007 (FRMR #J16853)

13. WHICH OF THE FOLLOWING BEST DESCRIBES YOUR TOTAL ANNUAL
HOUSEHOLD INCOME BEFORE TAXES?

CONCEPT SCORE

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT NOT/ MIGHT NOT PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | | | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| MEAN | 63.12 | 67.28 | 59.86 | 59.11 | 69.48 d | 63.85 | 62.84 | 61.68 | 63.35 | 52.74 | 77.78 Jm | 62.65 | 62.03 |
| STANDARD DEVIATION | 35.29 | 36.52 | 34.16 | 32.12 | 39.26 | 32.47 | 36.47 | 32.78 | 35.77 | 30.90 | 36.97 | 34.67 | 35.47 |
| STANDARD ERROR | 2.88 | 4.50 | 3.73 | 3.35 | 5.16 | 5.01 | 3.51 | 7.33 | 3.14 | 4.37 | 5.92 | 7.23 | 5.75 |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 28

FRMR
CREDIT MANAGER STUDY
JULY 2007 (FRMR #J16853)

14. EMPLOYMENT STATUS

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| EMPLOYED FULL TIME | 123 82.0 | 61 92.4 C | 62 73.8 | 75 81.5 | 48 82.8 | 36 85.7 | 87 80.6 | 18 90.0 | 105 80.8 | 45 90.0 kl | 29 74.4 | 16 69.6 | 33 86.8 |
| EMPLOYED PART TIME | 15 10.0 | 3 4.5 | 12 14.3 B | 10 10.9 | 5 8.6 | 3 7.1 | 12 11.1 | - | 15 11.5 | 2 4.0 | 7 17.9 J | 2 8.7 | 4 10.5 |
| NOT EMPLOYED OUTSIDE THE HOME | 12 8.0 | 2 3.0 | 10 11.9 B | 7 7.6 | 5 8.6 | 3 7.1 | 9 8.3 | 2 10.0 | 10 7.7 | 3 6.0 | 3 7.7 | 5 21.7 jM | 1 2.6 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 29

FBMR
CREDIT MANAGER STUDY
JULY 2007 (FBM# #J16853)

15. GENDER

|  | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
|  |  | MALE | FEMALE | 18-44 | 45-74 |  |  | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE=THOSE ANSWERING | 150 100.0 | 66 100.0 | 84 100.0 | 92 100.0 | 58 100.0 | 42 100.0 | 108 100.0 | 20 100.0 | 130 100.0 | 50 100.0 | 39 100.0 | 23 100.0 | 38 100.0 |
| MALE | 66 44.0 | 66 100.0 | - | 46 50.0 | 20 34.5 e | 21 50.0 | 45 41.7 | 12 60.0 | 54 41.5 | 19 38.0 | 16 41.0 | 11 47.8 | 20 52.6 |
| FEMALE | 84 56.0 | - | 84 100.0 | 46 50.0 | 38 65.5 d | 21 50.0 | 63 58.3 | 8 40.0 | 76 58.5 | 31 62.0 | 23 59.0 | 12 52.2 | 18 47.4 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 30

FMMR
CREDIT MANAGER STUDY
JULY 2007 (FMMR #J16853)

