<u>CERTIFICATE OF SERVICE</u>

I, Jay N. Moffitt, hereby certify that on November 5, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Christopher J. Curtin, Esquire
Erisman & Curtin
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE 19899

And that I served a copy this day by electronic mail to:

Christopher J. Curtin, Esquire
Erisman & Curtin
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE 19899

B. Joyce Yeager
Yeager Law Firm
P.O. Box 2469
Mission, KS 66201-2469

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Jay N. Moffitt (#4742)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
jmoffitt@mnat.com
Attorneys for Defendant TrueLink, Inc.

November 5, 2007