**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, | ) | |
| On Behalf of Themselves and All Others | ) | |
| Similarly Situated, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 05-599-SLR |
| v. | ) | |
| | ) | |
| TRUELINK, INC., | ) | |
| A Trans Union Company, | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX TO PLAINTIIFFS' ANSWERING BRIEF IN OPPOSITION TO**
**DEFENDANT'S MOTION TO STRIKE THE AFFIDAVIT OF MELODY MILLETT**

MACELREE HARVEY, LTD.
Christopher J. Curtin, Esquire
MacElree Harvey, Ltd.
5721 Kennett Pike
Centreville, DE 19807
Phone: 302.654.4454
Facsimile: 302.654.4954
Email: ccurtin@macelree.com
Website: macelree.com

COUNSEL FOR PLAINTIFFS
STEVEN G. MILLETT
AND MELODY J. MILLETT

FILED: November 8, 2007

APPENDIX INDEX

1A.    AFFIDAVIT OF MELODY MILLETT – VOLUME 1
1B    AFFIDAVIT OF MELODY MILLETT – VOLUME 2
2.    SUMMPLEMENTAL AFFIDAVIT OF MELODY MILLETT
3.    INDEX TO DOCUMENTS PRODUCED TO DEFENDANT
4.  CREDIT REPORTING RESOURCE GUIDE, CONSUMER DATA INDUSTRY
ASSOCIATION, 2003

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esq., hereby certify that on November 8, 2007, I electronically filed the foregoing document with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

William M. Lafferty, Esq.
Jay N. Moffitt., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801
wlafferty@mnat.com

        s/ Christopher J. Curtin
Christopher J. Curtin, Esquire
MacElree Harvey, Ltd.
5721 Kennett Pike
Centreville, DE  19807
Phone:  302.654.4454
Facsimile:  302.654.4954
Email:  ccurtin@macelree.com
Website:  macelree.com

DATE: November 8, 2007