IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT, On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>A Trans Union Company,<br><br>　　　　　　　　　　Defendant. | Case No. 05-599-SLR |

## SUPPLEMENTAL AFFIDAVIT OF MELODY MILLETT

I am over 18 years of age and I have personal knowledge of the statements made herein.

In my Affidavit filed in support of our motion for partial summary judgment, I mentioned that I had reviewed thousands of pages. That reference includes the documents which were provided to my attorneys because subpoenas were issued in our cases. These pages are listed on the index attached. My attorneys indicate that Defendants have had these documents for some time. I also reviewed documents supplied by the defendants in our other cases.

_/s/ Melody J. Millett_
Melody Millett

Signed before me, a notary public, this 7th day of November, 2007.

_/s/ Elizabeth A. Metz_
Notary Public

My commission expires:
9/5/10

ELIZABETH A. METZ
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9/5/10

# Disc Document Index

## Millett v. Experian

_____

### Disc 1 Documents From Client

| Doc. No. | Document(s) |
|---|---|
| 00001- 00010 | Credit report 2/16/05 |
| 00011- 00013 | TU Accounts 4/23/05 |
| 00014- 00017 | email from Best Buy |
| 00018- 00019 | Monogram request for credit |
| 00020- 00022 | Ltr from Card Services |
| 00023- | 5/30/03 Ltr from Adler |
| 00024 | 3/14/04 lts. From Adler |
| 00025-00027 | 4/2/03 Ltr from Adler |
| 00028- 00030 | 4/9/03 Ltr from Adler |
| 00031- 00033 | 3/14/03 Ltr from Adler |
| 00034-00035 | Ltr from Adler |
| 00036-00037 | 7/18/03 Ltr from Adler |
| 00038 | Memo from Adler |
| 00039 | 3/14/03 ltr from Adler |
| 00040 | 4/2/03 ltr from Adler |
| 00041-00042 | 3/14/03 ltr from Adler |
| 00043-00047 | April Ltrs from Adler |
| 00048 | 3/14/03 Ltr. From Adler |
| 00049 | 4/9 Ltr from Adler |
| 00050-00054 | Ltr from CSC to Adler |
| 00055-00061 | Ltr to CSC from Adler |
| 00062-00064 | 6/4/03 Ltr from CSC |
| 00065 | 8/4/03 Ltr from Alder |
| 00066 | Ltr from Experian 7/23/03 |
| 00067 | ltr from Adler |
| 00068-00069 | Ltr from Adler 5/30/03 |
| 00070-00075 | 7/18/03 ltr from Adler |
| 00076-00080 | Hours & 7/18 ltr from Alder |
| 00081-00085 | 5/30& 5/14 ltrs from Adler |
| 00086-00106 | 3/14, letter from Adler |
| 00107-00108 | Newspaper clipping 9/14/03 |
| 00109-00110 | 5/1/03 Chase Ltr |
| 00111 | Chase Ltr to Abundio |
| 00112-00117 | Discover Ltrs of 4/30, 5/08, 6/27/03 |
| 00118- 00120 | Retailers National Bank |
| 00121 | Home Depot refund |
| 00122 | Wanda- Barnett-Carpenter |
| 00123- 00126 | JC Penny letter |
| 00127-00130 | Robinsons May |
| 00131- 00133 | Exxon Mobile |
| 00134 | Chase letter of 5/2/03 |
| 00135-00137 | AT&T Ltr |

| Doc. No. | Document(s) |
|---|---|
| 00138-00144 | Bank of the West letter |
| 00145- 00152 | BOA Ltrs |
| 00153-001173 | Faxes sent by Millet |
| 00174-00176 | BOA Fax |
| 00177- 00189 | Fax From Millet to Cred. Un. |
| 00190-00197 | FTC Letter |
| 00198-00200 | Fax from Dennis Moore |
| 00201-00208 | Statement from Millet |
| 00209- 00211 | TU ltr of accounts |
| 00212- 00222 | Ltr from US Senate |
| 00223- 00265 | Ltr from House of Rep. |
| 00267- 00274 | Experian report |
| 00275- 00279 | Equifax website |
| 00280-00285 | FICO web |
| 00286-00293 | Experian report |
| 00294- 00302 | CSC Credit report |
| 00303-00314 | Experian report |
| 00315-00364 | Email, Equifax web |
| 00365- 00367 | TU Web |
| 00368- 00371 | Experian web |
| 00372- 00374 | Equifax web |
| 00375-00376 | Monogram |
| 00377-00379 | First Trust Mortgage |
| 00380-00392 | Fidelity Trust |
| 00393- 00396 | SS Statement |
| 00397- 00417 | Abundio Acct. |
| 00415- 00419 | Ford Motor Co. |
| 00420 | TU Report |
| 00421- 00436 | Experian report |
| 00437- 00443 | Ford Motor, affidavit |
| 00444- 00450 | TU Ltr |
| 00451- 00456 | CA ID theft info, ltr |
| 00457-00459 | OPK Police report |

