Exhibit – Documents produced TrueLink, Inc.
Rule 26 Conference
October 17, 2006

**CD Vol. 1**
Plaintiffs' original documents
**TransUnion Vol. Emails**
**CD Vol. 2**
Documents produced to Plaintiffs pursuant to subpoenas which were issued in Millett v. Experian
**CD Vol. 3**
Documents produced to Plaintiffs pursuant to subpoenas which were issued in Millett v. Experian
[No Vol. 4    Documents produced by another litigant pursuant to Protective Order]
**CD Vol. 5**
Documents produced to Plaintiffs pursuant to subpoenas which were issued in Millett v. Experian
**CD Vol. 6**
Documents produced to Plaintiffs pursuant to subpoenas which were issued in Millett v. Experian
**CD Vol. 7**
Reports re consumer identity theft and credit fraud

# Disc Document Index

## Millett v. Experian

### Disc 1 Documents From Client

| Doc. No. | Document(s) |
|---|---|
| 00001- 00010 | Credit report 2/16/05 |
| 00011- 00013 | TU Accounts 4/23/05 |
| 00014- 00017 | email from Best Buy |
| 00018- 00019 | Monogram request for credit |
| 00020- 00022 | Ltr from Card Services |
| 00023- 00024 | 5/30/03 Ltr from Adler |
| 00024 | 3/14/04 lts. From Adler |
| 00025-00027 | 4/2/03 Ltr from Adler |
| 00028- 00030 | 4/9/03 Ltr from Adler |
| 00031- 00033 | 3/14/03 Ltr from Adler |
| 00034-00035 | Ltr from Adler |
| 00036-00037 | 7/18/03 Ltr from Adler |
| 00038 | Memo from Adler |
| 00039 | 3/14/03 ltr from Adler |
| 00040 | 4/2/03 ltr from Adler |
| 00041-00042 | 3/14/03 ltr from Adler |
| 00043-00047 | April Ltrs from Adler |
| 00048 | 3/14/03 Ltr. From Adler |
| 00049 | 4/9 Ltr from Adler |
| 00050-00054 | Ltr from CSC to Adler |
| 00055-00061 | Ltr to CSC from Adler |
| 00062-00064 | 6/4/03 Ltr from CSC |
| 00065 | 8/4/03 Ltr from Alder |
| 00066 | Ltr from Experian 7/23/03 |
| 00067 | ltr from Adler |
| 00068-00069 | Ltr from Adler 5/30/03 |
| 00070-00075 | 7/18/03 ltr from Adler |
| 00076-00080 | Hours & 7/18 ltr from Alder |
| 00081-00085 | 5/30& 5/14 ltrs from Adler |
| 00086-00106 | 3/14, letter from Adler |
| 00107-00108 | Newspaper clipping 9/14/03 |
| 00109-00110 | 5/1/03 Chase Ltr |
| 00111 | Chase Ltr to Abundio |
| 00112-00117 | Discover Ltrs of 4/30, 5/08, 6/27/03 |
| 00118- 00120 | Retailers National Bank |
| 00121 | Home Depot refund |
| 00122 | Wanda- Barnett-Carpenter |
| 00123- 00126 | JC Penny letter |
| 00127-00130 | Robinsons May |
| 00131- 00133 | Exxon Mobile |
| 00134 | Chase letter of 5/2/03 |
| 00135-00137 | AT&T Ltr |

| Doc. No. | Document(s) |
|---|---|
| 00138-00144 | Bank of the West letter |
| 00145- 00152 | BOA Ltrs |
| 00153-001173 | Faxes sent by Millet |
| 00174-00176 | BOA Fax |
| 00177- 00189 | Fax From Millet to Cred. Un. |
| 00190-00197 | FTC Letter |
| 00198-00200 | Fax from Dennis Moore |
| 00201-00208 | Statement from Millet |
| 00209- 00211 | TU ltr of accounts |
| 00212- 00222 | Ltr from US Senate |
| 00223- 00265 | Ltr from House of Rep. |
| 00267- 00274 | Experian report |
| 00275- 00279 | Equifax website |
| 00280-00285 | FICO web |
| 00286-00293 | Experian report |
| 00294- 00302 | CSC Credit report |
| 00303-00314 | Experian report |
| 00315-00364 | Email, Equifax web |
| 00365- 00367 | TU Web |
| 00368- 00371 | Experian web |
| 00372- 00374 | Equifax web |
| 00375-00376 | Monogram |
| 00377-00379 | First Trust Mortgage |
| 00380-00392 | Fidelity Trust |
| 00393- 00396 | SS Statement |
| 00397- 00417 | Abundio Acct. |
| 00415- 00419 | Ford Motor Co. |
| 00420 | TU Report |
| 00421- 00436 | Experian report |
| 00437- 00443 | Ford Motor, affidavit |
| 00444- 00450 | TU Ltr |
| 00451- 00456 | CA ID theft info, ltr |
| 00457-00459 | OPK Police report |
| 00460- 00473 | CSC Report |
| 00474- 00476 | Citibank Ltr |

