IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY J. MILLETT,<br>On Behalf of Themselves and All Others<br>Similarly Situated,<br><br>           Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>A Trans Union Company,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  05-599-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

COMES NOW counsel for plaintiff, Christopher J. Curtin, and notifies the Court and opposing counsel of his change of address as of November 1, 2007.  Counsel's new address will be:  5721 Kennett Pike, Centreville, DE  19807.

Respectfully submitted by:

/s/Christopher J. Curtin
Christopher J. Curtin
DE Bar ID. No. 226
MacElree Harvey, Ltd.
5721 Kennett Pike
Centreville, DE  19807
Phone: (302) 654-4454
Facsimile: (302) 478-5577
E-mail:  ccurtin@macelree.com

351065_1

**CERTIFICATE OF SERVICE**

I, Christopher J. Curtin, Esquire, hereby certify that on this 14th day of November, 2007, I electronically filed the above and foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send electronic notice to the following:

William M. Lafferty, Esquire
Jerry Clyde Harris, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
wlafferty@mnat.com

and

Michael O'Neil, Esquire
Paula Friedman, Esquire
DLA Piper, Rudnick, Gray & Cary, L.L.P.
203 North LaSalle, 14th Floor
Chicago, IL  60601
michael.oneil@dlapiper.com
paula.friedman@dlapiper.com

    MACELREE HARVEY, LTD.
    /s/Christopher J. Curtin
    Christopher J. Curtin
    DE Bar ID. No.: 226
    MacElree Harvey, Ltd.
    5721 Kennett Pike
    Centreville, DE  19807
    Phone: (302) 654-4454
    Facsimile: (302) 478-5577
    E-mail: ccurtin@macelree.com

Date:  November 14, 2007

351065_1