IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY G. MILLETT, On Behalf Of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUELINK, INC., A Trans Union Company, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No. 05-599-SLR ) ) ) ) ) ) |

**EXHIBIT NO. 1 TO PLAINTIFFS' REPLY TO DEFENDANT'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Christopher J. Curtin, Esquire
MacElree Harvey, Ltd.
5721 Kennett Pike
Centreville, DE 19807
Phone: 302.654.4454
Facsimile: 302.654.4954
Email: ccurtin@macelree.com
Website: macelree.com


COUNSEL FOR PLAINTIFFS
STEVEN G. MILLETT
AND MELODY J. MILLETT

FILED: November 15, 2007

REPLY EXHIBIT 1

```
 1              So what typically happens is the customer
 2         is advised -- when a fraud alert is on the
 3         file, a customer is advised to call customer
 4         service.  They are not able to -- at least I
 5         think at this time they are not able to pass
 6         the identity confirmation system online.
 7              So they would be asked to call us where we
 8         would ask additional questions as kind of a
 9         second check to make sure we were giving the
10         information to the right individual.
11    BY MS. YEAGER:
12         Q.   Can you tell from looking at TLM 18178,
13    Exhibit No. 1, which product was purchased by
14    Steven Millett?
15         A.   I can't.
16         Q.   Can you tell from the same exhibit which
17    product was purchased by Melody Millett?
18         A.   No.
19         Q.   Why would a consumer purchase the
20    TrueCredit product?
21              MR. O'NEIL:  Objection, calls for
22         speculation.  Do you have any particular
23         consumer in mind or -- it's also vague.
24              THE WITNESS:  Yeah, my experience is
25         consumers have a variety of reasons for
```

```
 1        purchasing our products.
 2   BY MS. YEAGER:
 3        Q.   Could you list those, please?
 4             MR. O'NEIL:  Objection, vague, lack of
 5        foundation.
 6             THE WITNESS:  They are interested in
 7        managing their credit.  Many consumers tell us
 8        that they are getting ready to make a major
 9        purchase like a home or a car and want to
10        watch their credit report for the period of
11        time that they are engaged in that.  Some
12        consumers tell us that they are concerned
13        about identity theft, so they purchase the
14        product for that purpose.  Those would be the
15        main reasons.
16   BY MS. YEAGER:
17        Q.   In what manner is the product useful for
18   your customers who are concerned about identity
19   left?
20             MR. O'NEIL:  What -- what product?
21             MS. YEAGER:  Thank you.  Let me clarify
22        that.
23   BY MS. YEAGER:
24        Q.   In what manner -- in what manner would the
25   TrueCredit product be of assistance to one of your
```