16. WHAT IS YOUR ZIP CODE?

| | TOTAL (A) | GENDER MALE (B) | GENDER FEMALE (C) | AGE 18-44 (D) | AGE 45-74 (E) | SUBSCRIBE TO CREDIT MONITORING (F) | DO NOT SUBSCRIBE (G) | CONCEPT SCORE DEFINITELY/PROBABLY WILL SUBSCRIBE (H) | CONCEPT SCORE MIGHT/MIGHT NOT/PROBABLY DEFINITELY WILL NOT SUBSCRIBE (I) | COUNTY WYANDOTTE (J) | COUNTY JOHNSON (K) | COUNTY LEAVENWORTH (L) | COUNTY ALL OTHER 18 COUNTIES (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 150 | 66 | 84 | 92 | 58 | 42 | 108 | 20 | 130 | 50 | 39 | 23 | 38 |
| BASE-THOSE ANSWERING | 150 / 100.0 | 66 / 100.0 | 84 / 100.0 | 92 / 100.0 | 58 / 100.0 | 42 / 100.0 | 108 / 100.0 | 20 / 100.0 | 130 / 100.0 | 50 / 100.0 | 39 / 100.0 | 23 / 100.0 | 38 / 100.0 |
| 66007 | 2 / 1.3 | 1 / 1.5 | 1 / 1.2 | 2 / 2.2 | - | 1 / 2.4 | 1 / 0.9 | - | 2 / 1.5 | - | - | 2 / 8.7 | - |
| 66012 | 5 / 3.3 | 2 / 3.0 | 3 / 3.6 | 3 / 3.3 | 2 / 3.4 | - | 5 / 4.6 | 1 / 5.0 | 4 / 3.1 | 3 / 6.0 | - | 2 / 8.7 | - |
| 66017 | 1 / 0.7 | 1 / 1.5 | - | - | 1 / 1.7 | 1 / 2.4 | - | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66032 | 1 / 0.7 | - | 1 / 1.2 | 1 / 1.1 | - | - | 1 / 0.9 | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66042 | 1 / 0.7 | - | 1 / 1.2 | 1 / 1.1 | - | - | 1 / 0.9 | - | 1 / 0.8 | - | - | 1 / 4.3 | - |
| 66043 | 4 / 2.7 | - | 4 / 4.8 | 1 / 1.1 | 3 / 5.2 | 1 / 2.4 | 3 / 2.8 | - | 4 / 3.1 | - | - | 1 / 17.4 | - |
| 66044 | 1 / 0.7 | - | 1 / 1.2 | 1 / 1.1 | 1 / 1.7 | - | 1 / 0.9 | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66046 | 2 / 1.3 | - | - | - | 2 / 3.4 | - | 2 / 1.9 | - | 2 / 1.5 | - | - | - | 2 / 5.3 |
| 66047 | 1 / 0.7 | 1 / 1.5 | - | 1 / 1.1 | - | 1 / 2.4 | - | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66048 | 9 / 6.0 | 5 / 7.6 | 4 / 4.8 | 6 / 6.5 | 3 / 5.2 | 5 / 11.9 | 4 / 3.7 | 3 / 15.0 | 6 / 4.6 | - | - | 9 / 39.1 | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 30
(Continued)

FHMR
CREDIT MANAGER STUDY
JULY 2007    (FHMR #J16853)

16. WHAT IS YOUR ZIP CODE?

|  | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT/ MIGHT NOT/ PROBABLY DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
|  | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| 66049 | 4 / 2.7 | 2 / 3.0 | 2 / 2.4 | 2 / 2.2 | 2 / 3.4 | 1 / 2.4 | 3 / 2.8 | - | 4 / 3.1 | - | - | - | 4 / 10.5 |
| 66050 | 1 / 0.7 | 1 / 1.5 | - | - | 1 / 1.7 | - | 1 / 0.9 | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66061 | 3 / 2.0 | 3 / 3.0 | 1 / 1.2 | 3 / 3.3 | - | 1 / 2.4 | 2 / 1.9 | - | 3 / 2.3 | - | 3 / 7.7 | - | - |
| 66062 | 6 / 4.0 | 3 / 4.5 | 3 / 3.6 | 5 / 5.4 | 1 / 1.7 | 1 / 2.4 | 5 / 4.6 | - | 6 / 4.6 | - | 6 / 15.4 | - | - |
| 66071 | 1 / 0.7 | - | 1 / 1.2 | - | 1 / 1.7 | 1 / 2.4 | - | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66086 | 2 / 2.7 | 4 / 4.5 | 1 / 1.2 | 2 / 2.2 | 2 / 3.4 | 1 / 2.4 | 3 / 2.8 | - | 4 / 3.1 | - | - | 4 / 17.4 | - |
| 66097 | 1 / 0.7 | 1 / 1.5 | - | - | 1 / 1.7 | - | 1 / 0.9 | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66101 | 3 / 2.0 | 1 / 1.5 | 2 / 2.4 | 3 / 3.3 | - | 1 / 2.4 | 2 / 1.9 | 2 / 10.0 | 1 / 0.8 | 3 / 6.0 | - | - | - |
| 66102 | 5 / 3.3 | 1 / 1.5 | 4 / 4.8 | 2 / 2.2 | 3 / 5.2 | 2 / 4.8 | 3 / 2.8 | 1 / 5.0 | 4 / 3.1 | 5 / 10.0 | - | - | - |
| 66104 | 4 / 2.7 | - | 4 / 4.8 | 3 / 3.3 | 1 / 1.7 | 2 / 4.8 | 2 / 1.9 | - | 4 / 3.1 | 4 / 8.0 | - | - | - |
| 66106 | 3 / 2.0 | 1 / 1.5 | 2 / 2.4 | 3 / 3.3 | - | 1 / 2.4 | 2 / 1.9 | 1 / 5.0 | 2 / 1.5 | 3 / 6.0 | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 30
(Continued)