| Doc. No. | Document(s) | Doc. No. | Document(s) |
|---|---|---|---|
| 00460-00473 | CSC Report | 00764 | Collectionindustry.com |
| 00474-00476 | Citibank Ltr | 00765-00768 | Experian info |
| 00477-00478 | CSC Ltr | 00769-00770 | BOA ltr |
| 00479-00513 | GAO Info | 00771-00774 | TU report |
| 00514-00528 | Experian Credit Manager | 00775-00777 | JOCO appraiser |
| 00529 | TU Ltr | 00778-00780 | TU report |
| 00530-00533 | Experian report | 00781-00784 | CA law on Fraud |
| 00534-00542 | TU Ltr. | | |
| 00543-00546 | Equifax Ltr | | |
| 00547-00549 | TU web | 00785-00800 | Experian report |
| 00550 | Monogram 1/15/05 | 00801-00820 | OPKS newsletter |
| 00551-00553 | TU Ltr 4/23/03 | 00821-00860 | Equifax web |
| **Doc. No**. | **Document(s)** | 00861-00865 | Experian web |
| 00554-00581 | Experian report | 00866-00870 | creditexpert.com |
| 00582-00584 | First Trust Mortgage report | 00871-00892 | TU web |
| 00585-00633 | Allstate policy | 00893-00914 | Equifax personal solutions |
| 00634-00644 | Experian Report | 00915-00917 | TU personal solutions |
| 00645-00652 | CSC report | 00918-00922 | Experian web |
| 00653-00661 | Experian Social Search | 00923- | Identity theft |
| 00662 | Equifax Ltr | 00924-00926 | email from Equifax |
| 00663-00664 | Experian Ltr | 00927 | email from Ford Motor |
| 00665-00680 | BOA Affidavit | 00928 | number doodled |
| 00681 | Experian Social Search | 00929-00931 | Equifax web |
| 00682-00691 | Monogram 06/06/03 | 00932-00933 | Loan paper Abundio |
| 00692-00699 | OPKS Police Report | 00934-00935 | True credit web |
| 00700 | E-mail from Ford Motor | 00936-00937 | Fax to Lynda Greenaker |
| 00701-00706 | Fax to Ron Osgood | 00938-00939 | Ltr from Robinsons-May |
| 00707-00709 | BOA Fax 05/01/03 | 00940-00942 | Notes |
| 00710 | Fax to Phil Ouran | 00943-00950 | LexisNexis |
| 00711 | Fax to Rica Potts | 00951-00956 | FTC Ltr |
| 00712 | Fax to Ernest Smith | 00957 | Equifax web |
| 00713-00715 | Fax to Janice | 00958-00959 | Bank of West letter |
| 00716-00717 | Fax to Dwayne Glardon | 00960-00961 | RNB Affidavit |
| 00718 | Chase affidavit | 00962- | Exxon Mobile Ltr |
| 00719 | TU Ltr 4/10/03 | 00963 | Chase Ltr |
| 00720-00732 | First American Title Insurance | 00964-00965 | ATT Ltr closing |
| | | 00966-00967 | JC Penney closing |
| 00733-00734 | Email from Pat Browne | 00968-00969 | Ford web |
| 00735-00739 | TU monogram | 00970-00973 | SS Statement |
| 00740-00743 | Ltr from Millet | 00974 | TU Ltr |
| 00744 | Ltr from Water & Power Co. | 00975-00985 | Chase ID theft kit |
| | | 00986-00987 | Fax to Dawn |
| 00745-00748 | Discover card letter | 00988-00991 | ATT closing |
| 00749 | BOA fraud statement | 00992 | RNB affidavit |
| 00750-00751 | Fax from Dennis Moore | 00993-00994 | JCPenney to Abundio |
| 00752 | Chase Ltr | 00995-00997 | Discover card affidavit |
| 00753 | BOA Ltr | 00998-00999 | Chase ltr |
| 00754-00755 | Ltr Adler to Experian | 01000-01005 | Grissom email |
| 00756-00759 | Faxes sent from Millet | 01006-01008 | Sears Ltr |
| 00760-00763 | TU consumer report | 01009-01013 | TU service agreement |

| | |
|---|---|
| 01014-01037 | Experian consumer alerts |
| 01038-01051 | CSC letter report |

## Disc 2 Documents

| Disc Doc No. | Company/Entity | No. of Pages |
|---|---|---|
| 01052 | Household Credit Services | 20 |
| 01072 | Target | 51 |
| 01123 | Citibank (Sears, Home Depot) | 61 |
| 01184 | Chase (Chase Auto Finance) | 14 |
| 01198 | Bank of the West | 15 |
| 01213 | JP Morgan Chase | 47 |
| 01260 | Don Roberto Jewelry | 11 |
| 01271 | Casa Linda Furniture | 6 |
| 01277 | Exxon Mobil | 1 |
| 01278 | Fireside Bank | 8 |
| 01286 | American General Finance | 1 |
| 01287 | Bank One | 1 |
| 01288 | Walmart | 2 |