| Doc. No | Document(s) | Doc. No | Document(s) |
|---|---|---|---|
| 00477-00478 | CSC Ltr | 00769-00770 | BOA ltr |
| 00479-00513 | GAO Info | 00771-00774 | TU report |
| 00514-00528 | Experian Credit Manager | 00775-00777 | JOCO appraiser |
| 00529 | TU Ltr | 00778-00780 | TU report |
| 00530-00533 | Experian report | 00781-00784 | CA law on Fraud |
| 00534-00542 | TU Ltr. | | |
| 00543-00546 | Equifax Ltr | | |
| 00547-00549 | TU web | 00785-00800 | Experian report |
| 00550 | Monogram 1/15/05 | 00801-00820 | OPKS newsletter |
| 00551-00553 | TU Ltr 4/23/03 | 00821-00860 | Equifax web |
| **Doc. No**. | **Document(s)** | 00861-00865 | Experian web |
| 00554-00581 | Experian report | 00866-00870 | creditexpert.com |
| 00582-00584 | First Trust Mortgage report | 00871-00892 | TU web |
| 00585-00633 | Allstate policy | 00893-00914 | Equifax personal solutions |
| 00634-00644 | Experian Report | 00915-00917 | TU personal solutions |
| 00645-00652 | CSC report | 00918-00922 | Experian web |
| 00653-00661 | Experian Social Search | 00923- | Identity theft |
| 00662 | Equifax Ltr | 00924-00926 | email from Equifax |
| 00663-00664 | Experian Ltr | 00927 | email from Ford Motor |
| 00665-00680 | BOA Affidavit | 00928 | number doodled |
| 00681 | Experian Social Search | 00929-00931 | Equifax web |
| 00682-00691 | Monogram 06/06/03 | 00932-00933 | Loan paper Abundio |
| 00692-00699 | OPKS Police Report | 00934-00935 | True credit web |
| 00700 | E-mail from Ford Motor | 00936-00937 | Fax to Lynda Greenaker |
| 00701-00706 | Fax to Ron Osgood | 00938-00939 | Ltr from Robinsons-May |
| 00707-00709 | BOA Fax 05/01/03 | 00940-00942 | Notes |
| 00710 | Fax to Phil Ouran | 00943-00950 | LexisNexis |
| 00711 | Fax to Rica Potts | 00951-00956 | FTC Ltr |
| 00712 | Fax to Ernest Smith | 00957 | Equifax web |
| 00713-00715 | Fax to Janice | 00958-00959 | Bank of West letter |
| 00716-00717 | Fax to Dwayne Glardon | 00960-00961 | RNB Affidavit |
| 00718 | Chase affidavit | 00962- | Exxon Mobile Ltr |
| 00719 | TU Ltr 4/10/03 | 00963 | Chase Ltr |
| 00720-00732 | First American Title Insurance | 00964-00965 | ATT Ltr closing |
| | | 00966-00967 | JC Penney closing |
| 00733-00734 | Email from Pat Browne | 00968-00969 | Ford web |
| 00735-00739 | TU monogram | 00970-00973 | SS Statement |
| 00740-00743 | Ltr from Millet | 00974 | TU Ltr |
| 00744 | Ltr from Water & Power Co. | 00975-00985 | Chase ID theft kit |
| | | 00986-00987 | Fax to Dawn |
| 00745-00748 | Discover card letter | 00988-00991 | ATT closing |
| 00749 | BOA fraud statement | 00992 | RNB affidavit |
| 00750-00751 | Fax from Dennis Moore | 00993-00994 | JCPenney to Abundio |
| 00752 | Chase Ltr | 00995-00997 | Discover card affidavit |
| 00753 | BOA Ltr | 00998-00999 | Chase ltr |
| 00754-00755 | Ltr Adler to Experian | 01000-01005 | Grissom email |
| 00756-00759 | Faxes sent from Millet | 01006-01008 | Sears Ltr |
| 00760-00763 | TU consumer report | 01009-01013 | TU service agreement |
| 00764 | Collectionindustry.com | 01014-01037 | Experian consumer alerts |
| 00765-00768 | Experian info | 01038-01051 | CSC letter report |

## Disc 2 Documents

| Disc Doc No. | Company/Entity | No. of Pages |
|---|---|---|
| 01052 | Household Credit Services | 20 |
| 01072 | Target | 51 |
| 01123 | Citibank (Sears, Home Depot) | 61 |
| 01184 | Chase (Chase Auto Finance) | 14 |
| 01198 | Bank of the West | 15 |
| 01213 | JP Morgan Chase | 47 |
| 01260 | Don Roberto Jewelry | 11 |
| 01271 | Casa Linda Furniture | 6 |
| 01277 | Exxon Mobil | 1 |
| 01278 | Fireside Bank | 8 |
| 01286 | American General Finance | 1 |
| 01287 | Bank One | 1 |
| 01288 | Walmart | 2 |