FEMR
CREDIT MANAGER STUDY
JULY 2007 (FEMR #J16853)

16. WHAT IS YOUR ZIP CODE?

|  | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
|  |  | MALE | FEMALE | 18-44 | 45-74 |  |  | DEFINITELY/PROBABLY WILL SUBSCRIBE | MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
|  | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| 66109 | 8 / 5.3 | 2 / 3.0 | 6 / 7.1 | 5 / 5.4 | 3 / 5.2 | 1 / 2.4 | 7 / 6.5 | 1 / 5.0 | 7 / 5.4 | 8 / 16.0 | - | - | - |
| 66111 | 16 / 10.7 | 9 / 13.6 | 7 / 8.3 | 12 / 13.0 | 4 / 6.9 | 2 / 4.8 | 14 / 13.0 E | 1 / 5.0 | 15 / 11.5 | 16 / 32.0 | - | - | - |
| 66112 | 8 / 5.3 | 4 / 6.1 | 4 / 4.8 | 3 / 3.3 | 5 / 8.6 | 1 / 2.4 | 7 / 6.5 | 2 / 10.0 | 6 / 4.6 | 8 / 16.0 | - | - | - |
| 66202 | 3 / 2.0 | 1 / 1.5 | 2 / 2.4 | 2 / 2.2 | 1 / 1.7 | 1 / 2.4 | 2 / 1.9 | 1 / 5.0 | 2 / 1.5 | - | 3 / 7.7 | - | - |
| 66203 | 1 / 0.7 | - | 1 / 1.2 | - | 1 / 1.7 | 1 / 2.4 | - | - | 1 / 0.8 | - | 1 / 2.6 | - | - |
| 66204 | 3 / 2.0 | 1 / 1.5 | 2 / 2.4 | 2 / 2.2 | 1 / 1.7 | - | 3 / 2.8 | - | 3 / 2.3 | - | 3 / 7.7 | - | - |
| 66209 | 2 / 1.3 | 1 / 1.5 | 1 / 1.2 | 2 / 2.2 | - | - | 2 / 1.9 | - | 2 / 1.5 | - | 2 / 5.1 | - | - |
| 66210 | 2 / 1.3 | 1 / 1.5 | 2 / 2.4 | 2 / 2.2 | 1 / 1.7 | - | 3 / 2.8 | - | 3 / 2.3 | - | 3 / 7.7 | - | - |
| 66212 | 2 / 1.3 | - | 2 / 2.4 | 1 / 1.1 | 1 / 1.7 | - | 2 / 1.9 | - | 2 / 1.5 | - | 2 / 5.1 | - | - |
| 66214 | 2 / 1.3 | 1 / 1.5 | 1 / 1.2 | - | 2 / 3.4 | 1 / 2.4 | 1 / 0.9 | - | 2 / 1.5 | - | 2 / 5.1 | - | - |
| 66215 | 4 / 2.7 | 2 / 3.0 | 2 / 2.4 | 1 / 1.1 | 3 / 5.2 | 1 / 2.4 | 3 / 2.8 | 1 / 5.0 | 3 / 2.3 | - | 4 / 10.3 | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 30
(Continued)