## Disc 3 Documents

| Disc Doc No. | Company/Entity | No. of Pages |
|---|---|---|
| 01289-01327 | Discover | 39 |
| 01328-01329 | Capitol Federal Savings | 2 |
| 01330 | American General Finance | 1 |
| 01331-01346 | Bank of the West | 16 |
| 01347 | Bank One | 1 |
| 01348 | Casa Linda | 6 |
| 01354-01367 | Chase Auto Finance | 14 |
| 01368-01378 | Don Roberto Jewelers | 11 |
| 01379 | Exxon Mobil | 1 |
| 01380-01387 | Fireside Bank | 8 |
| 01388-01407 | Household Credit Services | 20 |
| 01408-01454 | JP Morgan Chase | 47 |
| 01455-01551 | Target | 97 |
| 01552-01612 | Citibank, Sears, Home Depot | 61 |
| 01613-01614 | Walmart | 2 |
| 01615-01664 | Wells Fargo | 50 |

## Disc 5 Documents

| Disc Doc No. | Company/Entity | No. of Pages |
|---|---|---|
| 01665-01691 | AT&T Corporation | 27 |
| 01692-01707 | GE Consumer Finance | 16 |
| 01708-01712 | Robinsons May | 5 |
| 01713 | Citibank | 1 |
| 01714 | Hall's Furniture | 1 |
| 01715-01718 | CSC Initial Disclosures | 4 |
| 01719-01732 | Fax Millett to CSC | 14 |
| 01733-01743 | Adler Correspondence | 11 |
| 01744-01746 | CSC Credit Report 3/2003 | 3 |
| 01747-01750 | CSC Invest. Results 6/4/03 | 4 |
| 01751-01755 | 6/5/03 Letter CSC to Adler | 5 |
| 01756-01758 | 6/4/03 Reinvest. Results | 3 |
| 01759-01763 | 6/5/03 CSC Fax Adler | 5 |
| 01764-01769 | CSC Credit Report 3/7/05 | 6 |
| 01770-01777 | CSC Credit Report 3/7/05 | 8 |

## Disc 6 Documents

| Disc Doc No. | Company/Entity | No. of Pages |
|---|---|---|
| 01778-01842 | Allstate | 64 |
| 01843-01856 | First American CREDCO | 13 |
| 01857-01906 | U.S. Dept of HUD | 49 |
| 01907-01924 | JP Morgan Chase | 17 |

## Disc 7 Documents (produced to TU 10/06)

| Document | No. Pages |
|---|---|
| ▪2003 Report to Congress – Fair and Accurate Credit Transactions Act of 2003 (FACTA) | 120 |
| ▪March 10, 2005 FTC Statement: Identity Theft: Recent Developments Involving the Security Sensitive Consumer Information | 21 |
| ▪September 2003 FTC Overview of the Identity Theft Program October 1998–September 2003 | 12 |
| ▪January 2004 Report: Social Security Numbers- Private Sector Entities Routinely Obtain and Use Social Security Numbers, and Laws Limit The Disclosure of this Information | 35 |
| ▪FTC Identity Theft Victim Complaint Data Figures and Trends 1/1/05 – 1/31/05 | 13 |
| ▪July 22, 1999 Public Forum: The Consumer and Credit Scoring | 318 |
| ▪Summer 2003 Identity Theft: The Aftermath 2003. A Comprehensive Study to Understand The Impact of Identity Theft on Known Victims As Well As Recommendations for Reform by Identity Theft Resource Center | 58 |
| ▪2003 Credit Reporting Resource Guide by Consumer Data Industry Assn. (Metro 2 Form-2003 Manual) | 174 |

## Disc Documents- Confidential
**Pursuant to Court Order**
**Millett v. Bank of America**
**DKAN 04-CV-2449**

| **Doc No.** | **Document(s)** |
| --- | --- |
| 00001 | Perez Visa Acceptance Certificate |
| 00002 | Cuatle Bank doc |
| 00003 | Fraud Application Analyst Checklist |
| 00004 | File Tracking Sheets Fraud Application |
| 00005-000011 | Account Event Detail Pages |
| 000012 | Fraud Questionnaire |
| 000013-000027 | Fax from BOA to Millett with Fraud Appl. |
| | CA Identity Theft Law |
| | OPKS Police Report |
| | TU 4/23/03 Letter and docs |
| 000028-000029 | Name search |
| 000030-000037 | Inquire Account Event Detail Pages |
| 000038 | 5/6/03 Ltr BOA to Millett |
| 000039 | Fax of above ltr |
| 000040-000043 | BOA Visa Acct Stmt |
| 000044-000064 | BOA Redacted Docs |
| 000065-000067 | Inquire Account Event Detail Pages |
| 000068-000073 | BOA Notices of Hold |