## Disc 3 Documents

| Disc Doc No. | Company/Entity | No. of Pages |
|---|---|---|
| 01289-01327 | Discover | 39 |
| 01328-01329 | Capitol Federal Savings | 2 |
| 01330 | American General Finance | 1 |
| 01331-01346 | Bank of the West | 16 |
| 01347 | Bank One | 1 |
| 01348 | Casa Linda | 6 |
| 01354-01367 | Chase Auto Finance | 14 |
| 01368-01378 | Don Roberto Jewelers | 11 |
| 01379 | Exxon Mobil | 1 |
| 01380-01387 | Fireside Bank | 8 |
| 01388-01407 | Household Credit Services | 20 |
| 01408-01454 | JP Morgan Chase | 47 |
| 01455-01551 | Target | 97 |
| 01552-01612 | Citibank, Sears, Home Depot | 61 |
| 01613-01614 | Walmart | 2 |
| 01615-01664 | Wells Fargo | 50 |

## Disc 5 Documents

| Disc Doc No. | Company/Entity | No. of Pages |
|---|---|---|
| 01665-01691 | AT&T Corporation | 27 |
| 01692-01707 | GE Consumer Finance | 16 |
| 01708-01712 | Robinsons May | 5 |
| 01713 | Citibank | 1 |
| 01714 | Hall's Furniture | 1 |
| 01715-01718 | CSC Initial Disclosures | 4 |
| 01719-01732 | Fax Millett to CSC | 14 |
| 01733-01743 | Adler Correspondence | 11 |
| 01744-01746 | CSC Credit Report 3/2003 | 3 |
| 01747-01750 | CSC Invest. Results 6/4/03 | 4 |
| 01751-01755 | 6/5/03 Letter CSC to Adler | 5 |
| 01756-01758 | 6/4/03 Reinvest. Results | 3 |
| 01759-01763 | 6/5/03 CSC Fax Adler | 5 |
| 01764-01769 | CSC Credit Report 3/7/05 | 6 |
| 01770-01777 | CSC Credit Report 3/7/05 | 8 |

## Disc 6 Documents

| Disc Doc No. | Company/Entity | No. of Pages |
|---|---|---|
| 01778-01842 | Allstate | 64 |
| 01843-01856 | First American CREDCO | 13 |
| 01857-01906 | U.S. Dept of HUD | 49 |
| 01907-01924 | JP Morgan Chase | 17 |

## Disc 7 Documents (produced to TU 10/06)

| Document | No. Pages |
|---|---|
| ▪2003 Report to Congress – Fair and Accurate Credit Transactions Act of 2003 (FACTA) | 120 |
| ▪March 10, 2005 FTC Statement: Identity Theft: Recent Developments Involving the Security Sensitive Consumer Information | 21 |
| ▪September 2003 FTC Overview of the Identity Theft Program October 1998–September 2003 | 12 |
| ▪January 2004 Report: Social Security Numbers- Private Sector Entities Routinely Obtain and Use Social Security Numbers, and Laws Limit The Disclosure of this Information | 35 |
| ▪FTC Identity Theft Victim Complaint Data Figures and Trends 1/1/05 – 1/31/05 | 13 |
| ▪July 22, 1999 Public Forum: The Consumer and Credit Scoring | 318 |
| ▪Summer 2003 Identity Theft: The Aftermath 2003. A Comprehensive Study to Understand The Impact of Identity Theft on Known Victims As Well As Recommendations for Reform by Identity Theft Resource Center | 58 |
| ▪2003 Credit Reporting Resource Guide by Consumer Data Industry Assn. (Metro 2 Form-2003 Manual) | 174 |

## Disc Documents- Confidential
**Pursuant to Court Order**
**Millett v. Bank of America**
**DKAN 04-CV-2449**

| Doc No. | Document(s) |
|---|---|
| 00001 | Perez Visa Acceptance Certificate |
| 00002 | Cuatle Bank doc |
| 00003 | Fraud Application Analyst Checklist |
| 00004 | File Tracking Sheets Fraud Application |
| 00005-000011 | Account Event Detail Pages |
| 000012 | Fraud Questionnaire |
| 000013-000027 | Fax from BOA to Millett with Fraud Appl. |
| | CA Identity Theft Law |
| | OPKS Police Report |
| | TU 4/23/03 Letter and docs |
| 000028-000029 | Name search |
| 000030-000037 | Inquire Account Event Detail Pages |
| 000038 | 5/6/03 Ltr BOA to Millett |
| 000039 | Fax of above ltr |
| 000040-000043 | BOA Visa Acct Stmt |
| 000044-000064 | BOA Redacted Docs |
| 000065-000067 | Inquire Account Event Detail Pages |
| 000068-000073 | BOA Notices of Hold |

## TU Emails Produced by Plaintiffs to TU on 10/17/06