FRMR
CREDIT MANAGER STUDY
JULY 2007 (FEMR #J16853)

16. WHAT IS YOUR ZIP CODE?

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | CONCEPT SCORE | | COUNTY | | | |
| | | MALE | FEMALE | 18-44 | 45-74 | | | DEFINITELY/PROBABLY WILL SUBSCRIBE | MIGHT/MIGHT NOT/PROBABLY/DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66217 | 1 / 0.7 | 1 / 1.5 | - | - | 1 / 1.7 | 1 / 2.4 | - | - | 1 / 0.8 | - | 1 / 2.6 | - | - |
| 66219 | 1 / 0.7 | 1 / 1.5 | - | 1 / 1.1 | - | - | 1 / 0.9 | - | 1 / 0.8 | - | 1 / 2.6 | - | - |
| 66220 | 1 / 0.7 | - | 1 / 1.2 | 1 / 1.1 | - | 1 / 2.4 | - | - | 1 / 0.8 | - | 1 / 2.6 | - | - |
| 66221 | 1 / 0.7 | - | 1 / 1.2 | 1 / 1.1 | - | - | 1 / 0.9 | - | 1 / 0.8 | - | 1 / 2.6 | - | - |
| 66223 | 1 / 0.7 | - | 1 / 1.2 | 1 / 1.1 | - | - | 1 / 0.9 | - | 1 / 0.8 | - | 1 / 2.6 | - | - |
| 66224 | 1 / 0.7 | 1 / 1.5 | - | 1 / 1.1 | - | 1 / 2.4 | - | - | 1 / 0.8 | - | 1 / 2.6 | - | - |
| 66226 | 3 / 2.0 | 1 / 1.5 | 2 / 2.4 | 2 / 2.2 | 1 / 1.7 | - | 3 / 2.8 | - | 3 / 2.3 | - | 3 / 7.7 | - | - |
| 66227 | 1 / 0.7 | - | 1 / 1.2 | 1 / 1.1 | - | 1 / 2.4 | - | - | 1 / 0.8 | - | 1 / 2.6 | - | - |
| 66413 | 1 / 0.7 | - | 1 / 1.2 | 1 / 1.1 | - | 1 / 2.4 | - | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66433 | 1 / 0.7 | 1 / 1.5 | - | - | 1 / 1.7 | 1 / 2.4 | - | - | 1 / 0.8 | - | - | 1 / 4.3 | - |
| 66438 | 1 / 0.7 | - | 1 / 1.2 | - | 1 / 1.7 | - | 1 / 0.9 | - | 1 / 0.8 | - | - | - | 1 / 2.6 |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 30
(Continued)

FMMG
CREDIT MANAGER STUDY
JULY 2007 (FMMG #J16853)

16. WHAT IS YOUR ZIP CODE?

| | TOTAL | GENDER | | AGE | | SUBSCRIBE TO CREDIT MONITORING | CONCEPT SCORE | | | COUNTY | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | MALE | FEMALE | 18-44 | 45-74 | | DO NOT SUBSCRIBE | DEFINITELY /PROBABLY WILL SUBSCRIBE | MIGHT NOT/ PROBABLY/ DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| 66440 | 1 / 0.7 | 1 / 1.5 | - | - | - | - | 1 / 0.9 | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66442 | 1 / 0.7 | 1 / 1.5 | - | 1 / 1.1 | - | - | 1 / 0.9 | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66502 | 1 / 0.7 | - | 1 / 1.2 | 1 / 1.1 | - | - | 1 / 0.9 | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66523 | 1 / 0.7 | 1 / 1.5 | - | 1 / 1.1 | - | 1 / 2.4 | - | 1 / 5.0 | - | - | - | - | 1 / 2.6 |
| 66547 | 1 / 0.7 | 1 / 1.5 | - | - | 1 / 1.7 | - | 1 / 0.9 | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66604 | 2 / 1.3 | 2 / 3.0 | - | 2 / 2.2 | - | - | 2 / 1.9 | - | 2 / 1.5 | - | - | - | 2 / 5.3 |
| 66606 | 1 / 0.7 | - | 1 / 1.2 | - | 1 / 1.7 | 1 / 2.4 | - | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66610 | 1 / 0.7 | 1 / 1.5 | - | - | 1 / 1.7 | 1 / 2.4 | - | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66614 | 3 / 2.0 | - | 3 / 3.6 | 2 / 2.2 | 1 / 1.7 | - | 3 / 2.8 | 1 / 5.0 | 2 / 1.5 | - | - | - | 3 / 7.9 |
| 66617 | 1 / 0.7 | - | 1 / 1.2 | - | 1 / 1.7 | 1 / 2.4 | - | - | 1 / 0.8 | - | - | - | 1 / 2.6 |
| 66736 | 1 / 0.7 | 1 / 1.5 | - | 1 / 1.1 | - | - | 1 / 0.9 | - | 1 / 0.8 | - | - | - | 1 / 2.6 |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

Table 30
(Continued)

FMDR
CREDIT MANAGER STUDY
JULY 2007 (FMDR #J16853)

16. WHAT IS YOUR ZIP CODE?

| | | GENDER | | AGE | | CONCEPT SCORE | | | | COUNTY | | | |
| | TOTAL | MALE | FEMALE | 18-44 | 45-74 | SUBSCRIBE TO CREDIT MONITORING | DO NOT SUBSCRIBE | DEFINITELY/PROBABLY WILL SUBSCRIBE | MIGHT/MIGHT NOT/PROBABLY/DEFINITELY WILL NOT SUBSCRIBE | WYANDOTTE | JOHNSON | LEAVENWORTH | ALL OTHER 18 COUNTIES |
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
| 66855 | 1 0.7 | - | 1 1.2 | 1 1.1 | - | 1 2.4 | - | - | 1 0.8 | - | - | - | 1 2.6 |
| 67147 | 1 0.7 | 1 1.5 | 1 1.2 | 1 1.1 | - | 1 2.4 | - | 1 5.0 | - | - | - | - | 1 2.6 |
| 67207 | 1 0.7 | 1 1.5 | - | 1 1.1 | - | - | 1 0.9 | - | 1 0.8 | - | - | - | 1 2.6 |
| 67212 | 1 0.7 | 1 1.5 | - | - | 1 1.7 | 1 2.4 | - | 1 5.0 | - | - | - | - | 1 2.6 |
| 67217 | 1 0.7 | 1 1.5 | - | 1 1.1 | - | 1 2.4 | - | 1 5.0 | - | - | - | - | 1 2.6 |
| 67220 | 1 9.7 | 1 1.5 | - | 1 1.1 | - | - | 1 0.9 | - | 1 0.8 | - | - | - | 1 2.6 |
| 67357 | 1 0.7 | - | 1 1.2 | 1 1.1 | - | - | 1 0.9 | - | 1 0.8 | - | - | - | 1 2.6 |
| 67401 | 1 0.7 | 1 1.5 | - | 1 1.1 | - | - | 1 0.9 | - | 1 0.8 | - | - | - | 1 2.6 |
| 67502 | 1 0.7 | - | 1 1.2 | 1 1.1 | - | - | 1 0.9 | 1 5.0 | - | - | - | - | 1 2.6 |
| NO ANSWER | - | - | - | - | - | - | - | - | - | - | - | - | - |

Comparison Groups: BC/DE/FG/HI/JKLM
Independent T-Test for Means, Independent Z-Test for Percentages
Upper case letters indicate significance at the 95% level.
Lower case letters indicate significance at the 90% level.

# APPENDIX C

FHMR #16853
Final 6/25/07

## INTERCEPT QUESTIONNAIRE

| | |
|---|---|
| RESPONDENT | _____ |
| PHONE | _____ |
| DATE _____ | INTERVIEWER _____ |

Hello, I'm _____ from FieldHouse Marketing Research a local company.  Today, we are conducting a short survey with Kansas residents and would like to include your opinions.

1.    Do you live in the state of Kansas?
        YES       1
        NO        2

2.    Are you the male/female head of your household?
        YES       1
        NO        2  **(THANK, TERMINATE & TALLY)**

3.    Do you, or does any member of your household work for a(n)...**(READ) (CIRCLE ALL THAT APPLY)  (IF `YES' TO ANY, THANK, TERMINATE & TALLY)**
        Marketing Research Company        1
        Advertising Agency        2
        Bank or other financial institution        3
        Credit reporting Agency        4
        In the legal profession
        5

        **(IF YES TO ANY TERMINATE & TALLY)**

4.    Are you...**(READ)**
        Under age 18        1 **(THANK, TERMINATE & TALLY)**
        18 - 29        2
        30 - 44        3
        45 - 59        4
        60 - 74        5
        75 or older        6  **(THANK, TERMINATE & TALLY)**

5.    Do you have an internet connection in your home?
        Yes       1
        No       2  **(THANK, TERMINATE & TALLY)**

6.      What do you do when on-line?
        E-mail          1
        Surf/browse     2
        Shop            3
        Banking         4
        Research        5

7.      In an average week, would you say that you are on the internet (READ AND RECORD ON TABLE)

8.      Thinking about how often you surf or browse the internet, would you say it was . . .     (READ AND RECORD ON TABLE)

9.      And how often do you shop online? Is it . . . (READ AND RECORD ON TABLE)

|                      | On the internet | Surf/browse | Shop online |
|----------------------|-----------------|-------------|-------------|
|                      | Q. 7            | Q. 8        | Q.9         |
| Daily                | 1               | 1           | 1           |
| 2 – 3 times a week   | 2               | 2           | 2           |
| once a week          | 3               | 3           | 3           |
| 2 times a month      | 4               | 4           | 4           |
| Once a month or less | 5               | 5           | 5           |

        (MUST BE ON THE INTERNET AT LEAST ONCE A WEEK
        MUST SURF/BROWSE OR SHOP ONLINE AT LEAST 2X A MONTH)

        IF NOT, TERMINATE AND TALLY

10.     Do you do any on-line banking?

                Yes     1
                No      2
        (25% OF RESPONDENTS MUST DO ON-LINE BANKING)

**INVITATION**
I'd like to ask you some further questions about internet usage.  We are not selling anything, but are rather just collecting information.  Your answers will remain anonymous.

As a thank you, I will give you a $5.00 Legends gift certificate.

*FHMR # 16853*                                                                *Final 6/25/2007*

## ON-SITE INTERVIEW

**(SEAT RESPONDENT AND READ INTRODUCTION )**

Thank you for agreeing to participate in this research project.

Today, we are going to speak about Credit Reporting and Identity theft. You may or may not have ever searched the Internet for information about this topic.

On the computer in front of you is a page such as you might find when browsing the Internet. It contains information regarding a service named TrueCredit.

I would like you to read this material just as if you were looking at it on your own computer. Take as much time as you like.

Let me know when you are finished and we will begin the interview.

**(WHEN RESPONDENT SIGNALS HE/SHE IS READY, BEGIN WITH Q.1. DURING THE INTERVIEW RESPONDENT MAY REFER TO THE MATERIAL IF HE/SHE DESIRES.)**

1.  Based on the material you have read, which of the following do you expect to receive if you subscribe to TrueCredit? **(START WITH 'X'd STATEMENT AND CONTINUE UNTIL ALL ANSWERED.)**

| START<br>HERE | | YES | NO | NOT<br>SURE |
|---|---|---|---|---|
| [  ] | a. Complete identity theft protection | 1 | 2 | 3 |
| [  ] | b. Weekly fraud watch emails | 1 | 2 | 3 |
| [  ] | c. Immediate notification of credit report changes | 1 | 2 | 3 |
| [  ] | d. A credit report that contains all information necessary to protect you against fraudulent activity | 1 | 2 | 3 |
| [  ] | e. Notice if another person is using any of your personal information without your permission | 1 | 2 | 3 |
| [  ] | f. Access to trained specialists to aid you in recovering financial and credit losses due to identity theft | 1 | 2 | 3 |

FHMR # 16853

*Final 6/25/2007*

2. Based on the material you have read, do you expect TrueCredit to notify you of the following?
   **(START WITH 'X'd STATEMENT AND CONTINUE UNTIL ALL ANSWERED.)**

| START HERE | Notify you of.... | YES | NO | NOT SURE |
|---|---|---|---|---|
| [  ] | a. Someone taking action that impacts your credit | 1 | 2 | 3 |
| [  ] | b. Someone using your social security number | 1 | 2 | 3 |
| [  ] | c. Someone using your identity to obtain a driver's license | 1 | 2 | 3 |
| [  ] | d. Someone using your identity in ways that will result in your needing to seek legal help | 1 | 2 | 3 |

3. If someone uses your social security number with a different name and address to obtain credit or employment, is that identity theft?  **(DO NOT READ ANSWER CHOICES)**

   YES.............................1
   NO................................2
   NOT SURE...............3

4. Based on the material you read, which company provides the TrueCredit services?

   TrueCredit Company..............................1
   TransUnion Company.............................2
   TrueLink                              3
   **(DO NOT READ)** NOT SURE................4

5. How familiar are you with the TrueCredit company?  Would you say you are... **(READ)**?

   Very familiar........................1
   Somewhat familiar.............2
   Not at all familiar...............3

6. How familiar are you with the TransUnion company?  Would you say you are... **(READ)**?

   Very familiar........................1
   Somewhat familiar.............2
   Not at all familiar...............3

7. If this service were available, how likely are you to subscribe?  Would you say you... **(READ)**?
   Definitely will subscribe..................1
   Probably will subscribe..................2
   Might or might not subscribe........3

*FHMR # 16853*                                                         *Final 6/25/2007*

Probably will not subscribe........4
Definitely will not subscribe........5

8. If this service were offered solely by TrueCredit would you be more or less likely to subscribe to the service? Would you say... **(READ)?**

More likely to subscribe................................................1
Less likely to subscribe................................................2
Would not influence my interest in subscribing............3

9. If this service were offered solely by TransUnion, would you be more or less likely to subscribe to the service? Would you say... **(READ)?**

More likely to subscribe................................................1
Less likely to subscribe................................................2
Would not influence my interest in subscribing............3

10. Do you currently purchase or subscribe to any services that help you monitor your credit situation and/or protect you against identity fraud or theft? **(DO NOT READ)**

YES..............1
NO..................2

11. In what county do you live?

_____ **(RECORD CODE NUMBER FOR COUNTY)**

12. Which of the following best describes the last year of education you received? **(READ)**

| | |
|---|---|
| Some high school | 1 |
| Completed high school | 2 |
| Some college | 3 |
| Completed college | 4 |
| Technical school | 5 |
| Post graduate work | 6 |

13. Which of the following best describes your total annual household income before taxes? **(READ)**

| | |
|---|---|
| Under $35,000 | 1 |
| $35,000 to under $55,000 | 2 |
| $55,000 to under $65,000 | 3 |
| $65,000 to under $85,000 | 4 |
| $85,000 to under $100,000 | 5 |
| $100,000 to $150,000 | 6 |
| Over $150,000 | 7 |
| **(DO NOT READ)**    REFUSED | 8 |

14. Are you... **(READ)**

|                                    |   |
|------------------------------------|---|
| Employed full time                 | 1 |
| Employed part time                 | 2 |
| Or not employed outside the home   | 3 |

15. **(RECORD RESPONDENT SEX FOR QUOTA - EQUAL SPLIT)**

|        |   |
|--------|---|
| MALE   | 1 |
| FEMALE | 2 |

16.  What is your zip code?_____

For verification purposes, may I have your name and telephone number.  **(COMPLETE ON FRONT)**

**PAY $5.00 INCENTIVE  AND SAY:**

**THANK YOU VERY MUCH FOR PARTICIPATING IN THIS RESEARCH!**