## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

STEVEN G. MILLETT,            )
MELODY J. MILLETT,          )
On Behalf Of Themselves and    )
All Others Similarly Situated,    )
                  Plaintiffs,   )
                        )
v.                        ) Cause of Action No.: 1:05-cv-00599-SLR
                        )
TRUELINK, INC.,             )
a Trans Union Company,       )
                  Defendant.  )

### AFFIDAVIT OF B. JOYCE YEAGER

I am a licensed attorney representing Plaintiffs in this matter. Plaintiffs produced

the documents listed in Exhibit A to Defendants during discovery in this matter. The

documents in Exhibit B pertain to insurance and were included in the production to

Defendant. The documents in Exhibit C were included in the production to Defendant

and pertain to the accounts from the Sears department store referenced in the Millett

Affidavit. The documents in Exhibit B and Exhibit C reflect that Abundio Cuautle Perez

and Plaintiffs Steven and Millett were insured by Allstate, as referenced in the Millett

affidavit, and made payments for insurance to Allstate.

_____
B. Joyce Yeager

Signed before me, a notary public, this 30th day of November, 2007.

[Notary seal: NOTARY PUBLIC STATE OF KANSAS ELIZABETH A. METZ My Appt. Exp. 9/5/10]

My Commission expires: 9/5/10

Exhibit – Documents produced TrueLink, Inc.
Rule 26 Conference
October 17, 2006

**CD Vol. 1**
Plaintiffs' original documents
**TransUnion Vol. Emails**
**CD Vol. 2**
Documents produced to Plaintiffs pursuant to subpoenas which were issued in Millett v. Experian
**CD Vol. 3**
Documents produced to Plaintiffs pursuant to subpoenas which were issued in Millett v. Experian
[No Vol. 4 Documents produced by another litigant pursuant to Protective Order]
**CD Vol. 5**
Documents produced to Plaintiffs pursuant to subpoenas which were issued in Millett v. Experian
**CD Vol. 6**
Documents produced to Plaintiffs pursuant to subpoenas which were issued in Millett v. Experian
**CD Vol. 7**
Reports re consumer identity theft and credit fraud

# Disc Document Index
## Millett v. Experian

## Disc 1 Documents From Client

**Doc. No**. **Document(s)**

00001- 00010 Credit report 2/16/05
00011- 00013 TU Accounts 4/23/05
00014- 00017 email from Best Buy
00018- 00019 Monogram request for credit
00020- 00022 Ltr from Card Services
00023- 5/30/03 Ltr from Adler
00024 3/14/04 lts. From Adler
00025-00027 4/2/03 Ltr from Adler
00028- 00030 4/9/03 Ltr from Adler
00031- 00033 3/14/03 Ltr from Adler
00034-00035 Ltr from Adler
00036-00037 7/18/03 Ltr from Adler
00038 Memo from Adler
00039 3/14/03 ltr from Adler
00040 4/2/03 ltr from Adler
00041-00042 3/14/03 ltr from Adler
00043-00047 April Ltrs from Adler
00048 3/14/03 Ltr. From Adler
00049 4/9 Ltr from Adler
00050-00054 Ltr from CSC to Adler
00055-00061 Ltr to CSC from Adler
00062-00064 6/4/03 Ltr from CSC
00065 8/4/03 Ltr from Alder
00066 Ltr from Experian 7/23/03
00067 ltr from Adler
00068-00069 Ltr from Adler 5/30/03
00070-00075 7/18/03 ltr from Adler
00076-00080 Hours & 7/18 ltr from Alder
00081-00085 5/30& 5/14 ltrs from Adler
00086-00106 3/14, letter from Adler
00107-00108 Newspaper clipping 9/14/03
00109-00110 5/1/03 Chase Ltr
00111 Chase Ltr to Abundio
00112-00117 Discover Ltrs of 4/30, 5/08,6/27/03
00118- 00120 Retailers National Bank
00121 Home Depot refund
00122 Wanda- Barnett-Carpenter
00123- 00126 JC Penny letter

Exhibit A to Deposition of Yeager

00127-00130 Robinsons May
00131- 00133 Exxon Mobile
00134 Chase letter of 5/2/03
00135-00137 AT&T Ltr
00138-00144 Bank of the West letter
00145- 00152 BOA Ltrs
00153-001173 Faxes sent by Millet
00174-00176 BOA Fax
00177- 00189 Fax From Millet to Cred. Un.
00190-00197 FTC Letter
00198-00200 Fax from Dennis Moore
00201-00208 Statement from Millet
00209- 00211 TU ltr of accounts
00212- 00222 Ltr from US Senate
00223- 00265 Ltr from House of Rep.
00267- 00274 Experian report
00275- 00279 Equifax website
00280-00285 FICO web
00286-00293 Experian report
00294- 00302 CSC Credit report
00303-00314 Experian report
00315-00364 Email, Equifax web
00365- 00367 TU Web
00368- 00371 Experian web
00372- 00374 Equifax web
00375-00376 Monogram
00377-00379 First Trust Mortgage
00380-00392 Fidelity Trust
00393- 00396 SS Statement
00397- 00417 Abundio Acct.
00415- 00419 Ford Motor Co.
00420 TU Report
00421- 00436 Experian report
00437- 00443 Ford Motor, affidavit
00444- 00450 TU Ltr
00451- 00456 CA ID theft info, ltr
00457-00459 OPK Police report
00460- 00473 CSC Report
00474-00476 Citibank Ltr
00477-00478 CSC Ltr
00479- 00513 GAO Info
00514- 00528 Experian Credit Manager
00529 TU Ltr
00530- 00533 Experian report
00534-00542 TU Ltr.
00543-00546 Equifax Ltr

Exhibit A to Deposition of Yeager

00547-00549 TU web
00550 Monogram 1/15/05
00551- 00553 TU Ltr 4/23/03
00554- 00581 Experian report
00582- 00584 First Trust Mortgage report
00585- 00633 Allstate policy
00634- 00644 Experian Report
00645-00652 CSC report
00653- 00661 Experian Social Search
00662 Equifax Ltr
00663-00664 Experian Ltr
00665- 00680 BOA Affidavit
00681 Experian Social Search
00682- 00691 Monogram 06/06/03
00692- 00699 OPKS Police Report
00700 E-mail from Ford Motor
00701-00706 Fax to Ron Osgood
00707- 00709 BOA Fax 05/01/03
00710 Fax to Phil Ouran
00711 Fax to Rica Potts
00712 Fax to Ernest Smith
00713-00715 Fax to Janice
00716-00717 Fax to Dwayne Glardon
00718 Chase affidavit
00719 TU Ltr 4/10/03
00720- 00732 First American Title
Insurance
00733-00734 Email from Pat Browne
00735- 00739 TU monogram
00740- 00743 Ltr from Millet
00744 Ltr from Water & Power Co.
00745- 00748 Discover card letter
00749 BOA fraud statement
00750- 00751 Fax from Dennis Moore
00752 Chase Ltr
00753 BOA Ltr
00754- 00755 Ltr Adler to Experian
00756-00759 Faxes sent from Millet
00760- 00763 TU consumer report
00764 Collectionindustry.com
00765-00768 Experian info
00769-00770 BOA ltr
00771-00774 TU report
00775-00777 JOCO appraiser
00778-00780 TU report
00781-00784 CA law on Fraud

Exhibit A to Deposition of Yeager

00785-00800 Experian report
00801- 00820 OPKS newsletter
00821-00860 Equifax web
00861-00865 Experian web
00866-00870 creditexpert.com
00871- 00892 TU web
00893- 00914 Equifax personal solutions
00915-00917 TU personal solutions
00918-00922 Experian web
00923- Identity theft
00924- 00926 email from Equifax
00927 email from Ford Motor
00928 number doodled
00929- 00931 Equifax web
00932- 00933 Loan paper Abundio
00934-00935 True credit web
00936-00937 Fax to Lynda Greenaker
00938- 00939 Ltr from Robinsons-May
00940- 00942 Notes
00943-00950 LexisNexis
00951-00956 FTC Ltr
00957 Equifax web
00958-00959 Bank of West letter
00960-00961 RNB Affidavit
00962- Exxon Mobile Ltr
00963 Chase Ltr
00964-00965 ATT Ltr closing
00966-00967 JC Penney closing
00968- 00969 Ford web
00970-00973 SS Statement
00974 TU Ltr
00975-00985 Chase ID theft kit
00986-00987 Fax to Dawn
00988-00991 ATT closing
00992 RNB affidavit
00993-00994 JCPenney to Abundio
00995- 00997 Discover card affidavit
00998-00999 Chase ltr
01000-01005 Grissom email
01006-01008 Sears Ltr
01009- 01013 TU service agreement
01014-01037 Experian consumer alerts
01038-01051 CSC letter report

**Disc 2 Documents**

**Disc Doc No. Company/Entity No. of Pages**
01052 Household Credit Services 20

Exhibit A to Deposition of Yeager

01072 Target 51
01123 Citibank (Sears, Home Depot) 61
01184 Chase (Chase Auto Finance) 14
01198 Bank of the West 15
01213 JP Morgan Chase 47
01260 Don Roberto Jewelry 11
01271 Casa Linda Furniture 6
01277 Exxon Mobil 1
01278 Fireside Bank 8
01286 American General Finance 1
01287 Bank One 1
01288 Walmart 2

## Disc 3 Documents

**Disc Doc No. Company/Entity No. of Pages**
01289-01327 Discover 39
01328-01329 Capitol Federal Savings 2
01330 American General Finance 1
01331-01346 Bank of the West 16
01347 Bank One 1
01348 Casa Linda 6
01354-01367 Chase Auto Finance 14
01368-01378 Don Roberto Jewelers 11
01379 Exxon Mobil 1
01380-01387 Fireside Bank 8
01388-01407 Household Credit Services 20
01408-01454 JP Morgan Chase 47
01455-01551 Target 97
01552-01612 Citibank, Sears, Home Depot 61
01613-01614 Walmart 2
01615-01664 Wells Fargo 50

## Disc 5 Documents

**Disc Doc No. Company/Entity No. of Pages**
01665-01691 AT&T Corporation 27
01692-01707 GE Consumer Finance 16
01708-01712 Robinsons May 5
01713 Citibank 1
01714 Hall's Furniture 1
01715-01718 CSC Initial Disclosures 4
01719-01732 Fax Millett to CSC 14
01733-01743 Adler Correspondence 11
01744-01746 CSC Credit Report 3/2003 3
01747-01750 CSC Invest. Results 6/4/03 4
01751-01755 6/5/03 Letter CSC to Adler 5
01756-01758 6/4/03 Reinvest. Results 3
01759-01763 6/5/03 CSC Fax Adler 5
01764-01769 CSC Credit Report 3/7/05 6

Exhibit A to Deposition of Yeager

01770-01777 CSC Credit Report 3/7/05 8

**Disc 6 Documents**

**Disc Doc No**. **Company/Entity No. of Pages**

01778-01842 Allstate 64

01843-01856 First American CREDCO 13

01857-01906 U.S. Dept of HUD 49

01907-01924 JP Morgan Chase 17


**Disc 7 Documents (produced to TU 10/06)**

**Document No. Pages**

▪2003 Report to Congress – Fair and Accurate Credit 120
Transactions Act of 2003 (FACTA)

▪March 10, 2005 FTC Statement: Identity Theft: Recent 21
Developments Involving the Security Sensitive
Consumer Information

▪September 2003 FTC Overview of the Identity Theft 12
Program October 1998–September 2003

▪January 2004 Report: Social Security Numbers- 35
Private Sector Entities Routinely Obtain and Use
Social Security Numbers, and Laws Limit
The Disclosure of this Information

▪FTC Identity Theft Victim Complaint Data Figures 13
and Trends 1/1/05 – 1/31/05

▪July 22, 1999 Public Forum: The Consumer and 318
Credit Scoring

▪Summer 2003 Identity Theft: The Aftermath 2003. 58
A Comprehensive Study to Understand The Impact
of Identity Theft on Known Victims As Well As
Recommendations for Reform by Identity Theft
Resource Center

▪2003 Credit Reporting Resource Guide by Consumer 174
Data Industry Assn. (Metro 2 Form-2003 Manual)

Exhibit A to Deposition of Yeager

**Disc Documents- Confidential**
**Pursuant to Court Order**
**Millett v. Bank of America**
**DKAN 04-CV-2449**
**Doc No**. **Document(s)**
00001 Perez Visa Acceptance Certificate
00002 Cuatle Bank doc
00003 Fraud Application Analyst Checklist
00004 File Tracking Sheets Fraud Application
00005-000011 Account Event Detail Pages
000012 Fraud Questionnaire
000013-000027 Fax from BOA to Millett with Fraud Appl.
CA Identity Theft Law
OPKS Police Report
TU 4/23/03 Letter and docs
000028-000029 Name search
000030-000037 Inquire Account Event Detail Pages
000038 5/6/03 Ltr BOA to Millett
000039 Fax of above ltr
000040-000043 BOA Visa Acct Stmt
000044-000064 BOA Redacted Docs
000065-000067 Inquire Account Event Detail Pages
000068-000073 BOA Notices of Hold

**TU Emails Produced by Plaintiffs to TU on 10/17/06**

Exhibit A to Deposition of Yeager



# Allstate Indemnity Company Deluxe Plus Homeowners Policy

**KANSAS**

**Policy:** 9 15 094066 11/18

**Effective:** November 18, 2003

**Issued to:**
Steven G & Melody J
Millett

**By your Allstate agent:**
Lynn Simon
9146 West 135th St
Overland Park KS 66221

**Allstate Indemnity Company**
**A Stock Company—Home Office: Northbrook, Illinois 60062**



Redacted for privacy

PROP *6100015031185700026607*

## Allstate Indemnity Company



Policy Number: ████████    Your Agent.    **Lynn Simon  (913) 681-6633**
For Premium Period Beginning: **Nov. 18, 2003**

---

# Policy Endorsement
*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

---

## Kansas
## Amendatory Endorsement — AP2269

I.  In the **General** section, the following provisions are added:

### What Law Will Apply
This policy is issued in accordance with the laws of Kansas and covers property or risks principally located in Kansas. Subject to the following paragraph, the laws of Kansas shall govern any and all claims or disputes in any way related to this policy.

If a covered loss to property, or any other **occurrence** for which coverage applies under this policy happens outside Kansas, claims or disputes regarding that covered loss to property, or any other covered **occurrence** may be governed by the laws of the jurisdiction in which that covered loss to property, or other covered **occurrence** happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

### Where Lawsuits May Be Brought
Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in Kansas. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal court located in Kansas, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to property, or any other **occurrence** for which coverage applies under this policy happens outside Kansas, lawsuits regarding that covered loss to property, or any other covered **occurrence** may also be brought in the judicial district where that covered loss to property, or any other covered **occurrence** happened.

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

II.  In **Section I - Your Property**, under **Section I Conditions**, the **Appraisal** provision is replaced by the following:

8.  **Appraisal**
    **If you and Allstate do not agree on the amount of loss, both you and Allstate may voluntarily agree to seek an appraisal of the loss.** Each party will select a competent and impartial appraiser and notify the other of the appraiser's identity within 20 days after the agreement is reached. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, **you** or **we** can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire.

**Page 1**

PROP *6100015031118570002626 21*

Millett00613

# Allstate Indemnity Company

Policy Number: ⬛⬛⬛⬛⬛⬛    Your Agent:    **Lynn Simon  (913) 681-6633**
For Premium Period Beginning: **Nov. 18, 2003**

The appraisers shall then determine the amount of loss, stating separately the actual cash value and the amount of loss to each item. **If the appraisers submit a written report of an agreement to us, the amount agreed upon shall be the amount of loss.** If they cannot agree, they will submit their differences to the umpire. **A written award by any two will determine the actual cash value and the amount of loss and shall be binding on the parties.**

Each party will pay the appraiser it chooses, and equally bear expenses for the umpire and all other expenses of the appraisal.

All other policy terms and conditions apply.



Redacted pages for privacy

**Page 2**

Millett00614

## Allstate Indemnity Company

Policy Number.  ███████████   Your Agent:   **Lynn Simon  (913) 681-6633**
For Premium Period Beginning:  **Nov. 18, 2003**



# Important Notice
### *Important Notice About Consumer Reports*

Many factors play a role, as you may know, in determining rates for insurance policies. In an effort to keep insurance costs as competitive as possible for the greatest number of policyholders, we now consider the information contained in credit reports when determining our customers' insurance rates.

With this goal in mind, and as permitted by law, we ordered your credit report. Based on information contained in your credit report, we are not able to offer you a lower rate. But please rest assured that we are offering you the lowest rate we can based on the information available to us

You have a right to obtain, under Section 612 of the Fair Credit Reporting Act, a free copy of the consumer report from the consumer reporting agency that furnished us with the report. You also have the right, under Section 611 of the Fair Credit Reporting Act, to dispute with the consumer reporting agency the accuracy or completeness of any information in the consumer report furnished by the agency.

To take advantage of these rights, be sure to request a copy of your credit report within 60 days. Please keep in mind that the consumer reporting agency did not decide that you do not qualify for a lower rate, so it will be unable to provide you with any specific reasons regarding our decision.

Any changes to your name or address within the past two years can affect the completeness of your credit file. Please feel free to contact your Allstate representative to confirm that we have this information.

You may contact the consumer reporting agency at:

Trans Union National Disclosure Center
2 Baldwin Place
PO Box 1000
Chester, PA 19022
Phone: (888) 503-0048

If you have any questions regarding this notice or your policy in general, please contact your Allstate representative.

X66894



**Citibank (South Dakota), N.A.**
Office of the General Counsel

701 East 60th Street, North
P.O. Box 6034
Sioux Falls, SD 57117-6034

Tel: 605-331-1567
Fax: 605-330-6745

April 4, 2005

B. Joyce Yeager, Esq.
7270 W. 98th Terrace
Bldg. 7, Suite 220
Overland Park, KS  66212

Re:  Millett et al v. Experian

Dear Ms. Yeager:

This letter is in response to your subpoena.

Sears account #0661101392156 was established in the name of Abundio Cuautle using social security ~~number~~ on or about May 1, 1994. The application is no longer available. Enclosed are itemizations showing the transactions on the account. This account is now owned by Citibank USA, N.A.

Citibank USA, N.A. received an electronic application on or about January 13, 2005 in the name of Steven G. Millett, social security number ~~number~~. No account was established based on this application. Enclosed is a printout of the information received in the application process. The application is identified as pending number 0110050XAH065.

We also identified a Home Depot account established in the name of Steven Millett in November 2002. GE issued this account. Citibank USA, N.A. purchased the Home Depot portfolio from GE in July 2003. The account was resolved as fraud prior to the purchase, so Citi does not have the account application. Enclosed is a printout of the information we do have on this account.

We are still searching for the two Universal Card applications you indicated may have been processed in February 2005. Due to a system problem, we have been unable to locate and print the records. I will keep you informed of our progress in providing this information to you.

Sincerely,

Cathrine R. Hoben, CLA
Paralegal
(605) 331-2632

Enclosures

A member of citigroup↑

MILLETT 01123

```
K Umstott            C9 - UPDATE PENDING APPLICATION        03/30/05 14:11:34
                     ====================================        Next ==> __
Pending Number ==> 011005 0XAH 065    =
Language Code  ==> E                  =
Process Code   ==> RP                 =                          PAGE 1 OF 4
================================================================================
Action Code    ==> __   STATUS ==> DECLINED
Letter Type    ==> ____        Bring Forward Date   ==> __ / __ / ____
New Pending No ==> _____      Override Credit Bureau ==> __ / __ / ____
Store / Source ==> _____ / 4161     Acct Type  ==> S Port Id: B  CAPP: N
Joint Acct Ind ==> _     Acq Strategy Code ==>        Rewards Ind ==> N
Name      ==> First: STEVEN_____ MI: G Last: MILLETT_____ Suffix: _____
Address 1      ==> ████████████████████████
Address 2      ==> _____
City           ==> ██████████████    State ==> KS    Zip Code ==> ██████
Home Phone     ==> (████) ███-████  Unpub(s) ==> ____
Bus Phone      ==> (    ) ___ ____     Ext ==> (      )
Social Sec No  ==> ████████████      Age ==> 41   Dependents ==> __
US Citizen     ==> Y         Maiden Name: ==> _____
Length         ==> __ / __   Housing ==> O Amount ==> 00000 / M
Prv Add/St/Zip ==> _____ / __ / _____ Length ==> __ / _
Emp Name       ==> _____   Length ==> __ / _
Occupation     ==> _____          Income ==> _____ / _
Prv Emp        ==> _____   Length ==> __ / _
```

MILLETT 01124

```
K Umstott              C9 - UPDATE PENDING APPLICATION        03/30/05 14:11:47
                       ====================================        Next ==> __
    Pending Number ==> 011005 0XAH 065     =
                                           =
                                           =                   PAGE 2 OF 4
================================================================================
    Action Code      ==> __
    Other Income     ==> _____ / _              Source ==> _____
    Existing Credit  ==> _       Checking ==> _   Saving ==> _
    Licensee #  ==> _____    ID Type: _ Num: _____   State: __
                             Issue: __ / __ / _____ Exp: ___ / __ / ___
    Auth User 1   ==> First: MELODY_____ Middle: J Last: MILLETT____
       Social Sec No ==> ████████████
    Auth User 2   ==> First: _____ Middle: _ Last: _____
       Social Sec No ==>
    Email  ==> ████████████████████████
    Acquisition Offer ==> _ Product Line ==> __  Bal Transfer Amnt ==> _____
    Associate ID   ==> ____  Sale Amnt ==> _____   Division ==> ___
    App Date  ==> __ / __ / ____  PDD ==> A
    Notes     ==> WEB APP_____ 01/12 D/CONSUMER STMT NOT SATI
                  SFIED/AEJ1 48  ZL111F_____
                  _____
                  _____
                  _____
```

MILLETT 01125

```
K Umstott              C9 - UPDATE PENDING APPLICATION        03/30/05 14:12:12
                       ===============================
Pending Number ==> 011005 OXAH 065   =
                                     =
                                     =                            PAGE 3 OF 4
================================================================================
                          CAPP INFORMATION


          Spouse's Date of Birth  ==>  __ / __ / ____

          Second Beneficiary      ==>  _____

          Applicant Date of Birth ==>  ██ / ██ / ████

          Solicitation Code       ==>  _____

          Plan Code               ==>  ___
```

MILLETT 01126

```
   BS 6035320007336934
MILLETT, STEVEN**■■■■■■■■■■■■■■■■■■■■-4702*6035320007336934*0
                                     CRCD 840     03/22/05 08:56
CUR BAL              0.00  STTS CD INT/EX  /L  HOME PHONE     323-261-4037
CRDT LIMIT              0  CYCLE CODE      4W  WORK PHONE     562-984-1421
AVLB CRDT               0  OPEN DATE    11-02  SOC SEC #
LS BAL               0.00  EXP DATE     99-99  CHECKING
PRV H BAL               0  PLST#   01 TYPE  11  SAVINGS
LST PMT AM             20  LST PMT DT 05-29-03  ANNUAL CHARGE    00-00    0
AM DUE                  0  LST MON  07-01-03 X  CREDIT LINE      04-03

DSP            0   0   0  LST NM 01-31-05 216  FX PY AM                0.00
AM DLQ                  0  AUTH FLG    PIN TR 0  RENEWAL CODE 9   CONTROL 0
# DAYS DELINQUENT       0  OVERLIMIT HIST    0  USER FLAGS
# TIMES 1 CYCLE         0  TERMS LEVEL       1  SPECIAL FLAGS
# TIMES 2 CYCLES        0  HIST ZZZZ ZZZZ ZZZZ  MISC F
# TIMES 3 CYCLES        0  REAGE COUNTER    00  MONTHS GROSS ACTIVE     6
RECOURSE FLAG           N  STS CD CHG 08-02-03  DELQ SCENARIO        0000
CASH OUT                0  AUTO PAYMNT FLAG 0  SCORE:  BH   012   CR
YTD INT              0.00  CRDT BUREAU FLAG  Q  CREDIT LIFE 0  / DUALITY 0
CROSS REFERENCE 1   0000000000000000 2   7788870550437266 3   0000000000000000
```

Home Depot

```
    @CMS CISDISPLAY
MILLETT,STEVEN*                                        *6035320007336934*0
                                           ACCOUNT #  6035320007336934
CMDS  S=SELECT  C/U=UPDATE  D=DELETE                         PAGE 001
C USER  TYPE  DATE   TIME                    MEMO TEXT
  XHQ CMS     080604 1207 DEBI TRAN UNION CREDIT BUREAU WANTED TO KNOW IF FRAUD+
  XHQ CMS     080604 1206 ANI: 7147383800
  EA  57      100203 0507 CR BUREAU FLAG OLD FIELD= 1 NEW FIELD= Q
      7       092903 1843 NCOA    NM-007 OLD ADDRESS: OVERLAND PARK      KS 662+
      7       092903 1843 NCOA    NM-007 OLD ADDRESS: 12449 SLATER ST
  XPR CIS     080603 1202 NO FRAUD INDICATORS, CLSD CASE IN 1ST TRACK




  F2=ADD NEW MEMO   PF5=PI1       F7=BACK  F8=FORWARD

SELECT A MEMO & ENTER OR PRESS PF KEY              V2MEMTRN  00
```

MILLETT 01128

```
WAGN KEY 0661101392156                          SEARS, ROEBUCK AND CO.
                   ACCOUNT GENERAL WORKSCREEN   ACCT STATUS FR SF TW BC CO CR
ABUNDIO CUAUTLE                         P       PREMIER CARD
                                                ACCT TYPE VIP0 P      RET
PO BOX 6090                             BAL      73.83  MIN           .00
                                        AVL        .00  PRE           .00
SIOUX FALLS        SD   57117           AUT        .00  DUE        032505
US  EM                       AU 01      LMT   6,100.00  I/D 000 000 042501
V 4815             V                     DIS        .00  000
S ███████          S                     PDU      73.83  001-030       00003
H (212) 261-4037   B                     OVL        .00  000-000%      00000
```

MILLETT 01129

```
                    SEARS ITEMIZATION REPORT (TSYS)          PAGE   1


  UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

              HD - HISTORICAL DETAIL AS OF 02/25/2005
              ======================================
    ACCOUNT NUMBER ==> 0661101392156
  =====================================================================
   ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: FR SF TW BC CO CR
   NOW DUE :          73.83   SCHED                NEW BAL:          73.83
   BAL LMT :        6100.00   PAYMT:         .00   PRV BAL:          73.83
                              CASH                 BALANCE
   CASH LMT:            .00   BAL  :         .00   TRN AMT:            .00
  ---------------------------------------------------------------------
   < TRAN DATE  STORE#  REG#  TRAN#    TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
     *** NO TRANSACTIONS FOR 02/25/2005 ***

       **FINANCE CHARGE ON AVG DAILY BALANCE OF       $0.00          .00

  CURRENT BALANCE:         73.83   DELAYED SALES:           .00
  NEW BALANCE    :         73.83

              HD - HISTORICAL DETAIL AS OF 01/25/2005
              ======================================
    ACCOUNT NUMBER ==> 0661101392156
  =====================================================================
   ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: FR SF TW BC CR PD
   NOW DUE :          20.00   SCHED                NEW BAL:          73.83
   BAL LMT :        6100.00   PAYMT:       10.00   PRV BAL:          73.83
                              CASH                 BALANCE
   CASH LMT:            .00   BAL  :         .00   TRN AMT:            .00
  ---------------------------------------------------------------------
   < TRAN DATE  STORE#  REG#  TRAN#    TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
     *** NO TRANSACTIONS FOR 01/25/2005 ***

       **FINANCE CHARGE ON AVG DAILY BALANCE OF       $0.00          .00

  CURRENT BALANCE:         73.83   DELAYED SALES:           .00
  NEW BALANCE    :         73.83

              HD - HISTORICAL DETAIL AS OF 12/26/2004
              ======================================
    ACCOUNT NUMBER ==> 0661101392156
  =====================================================================
   ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: FR SF TW BC CR RE
   NOW DUE :          10.00   SCHED                NEW BAL:          73.83
   BAL LMT :        6100.00   PAYMT:       10.00   PRV BAL:          99.72
                              CASH                 BALANCE
   CASH LMT:            .00   BAL  :         .00   TRN AMT:            .00
  ---------------------------------------------------------------------
   < TRAN DATE  STORE#  REG#  TRAN#    TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
      1129    001008   521   7450   0101  1130 DIV 018 029 029 029 077
                       INTIMATE APPAREL, MATERNITY, NIGHTWEAR
                       PANT
                       PANT
                       PANT
                       TNECK                                          78.99
```

MILLETT 01130

SEARS ITEMIZATION REPORT (TSYS)        PAGE    2

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

```
                    HD - HISTORICAL DETAIL AS OF 12/26/2004
                    ========================================
    ACCOUNT NUMBER ==> 0661101392156
    =================================================================
       0823                        0165  1208 DIV
                LATE PAYMENT FEE CREDIT                          25.00CR
       1209  069888  0107  0000    0172  1209 DIV
                ALLSTATE CERT. #1111992027227
                ACCIDENTAL DEATH INS
                CALL TOLL-FREE 1-800-736-2242                     9.96CR
       1209  069888  0118  0000    0172  1209 DIV
                ALLSTATE CERT. #1111992027227
                ACCIDENTAL DEATH INS
                CALL TOLL-FREE 1-800-736-2242                     9.96CR
       1209  069888  0087  0000    0172  1209 DIV
                ALLSTATE CERT. #1111992027227
                ACCIDENTAL DEATH INS
                CALL TOLL-FREE 1-800-736-2242                     9.96CR
       1215  CITNV1  9334  0659    0108  1215 DIV
                SEARS PAYMENT - THANK YOU                         50.00CR

        **FINANCE CHARGE ON AVG DAILY BALANCE OF        $0.00        .00

    CURRENT BALANCE:        73.83   DELAYED SALES:        .00
    NEW BALANCE    :        73.83

                    HD - HISTORICAL DETAIL AS OF 11/26/2004
                    ========================================
    ACCOUNT NUMBER ==> 0661101392156
    =================================================================
    ABUNDIO CUAUTLE                 ACCT TYP: PRE STATUS: TW RE AV FU CT
    NOW DUE :          .00   SCHED              NEW BAL:        99.72
    BAL LMT :      6100.00   PAYMT:     150.00CR PRV BAL:       147.11
                             CASH              BALANCE
    CASH LMT:          .00   BAL  :         .00 TRN AMT:          .00
    -----------------------------------------------------------------
    < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
        1118  CITNV1  4630  0244    0108  1119 DIV
                SEARS PAYMENT - THANK YOU                         50.00CR

        **FINANCE CHARGE ON AVG DAILY BALANCE OF      $134.40       2.61

    CURRENT BALANCE:        99.72   DELAYED SALES:        .00
    NEW BALANCE    :        99.72

                    HD - HISTORICAL DETAIL AS OF 10/25/2004
                    ========================================
    ACCOUNT NUMBER ==> 0661101392156
    =================================================================
    ABUNDIO CUAUTLE                 ACCT TYP: PRE STATUS: TW RE AV FU CT
    NOW DUE :          .00   SCHED              NEW BAL:       147.11
    BAL LMT :      6100.00   PAYMT:     110.00CR PRV BAL:       211.03
                             CASH              BALANCE
    CASH LMT:          .00   BAL  :         .00 TRN AMT:          .00
    -----------------------------------------------------------------
```

MILLETT 01131

SEARS ITEMIZATION REPORT (TSYS)        PAGE   3

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE        03/22/05

HD - HISTORICAL DETAIL AS OF 10/25/2004
=======================================
ACCOUNT NUMBER ==> 0661101392156
=========================================================================
```
   1018   CITNV0 5316  0745   0108  1018 DIV
                 SEARS PAYMENT - THANK YOU                    100.00CR
   1023   001008 524   1677   0101  1024 DIV 029 007 049
                 BLANKET
                 SWEATER
                 STROLLER                                      32.67
```
**FINANCE CHARGE ON AVG DAILY BALANCE OF      $189.42      3.41

CURRENT BALANCE:        147.11   DELAYED SALES:           .00
NEW BALANCE    :        147.11

HD - HISTORICAL DETAIL AS OF 09/25/2004
=======================================
ACCOUNT NUMBER ==> 0661101392156
=========================================================================
```
ABUNDIO CUAUTLE                   ACCT TYP: PRE STATUS: TW RE AV FU CT
NOW DUE :            .00   SCHED              NEW BAL:       211.03
BAL LMT :        6100.00   PAYMT:    20.00CR PRV BAL:       256.84
                          CASH               BALANCE
CASH LMT:            .00   BAL  :        .00 TRN AMT:          .00
-------------------------------------------------------------------
< TRAN DATE STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
   0905   001008 531   9649   0108  0906 DIV
                 PAYMENT - THANK YOU                           50.00CR
```
**FINANCE CHARGE ON AVG DAILY BALANCE OF      $225.09      4.19

CURRENT BALANCE:        211.03   DELAYED SALES:           .00
NEW BALANCE    :        211.03

HD - HISTORICAL DETAIL AS OF 08/25/2004
=======================================
ACCOUNT NUMBER ==> 0661101392156
=========================================================================
```
ABUNDIO CUAUTLE                   ACCT TYP: PRE STATUS: TW PD RE AV FU CT
NOW DUE :          20.00   SCHED              NEW BAL:       256.84
BAL LMT :        6100.00   PAYMT:       10.00 PRV BAL:        67.64
                          CASH               BALANCE
CASH LMT:            .00   BAL  :        .00 TRN AMT:          .00
-------------------------------------------------------------------
< TRAN DATE STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
   0820   001008 209   0724   0101  0821 DIV 071
                 GRILL                                        162.36
   0823                         0402  0823 DIV
                 LATE PAYMENT FEE                              25.00
```

MILLETT 01132

SEARS ITEMIZATION REPORT (TSYS)          PAGE   4


UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

            HD - HISTORICAL DETAIL AS OF 08/25/2004
            ========================================
  ACCOUNT NUMBER ==> 0661101392156
=====================================================================

     **FINANCE CHARGE ON AVG DAILY BALANCE OF        $102.12        1.84

CURRENT BALANCE:        256.84   DELAYED SALES:        .00
NEW BALANCE    :        256.84

            HD - HISTORICAL DETAIL AS OF 07/25/2004
            ========================================
  ACCOUNT NUMBER ==> 0661101392156
=====================================================================
  ABUNDIO CUAUTLE               ACCT TYP: PRE STATUS: TW RE AV FU CT
  NOW DUE :        10.00   SCHED              NEW BAL:        67.64
  BAL LMT :      6100.00   PAYMT:       10.00 PRV BAL:        16.99
                           CASH              BALANCE
  CASH LMT:          .00   BAL :          .00 TRN AMT:          .00
  -------------------------------------------------------------------
  < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
     0627    008128  900   6203   0101  0628 DIV 098
                  APPLIANCE PARTS/MERCHANDISE PURCHASE              75.65
     0716    001008  521   3669   0108  0717 DIV
                  PAYMENT - THANK YOU                              25.00CR

     **FINANCE CHARGE ON AVG DAILY BALANCE OF          $0.00         .00

CURRENT BALANCE:         67.64   DELAYED SALES:        .00
NEW BALANCE    :         67.64

            HD - HISTORICAL DETAIL AS OF 06/25/2004
            ========================================
  ACCOUNT NUMBER ==> 0661101392156
=====================================================================
  ABUNDIO CUAUTLE               ACCT TYP: PRE STATUS: TW RE AV FU CT
  NOW DUE :        10.00   SCHED              NEW BAL:        16.99
  BAL LMT :      6100.00   PAYMT:       10.00 PRV BAL:          .00
                           CASH              BALANCE
  CASH LMT:          .00   BAL :          .00 TRN AMT:          .00
  -------------------------------------------------------------------
  < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
     0621    008727  395   8835   0101  0622 DIV 193
                  PROTECTION AGREEMENT                             16.99

     **FINANCE CHARGE ON AVG DAILY BALANCE OF          $0.00         .00

CURRENT BALANCE:         16.99   DELAYED SALES:        .00
NEW BALANCE    :         16.99

MILLETT 01133

SEARS ITEMIZATION REPORT (TSYS)          PAGE   5

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

                HD - HISTORICAL DETAIL AS OF 05/25/2004
                =======================================
   ACCOUNT NUMBER ==> 0661101392156
=========================================================================
   *** NO TRANSACTIONS OR BALANCE FOR THIS STATEMENT ***

                HD - HISTORICAL DETAIL AS OF 04/25/2004
                =======================================
   ACCOUNT NUMBER ==> 0661101392156
=========================================================================
ABUNDIO CUAUTLE                      ACCT TYP: PRE STATUS: TW CW RE AV FU CT
NOW DUE :             .00   SCHED              NEW BAL:            .00
BAL LMT :         6100.00   PAYMT:        .00  PRV BAL:          9.96CR
                            CASH               BALANCE
CASH LMT:             .00   BAL  :        .00  TRN AMT:           .00
-------------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
    0218     009903  394   5520  0354  0403 DIV A82 193
                     CANCELLATION
                     PROTECTION AGREEMENT                             75.99CR
    0218                          0479  0403 DIV
                     PRIOR PERIOD FINANCE CHARGE ADJ                    .35CR
    0410     001008  531   3969  0101  0412 DIV 041 041 041
                     PNT BLACK
                     PANT KHAKI
                     PANT NAVY                                       108.21
    0417     001008  522   3250  0108  0418 DIV
                     PAYMENT - THANK YOU                              30.00CR
    0425                          0480  0425 DIV
                     CREDIT BALANCE REFUND                             8.09

     **FINANCE CHARGE ON AVG DAILY BALANCE OF          $0.00          .00

CURRENT BALANCE:              .00   DELAYED SALES:          .00
NEW BALANCE     :             .00

                HD - HISTORICAL DETAIL AS OF 03/25/2004
                =======================================
   ACCOUNT NUMBER ==> 0661101392156
=========================================================================
ABUNDIO CUAUTLE                      ACCT TYP: PRE STATUS: TW RE AV FU CT
NOW DUE :             .00   SCHED              NEW BAL:          9.96CR
BAL LMT :         6100.00   PAYMT:        .00  PRV BAL:         757.42
                            CASH               BALANCE
CASH LMT:             .00   BAL  :        .00  TRN AMT:           .00
-------------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
    0228     001008  006   7249  0101  0229 DIV 006 193
                     WESLO 70 E
                     PROTECTION AGREEMENT                            403.08
    0302     069888  0087  0000  0142  0303 DIV
                     ALLSTATE CERT. #1111992027227
                     ACCIDENTAL DEATH INS
                     CALL TOLL-FREE 1-800-736-2242                     9.96

MILLETT 01134

```
                    SEARS ITEMIZATION REPORT (TSYS)            PAGE   6


   UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

               HD - HISTORICAL DETAIL AS OF 03/25/2004
               ===========================================
      ACCOUNT NUMBER ==> 0661101392156
   ========================================================================
      0307   069888  0037  0000   0172  0317 DIV
                    INSURANCE PREMIUM CREDIT                       9.96CR
      0316   001008  067   1950   0108  0317 DIV
                    PAYMENT - THANK YOU                          1170.46CR

       **FINANCE CHARGE ON AVG DAILY BALANCE OF        $0.00         .00

   CURRENT BALANCE:           9.96CR DELAYED SALES:          .00
   NEW BALANCE    :           9.96CR


               HD - HISTORICAL DETAIL AS OF 02/25/2004
               ===========================================
      ACCOUNT NUMBER ==> 0661101392156
   ========================================================================
   ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW CW RE CD AT AV
   NOW DUE :           .00   SCHED                  NEW BAL:      757.42
   BAL LMT :       6100.00   PAYMT:      639.00CR PRV BAL:      631.02
                             CASH                  BALANCE
   CASH LMT:           .00   BAL  :          .00  TRN AMT:          .00
   ------------------------------------------------------------------------
   < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
      0202   069888  0118  0000   0142  0203 DIV
                    ALLSTATE CERT. #1111992027227
                    ACCIDENTAL DEATH INS
                    CALL TOLL-FREE 1-800-736-2242                 9.96
      0207   001008  532   9168   0108  0208 DIV
                    PAYMENT - THANK YOU                          50.00CR
      0207   001008  532   9167   0101  0208 DIV 016 007 007
                    PANT
                    BLOUSE
                    PSLY SKT                                     49.25
      0216   001008  006   6699   0101  0217 DIV 006 193 ZER
                    WESLO 70 E
                    PROTECTION AGREEMENT
                    PROMOTIONAL SALE                            381.43
      0218   009903  394   2641   0101  0219 DIV 193
                    PROTECTION AGREEMENT                         75.99
      0220   001008  167   3290   0101  0221 DIV 036 036 036 036 029
                    SHOE
                    SHOE
                    SHOE
                    SHOE
                    PANTY                                        79.13
      0220   001008  521   0450   0108  0221 DIV
                    PAYMENT - THANK YOU                          50.00CR
      0216   001008  901   0240   0354  0221 DIV A82 193 DLY
                    CANCELLATION
                    PROTECTION AGREEMENT
                    DELAYED SALE                                 99.99CR
```

MILLETT 01135

SEARS ITEMIZATION REPORT (TSYS)          PAGE   7

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                    03/22/05

                    HD - HISTORICAL DETAIL AS OF 02/25/2004
                    =======================================
    ACCOUNT NUMBER ==> 0661101392156
    ================================================================
       0216    001008  901    0240    0354   0221 DIV A82 006 DLY
                       CANCELLATION
                       SPORTING GOODS
                       DELAYED SALE                                   281.44CR
       0223    008128  900    1034    0101   0224 DIV 098
                       APPLIANCE PARTS/MERCHANDISE PURCHASE            64.82
       0224    008128  900    1077    0711   0225 DIV A81 098
                       RETURN
                       APPLIANCE PARTS/MERCHANDISE PURCHASE            64.82CR

        **FINANCE CHARGE ON AVG DAILY BALANCE OF       $671.23        12.07

    CURRENT BALANCE:        757.42   DELAYED SALES:          .00
    NEW BALANCE   :         757.42


                    HD - HISTORICAL DETAIL AS OF 01/25/2004
                    =======================================
    ACCOUNT NUMBER ==> 0661101392156
    ================================================================
    ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW RE AV FU CT
    NOW DUE :            .00  SCHED                NEW BAL:      631.02
    BAL LMT :         6100.00 PAYMT:       556.00CR PRV BAL:     529.57
                              CASH                 BALANCE
    CASH LMT:           .00   BAL  :          .00  TRN AMT:         .00
    ---------------------------------------------------------------------
    < TRAN DATE  STORE#  REG#   TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
       0102    069888  0107   0000    0142  0103 DIV
                       ALLSTATE CERT. #1111992027227
                       ACCIDENTAL DEATH INS
                       CALL TOLL-FREE 1-800-736-2242                   9.96
       0118    001008  167    0470    0108  0119 DIV
                       PAYMENT - THANK YOU                            50.00CR
       0118    001008  523    8827    0101  0119 DIV 007 007 007
                       L SKIRT
                       SKIRT
                       SWTR                                           53.04
       0119    001008  521    0740    0101  0120 DIV 041 041 041 077 077
                       SHIRTL/S
                       SHIRTL/S
                       SHIRTL/S
                       DRESS
                       DRESS                                          78.68

        **FINANCE CHARGE ON AVG DAILY BALANCE OF       $561.27        9.77

    CURRENT BALANCE:        631.02   DELAYED SALES:          .00
    NEW BALANCE   :         631.02

MILLETT 01136

SEARS ITEMIZATION REPORT (TSYS)        PAGE   8

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

                HD - HISTORICAL DETAIL AS OF 12/26/2003
                =======================================
  ACCOUNT NUMBER ==> 0661101392156
===============================================================================
  ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW CW RE DT CD AT
  NOW DUE :            .00   SCHED                 NEW BAL:       529.57
  BAL LMT :         6100.00  PAYMT:       521.00CR PRV BAL:       394.73
                             CASH                  BALANCE
  CASH LMT:            .00   BAL  :          .00   TRN AMT:          .00
-------------------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
   1128     001008  006   1323   0101  1129 DIV 074 029
                    SET WHT DIAM
                    PANTY                                             42.22
   1129     001998  511   8566   0101  1130 DIV 007 007 029 029 029
                    SKIRT
                    TOP
                    NB
                    SWTR
                    JUMPR                                           105.61
   1129     001998  511   8567   0108  1130 DIV
                    PAYMENT - THANK YOU                              50.00CR
   1202     069888  0091  0000   0142  1203 DIV
                    ALLSTATE CERT. #1111992027227
                    ACCIDENTAL DEATH INS
                    CALL TOLL-FREE 1-800-736-2242                     9.96
   1205     001008  521   5342   0101  1206 DIV 002 016 041 007 007
                    PANT
                    PANT
                    PNT CHAR
                    TOP
                    TOP                                             134.80
   1205     001008  521   5343   0108  1206 DIV
                    PAYMENT - THANK YOU                             100.00CR
   1224     001008  542   8487   0101  1226 DIV 096 008 007 007 029
                    BTH TWL
                    VOTIVE
                    TOP
                    TOP
                    INF                                              38.31
   1224     001008  542   8488   0108  1226 DIV
                    PAYMENT - THANK YOU                              50.00CR
   1224     001008  542   8489   0354  1226 DIV A79
                    ALLOWANCE                                         5.41CR

     **FINANCE CHARGE ON AVG DAILY BALANCE OF        $519.90         9.35

CURRENT BALANCE:        529.57   DELAYED SALES:           .00
NEW BALANCE   :         529.57

MILLETT 01137

SEARS ITEMIZATION REPORT (TSYS)          PAGE    9

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

                    HD - HISTORICAL DETAIL AS OF 11/25/2003
                    ========================================
  ACCOUNT NUMBER ==> 0661101392156
=========================================================================
 ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW RE AV FU CT
 NOW DUE :           .00   SCHED                NEW BAL:        394.73
 BAL LMT :       6100.00   PAYMT:       333.00CR PRV BAL:       331.55
                           CASH                 BALANCE
 CASH LMT:           .00   BAL  :           .00  TRN AMT:          .00
---------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
   1103    001008  552   8840   0108  1104 DIV
                     PAYMENT - THANK YOU                                50.00CR
   1103    069888  0131  0000   0142  1104 DIV
                     ALLSTATE CERT. #1111992027227
                     ACCIDENTAL DEATH INS
                     CALL TOLL-FREE 1-800-736-2242                        9.96
   1120    001008  556   8123   0101  1121 DIV 071 071
                     48"BUCK
                     7.5'                                                97.40

     **FINANCE CHARGE ON AVG DAILY BALANCE OF        $323.43            5.82

CURRENT BALANCE:          394.73   DELAYED SALES:           .00
NEW BALANCE   :           394.73

                    HD - HISTORICAL DETAIL AS OF 10/25/2003
                    ========================================
  ACCOUNT NUMBER ==> 0661101392156
=========================================================================
 ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW RE AV FU CT
 NOW DUE :           .00   SCHED                NEW BAL:        331.55
 BAL LMT :       6100.00   PAYMT:       293.00CR PRV BAL:       296.16
                           CASH                 BALANCE
 CASH LMT:           .00   BAL  :           .00  TRN AMT:          .00
---------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
   1002    069888  0093  0000   0142  1003 DIV
                     ALLSTATE CERT. #1111992027227
                     ACCIDENTAL DEATH INS
                     CALL TOLL-FREE 1-800-736-2242                        9.96
   1020    001008  521   1404   0108  1021 DIV
                     PAYMENT - THANK YOU                                40.00CR
   1023    001008  531   3698   0101  1024 DIV 033 041 041 041 018
                     V NECK HANES
                     PANT STNE
                     PANT BLACK
                     PNT NAVY
                     BRIEF                                              160.13
   1023    001008  531   3699   0108  1024 DIV
                     PAYMENT - THANK YOU                               100.00CR

MILLETT 01138

SEARS ITEMIZATION REPORT (TSYS)          PAGE  10

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

```
                 HD - HISTORICAL DETAIL AS OF 10/25/2003
                 =======================================
      ACCOUNT NUMBER ==> 0661101392156
=============================================================================

      **FINANCE CHARGE ON AVG DAILY BALANCE OF        $304.69          5.30

CURRENT BALANCE:        331.55   DELAYED SALES:            .00
NEW BALANCE    :        331.55
```

```
                 HD - HISTORICAL DETAIL AS OF 09/25/2003
                 =======================================
      ACCOUNT NUMBER ==> 0661101392156
=============================================================================
  ABUNDIO CUAUTLE                      ACCT TYP: PRE STATUS: TW RE AV FU CT
  NOW DUE :            .00   SCHED                 NEW BAL:        296.16
  BAL LMT :        6100.00   PAYMT:       163.00CR PRV BAL:        181.41
                             CASH                  BALANCE
  CASH LMT:            .00   BAL  :            .00  TRN AMT:            .00
 ---------------------------------------------------------------------------
 < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
     0902     069888  0094  0000    0142  0903 DIV
                           ALLSTATE CERT. #1111992027227
                           ACCIDENTAL DEATH INS
                           CALL TOLL-FREE 1-800-736-2242                 9.96
     0920     001008  532   7653    0101  0921 DIV 096 007 007 041 029
                           PILLOW
                           TOP
                           NAVY SKIRT
                           JACKET
                           SWTR                                        151.01
     0920     001008  532   7654    0108  0921 DIV
                           PAYMENT - THANK YOU
                                                                       50.00CR

      **FINANCE CHARGE ON AVG DAILY BALANCE OF        $210.33          3.78

CURRENT BALANCE:        296.16   DELAYED SALES:            .00
NEW BALANCE    :        296.16
```

```
                 HD - HISTORICAL DETAIL AS OF 08/25/2003
                 =======================================
      ACCOUNT NUMBER ==> 0661101392156
=============================================================================
  ABUNDIO CUAUTLE                      ACCT TYP: PRE STATUS: TW RE AV FU CT
  NOW DUE :            .00   SCHED                 NEW BAL:        181.41
  BAL LMT :        6100.00   PAYMT:       120.00CR PRV BAL:        197.89
                             CASH                  BALANCE
  CASH LMT:            .00   BAL  :            .00  TRN AMT:            .00
 ---------------------------------------------------------------------------
 < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
     0804     069888  0135  0000    0142  0805 DIV
                           ALLSTATE CERT. #1111992027227
                           ACCIDENTAL DEATH INS
                           CALL TOLL-FREE 1-800-736-2242                 9.96
```

MILLETT 01139

SEARS ITEMIZATION REPORT (TSYS)        PAGE  11

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                  03/22/05

HD - HISTORICAL DETAIL AS OF 08/25/2003
=======================================
ACCOUNT NUMBER ==> 0661101392156
========================================================================
     0817   001008  521   2495    0108  0818 DIV
                  PAYMENT - THANK YOU                                  30.00CR

     **FINANCE CHARGE ON AVG DAILY BALANCE OF      $198.00             3.56

CURRENT BALANCE:        181.41   DELAYED SALES:          .00
NEW BALANCE     :       181.41

HD - HISTORICAL DETAIL AS OF 07/25/2003
=======================================
ACCOUNT NUMBER ==> 0661101392156
========================================================================
ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW RE AV FU CT
NOW DUE :            .00   SCHED              NEW BAL:       197.89
BAL LMT :        6100.00   PAYMT:    95.00CR  PRV BAL:       173.76
                          CASH               BALANCE
CASH LMT:            .00   BAL  :       .00   TRN AMT:          .00
-----------------------------------------------------------------------
< TRAN DATE  STORE#  REG#   TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
    0627   001008  071   8917    0101  0628 DIV 003
                  ACCES                                                10.76
    0702   069888  0096  0000    0142  0703 DIV
                  ALLSTATE CERT. #1111992027227
                  ACCIDENTAL DEATH INS
                  CALL TOLL-FREE 1-800-736-2242                         9.96

     **FINANCE CHARGE ON AVG DAILY BALANCE OF      $193.75             3.41

CURRENT BALANCE:        197.89   DELAYED SALES:          .00
NEW BALANCE     :       197.89

HD - HISTORICAL DETAIL AS OF 06/25/2003
=======================================
ACCOUNT NUMBER ==> 0661101392156
========================================================================
ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW RE AV FU CT
NOW DUE :            .00   SCHED              NEW BAL:       173.76
BAL LMT :        6100.00   PAYMT:   100.00CR  PRV BAL:       227.52
                          CASH               BALANCE
CASH LMT:            .00   BAL  :       .00   TRN AMT:          .00
-----------------------------------------------------------------------
< TRAN DATE  STORE#  REG#   TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
    0602   069888  0130  0000    0142  0603 DIV
                  ALLSTATE CERT. #1111992027227
                  ACCIDENTAL DEATH INS
                  CALL TOLL-FREE 1-800-736-2242                         9.96
    0603   001008  551   3035    0101  0604 DIV 071
                  75'HOSE                                              32.46
    0610   001008  020   9223    0108  0611 DIV
                  PAYMENT - THANK YOU                                 100.00CR

MILLETT 01140

SEARS ITEMIZATION REPORT (TSYS)          PAGE  12

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE          03/22/05

HD - HISTORICAL DETAIL AS OF 06/25/2003
=======================================
ACCOUNT NUMBER ==> 0661101392156
=======================================================================

**FINANCE CHARGE ON AVG DAILY BALANCE OF          $209.69          3.82

CURRENT BALANCE:          173.76   DELAYED SALES:          .00
NEW BALANCE    :          173.76

HD - HISTORICAL DETAIL AS OF 05/25/2003
=======================================
ACCOUNT NUMBER ==> 0661101392156
=======================================================================
ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW RE AV FU CT
NOW DUE :              .00   SCHED              NEW BAL:          227.52
BAL LMT :          6100.00   PAYMT:      4.00CR PRV BAL:          139.12
                            CASH               BALANCE
CASH LMT:              .00   BAL  :         .00 TRN AMT:              .00
------------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#  TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
     0429   009309  AOL   0000   0101  0430  DIV 211
             AOL*ONLINE SERVICE 0403
             800-827-6364, VA
             27669217                                              23.90
     0429   001008  521   7194   0101  0430  DIV 029 029 029 029 029
             PANT SET
             DENIM JEAN
             TOP
             INF
             SKIRT                                                 40.64
     0502   069888  0102  0000   0142  0503  DIV
             ALLSTATE CERT. #1111992027227
             ACCIDENTAL DEATH INS
             CALL TOLL-FREE 1-800-736-2242                          9.96
     0515   001008  067   0543   0101  0516  DIV 036
             SHOE                                                  30.30
     0515   001008  067   0544   0108  0516  DIV
             PAYMENT - THANK YOU                                 20.00CR

**FINANCE CHARGE ON AVG DAILY BALANCE OF          $204.41          3.60

CURRENT BALANCE:          227.52   DELAYED SALES:          .00
NEW BALANCE    :          227.52

HD - HISTORICAL DETAIL AS OF 04/25/2003
=======================================
ACCOUNT NUMBER ==> 0661101392156
=======================================================================
ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW CW RE AV FU CT
NOW DUE :            10.00   SCHED              NEW BAL:          139.12
BAL LMT :          6100.00   PAYMT:     10.00   PRV BAL:           80.12
                            CASH               BALANCE
CASH LMT:              .00   BAL  :         .00 TRN AMT:              .00
------------------------------------------------------------------------

MILLETT 01141

SEARS ITEMIZATION REPORT (TSYS)          PAGE  13

```
UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05
                  .
             HD - HISTORICAL DETAIL AS OF 04/25/2003
             =======================================
   ACCOUNT NUMBER ==> 0661101392156
 =========================================================================
     0327   009476  394   3848   0101  0328 DIV 193
                    PROTECTION AGREEMENT                             109.99
     0329   009309  AOL   0000   0101  0330 DIV 211
                    AOL*ONLINE SERVICE 0303
                    800-827-6364, VA
                    54624832                                          23.90
     0402   069888  0103  0000   0142  0403 DIV
                    ALLSTATE CERT. #1111992027227
                    ACCIDENTAL DEATH INS
                    CALL TOLL-FREE 1-800-736-2242                      9.96
     0403   001998  512   6191   0101  0404 DIV 018 018
                    BODY BRIEFER
                    INTIMATE APPAREL, MATERNITY, NIGHTWEAR            30.29
     0311   001998  512   6191   0354  0404 DIV A82 018
                    CANCELLATION
                    INTIMATE APPAREL, MATERNITY, NIGHTWEAR          15.14CR
     0422   001008  521   5075   0108  0423 DIV
                    PAYMENT - THANK YOU                            100.00CR

     **FINANCE CHARGE ON AVG DAILY BALANCE OF          $0.00          .00

 CURRENT BALANCE:         139.12   DELAYED SALES:           .00
 NEW BALANCE   :          139.12

             HD - HISTORICAL DETAIL AS OF 03/25/2003
             =======================================
   ACCOUNT NUMBER ==> 0661101392156
 =========================================================================
   ABUNDIO CUAUTLE                 ACCT TYP: PRE STATUS: TW RE AV FU CT
   NOW DUE :        10.00  SCHED              NEW BAL:       80.12
   BAL LMT :      6100.00  PAYMT:       10.00 PRV BAL:       46.01
                           CASH               BALANCE
   CASH LMT:          .00  BAL  :         .00  TRN AMT:         .00
 -------------------------------------------------------------------------
 < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
     0303   069888  0114  0000   0142  0304 DIV
                    ALLSTATE CERT. #1111992027227
                    ACCIDENTAL DEATH INS
                    CALL TOLL-FREE 1-800-736-2242                      9.96
     0311   001998  511   8998   0101  0312 DIV 018 018 018
                    FSLP
                    BRIEF
                    BODY BRIEFER                                      28.83
     0311   001998  511   8999   0108  0312 DIV
                    PAYMENT - THANK YOU                             20.00CR
     0313   001998  541   7015   0101  0314 DIV 009
                    BLADES                                            3.24
```

MILLETT 01142

SEARS ITEMIZATION REPORT (TSYS)        PAGE  14

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

```
             HD - HISTORICAL DETAIL AS OF 03/25/2003
             =====================================
  ACCOUNT NUMBER ==> 0661101392156
==============================================================================
     0319   001008  521   4061   0101  0320 DIV 018 018 018 018
             EV
             EV
             INTIMATE APPAREL, MATERNITY, NIGHTWEAR
             INTIMATE APPAREL, MATERNITY, NIGHTWEAR                    12.08

     **FINANCE CHARGE ON AVG DAILY BALANCE OF            $0.00         .00

CURRENT BALANCE:         80.12   DELAYED SALES:            .00
NEW BALANCE   :          80.12
```

```
             HD - HISTORICAL DETAIL AS OF 02/25/2003
             =====================================
  ACCOUNT NUMBER ==> 0661101392156
==============================================================================
  ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW RE AV FU CT
  NOW DUE :            .00   SCHED               NEW BAL:          46.01
  BAL LMT :        6100.00   PAYMT:        .00   PRV BAL:         386.05
                             CASH                BALANCE
  CASH LMT:            .00   BAL  :        .00   TRN AMT:           .00
  ----------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
    0203   069888  0144   0000   0142  0204 DIV
             ALLSTATE CERT. #1111992027227
             ACCIDENTAL DEATH INS
             CALL TOLL-FREE 1-800-736-2242                           9.96
    0215   001008  003   0437   0108  0216 DIV
             PAYMENT - THANK YOU                                 350.00CR

     **FINANCE CHARGE ON AVG DAILY BALANCE OF            $0.00         .00

CURRENT BALANCE:         46.01   DELAYED SALES:            .00
NEW BALANCE   :          46.01
```

```
             HD - HISTORICAL DETAIL AS OF 01/25/2003
             =====================================
  ACCOUNT NUMBER ==> 0661101392156
==============================================================================
  ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW RE AV FU CT
  NOW DUE :            .00   SCHED               NEW BAL:         386.05
  BAL LMT :        6100.00   PAYMT:        .00   PRV BAL:         502.19
                             CASH                BALANCE
  CASH LMT:            .00   BAL  :        .00   TRN AMT:           .00
  ----------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
    1229   009309  AOL   0000   0101  1230 DIV 211
             AOL*ONLINE SERVICE 1202
             800-827-6364
             74862158                                             23.90
```

MILLETT 01143

SEARS ITEMIZATION REPORT (TSYS)          PAGE  15

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                    03/22/05

```
                  HD - HISTORICAL DETAIL AS OF 01/25/2003
                  ========================================
    ACCOUNT NUMBER ==> 0661101392156
    ====================================================================
       0102   069888  0124  0000    0142   0103 DIV
                      ALLSTATE CERT. #1111992027227
                      ACCIDENTAL DEATH INS
                      CALL TOLL-FREE 1-800-736-2242                     9.96
       0120   001008  522   1555    0108   0121 DIV
                      PAYMENT - THANK YOU
                                                                    150.00CR

       **FINANCE CHARGE ON AVG DAILY BALANCE OF         $0.00          .00

   CURRENT BALANCE:        386.05   DELAYED SALES:          .00
   NEW BALANCE    :        386.05
```

```
                  HD - HISTORICAL DETAIL AS OF 12/26/2002
                  ========================================
    ACCOUNT NUMBER ==> 0661101392156
    ====================================================================
    ABUNDIO CUAUTLE                     ACCT TYP: PRE STATUS: TW RE AV FU CT
    NOW DUE :       10.00   SCHED               NEW BAL:      502.19
    BAL LMT :     6100.00   PAYMT:       10.00  PRV BAL:      656.89
                            CASH                BALANCE
    CASH LMT:         .00   BAL  :         .00  TRN AMT:         .00
    -------------------------------------------------------------------
    < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
         1129   009309  AOL   0000    0101  1130 DIV 211
                        AOL*ONLINE SERVICE 1102
                        800-827-6364
                        07159787                                       23.90
         1202   069888  0138  0000    0142  1203 DIV
                        ALLSTATE CERT. #1111992027227
                        ACCIDENTAL DEATH INS
                        CALL TOLL-FREE 1-800-736-2242                    9.96
         1207   001008  523   1452    0108  1209 DIV
                        PAYMENT - THANK YOU
                                                                      200.00CR
         1208   001008  541   7644    0101  1209 DIV 041 041
                        SHIRT
                        FLANNL JCKT                                     46.54
         1223   001998  524   3998    0101  1224 DIV 096 096 002 002 018
                        SWEATER
                        SWEATER
                        BODY BRIEFER
                        BATH TOWEL
                        INTIMATE APPAREL, MATERNITY, NIGHTWEAR          64.90
         1223   001998  524   3999    0108  1224 DIV
                        PAYMENT - THANK YOU
                                                                      100.00CR

       **FINANCE CHARGE ON AVG DAILY BALANCE OF         $0.00          .00

   CURRENT BALANCE:        502.19   DELAYED SALES:          .00
   NEW BALANCE    :        502.19
```

MILLETT 01144

SEARS ITEMIZATION REPORT (TSYS)        PAGE  16

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

```
                HD - HISTORICAL DETAIL AS OF 11/25/2002
                =======================================
   ACCOUNT NUMBER ==> 0661101392156
   =====================================================================
   ABUNDIO CUAUTLE                   ACCT TYP: PRE STATUS: TW PD RE AV FU CT
   NOW DUE :        20.00  SCHED                  NEW BAL:       656.89
   BAL LMT :      6100.00  PAYMT:         10.00   PRV BAL:       595.77
                          CASH                    BALANCE
   CASH LMT:          .00  BAL  :           .00   TRN AMT:          .00
   ---------------------------------------------------------------------
   < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
       1029    009309  AOL   0000   0101  1030  DIV 211
                       AOL*ONLINE SERVICE 1002
                       800-827-6364
                       44207203                                           23.90
       1104    069888  0149  0000   0142  1105  DIV
                       ALLSTATE CERT. #1111992027227
                       ACCIDENTAL DEATH INS
                       CALL TOLL-FREE 1-800-736-2242                       9.96
       1123                          0402  1123  DIV
                       LATE PAYMENT FEE                                    25.00

      **FINANCE CHARGE ON AVG DAILY BALANCE OF     $121.28                 2.26

   CURRENT BALANCE:       656.89   DELAYED SALES:           .00
   NEW BALANCE    :       656.89


                HD - HISTORICAL DETAIL AS OF 10/25/2002
                =======================================
   ACCOUNT NUMBER ==> 0661101392156
   =====================================================================
   ABUNDIO CUAUTLE                   ACCT TYP: PRE STATUS: TW CW RE CD AT AV
   NOW DUE :        10.00  SCHED                  NEW BAL:       595.77
   BAL LMT :      6100.00  PAYMT:         10.00   PRV BAL:       649.97
                          CASH                    BALANCE
   CASH LMT:          .00  BAL  :           .00   TRN AMT:          .00
   ---------------------------------------------------------------------
   < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
       0925    001008  531   1881   0108  0926  DIV
                       PAYMENT - THANK YOU                               80.00CR
       0925                          0479  0926  DIV
                       PRIOR PERIOD FINANCE CHARGE ADJ                     .05CR
       0929    009309  AOL   0000   0101  0930  DIV 211
                       AOL*ONLINE SERVICE 0902
                       800-827-6364
                       94127859                                           23.90
       1002    069888  0114  0000   0142  1003  DIV
                       ALLSTATE CERT. #1111992027227
                       ACCIDENTAL DEATH INS
                       CALL TOLL-FREE 1-800-736-2242                       9.96
       1017    001008  167   8391   0101  1018  DIV 054
                       SHOE                                               75.76
       1017    001008  167   8392   0108  1018  DIV
                       PAYMENT - THANK YOU                               80.00CR
```

MILLETT 01145

```
                   SEARS ITEMIZATION REPORT (TSYS)        PAGE  17


   UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE            03/22/05

            HD - HISTORICAL DETAIL AS OF 10/25/2002
            =======================================
      ACCOUNT NUMBER ==> 0661101392156
   =========================================================================
       1017   001008  523   5340   0101  1018 DIV 029 029 075
                      INF
                      INF
                      HOSE                                          26.23
       1024   001008  020   2790   0108  1025 DIV
                      PAYMENT - THANK YOU                           30.00CR

        **FINANCE CHARGE ON AVG DAILY BALANCE OF        $0.00          .00

   CURRENT BALANCE:        595.77   DELAYED SALES:           .00
   NEW BALANCE   :        595.77


            HD - HISTORICAL DETAIL AS OF 09/25/2002
            =======================================
      ACCOUNT NUMBER ==> 0661101392156
   =========================================================================
    ABUNDIO CUAUTLE                 ACCT TYP: PRE STATUS: TW RE AV FU CT
    NOW DUE :          .00   SCHED               NEW BAL:       649.97
    BAL LMT :      6100.00   PAYMT:       4684.00CR PRV BAL:     745.20
                             CASH
    CASH LMT:          .00   BAL  :           .00   TRN AMT:        .00
   -------------------------------------------------------------------------
   < TRAN DATE  STORE#  REG#  TRAN#  TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
       0829   009309  AOL   0000   0101  0830 DIV 211
                      AOL*ONLINE SERVICE 0802
                      800-827-6364
                      53018084                                     23.90
       0902   069888  0151  0000   0142  0903 DIV
                      ALLSTATE CERT. #1111992027227
                      ACCIDENTAL DEATH INS
                      CALL TOLL-FREE 1-800-736-2242                 9.96
       0915   001008  678   3567   0101  0916 DIV 570
                      SPECIAL SERVICES                             16.23
       0921   001008  020   0099   0108  0922 DIV
                      PAYMENT - THANK YOU                          150.00CR

        **FINANCE CHARGE ON AVG DAILY BALANCE OF        $251.85        4.68

   CURRENT BALANCE:        649.97   DELAYED SALES:           .00
   NEW BALANCE   :        649.97


            HD - HISTORICAL DETAIL AS OF 08/25/2002
            =======================================
      ACCOUNT NUMBER ==> 0661101392156
   =========================================================================
    ABUNDIO CUAUTLE                 ACCT TYP: PRE STATUS: TW RE CD AT AV FU
    NOW DUE :          .00   SCHED               NEW BAL:       745.20
    BAL LMT :      6100.00   PAYMT:       4544.00CR PRV BAL:     757.06
                             CASH                 BALANCE
    CASH LMT:          .00   BAL  :           .00   TRN AMT:        .00
   -------------------------------------------------------------------------
```

MILLETT 01146

SEARS ITEMIZATION REPORT (TSYS)        PAGE  18

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE            03/22/05

HD - HISTORICAL DETAIL AS OF 08/25/2002
=======================================
ACCOUNT NUMBER ==> 0661101392156
===============================================================================

```
    0725   001008  522    8526    0101  0726 DIV 018 075 057
                   BRIEF
                   KSW-208
                   HOSE                                                50.77
    0729   009309  AOL    0000    0101  0730 DIV 211
                   AOL*ONLINE SERVICE 0702
                   800-827-6364
                   18099429                                            23.90
    0725   001008  514    4054    0711  0730 DIV     057
                   RETURN
                   TV, STEREO, HOME ELECTRONICS                      38.96CR
    0725                           0479  0730 DIV
                   PRIOR PERIOD FINANCE CHARGE ADJ                      .02CR
    0729   001008  521    3266    0101  0730 DIV 049 029 029 029 029
                   SOCKS
                   SOCK
                   SOCK
                   BOOTIE
                   BIBS                                                26.67
    0802   069888  0124   0000    0142  0803 DIV
                   ALLSTATE CERT. #1111992027227
                   ACCIDENTAL DEATH INS
                   CALL TOLL-FREE 1-800-736-2242                        9.96
    0824   001008  521    1187    0108  0825 DIV
                   PAYMENT - THANK YOU                                90.00CR
```

   **FINANCE CHARGE ON AVG DAILY BALANCE OF      $312.63           5.82

CURRENT BALANCE:        745.20   DELAYED SALES:              .00
NEW BALANCE   :         745.20

HD - HISTORICAL DETAIL AS OF 07/25/2002
=======================================
ACCOUNT NUMBER ==> 0661101392156
===============================================================================

```
ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW RE AV FU CT
NOW DUE :             .00   SCHED             NEW BAL:      757.06
BAL LMT :         6100.00   PAYMT:     4464.00CR PRV BAL:   786.84
                           CASH              BALANCE
CASH LMT:             .00   BAL :             .00   TRN AMT:      .00
-------------------------------------------------------------------
< TRAN DATE  STORE#  REG#   TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
    0626   001008  513    8403    0108  0628 DIV
                   PAYMENT - THANK YOU                                60.00CR
    0629   009309  AOL    0000    0101  0630 DIV 211
                   AOL*ONLINE SERVICE 0602
                   800-827-6364
                   95406110                                            23.90
```

MILLETT 01147

```
                        SEARS ITEMIZATION REPORT (TSYS)            PAGE  19

     UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE
                                                                   03/22/05
                    HD - HISTORICAL DETAIL AS OF 07/25/2002
                    ========================================
      ACCOUNT NUMBER ==> 0661101392156
     =================================================================================
          0630    001008  514    3186    0101   0701 DIV 029 029 029 040 029
                          NB
                          SWIMWEAR
                          INF
                          NB
                          CARDIGAN
          0702    069888  0124   0000    0142   0703 DIV                         51.13
                          ALLSTATE CERT. #1111992027227
                          ACCIDENTAL DEATH INS
                          CALL TOLL-FREE 1-800-736-2242                           9.96
          0723    001008  523    9123    0108   0724 DIV
                          PAYMENT - THANK YOU
                                                                                60.00CR

        **FINANCE CHARGE ON AVG DAILY BALANCE OF          $290.52                 5.23

     CURRENT BALANCE:         757.06    DELAYED SALES:              .00
     NEW BALANCE    :         757.06

                    HD - HISTORICAL DETAIL AS OF 06/25/2002
                    ========================================
       ACCOUNT NUMBER ==> 0661101392156
     =================================================================================
     ABUNDIO CUAUTLE                        ACCT TYP: PRE STATUS: TW RE CD AT AV FU
     NOW DUE :              .00   SCHED                   NEW BAL:         786.84
     BAL LMT :          6100.00   PAYMT:       4354.00CR PRV BAL:         943.11
                                  CASH                    BALANCE
     CASH LMT:              .00   BAL  :             .00 TRN AMT:             .00
     -------------------------------------------------------------------------------
     < TRAN DATE  STORE#  REG#   TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
          0528    001008  057    3032    0108   0529 DIV
                          PAYMENT - THANK YOU
                                                                                60.00CR
          0529    009309  AOL    0000    0101   0530 DIV 211
                          AOL*ONLINE SERVICE 0502
                          800-827-6364
                          67877330                                               23.90
          0603    069888  0161   0000    0142   0604 DIV
                          ALLSTATE CERT. #1111992027227
                          ACCIDENTAL DEATH INS
                          CALL TOLL-FREE 1-800-736-2242                           9.96
          0605    001008  020    1627    0101   0606 DIV 020 003
                          TEL ACC
                          VAC BAG
          0607    001008  512    7250    0108   0608 DIV                         22.71
                          PAYMENT - THANK YOU
                                                                                60.00CR
          0624    001008  167    5255    0108   0625 DIV
                          PAYMENT - THANK YOU
                                                                               100.00CR
```

MILLETT 01148

SEARS ITEMIZATION REPORT (TSYS)          PAGE  20

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

HD - HISTORICAL DETAIL AS OF 06/25/2002
=======================================
ACCOUNT NUMBER ==> 0661101392156
================================================================

**FINANCE CHARGE ON AVG DAILY BALANCE OF          $385.12          7.16

CURRENT BALANCE:          786.84    DELAYED SALES:          .00
NEW BALANCE    :          786.84

HD - HISTORICAL DETAIL AS OF 05/25/2002
=======================================
ACCOUNT NUMBER ==> 0661101392156
================================================================
ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW RE AV FU CT
NOW DUE :              .00   SCHED              NEW BAL:      943.11
BAL LMT :          6100.00   PAYMT:    4141.00CR PRV BAL:     267.72
                            CASH               BALANCE
CASH LMT:              .00   BAL :          .00 TRN AMT:          .00
----------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
     0429  009309  AOL   0000   0101  0430 DIV 211
                   AOL*ONLINE SERVICE 0402
                   800-827-6364
                   38719354                                        23.90
     0502  069888  0131  0000   0142  0503 DIV
                   ALLSTATE CERT. #1111992027227
                   ACCIDENTAL DEATH INS
                   CALL TOLL-FREE 1-800-736-2242                     9.96
     0509  001008  020   9684   0101  0510 DIV 020 193
                   SERVICE AGREEMENTS
                   LG MAGIC                                        128.23
     0513  001008  126   7928   0101  0514 DIV 022 022
                   GAS CONN RNG
                   GAS RANGE
                   PROMOTIONAL SALE                                506.59

**FINANCE CHARGE ON AVG DAILY BALANCE OF          $372.77          6.71

CURRENT BALANCE:          943.11    DELAYED SALES:          .00
NEW BALANCE    :          943.11

HD - HISTORICAL DETAIL AS OF 04/25/2002
=======================================
ACCOUNT NUMBER ==> 0661101392156
================================================================
ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW RE AV FU CT
NOW DUE :              .00   SCHED              NEW BAL:      267.72
BAL LMT :          6100.00   PAYMT:    4151.00CR PRV BAL:     259.50
                            CASH               BALANCE
CASH LMT:              .00   BAL :          .00 TRN AMT:          .00
----------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT

MILLETT 01149

SEARS ITEMIZATION REPORT (TSYS)          PAGE  21

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                    03/22/05

HD - HISTORICAL DETAIL AS OF 04/25/2002
=======================================
ACCOUNT NUMBER ==> 0661101392156
===============================================================================
```
    0329    009309 AOL    0000    0101  0330 DIV 211
                    AOL*ONLINE SERVICE 0302
                    800-827-6364
                    14874940                                          23.90
    0414    001008 523    4191    0101  0415 DIV 018 041 018 018
                    BRIEF
                    BRIEFER
                    BODY BRIEFER
                    PANT NAVY                                         79.20
    0414    001008 523    4192    0108  0415 DIV
                    PAYMENT - THANK YOU
                                                                    100.00CR

      **FINANCE CHARGE ON AVG DAILY BALANCE OF      $275.53            5.12

CURRENT BALANCE:        267.72   DELAYED SALES:
NEW BALANCE    :        267.72                         .00
```

HD - HISTORICAL DETAIL AS OF 03/25/2002
=======================================
ACCOUNT NUMBER ==> 0661101392156
===============================================================================
```
ABUNDIO CUAUTLE                          ACCT TYP: PRE STATUS: TW RE AV FU CT
NOW DUE :              .00   SCHED                    NEW BAL:        259.50
BAL LMT :         6100.00   PAYMT:        4057.00CR   PRV BAL:        295.99
                            CASH               BALANCE
CASH LMT:             .00   BAL  :             .00   TRN AMT:           .00
-------------------------------------------------------------------------------
< TRAN DATE  STORE#  REG#   TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
    0301    009309 AOL    0000    0101  0302 DIV 211
                    AOL*ONLINE SERVICE 0202
                    800-827-6364
                    99319711                                          23.90
    0316    001008 067    1673    0101  0317 DIV 054 018
                    INTIMATE APPAREL, MATERNITY, NIGHTWEAR
                    SHOE                                              34.63
    0316    001008 096    1028    0108  0317 DIV
                    PAYMENT - THANK YOU
                                                                    100.00CR

      **FINANCE CHARGE ON AVG DAILY BALANCE OF      $296.48            4.98

CURRENT BALANCE:        259.50   DELAYED SALES:
NEW BALANCE    :        259.50                         .00
```

MILLETT 01150

SEARS ITEMIZATION REPORT (TSYS)          PAGE  22

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

```
                HD - HISTORICAL DETAIL AS OF 02/25/2002
                =======================================
    ACCOUNT NUMBER ==> 0661101392156
===========================================================================
 ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW RE AV FU CT
 NOW DUE :              .00  SCHED                    NEW BAL:      295.99
 BAL LMT :          6100.00  PAYMT:      3963.00CR PRV BAL:       1149.82
                             CASH                    BALANCE
 CASH LMT:              .00  BAL  :          .00  TRN AMT:           .00
---------------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
    0129    009309  AOL    0000   0101  0130 DIV 211
                    AOL*ONLINE SERVICE 0102
                    800-679-9444
                    75030228                                          23.90
    0131    009390  101    2439   0101  0201 DIV 193
                    SERVICE AGREEMENT                                 109.99
    0202    001008  067    7712   0101  0203 DIV 054 054 054 054 036
                    SHOE
                    SHOE
                    SHOE
                    SHOE
                    SHOE                                               92.88
    0202    001008  067    7713   0108  0203 DIV
                    PAYMENT - THANK YOU                              100.00CR
    0219    001008  018    6797   0108  0220 DIV
                    PAYMENT - THANK YOU                             1000.00CR

    **FINANCE CHARGE ON AVG DAILY BALANCE OF      $1043.17            19.40

CURRENT BALANCE:        295.99   DELAYED SALES:          .00
NEW BALANCE   :         295.99


                HD - HISTORICAL DETAIL AS OF 01/25/2002
                =======================================
    ACCOUNT NUMBER ==> 0661101392156
===========================================================================
 ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
 NOW DUE :              .00  SCHED                    NEW BAL:     1149.82
 BAL LMT :          6100.00  PAYMT:      2870.00CR PRV BAL:       1204.49
                             CASH                    BALANCE
 CASH LMT:              .00  BAL  :          .00  TRN AMT:           .00
---------------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
    1229    009309  AOL    0000   0101  0101  0130 DIV 211
                    AOL*ONLINE SERVICE 1201
                    800-679-9444
                    60660047                                          23.90
    0112    001008  218    2447   0108  0113 DIV
                    PAYMENT - THANK YOU                              100.00CR
```

MILLETT 01151

SEARS ITEMIZATION REPORT (TSYS)          PAGE  23

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

               HD - HISTORICAL DETAIL AS OF 01/25/2002
               =======================================
    ACCOUNT NUMBER ==> 0661101392156
    ========================================================================

        **FINANCE CHARGE ON AVG DAILY BALANCE OF        $1190.66          21.43

CURRENT BALANCE:        1149.82   DELAYED SALES:            .00
NEW BALANCE    :        1149.82

               HD - HISTORICAL DETAIL AS OF 12/26/2001
               =======================================
    ACCOUNT NUMBER ==> 0661101392156
    ========================================================================
    ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
    NOW DUE :            .00   SCHED                NEW BAL:        1204.49
    BAL LMT :        6100.00   PAYMT:       2796.00CR PRV BAL:      1137.63
                               CASH                 BALANCE
    CASH LMT:            .00   BAL  :            .00  TRN AMT:          .00
    ------------------------------------------------------------------------
    < TRAN DATE  STORE#  REG#  TRAN#  TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
        1129   009309  0000  0000   0101  1130 DIV 211
                       AOL*ONLINE SERVICE 1101
                       800-679-9444
                       33316530                                         23.90
        1221   001008  071   4044   0101  1222 DIV 018 033 033 033
                       BDYBRFR
                       DRS SHRT
                       DRS SHRT
                       MENS FURNISHINGS                                  64.76
        1221   001008  071   4045   0108  1222 DIV
                       PAYMENT - THANK YOU                            80.00CR
        1221   001008  207   0019   0101  1222 DIV 029 029
                       DRESS
                       INF                                              21.25
        1221   001008  309   5327   0101  1222 DIV 002
                       TOP                                              15.12

        **FINANCE CHARGE ON AVG DAILY BALANCE OF        $1173.78          21.83

CURRENT BALANCE:        1204.49   DELAYED SALES:            .00
NEW BALANCE    :        1204.49

               HD - HISTORICAL DETAIL AS OF 11/25/2001
               =======================================
    ACCOUNT NUMBER ==> 0661101392156
    ========================================================================
    ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW DT AT AV FU CT
    NOW DUE :            .00   SCHED                NEW BAL:        1137.63
    BAL LMT :        6100.00   PAYMT:       2743.00CR PRV BAL:      1055.84
                               CASH                 BALANCE
    CASH LMT:            .00   BAL  :            .00  TRN AMT:          .00
    ------------------------------------------------------------------------
    < TRAN DATE  STORE#  REG#  TRAN#  TC   PROC  TRANSACTION DESCRIPTION   AMOUNT

MILLETT 01152

SEARS ITEMIZATION REPORT (TSYS)          PAGE  24

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE          03/22/05

HD - HISTORICAL DETAIL AS OF 11/25/2001
=======================================
ACCOUNT NUMBER ==> 0661101392156
==============================================================================

| 1029 | 009309 AOL   0000    0101  1030 DIV 211 | |
| | AOL*ONLINE SERVICE 1001 | |
| | 800-679-9444 | |
| | 10850327 | 23.90 |
| 1108 | 001008 167   6554    0101  1109 DIV 054 | |
| | SHOE | 64.79 |
| 1108 | 001008 218   8208    0101  1109 DIV 002 007 002 002 018 | |
| | SS TOP | |
| | BLOUSE | |
| | TOP | |
| | TOP | |
| | BDYBRFR | 60.69 |
| 1108 | 001008 167   7167    0711  1114 DIV       054 | |
| | RETURN | |
| | WOMENS SHOES | 64.79CR |
| 1114 | 001008 029   3499    0108  1115 DIV | |
| | PAYMENT - THANK YOU | 100.00CR |
| 1124 | 001008 067   1184    0101  1125 DIV 054 | |
| | SHOE | 76.95 |

**FINANCE CHARGE ON AVG DAILY BALANCE OF    $1088.71    20.25

CURRENT BALANCE:     1137.63   DELAYED SALES:
NEW BALANCE    :     1137.63                       .00

HD - HISTORICAL DETAIL AS OF 10/25/2001
=======================================
ACCOUNT NUMBER ==> 0661101392156
==============================================================================
ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
NOW DUE :          .00   SCHED               NEW BAL:       1055.84
BAL LMT :      6100.00   PAYMT:   2669.00CR PRV BAL:       1299.69
                         CASH
CASH LMT:          .00   BAL  :         .00 TRN AMT:           .00
-------------------------------------------------------------------------------

| < TRAN DATE | STORE# | REG# | TRAN# | TC | PROC | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0925 | 001008 | 018 | 2390 | 0101 | 0926 | DIV 075 029 | |
| | | | | | | SUNSUIT | |
| | | | | | | HOSE | 12.14 |
| 0925 | 001008 | 018 | 2391 | 0108 | 0926 | DIV | |
| | | | | | | PAYMENT - THANK YOU | 200.00CR |
| 0925 | | | 0479 | | 0926 | DIV | |
| | | | | | | PRIOR PERIOD FINANCE CHARGE ADJ | .12CR |
| 0929 | 009309 | AOL | 0000 | 0101 | 0930 | DIV 211 | |
| | | | | | | AOL*ONLINE SERVICE 0901 | |
| | | | | | | 800-679-9444 | |
| | | | | | | 99375069 | 23.90 |
| 1022 | 001008 | 167 | 4938 | 0108 | 1023 | DIV | |
| | | | | | | PAYMENT - THANK YOU | 100.00CR |

MILLETT 01153

SEARS ITEMIZATION REPORT (TSYS)          PAGE  25


UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

                    HD - HISTORICAL DETAIL AS OF 10/25/2001
                    =====================================
     ACCOUNT NUMBER ==> 0661101392156
===================================================================

      **FINANCE CHARGE ON AVG DAILY BALANCE OF      $1123.80          20.23

CURRENT BALANCE:        1055.84   DELAYED SALES:            .00
NEW BALANCE    :        1055.84

                    HD - HISTORICAL DETAIL AS OF 09/25/2001
                    =====================================
     ACCOUNT NUMBER ==> 0661101392156
===================================================================
  ABUNDIO CUAUTLE                       ACCT TYP: PRE STATUS: TW AV FU CT
  NOW DUE :             .00   SCHED                 NEW BAL:      1299.69
  BAL LMT :         6100.00   PAYMT:      2393.00CR PRV BAL:      1538.53
                              CASH                  BALANCE
  CASH LMT:             .00   BAL  :            .00 TRN AMT:          .00
  --------------------------------------------------------------------
  < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
     0828   001008  229   5028   0101  0829 DIV 018 029 029 029 029
                    BDYBRFR
                    OVERALL
                    BODYSUIT
                    BODYSUIT
                    TEE                                           36.90
     0828   001008  229   5029   0108  0829 DIV
                    PAYMENT - THANK YOU                          300.00CR

      **FINANCE CHARGE ON AVG DAILY BALANCE OF      $1304.25          24.26

CURRENT BALANCE:        1299.69   DELAYED SALES:            .00
NEW BALANCE    :        1299.69

                    HD - HISTORICAL DETAIL AS OF 08/25/2001
                    =====================================
     ACCOUNT NUMBER ==> 0661101392156
===================================================================
  ABUNDIO CUAUTLE                       ACCT TYP: PRE STATUS: TW AV FU CT
  NOW DUE :             .00   SCHED                 NEW BAL:      1538.53
  BAL LMT :         6100.00   PAYMT:      2122.00CR PRV BAL:      2261.88
                              CASH                  BALANCE
  CASH LMT:             .00   BAL  :            .00 TRN AMT:          .00
  --------------------------------------------------------------------
  < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
     0804   001008  049   0885   0101  0805 DIV 049
                    SWING                                         80.99
     0804   001008  049   0886   0108  0805 DIV
                    PAYMENT - THANK YOU                          500.00CR
     0820   001008  031   2461   0108  0821 DIV
                    PAYMENT - THANK YOU                          340.00CR

MILLETT 01154

SEARS ITEMIZATION REPORT (TSYS)          PAGE  26


UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

                HD - HISTORICAL DETAIL AS OF 08/25/2001
                =======================================
    ACCOUNT NUMBER ==> 0661101392156
===================================================================

      **FINANCE CHARGE ON AVG DAILY BALANCE OF       $1917.21        35.66

CURRENT BALANCE:          1538.53   DELAYED SALES:          .00
NEW BALANCE    :          1538.53

                HD - HISTORICAL DETAIL AS OF 07/25/2001
                =======================================
    ACCOUNT NUMBER ==> 0661101392156
===================================================================
    ABUNDIO CUAUTLE                  ACCT TYP: PRE STATUS: TW AV FU CT
    NOW DUE :            .00   SCHED                NEW BAL:        2261.88
    BAL LMT :        6100.00   PAYMT:      1317.00CR PRV BAL:       2263.34
                              CASH                 BALANCE
    CASH LMT:            .00   BAL  :           .00  TRN AMT:          .00
    -------------------------------------------------------------------
    < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
        0630    001008  018   1684   0101  0701  DIV 018 018 018 018
                        BRIEF
                        BRIEF
                        BRIEF
                        BRIEFER                                      42.10
        0712    001008  009   4947   0101  0713  DIV 009 009 009
                        TAPE MEASURE
                        STEEL SQUARE
                        LEVEL                                        26.97
        0712    001008  107   8093   0101  0713  DIV 002 002 033
                        TOP
                        BOTTOM
                        DRS SHRT                                     46.83
        0718    001008  031   9329   0101  0719  DIV 002
                        CAP SLVE TEE                                 16.20
        0718    001008  109   6101   0101  0719  DIV 009 009
                        WOOD CHISEL
                        HAMMER                                       24.82
        0718    001008  109   6102   0108  0719  DIV
                        PAYMENT - THANK YOU                        200.00CR

      **FINANCE CHARGE ON AVG DAILY BALANCE OF       $2311.99        41.62

CURRENT BALANCE:          2261.88   DELAYED SALES:          .00
NEW BALANCE    :          2261.88

MILLETT 01155

SEARS ITEMIZATION REPORT (TSYS)          PAGE  27

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE          03/22/05

                HD - HISTORICAL DETAIL AS OF 06/25/2001
                =======================================
     ACCOUNT NUMBER ==> 0661101392156
====================================================================
ABUNDIO CUAUTLE                      ACCT TYP: PRE STATUS: TW AV FU CT
NOW DUE :            .00   SCHED                NEW BAL:     2263.34
BAL LMT :         6100.00  PAYMT:    1168.00CR  PRV BAL:     2563.04
                           CASH                 BALANCE
CASH LMT:            .00   BAL  :         .00   TRN AMT:         .00
--------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
    0609    001008   031   6344   0108  0610 DIV
            PAYMENT - THANK YOU                                    200.00CR
    0616    001998   133   0961   0101  0617 DIV 016 041 041
            SKIRT
            PANT OLIVE
            HENLEY                                                  56.13
    0623    001008   002   3885   0108  0624 DIV
            PAYMENT - THANK YOU                                    200.00CR

      **FINANCE CHARGE ON AVG DAILY BALANCE OF        $2473.90      44.17

CURRENT BALANCE:       2263.34   DELAYED SALES:            .00
NEW BALANCE    :       2263.34

                HD - HISTORICAL DETAIL AS OF 05/25/2001
                =======================================
     ACCOUNT NUMBER ==> 0661101392156
====================================================================
ABUNDIO CUAUTLE                      ACCT TYP: PRE STATUS: TW AV FU CT
NOW DUE :            .00   SCHED                NEW BAL:     2563.04
BAL LMT :         6100.00  PAYMT:     822.00CR  PRV BAL:     2697.17
                           CASH                 BALANCE
CASH LMT:            .00   BAL  :         .00   TRN AMT:         .00
--------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
    0426    001008   067   3807   0101  0427 DIV 054
            SHOE                                                    29.15
    0426    001008   229   0272   0101  0427 DIV 029 029
            CAPRI SET
            CAPRI SET                                               33.32
    0426    001008   309   2811   0101  0427 DIV 030 030 071 009 144
            PRODUCT PROTECTION PLAN
            CIRC.SAW
            CAULK
            CAULK
            TROWEL                                                  49.23
    0502    001998   007   4153   0101  0503 DIV 029
            SUNDRESS                                                 7.44
    0502    001998   007   4154   0108  0503 DIV
            PAYMENT - THANK YOU                                    100.00CR
    0518    001008   218   0030   0108  0519 DIV
            PAYMENT - THANK YOU                                    200.00CR

MILLETT 01156

SEARS ITEMIZATION REPORT (TSYS)          PAGE  28

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE          03/22/05

HD - HISTORICAL DETAIL AS OF 05/25/2001
=====================================
ACCOUNT NUMBER ==> 0661101392156
=======================================================================

**FINANCE CHARGE ON AVG DAILY BALANCE OF          $2704.47          46.73

CURRENT BALANCE:        2563.04    DELAYED SALES:            .00
NEW BALANCE    :        2563.04

HD - HISTORICAL DETAIL AS OF 04/25/2001
=====================================
ACCOUNT NUMBER ==> 0661101392156
=======================================================================

ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
NOW DUE :            .00  SCHED                  NEW BAL:      2697.17
BAL LMT :        6100.00  PAYMT:          583.00CR PRV BAL:    1101.63
                         CASH                    BALANCE
CASH LMT:            .00  BAL :              .00  TRN AMT:          .00
-------------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
     0325  001998  029   2085   0101  0326 DIV 049
                        BASSINET                                       62.63
     0325  001998  029   2086   0108  0326 DIV
                        PAYMENT - THANK YOU                          100.00CR
     0325                       0479  0326 DIV
                        PRIOR PERIOD FINANCE CHARGE ADJ                 .06CR
     0327  001008  003   4060   0101  0328 DIV 003 193 003 193 003
                        MAINTENANCE AGREEMENTS
                        MON MV540
                        SURG
                        CPU
                        PRNTR                                        1816.73
     0327  001008  003   4062   0108  0328 DIV
                        PAYMENT - THANK YOU                          200.00CR
     0404  001008  129   4204   0101  0405 DIV 049 029 029 029 029
                        OVERALL SET
                        TAKE ME HOME
                        CREEPER
                        SLEEP N PLAY
                        WASHCLOTHS                                    240.15
     0418  001008  167   6618   0101  0419 DIV 036 054
                        SHOE
                        SHOE                                          63.72
     0418  001008  167   6620   0108  0419 DIV
                        PAYMENT - THANK YOU                          300.00CR
     0418  001008  167   6619   0711  0419 DIV     054
                        RETURN
                        WOMENS SHOES                                  36.72CR

**FINANCE CHARGE ON AVG DAILY BALANCE OF          $2749.28          49.09

CURRENT BALANCE:        2697.17    DELAYED SALES:            .00
NEW BALANCE    :        2697.17

MILLETT 01157

SEARS ITEMIZATION REPORT (TSYS)        PAGE  29


UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

               HD - HISTORICAL DETAIL AS OF 03/25/2001
               ========================================
   ACCOUNT NUMBER ==> 0661101392156
 =========================================================================
  ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
  NOW DUE :           .00   SCHED                 NEW BAL:      1101.63
  BAL LMT :       5050.00   PAYMT:      48.00CR   PRV BAL:      1026.94
                            CASH                  BALANCE
  CASH LMT:           .00   BAL  :         .00    TRN AMT:          .00
 -------------------------------------------------------------------------
 < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
     0308    001008   075   9302   0101  0309  DIV 042 018 018 020
                    INTIMATE APPAREL, MATERNITY, NIGHTWEAR
                    INTIMATE APPAREL, MATERNITY, NIGHTWEAR
                    DUSTBAGS
                    TOILET SEAT                                        62.94
     0308    001008   075   9303   0108  0309  DIV
                    PAYMENT - THANK YOU                              100.00CR
     0322    001008   341   4661   0101  0323  DIV 041 041 018 041
                    PANTY
                    PANT NAVY
                    INTIMATE APPAREL, MATERNITY, NIGHTWEAR
                    MEN'S SPORTSWEAR                                   95.22

     **FINANCE CHARGE ON AVG DAILY BALANCE OF       $1024.63          16.53

 CURRENT BALANCE:       1101.63   DELAYED SALES:          .00
 NEW BALANCE   :        1101.63

               HD - HISTORICAL DETAIL AS OF 02/25/2001
               ========================================
   ACCOUNT NUMBER ==> 0661101392156
 =========================================================================
  ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
  NOW DUE :         25.00   SCHED                 NEW BAL:      1026.94
  BAL LMT :       5050.00   PAYMT:      25.00     PRV BAL:       892.75
                            CASH                  BALANCE
  CASH LMT:           .00   BAL  :         .00    TRN AMT:          .00
 -------------------------------------------------------------------------
 < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
     0210    008727   395   5492   0101  0211  DIV 193 193
                    MAINTENANCE AGREEMENTS
                    MAINTENANCE AGREEMENTS                            117.03

     **FINANCE CHARGE ON AVG DAILY BALANCE OF        $961.16          17.16

 CURRENT BALANCE:       1026.94   DELAYED SALES:          .00
 NEW BALANCE   :        1026.94

SEARS ITEMIZATION REPORT (TSYS)          PAGE  30

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

HD - HISTORICAL DETAIL AS OF 01/25/2001
=======================================
ACCOUNT NUMBER ==> 0661101392156
========================================================================
ABUNDIO CUAUTLE                     ACCT TYP: PRE STATUS: TW AV FU CT
NOW DUE :            .00   SCHED                NEW BAL:        892.75
BAL LMT :        5050.00   PAYMT:      1569.00CR PRV BAL:       555.24
                           CASH                 BALANCE
CASH LMT:            .00   BAL  :            .00  TRN AMT:          .00
------------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
    1226    001008  218   1706   0101  1227 DIV 018 018 018 018
                    BRA
                    BRA
                    STRG HICUT
                    STRG HICUT
                    HC                                              41.17
    0113    001008  218   3719   0101  0114 DIV 018 018 016 016
                    KNIT GROUP
                    BOTTOM
                    BRIEF
                    BRIEF                                           88.54
    0114    001008  033   3323   0101  0115 DIV 033 033
                    DRS SHIRT
                    DRS SHIRT                                       23.80
    0114    001008  167   8503   0101  0115 DIV 076
                    SHOE                                            48.59
    0119    001008  003   9627   0101  0120 DIV 003 144
                    PRODUCT PROTECTION PLAN
                    CAMRA ONE ST                                    41.28
    0119    001008  031   6419   0101  0120 DIV 007 007
                    HENLEY
                    2 FER
                    TOPS
                    TOPS
                    SHIRT                                           82.07

    **FINANCE CHARGE ON AVG DAILY BALANCE OF        $697.79         12.06

CURRENT BALANCE:         892.75   DELAYED SALES:             .00
NEW BALANCE    :         892.75

              HD - HISTORICAL DETAIL AS OF 12/26/2000
              =======================================
ACCOUNT NUMBER ==> 0661101392156
========================================================================
ABUNDIO CUAUTLE                     ACCT TYP: PRE STATUS: TW AV FU CT
NOW DUE :            .00   SCHED                NEW BAL:        555.24
BAL LMT :        5050.00   PAYMT:      1591.00CR PRV BAL:       470.91
                           CASH                 BALANCE
CASH LMT:            .00   BAL  :            .00  TRN AMT:          .00
------------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT

SEARS ITEMIZATION REPORT (TSYS)          PAGE  31

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

```
              HD - HISTORICAL DETAIL AS OF 12/26/2000
              =======================================
    ACCOUNT NUMBER ==> 0661101392156
=========================================================================
     1207    001008  031    2128   0101  1208 DIV 018 007 007 016 016
                     HENLEY
                     TURTLENECK
                     BLOUSE
                     TOP
                     PANT                                           125.46
     1207    001008  031    2129   0108  1208 DIV
                     PAYMENT - THANK YOU                            100.00CR
     1222    001008  167    5895   0101  1223 DIV 036 075 018 075 071
                     BIKI
                     SHOE
                     HEDGE SHEAR
                     TGHT CABLE
                     TGHT FISHNET                                    49.95

     **FINANCE CHARGE ON AVG DAILY BALANCE OF       $499.58          8.92

CURRENT BALANCE:          555.24   DELAYED SALES:            .00
NEW BALANCE   :           555.24
```

```
              HD - HISTORICAL DETAIL AS OF 11/25/2000
              =======================================
    ACCOUNT NUMBER ==> 0661101392156
=========================================================================
   ABUNDIO CUAUTLE                  ACCT TYP: PRE STATUS: TW AV FU CT
   NOW DUE :           .00   SCHED                NEW BAL:        470.91
   BAL LMT :        5050.00   PAYMT:       1505.00CR PRV BAL:      514.13
                             CASH                 BALANCE
   CASH LMT:           .00   BAL  :           .00  TRN AMT:          .00
-------------------------------------------------------------------------
< TRAN DATE  STORE#  REG#   TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
     1103    001008  018    1802   0101  1104 DIV 016
                     BLOUSE                                          17.54
     1109    001008  002    5114   0101  1110 DIV 002 002 002
                     BOTTOM
                     CAMPSHIRT
                     JR DRESS                                        38.97
     1109    001008  018    2434   0101  1110 DIV 018
                     INTIMATE APPAREL, MATERNITY, NIGHTWEAR          16.67
     1109    001008  018    2434   0354  1110 DIV      018
                     CANCELLATION
                     INTIMATE APPAREL, MATERNITY, NIGHTWEAR          23.81CR
     1109    001008  031    9479   0101  1110 DIV 018 040 040 018
                     INTIMATE APPAREL, MATERNITY, NIGHTWEAR
                     BRF DLSTR
                     FLC PANT
                     PANT                                            60.79
     1109    001008  031    9480   0108  1110 DIV
                     PAYMENT - THANK YOU                            200.00CR
```

MILLETT 01160

```
                    SEARS ITEMIZATION REPORT (TSYS)          PAGE  32


    UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

                 HD - HISTORICAL DETAIL AS OF 11/25/2000
                 =======================================
      ACCOUNT NUMBER ==> 0661101392156
    ========================================================================
       1112   001008  031   9813   0101  1113 DIV 017
                      JACKET                                         37.88

       **FINANCE CHARGE ON AVG DAILY BALANCE OF        $489.70       8.74

  CURRENT BALANCE:         470.91   DELAYED SALES:           .00
  NEW BALANCE   :          470.91

                 HD - HISTORICAL DETAIL AS OF 10/25/2000
                 =======================================
      ACCOUNT NUMBER ==> 0661101392156
    ========================================================================
      ABUNDIO CUAUTLE                   ACCT TYP: PRE STATUS: TW AV FU CT
       NOW DUE :          .00   SCHED                NEW BAL:      514.13
       BAL LMT :        5050.00   PAYMT:      1317.00CR PRV BAL:    881.20
                                 CASH                 BALANCE
       CASH LMT:          .00   BAL  :            .00  TRN AMT:        .00
    ------------------------------------------------------------------------
    < TRAN DATE STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
        1002   001008  109   9966   0101  1003 DIV 009 009
                      HACKSAW
                      HATCHET                                       36.78
        1012   001008  307   2360   0101  1013 DIV 018 018 016
                      SKIRT
                      BODY BRF
                      BDYBRFR                                       90.93
        1012   001008  307   2361   0108  1013 DIV
                      PAYMENT - THANK YOU                        500.00CR
        1012   001008  018   0121   0711  1018 DIV     018
                      RETURN
                      INTIMATE APPAREL, MATERNITY, NIGHTWEAR        48.71CR
        1017   001008  029   3969   0101  1018 DIV 002 029 029 029 029
                      BELL SHIRT
                      PANT SET
                      FLC TOP
                      FLC SET
                      INFANT FURNITURE AND APPAREL                  62.72
        1012   001008  031   7376   0711  1018 DIV     016
                      RETURN
                      RTW SPECIAL SIZES                             21.11CR

       **FINANCE CHARGE ON AVG DAILY BALANCE OF        $712.75      12.32

  CURRENT BALANCE:         514.13   DELAYED SALES:           .00
  NEW BALANCE   :          514.13
```

MILLETT 01161

SEARS ITEMIZATION REPORT (TSYS)          PAGE  33

```
UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

              HD - HISTORICAL DETAIL AS OF 09/25/2000
              ========================================
    ACCOUNT NUMBER ==> 0661101392156
  =======================================================================
   ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW DT CD AT AV FU
   NOW DUE :            .00   SCHED                  NEW BAL:         881.20
   BAL LMT :        5050.00   PAYMT:        830.00CR PRV BAL:         753.07
                             CASH                   BALANCE
   CASH LMT:            .00   BAL  :            .00  TRN AMT:            .00
  -----------------------------------------------------------------------
 < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
      0828   001008  129   7130   0101  0829 DIV 029 033 029 029
                     SOCK
                     SOCK
                     BRIEF
                     SOCK                                            33.51
      0828   001008  541   1448   0101  0829 DIV 041
                     PANT NAVY                                      34.63
      0901   001008  207   8833   0101  0902 DIV 002 007
                     JEAN
                     JACKET                                         79.55
      0923   001998  115   4704   0101  0924 DIV 054
                     SHOE                                           10.72
      0924   001008  031   5336   0101  0925 DIV 018 018 002 007 002
                     SHIRT
                     JEAN
                     TOP
                     JEAN
                     CABLE MOCK                                    206.50
      0924   001008  031   5338   0108  0925 DIV
                     PAYMENT - THANK YOU                         200.00CR
      0924   001008  031   5337   0711  0925 DIV       007
                     RETURN
                     LADIES SPORTSWEAR                            25.33CR
      0924   001008  031   5337   0711  0925 DIV       007
                     RETURN
                     LADIES SPORTSWEAR                            27.28CR

      **FINANCE CHARGE ON AVG DAILY BALANCE OF      $886.53        15.83

 CURRENT BALANCE:       881.20   DELAYED SALES:          .00
 NEW BALANCE   :        881.20

              HD - HISTORICAL DETAIL AS OF 08/25/2000
              ========================================
    ACCOUNT NUMBER ==> 0661101392156
  =======================================================================
   ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
   NOW DUE :            .00   SCHED                  NEW BAL:         753.07
   BAL LMT :        5050.00   PAYMT:        651.00CR PRV BAL:        1263.91
                             CASH                   BALANCE
   CASH LMT:            .00   BAL  :            .00  TRN AMT:            .00
  -----------------------------------------------------------------------
 < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
```

MILLETT 01162

```
                    SEARS ITEMIZATION REPORT (TSYS)        PAGE  34


  UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

              HD - HISTORICAL DETAIL AS OF 08/25/2000
              =======================================
    ACCOUNT NUMBER ==> 0661101392156
 ======================================================================
     0728   001008 207   3260   0101  0729 DIV 002 002 002 002 033
                    TOP
                    BOTTOM
                    JR TOP
                    TEE
                    SKIRT                                         166.66
      0728   001008 207   3261   0108  0729 DIV
                    PAYMENT - THANK YOU                          100.00CR
     0822   001008 018   4259   0108  0823 DIV
                    PAYMENT - THANK YOU                          600.00CR

     **FINANCE CHARGE ON AVG DAILY BALANCE OF        $1260.26      22.50

 CURRENT BALANCE:        753.07   DELAYED SALES:              .00
 NEW BALANCE    :        753.07

              HD - HISTORICAL DETAIL AS OF 07/25/2000
              =======================================
    ACCOUNT NUMBER ==> 0661101392156
 ======================================================================
   ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
   NOW DUE :          31.00   SCHED              NEW BAL:      1263.91
   BAL LMT :        5050.00   PAYMT:       31.00 PRV BAL:       130.74
                              CASH               BALANCE
   CASH LMT:            .00   BAL  :          .00 TRN AMT:          .00
 ----------------------------------------------------------------------
 < TRAN DATE  STORE# REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
     0701   001008 541   6938   0101  0702 DIV 041 041
                    KNIT
                    PANT SAHARA                                   84.44
     0718   001008 218   5643   0101  0719 DIV 016
                    SKIRT                                         28.15
     0718   001008 218   5644   0108  0719 DIV
                    PAYMENT - THANK YOU                          100.00CR
     0719   001998 006   3602   0101  0720 DIV 006 193
                    MAINTENANCE AGREEMENTS
                    PF CROSSWALK                                 502.85
     0719   001998 006   3603   0108  0720 DIV
                    PAYMENT - THANK YOU                          200.00CR
     0719   001998 057   0798   0101  0720 DIV 057 193
                    MAINTENANCE AGREEMENTS
                    CAM TRV87                                    817.73

     **FINANCE CHARGE ON AVG DAILY BALANCE OF         $0.00         .00

 CURRENT BALANCE:       1263.91   DELAYED SALES:              .00
 NEW BALANCE    :       1263.91
```

MILLETT 01163

SEARS ITEMIZATION REPORT (TSYS)          PAGE  35

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

HD - HISTORICAL DETAIL AS OF 06/25/2000
=====================================
ACCOUNT NUMBER ==> 0661101392156
====================================================================
ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW DT AT AV FU CT
NOW DUE :            .00   SCHED              NEW BAL:        130.74
BAL LMT :        5050.00   PAYMT:     3743.00CR PRV BAL:      2064.74
                           CASH              BALANCE
CASH LMT:            .00   BAL  :           .00 TRN AMT:          .00
--------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
    0614     001008  140   8419   0108  0615 DIV
             PAYMENT - THANK YOU
                                                               1000.00CR
    0623     001008  067   6203   0101  0624 DIV 002
             JR DRESS
                                                                   7.88
    0623     001008  067   6204   0108  0624 DIV
             PAYMENT - THANK YOU
                                                               1000.00CR
    0624     001008  018   8376   0101  0625 DIV 018
             BODY BRF
                                                                  29.55

    **FINANCE CHARGE ON AVG DAILY BALANCE OF      $1600.19          28.57

CURRENT BALANCE:        130.74   DELAYED SALES:            .00
NEW BALANCE    :        130.74

                 HD - HISTORICAL DETAIL AS OF 05/25/2000
                 =====================================
ACCOUNT NUMBER ==> 0661101392156
====================================================================
ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
NOW DUE :            .00   SCHED              NEW BAL:        2064.74
BAL LMT :        5050.00   PAYMT:     1747.00CR PRV BAL:      2393.06
                           CASH              BALANCE
CASH LMT:            .00   BAL  :           .00 TRN AMT:          .00
--------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
    0507     001008  167   0608   0101  0508 DIV 036 029
             SOCK
             SHOE
                                                                  33.55
    0509     001008  018   3077   0108  0510 DIV
             PAYMENT - THANK YOU
                                                                 400.00CR

    **FINANCE CHARGE ON AVG DAILY BALANCE OF      $2206.79          38.13

CURRENT BALANCE:       2064.74   DELAYED SALES:            .00
NEW BALANCE    :       2064.74

MILLETT 01164

SEARS ITEMIZATION REPORT (TSYS)          PAGE  36

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE          03/22/05

                   HD - HISTORICAL DETAIL AS OF 04/25/2000
                   ========================================
  ACCOUNT NUMBER ==> 0661101392156
====================================================================
 ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
 NOW DUE :            .00   SCHED              NEW BAL:       2393.06
 BAL LMT :        3900.00   PAYMT:     1397.00CR PRV BAL:     1962.11
                            CASH              BALANCE
 CASH LMT:            .00   BAL  :          .00 TRN AMT:          .00
--------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
    0403    001008   207   4902   0101  0404 DIV 007
                 JEAN                                                    32.46
    0408    001008   071   3864   0101  0409 DIV 071
                 LAWN BLDG                                              214.32
    0417    001008   031   8818   0101  0418 DIV 007 007 007 007 007
                 2FER
                 SKIRT
                 SWEATER
                 TOP
                 SKIRT                                                   90.37
    0419    001008   009   9448   0101  0420 DIV 009 009 009 009
                 SAW
                 TAPE
                 48" LEVEL
                 9V BATTERY                                              56.25

     **FINANCE CHARGE ON AVG DAILY BALANCE OF      $2173.17             37.55

CURRENT BALANCE:        2393.06   DELAYED SALES:         .00
NEW BALANCE    :        2393.06

                   HD - HISTORICAL DETAIL AS OF 03/26/2000
                   ========================================
  ACCOUNT NUMBER ==> 0661101392156
====================================================================
 ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
 NOW DUE :            .00   SCHED              NEW BAL:       1962.11
 BAL LMT :        3900.00   PAYMT:     1454.00CR PRV BAL:     2049.84
                            CASH              BALANCE
 CASH LMT:            .00   BAL  :          .00 TRN AMT:          .00
--------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
    0301    008727   395   7091   0101  0302 DIV 193 193
                 MAINTENANCE AGREEMENTS
                 MAINTENANCE AGREEMENTS                                 120.13
    0311    001008   008   6087   0101  0312 DIV 096 096 018 096 096
                 BODYBRIEFER
                 BATH TOWEL
                 BTH TWL
                 BED AND BATH LINENS
                 BED AND BATH LINENS                                     37.94
    0311    001008   008   6088   0108  0312 DIV
                 PAYMENT - THANK YOU                                   200.00CR

MILLETT 01165

```
                  SEARS ITEMIZATION REPORT (TSYS)          PAGE  37


  UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE            03/22/05

                HD - HISTORICAL DETAIL AS OF 03/26/2000
                =======================================
    ACCOUNT NUMBER ==> 0661101392156
 ========================================================================
      0319    001008  309   6954   0101  0320 DIV 071
                      PICK                                        19.47
      0322    001008  042   1202   0101  0323 DIV 009
                      PLIERS                                      11.68
      0322    001008  367   1313   0101  0323 DIV 054
                      SHOE                                        37.02
      0323    001008  031   7110   0101  0324 DIV 016 007 007 007
                      SHORT
                      SHIMMER
                      SKIRT
                      LADIES SPORTSWEAR                           64.01
      0323    001008  031   7111   0108  0324 DIV
                      PAYMENT - THANK YOU                       200.00CR
      0323    001008  267   7607   0101  0324 DIV 054
                      SHOE                                        24.34
      0322    001008  267   7607   0354  0324 DIV     054
                      CANCELLATION
                      WOMENS SHOES                                37.02CR

      **FINANCE CHARGE ON AVG DAILY BALANCE OF       $2077.12     34.70

  CURRENT BALANCE:         1962.11   DELAYED SALES:           .00
  NEW BALANCE    :         1962.11

                HD - HISTORICAL DETAIL AS OF 02/26/2000
                =======================================
    ACCOUNT NUMBER ==> 0661101392156
 ========================================================================
    ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
    NOW DUE :           .00   SCHED                NEW BAL:     2049.84
    BAL LMT :       3900.00   PAYMT:       1101.00CR PRV BAL:   2069.11
                              CASH                  BALANCE
    CASH LMT:           .00   BAL  :            .00  TRN AMT:       .00
   ---------------------------------------------------------------------
  < TRAN DATE  STORE#  REG#   TRAN#  TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
      0202    001008  031   3467   0108  0203 DIV
                      PAYMENT - THANK YOU                       200.00CR
      0210    001008  140   9589   0101  0211 DIV 040 040 040
                      DOCKER
                      JEAN
                      JEAN                                        84.40
      0219    001008  107   7924   0101  0220 DIV 007 007 007
                      SWEATER
                      PANT
                      PANT                                        33.90
      0219    001008  665   2309   0101  0220 DIV 526
                      WATCH REPAIR                                26.95
```

MILLETT 01166

```
                     SEARS ITEMIZATION REPORT (TSYS)          PAGE  38


    UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

                   HD - HISTORICAL DETAIL AS OF 02/26/2000
                   =======================================
      ACCOUNT NUMBER ==> 0661101392156
    ============================================================================

      **FINANCE CHARGE ON AVG DAILY BALANCE OF        $1986.90          35.48

    CURRENT BALANCE:      2049.84   DELAYED SALES:             .00
    NEW BALANCE   :      2049.84

                   HD - HISTORICAL DETAIL AS OF 01/26/2000
                   =======================================
      ACCOUNT NUMBER ==> 0661101392156
    ============================================================================
      ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
      NOW DUE :           .00   SCHED                 NEW BAL:      2069.11
      BAL LMT :       3900.00   PAYMT:      950.00CR  PRV BAL:      2031.35
                                CASH                  BALANCE
      CASH LMT:           .00   BAL  :          .00   TRN AMT:           .00
    ----------------------------------------------------------------------------
    < TRAN DATE   STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
         1229    001008  075   2225   0101  1230 DIV 018 075 075 018 018
                         INTIMATE APPAREL, MATERNITY, NIGHTWEAR
                         INTIMATE APPAREL, MATERNITY, NIGHTWEAR
                         BRA
                         PANTYHOSE ST
                         INTIMATE APPAREL, MATERNITY, NIGHTWEAR              62.37
         1229    001008  075   2226   0108  1230 DIV
                         PAYMENT - THANK YOU                               200.00CR
         0102    001008  257   1680   0101  0103 DIV 057 144
                         PRODUCT PROTECTION PLAN
                         VCR                                               106.28
         0106    001008  257   1810   0101  0107 DIV 057
                         VCR                                               140.60
         0102    001008  257   1810   0354  0107 DIV       057
                         CANCELLATION
                         TV, STEREO, HOME ELECTRONICS                       97.30CR
         0102    001008  257   1810   0354  0107 DIV       144
                         CANCELLATION
                         PRODUCT PROTECTION PLAN                             8.98CR

      **FINANCE CHARGE ON AVG DAILY BALANCE OF        $2013.27          34.79

    CURRENT BALANCE:      2069.11   DELAYED SALES:             .00
    NEW BALANCE   :      2069.11
```

MILLETT 01167

SEARS ITEMIZATION REPORT (TSYS)          PAGE  39

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                    03/22/05

                    HD - HISTORICAL DETAIL AS OF 12/27/1999
                    =======================================
     ACCOUNT NUMBER ==> 0661101392156
 ======================================================================
  ABUNDIO CUAUTLE                          ACCT TYP: PRE STATUS: TW FU CT
  NOW DUE :            .00   SCHED                     NEW BAL:      2031.35
  BAL LMT :        3900.00   PAYMT:        800.00CR PRV BAL:         1430.65
                             CASH                    BALANCE
  CASH LMT:            .00   BAL  :            .00   TRN AMT:          .00
 ----------------------------------------------------------------------
 < TRAN DATE  STORE#  REG#   TRAN#   TC    PROC  TRANSACTION DESCRIPTION   AMOUNT
      1126   001008  124   0049   0101  1127 DIV 041 041 041
               PANT NAVY
               MEN'S SPORTSWEAR
               MEN'S SPORTSWEAR                                         97.39
      1126   001008  124   0050   0108  1127 DIV
               PAYMENT - THANK YOU                                    200.00CR
      1126                   0479   1127 DIV
               PRIOR PERIOD FINANCE CHARGE ADJ                           .12CR
      1209   001008  033   8441   0101  1210 DIV 033 033 033
               CREW TUBE
               T-SHIRT
               BRIEF                                                    30.56
      1209   001008  077   6416   0101  1210 DIV 040 040
               SHIRT
               SUIT                                                     56.00
      1218   006128  045   3342   0101  1219 DIV 095 095 139
               ENVIRONMENTAL FEE
               TIRE
               VALVE                                                   353.85
      1221   001008  124   2577   0101  1222 DIV 033 033 002 041 096
               TOP
               JEAN
               SOCK DOCKERS
               BELT
               CREW                                                    111.45
      1221   001008  274   2428   0101  1222 DIV 074
               COLOGN WHITE                                             51.42
      1224   001008  031   0709   0101  1226 DIV 031
               PANTSUIT                                                 38.96
      1224   001008  267   8278   0101  1226 DIV 054 075
               SHOE
               PANTYHOSE CT                                             33.54

        **FINANCE CHARGE ON AVG DAILY BALANCE OF        $1548.38        27.65

  CURRENT BALANCE:        2031.35   DELAYED SALES:            .00
  NEW BALANCE   :         2031.35

MILLETT 01168

SEARS ITEMIZATION REPORT (TSYS)          PAGE  40

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE          03/22/05

HD - HISTORICAL DETAIL AS OF 11/26/1999
=======================================

ACCOUNT NUMBER ==> 0661101392156
=====================================================================
ABUNDIO CUAUTLE                 ACCT TYP: PRE STATUS: TW AV FU CT
NOW DUE :           .00   SCHED                NEW BAL:     1430.65
BAL LMT :       3900.00   PAYMT:       649.00CR PRV BAL:    1296.25
                          CASH              BALANCE
CASH LMT:           .00   BAL  :           .00  TRN AMT:        .00
---------------------------------------------------------------------
< TRAN DATE  STORE#  REG#   TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
     1025   001008  367   0805   0101  1026 DIV 067
             SHOE
                                                                      58.46
     1109   001008  309   4198   0101  1110 DIV 071
             LOPPNG SHEAR
                                                                      16.23
     1114   001998  015   6390   0101  1115 DIV 054
             SHOE
                                                                      34.09

   **FINANCE CHARGE ON AVG DAILY BALANCE OF      $1389.94            25.62

CURRENT BALANCE:      1430.65   DELAYED SALES:          .00
NEW BALANCE   :      1430.65

HD - HISTORICAL DETAIL AS OF 10/25/1999
=======================================

ACCOUNT NUMBER ==> 0661101392156
=====================================================================
ABUNDIO CUAUTLE                 ACCT TYP: PRE STATUS: TW AC DT AT AV FU
NOW DUE :           .00   SCHED                NEW BAL:     1296.25
BAL LMT :       3900.00   PAYMT:       684.00CR PRV BAL:    1066.28
                          CASH              BALANCE
CASH LMT:           .00   BAL  :           .00  TRN AMT:        .00
---------------------------------------------------------------------
< TRAN DATE  STORE#  REG#   TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
     1001   001008  031   2100   0101  1002 DIV 007 007
             BLOUSE
             BLOUSE
                                                                      43.82
     1001   001008  042   7315   0101  1002 DIV 071 071
             BUGWACKER
             OCTENOL
                                                                      34.08
     1001   001008  768   7031   0101  1002 DIV 508
             PRECIOUS METALS
                                                                      11.89
     1003   001008  249   0229   0101  1004 DIV 049
             VIDEO
                                                                      54.11
     1018   001008  218   4551   0101  1019 DIV 029
             LEGGING SET
                                                                      17.53
     1022   001008  020   1171   0101  1023 DIV 020 007
             PANT
             DUST BAGS
                                                                      25.97
     1022   001008  020   1172   0108  1023 DIV
             PAYMENT - THANK YOU
                                                                     100.00CR
     1024   001998  002   3017   0101  1025 DIV 041 041
             PANT BLK
             MEN'S SPORTSWEAR
                                                                      57.78

MILLETT 01169

SEARS ITEMIZATION REPORT (TSYS)        PAGE  41

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

              HD - HISTORICAL DETAIL AS OF 10/25/1999
              =======================================
    ACCOUNT NUMBER ==> 0661101392156
  ======================================================================
      1024   001998  002    3014   0101  1025 DIV 029 029 018 018 029
                      BRIEF
                      BRA
                      PANT SET
                      PANT SET
                      SHIRT                                         64.14

      **FINANCE CHARGE ON AVG DAILY BALANCE OF      $1195.26        20.65

  CURRENT BALANCE:        1296.25   DELAYED SALES:           .00
  NEW BALANCE   :         1296.25

              HD - HISTORICAL DETAIL AS OF 09/25/1999
              =======================================
    ACCOUNT NUMBER ==> 0661101392156
  ======================================================================
  ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW CD AT AV FU
    NOW DUE :           .00   SCHED              NEW BAL:      1066.28
    BAL LMT :        3900.00   PAYMT:       615.00CR PRV BAL:   1359.17
                              CASH               BALANCE
    CASH LMT:           .00   BAL  :           .00  TRN AMT:        .00
  ---------------------------------------------------------------------
  < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
      0906   001008  267    7127   0101  0907 DIV 054
                      SHOE                                           6.46
      0912   001008  029    9231   0101  0913 DIV 029 029 029 029 075
                      TIGHT
                      SHORT SET
                      TIGHT
                      PANTY
                      PANTYHOSE ST                                  31.88
      0912   001008  029    9232   0108  0913 DIV
                      PAYMENT - THANK YOU                        200.00CR
      0912   001008  367    8004   0101  0913 DIV 054 036
                      SHOE
                      SHOE                                          45.44
      0924   001008  218    1458   0108  0925 DIV
                      PAYMENT - THANK YOU                        200.00CR

      **FINANCE CHARGE ON AVG DAILY BALANCE OF      $1306.64        23.33

  CURRENT BALANCE:        1066.28   DELAYED SALES:           .00
  NEW BALANCE   :         1066.28

MILLETT 01170

SEARS ITEMIZATION REPORT (TSYS)          PAGE  42

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE            03/22/05

```
              HD - HISTORICAL DETAIL AS OF 08/25/1999
              =======================================
  ACCOUNT NUMBER ==> 0661101392156
======================================================================
 ABUNDIO CUAUTLE                    ACCT TYP: SCC STATUS: TW DT AT AV FU
 NOW DUE :            .00  SCHED                 NEW BAL:       1359.17
 BAL LMT :        3900.00  PAYMT:      241.00CR PRV BAL:        593.43
                           CASH                  BALANCE
 CASH LMT:            .00  BAL  :          .00  TRN AMT:           .00
----------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
    0804    001008  029   5724   0108  0805 DIV
                    PAYMENT - THANK YOU                          100.00CR
    0817    001008  071   6570   0101  0818 DIV 042
                    TOILET SEAT                                    40.04
    0817    001008  071   6569   0101  0818 DIV 042 193 187 187 187
                    MAINTENANCE AGREEMENTS
                    WTRHT
                    INSTALLATION CHARGES
                    INSTALLATION CHARGES
                    INSTALLATION CHARGES                          659.32
    0819    001008  229   4455   0101  0820 DIV 049 049
                    BEDDING SET
                    TOD BED                                       108.23
    0819    001008  229   4456   0108  0820 DIV
                    PAYMENT - THANK YOU                          100.00CR
    0824    004135  387   2618   0101  0825 DIV 187
                    INSTALLATION CHARGES                          145.25

   **FINANCE CHARGE ON AVG DAILY BALANCE OF        $746.53        12.90

CURRENT BALANCE:       1359.17   DELAYED SALES:            .00
NEW BALANCE    :       1359.17

              HD - HISTORICAL DETAIL AS OF 07/26/1999
              =======================================
  ACCOUNT NUMBER ==> 0661101392156
======================================================================
 ABUNDIO CUAUTLE                    ACCT TYP: SCC STATUS: TW AV FU
 NOW DUE :            .00  SCHED                 NEW BAL:        593.43
 BAL LMT :        3240.00  PAYMT:       74.00CR PRV BAL:        634.68
                           CASH                  BALANCE
 CASH LMT:            .00  BAL  :          .00  TRN AMT:           .00
----------------------------------------------------------------------
< TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
    0630    001008  175   6964   0108  0701 DIV
                    PAYMENT - THANK YOU                          100.00CR
    0705    001008  031   4496   0101  0706 DIV 071 040 029 041 029
                    SHORT SET
                    SHORT SET
                    SHORT
                    SWIMTRUNK
                    CR HOSE                                        49.32
```

MILLETT 01171

```
                    SEARS ITEMIZATION REPORT (TSYS)          PAGE  43


     UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

                  HD - HISTORICAL DETAIL AS OF 07/26/1999
                  =======================================
        ACCOUNT NUMBER ==> 0661101392156
     ======================================================================

        **FINANCE CHARGE ON AVG DAILY BALANCE OF          $545.98         9.43

     CURRENT BALANCE:        593.43   DELAYED SALES:              .00
     NEW BALANCE    :        593.43

                  HD - HISTORICAL DETAIL AS OF 06/26/1999
                  =======================================
        ACCOUNT NUMBER ==> 0661101392156
     ======================================================================
        ABUNDIO CUAUTLE                    ACCT TYP: PRE STATUS: TW AV FU CT
        NOW DUE :         10.00   SCHED                 NEW BAL:      634.68
        BAL LMT :       3240.00   PAYMT:       10.00   PRV BAL:      491.97
                                  CASH                 BALANCE
        CASH LMT:           .00   BAL  :         .00   TRN AMT:          .00
     ----------------------------------------------------------------------
     < TRAN DATE  STORE#  REG#  TRAN#  TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
         0531   001008  029   8777  0101  0601 DIV 077 029 029 029 029
                        SOCK
                        SUNSUIT
                        SHORTALL
                        TSHIRT
                        SHIRT                                            47.71
         0531   001008  029   8778  0108  0601 DIV
                        PAYMENT - THANK YOU                           100.00CR
         0609   001998  315   6629  0101  0610 DIV 036 040 040 029 040
                        TSHIRT
                        SHOE
                        PANT
                        SHIRT
                        SHIRT                                           195.00

        **FINANCE CHARGE ON AVG DAILY BALANCE OF           $0.00          .00

     CURRENT BALANCE:        634.68   DELAYED SALES:              .00
     NEW BALANCE    :        634.68

                  HD - HISTORICAL DETAIL AS OF 05/27/1999
                  =======================================
        ACCOUNT NUMBER ==> 0661101392156
     ======================================================================
        ABUNDIO CUAUTLE                    ACCT TYP: SCC STATUS: TW FU
        NOW DUE :         10.00   SCHED                 NEW BAL:      491.97
        BAL LMT :       3240.00   PAYMT:       10.00   PRV BAL:      490.24
                                  CASH                 BALANCE
        CASH LMT:           .00   BAL  :         .00   TRN AMT:          .00
     ----------------------------------------------------------------------
     < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
        *** NO TRANSACTIONS FOR 05/27/1999 ***
```

MILLETT 01172

SEARS ITEMIZATION REPORT (TSYS)          PAGE  44

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                    03/22/05

           HD - HISTORICAL DETAIL AS OF 05/27/1999
           =======================================
   ACCOUNT NUMBER ==> 0661101392156
==============================================================================

    **FINANCE CHARGE ON AVG DAILY BALANCE OF          $100.09          1.73

CURRENT BALANCE:        491.97   DELAYED SALES:          .00
NEW BALANCE   :         491.97

           HD - HISTORICAL DETAIL AS OF 04/27/1999
           =======================================
   ACCOUNT NUMBER ==> 0661101392156
==============================================================================
  ABUNDIO CUAUTLE                    ACCT TYP: SCC STATUS: AV FU FO
  NOW DUE :          10.00   SCHED              NEW BAL:         490.24
  BAL LMT :        3240.00   PAYMT:        10.00   PRV BAL:      690.98
                             CASH               BALANCE
  CASH LMT:            .00   BAL  :          .00   TRN AMT:          .00
  ----------------------------------------------------------------------
 < TRAN DATE  STORE#  REG#   TRAN#   TC   PROC  TRANSACTION DESCRIPTION  AMOUNT
      0403   001008  029   1808   0101  0405 DIV 029 029
                      DRESS
                      DRESS                                          21.90
      0403   001008  029   1809   0108  0405 DIV
                      PAYMENT - THANK YOU                            30.00CR
      0403   001008  029   1809   0108  0405 DIV
                      PAYMENT - THANK YOU                           270.00CR
      0408   001008  057   4838   0101  0410 DIV 057
                      MICROPHNE                                     10.81
      0420   001008  267   3676   0101  0421 DIV 036 036
                      SHOE
                      SHOE                                          35.70
      0421   001008  023   9153   0101  0422 DIV 023 023 023
                      REFINER
                      CLEANSER
                      CREAM                                         16.24
      0421   001008  023   9151   0101  0422 DIV 023
                      COVER MAKEUP                                  14.61

    **FINANCE CHARGE ON AVG DAILY BALANCE OF          $0.00           .00

CURRENT BALANCE:        490.24   DELAYED SALES:          .00
NEW BALANCE   :         490.24

           HD - HISTORICAL DETAIL AS OF 03/25/1999
           =======================================
   ACCOUNT NUMBER ==> 0661101392156
==============================================================================
  ABUNDIO CUAUTLE                    ACCT TYP: SCC STATUS: AV FU FO
  NOW DUE :          10.00   SCHED              NEW BAL:         690.98
  BAL LMT :        3240.00   PAYMT:        10.00   PRV BAL:     1654.20
                             CASH               BALANCE
  CASH LMT:            .00   BAL  :          .00   TRN AMT:          .00
  ----------------------------------------------------------------------

MILLETT 01173

SEARS ITEMIZATION REPORT (TSYS)        PAGE  45

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

                    HD - HISTORICAL DETAIL AS OF 03/25/1999
                    ======================================
   ACCOUNT NUMBER ==> 0661101392156
========================================================================
     0226   001008 018   5351   0108  0227 DIV
                    PAYMENT - THANK YOU                          300.00CR
     0307   001008 367   5624   0101  0308 DIV 036 076 041 029
                    SOCK
                    SHOE
                    WIND JACKET
                    SHOE                                          86.78
     0307   001008 367   5625   0108  0308 DIV
                    PAYMENT - THANK YOU                           50.00CR
     0320   001998 115   2931   0108  0321 DIV
                    PAYMENT - THANK YOU                          700.00CR

     **FINANCE CHARGE ON AVG DAILY BALANCE OF        $0.00            .00

CURRENT BALANCE:         690.98   DELAYED SALES:          .00
NEW BALANCE   :          690.98

                    HD - HISTORICAL DETAIL AS OF 02/25/1999
                    ======================================
   ACCOUNT NUMBER ==> 0661101392156
========================================================================
   ABUNDIO CUAUTLE                    ACCT TYP: SCC STATUS: AV FU FO
   NOW DUE :        25.00   SCHED                NEW BAL:      1654.20
   BAL LMT :      3240.00   PAYMT:      25.00    PRV BAL:       539.04
                            CASH                 BALANCE
   CASH LMT:          .00   BAL  :         .00   TRN AMT:          .00
   ---------------------------------------------------------------------
 < TRAN DATE  STORE#  REG#   TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
     0130   001008 033   2085   0101  0131 DIV 041 016 007
                    SKIRT
                    WMNS SHIRTS
                    SLACK NAVY                                    76.21
     0130   001008 033   2086   0108  0131 DIV
                    PAYMENT - THANK YOU                          300.00CR
     0205   001008 096   3256   0101  0206 DIV 096 096 096 096 096
                    PILLOW 16X16
                    RUG
                    PILLOW
                    BED AND BATH LINENS
                    BED AND BATH LINENS                           25.93
     0206   001998 006   4763   0101  0207 DIV 071
                    SMOKER GRILL                                  41.93
     0207   001008 126   3025   0108  0208 DIV
                    PAYMENT - THANK YOU                          300.00CR
     0207   001008 126   3023   0101  0208 DIV 046 193
                    MAINTENANCE AGREEMENTS
                    REFRIG
                    PROMOTIONAL SALE                             709.36
     0207   001008 126   3024   0101  0208 DIV 022
                    GAS RANGE                                    595.25

MILLETT 01174

SEARS ITEMIZATION REPORT (TSYS)        PAGE 46

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

                HD - HISTORICAL DETAIL AS OF 02/25/1999
                =======================================
  ACCOUNT NUMBER ==> 0661101392156
=============================================================================
      0207    001008  029    4520   0101   0208 DIV 029 029 029 029
                      TIGHT
                      PANT
                      TOP
                      INFANT FURNITURE AND APPAREL                    10.55
      0213    001008  033    2928   0101   0214 DIV 041 033 045
                      DRS SHRT
                      PANT NVY
                      SPTCT                                           85.72
      0214    001008  031    2078   0101   0215 DIV 031 031 075
                      CARDIGAN
                      CAMISOLE
                      PANTYHOSE                                       42.64
      0214    001008  044    4080   0101   0215 DIV 044 044
                      WTCH CITIZEN
                      SS LCKT                                        128.54
      0214    001008  044    4081   0108   0215 DIV
                      PAYMENT - THANK YOU                           100.00CR
      0217    001008  007    3313   0101   0218 DIV 007 007 016
                      SKIRT
                      SKIRT
                      WMN SHIRT                                       60.08
      0216    070102  TRIP   0000   0101   0223 DIV 104
                      4314922
                      3543
                      UNIT #70102
                      SEARS
                      SHOP AT HOME                                    38.95

      **FINANCE CHARGE ON AVG DAILY BALANCE OF          $0.00            .00

CURRENT BALANCE:        1654.20   DELAYED SALES:              .00
NEW BALANCE    :        1654.20

                HD - HISTORICAL DETAIL AS OF 01/25/1999
                =======================================
  ACCOUNT NUMBER ==> 0661101392156
=============================================================================
  ABUNDIO CUAUTLE                    ACCT TYP: SCC STATUS: DT AT AV FU
  NOW DUE :          15.00   SCHED              NEW BAL:        539.04
  BAL LMT :        3240.00   PAYMT:     15.00   PRV BAL:       1744.95
                             CASH              BALANCE
  CASH LMT:            .00   BAL  :        .00  TRN AMT:            .00
  ------------------------------------------------------------------------
< TRAN DATE  STORE#  REG#   TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
     1229    001008  026    4742   0108   1230 DIV
                                                          1744.95CR

MILLETT 01175

SEARS ITEMIZATION REPORT (TSYS)          PAGE  47

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                    03/22/05

                    HD - HISTORICAL DETAIL AS OF 01/25/1999
                    =======================================
   ACCOUNT NUMBER ==> 0661101392156
=================================================================================
      0101   001008 033    0375    0101  0102 DIV 033 033 033 029 041
             JKT
             SPORT SOCK
             BRIEF
             PANT NVY
             MEN'S SPORTSWEAR                                            130.09
      0107   009390 101    7555    0101  0108 DIV 193 193
             MAINTENANCE AGREEMENTS
             MAINTENANCE AGREEMENTS                                      108.95
      0124   001008 126    2703    0101  0125 DIV 022
             GAS RANGE                                                   300.00

      **FINANCE CHARGE ON AVG DAILY BALANCE OF          $0.00               .00

CURRENT BALANCE:        539.04   DELAYED SALES:              .00
NEW BALANCE   :         539.04

                    HD - HISTORICAL DETAIL AS OF 12/26/1998
                    =======================================
   ACCOUNT NUMBER ==> 0661101392156
=================================================================================
   ABUNDIO CUAUTLE                    ACCT TYP: SCC STATUS: AV FU
   NOW DUE :           .00   SCHED                NEW BAL:        1744.95
   BAL LMT :       3240.00   PAYMT:       499.00CR PRV BAL:       1687.61
                             CASH                 BALANCE
   CASH LMT:           .00   BAL  :           .00 TRN AMT:            .00
   -------------------------------------------------------------------------
 < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
      1127   001008 277    0453    0101  1129 DIV 029 029 029 029 088
             FLEECE SET
             DRESS
             JUMPR SET
             JUMPR SET
             GLOVE                                                        70.93
      1204   000000 JD13   0000    0160  1206 DIV
                                                                        75.33CR
      1207   001008 002    0521    0101  1209 DIV 002
             SWEATER                                                      19.70
      1223   001008 196    1488    0101  1224 DIV 041 075 096 096 008
             2PC XMAS ST
             CREW
             BLAZER
             WMNS SLIPPER
             SOCK                                                        111.16
      1223   001008 196    1489    0108  1224 DIV
                                                                       100.00CR
      1226                         0403  1226 DIV
                                                                         30.88

MILLETT 01176

SEARS ITEMIZATION REPORT (TSYS)          PAGE  48

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                    03/22/05

HD - HISTORICAL DETAIL AS OF 12/26/1998
=========================================
ACCOUNT NUMBER ==> 0661101392156
================================================================

**FINANCE CHARGE ON AVG DAILY BALANCE OF        $1729.46          30.88

CURRENT BALANCE:        1744.95   DELAYED SALES:            .00
NEW BALANCE    :        1744.95

HD - HISTORICAL DETAIL AS OF 11/25/1998
=========================================
ACCOUNT NUMBER ==> 0661101392156
================================================================
ABUNDIO CUAUTLE                    ACCT TYP: SCC STATUS: DT AT AV FU
NOW DUE :            .00   SCHED                NEW BAL:        1687.61
BAL LMT :        3240.00   PAYMT:       441.00CR PRV BAL:       1585.68
                           CASH                 BALANCE
CASH LMT:            .00   BAL :            .00  TRN AMT:            .00
----------------------------------------------------------------------

| < TRAN DATE | STORE# | REG# | TRAN# | TC | PROC | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1025 | 001008 | 367 | 8209 | 0101 | 1027 | DIV 036 077 | |
| | | | | | | SHOE | |
| | | | | | | COSTUME | 61.14 |
| 1025 | 001008 | 177 | 7523 | 0101 | 1027 | DIV 029 | |
| | | | | | | COVRALL | 14.48 |
| 1101 | 001008 | 140 | 4240 | 0101 | 1103 | DIV 049 | |
| | | | | | | PARADE | 14.06 |
| 1101 | 001008 | 544 | 1730 | 0101 | 1103 | DIV 508 508 | |
| | | | | | | PRECIOUS METALS | |
| | | | | | | PRECIOUS METALS | 27.02 |
| 1111 | 001008 | 503 | 2622 | 0101 | 1113 | DIV 503 | |
| | | | | | | HAIR SALON | 59.00 |
| 1117 | 001008 | 096 | 7436 | 0101 | 1119 | DIV 096 | |
| | | | | | | PANEL | 21.64 |
| 1117 | 001008 | 096 | 7437 | 0108 | 1119 | DIV | |
| | | | | | | | 200.00CR |
| 1123 | 008498 | JD02 | 0000 | 0218 | 1125 | DIV | |
| | | | | | | | 75.33 |
| 1125 | | | | 0403 | 1125 | DIV | |
| | | | | | | | 29.26 |

**FINANCE CHARGE ON AVG DAILY BALANCE OF        $1693.24          29.26

CURRENT BALANCE:        1687.61   DELAYED SALES:            .00
NEW BALANCE    :        1687.61

MILLETT 01177

SEARS ITEMIZATION REPORT (TSYS)          PAGE  49

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

           HD - HISTORICAL DETAIL AS OF 10/26/1998
           =======================================
  ACCOUNT NUMBER ==> 0661101392156
  ====================================================================
  ABUNDIO CUAUTLE              ACCT TYP: SCC STATUS: AV FU FO
  NOW DUE :          .00   SCHED                NEW BAL:    1585.68
  BAL LMT :       3240.00   PAYMT:       282.00CR PRV BAL:   1667.37
                            CASH               BALANCE
  CASH LMT:          .00   BAL  :           .00 TRN AMT:        .00
  --------------------------------------------------------------------
  < TRAN DATE  STORE#  REG#  TRAN#  TC  PROC  TRANSACTION DESCRIPTION  AMOUNT
    0928   006128  026   0147  0101  0929 DIV 190 095 139
                       AUTO SERVICE AND REPAIRS
                       TIRE
                                                               411.24
    1001   001008  041   1075  0108  1002 DIV
                                                               500.00CR
    1001   001008  029   7699  0101  1002 DIV 029 029
                       LEGGIN
                       LEGGIN                                    2.17
    1008   001008  518   1847  0101  1009 DIV 518
                       OPTICAL                                 174.00
    1023   001008  046   0911  0108  1025 DIV
                                                               200.00CR
    1026                      0403  1026 DIV
                                                                30.90

      **FINANCE CHARGE ON AVG DAILY BALANCE OF      $1730.49     30.90

  CURRENT BALANCE:      1585.68   DELAYED SALES:        .00
  NEW BALANCE   :      1585.68

           HD - HISTORICAL DETAIL AS OF 09/25/1998
           =======================================
  ACCOUNT NUMBER ==> 0661101392156
  ====================================================================
  ABUNDIO CUAUTLE              ACCT TYP:      STATUS:
  NOW DUE :          .00   SCHED                NEW BAL:    1667.37
  BAL LMT :       3234.00   PAYMT:        40.00 PRV BAL:     840.58
                            CASH               BALANCE
  CASH LMT:          .00   BAL  :           .00 TRN AMT:        .00
  --------------------------------------------------------------------
  < TRAN DATE  STORE#  REG#  TRAN#  TC  PROC  TRANSACTION DESCRIPTION  AMOUNT
    0904   001998  046   4376  12   0000 DIV 022 193
                       MAINTENANCE AGREEMENTS
                       A/C 12.0 M                              586.33
    0830   001998  007   1281  12   0000 DIV 007 016
                       PANT          WMNS SHORT    TOP
                       BRA           BRA SC ENH    BRA LL VRCD
                       BIKI LACE AS                             47.59
    0830   001998  209   1730  12   0000 DIV 009 009 009
                       SCREWDRIVER   SCRWDRVR      SNIPS         24.87

MILLETT 01178

  
```
                    SEARS ITEMIZATION REPORT (TSYS)          PAGE  50


    UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE              03/22/05

                    HD - HISTORICAL DETAIL AS OF 09/25/1998
                    =======================================
         ACCOUNT NUMBER ==> 0661101392156
         ===================================================================
          0830   001998 209    1729   12    0000 DIV 009 009 009 009 009 009
                        HAMMER         GLOVE        SCRWDRVR
                        SCRWDRVR       SNIPS        BLADES              55.79
          0907   001008 040    8785   12    0000 DIV 040 040 040 040 040 029
                        SOCK           SOCK         ZIPHOOD
                        PANT           PANT         POLO
                        PANT                                            83.27
          0921   001008 029    6592   12    0000 DIV 029 029
                        SOCK           SOCK                              2.02

             **FINANCE CHARGE ON AVG DAILY BALANCE OF      $1507.36     26.92

      CURRENT BALANCE:        1667.37   DELAYED SALES:            .00
      NEW BALANCE   :         1667.37

                    HD - HISTORICAL DETAIL AS OF 08/25/1998
                    =======================================
         ACCOUNT NUMBER ==> 0661101392156
         ===================================================================
      ABUNDIO CUAUTLE                 ACCT TYP:      STATUS:
      NOW DUE :          .00   SCHED               NEW BAL:       840.58
      BAL LMT :        3234.00  PAYMT:        20.00  PRV BAL:     984.59
                                CASH               BALANCE
      CASH LMT:          .00   BAL  :          .00  TRN AMT:         .00
      -----------------------------------------------------------------
      < TRAN DATE  STORE#  REG#  TRAN#  TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
          0803   001998 007    8556   71    0000 DIV
                        PAYMENT - THANK YOU                           500.00CR
          0813   001008 033    8313   12    0000 DIV 045
                        COAT                                          140.73
          0814   001998 115    8364   12    0000 DIV 033 033 045 067 041
                        TIE            DRS SHRT     SLACK TAN
                        SPT COAT       BOOT                           257.62
          0815   001008 167    7476   12    0000 DIV 067
                        DRESS SHOE                                     64.95
          0815   001008 274    2315   12    0000 DIV 074
                        1.7OZ COL SP                                   20.03
          0815   001008 033    8367   81    0000 DIV
                        DEPT 045
                        CREDIT - RETURN                              140.73CR

             **FINANCE CHARGE ON AVG DAILY BALANCE OF       $750.09     13.39

      CURRENT BALANCE:         840.58   DELAYED SALES:         586.33
      NEW BALANCE   :         1426.91
```

MILLETT 01179

SEARS ITEMIZATION REPORT (TSYS)          PAGE   51

UNIT/DEPT WD CL   WD028F   REQUESTED BY WILSON, JULIE                    03/22/05

                HD - HISTORICAL DETAIL AS OF 07/25/1998
                =======================================
     ACCOUNT NUMBER ==> 0661101392156
 =======================================================================
 ABUNDIO CUAUTLE                       ACCT TYP:      STATUS:
 NOW DUE :              .00   SCHED                   NEW BAL:       984.59
 BAL LMT :          2898.00   PAYMT:         24.00    PRV BAL:      1285.75
                             CASH                    BALANCE
     CASH LMT:          .00   BAL  :          .00     TRN AMT:          .00
 ------------------------------------------------------------------------
 < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
     0627   001008  207   0967   12   0000 DIV 029 007 029 075 075
              SHORTACTVWR    TANK          WMNS KNT TOP
              TIGHT          BOOTIE        TIGHT
              TIGHT          SOCK          COLONGE SP              81.79
     0627   001008  207   0968   71   0000 DIV
              PAYMENT - THANK YOU                                400.00CR

     **FINANCE CHARGE ON AVG DAILY BALANCE OF        $988.75       17.05

 CURRENT BALANCE:         984.59   DELAYED SALES:         586.33
 NEW BALANCE    :        1570.92

                HD - HISTORICAL DETAIL AS OF 06/25/1998
                =======================================
     ACCOUNT NUMBER ==> 0661101392156
 =======================================================================
 ABUNDIO CUAUTLE                       ACCT TYP:      STATUS:
 NOW DUE :              .00   SCHED                   NEW BAL:      1285.75
 BAL LMT :          2898.00   PAYMT:         31.00    PRV BAL:      1176.90
                             CASH                    BALANCE
     CASH LMT:          .00   BAL  :          .00     TRN AMT:          .00
 ------------------------------------------------------------------------
 < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
     0526   001008  207   5540   12   0000 DIV 007 002 007 002 007
              BLOUSE         TANK          TUNIC
              WRAP           SKIRT                                109.33
     0528   001008  040   8925   71   0000 DIV
              PAYMENT - THANK YOU                                100.00CR
     0528   070427  SHOW  0000   11   0000 DIV 106
              3201284        UNIT 855      SEARS
              SHOP AT HOME   SHOWPLACE     CATALOG
              FOR INQUIRY    CALL          800 291-5577           45.96
     0611   001008  033   2499   12   0000 DIV 033
              WALLET                                               12.67
     0611   001008  544   3894   12   0000 DIV 508 508
              PRECIOUS METALS                                      18.36

     **FINANCE CHARGE ON AVG DAILY BALANCE OF       $1247.91       22.53

 CURRENT BALANCE:        1285.75   DELAYED SALES:         586.33
 NEW BALANCE    :        1872.08

MILLETT 01180

```
                        SEARS ITEMIZATION REPORT (TSYS)           PAGE  52


    UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

                  HD - HISTORICAL DETAIL AS OF 05/25/1998
                  =======================================
      ACCOUNT NUMBER ==> 0661101392156
    =======================================================================
      ABUNDIO CUAUTLE                     ACCT TYP:    STATUS:
      NOW DUE :            .00  SCHED                  NEW BAL:      1176.90
      BAL LMT :          2898.00  PAYMT:        28.00  PRV BAL:       738.61
                                CASH                   BALANCE
      CASH LMT:            .00  BAL  :          .00    TRN AMT:         .00
    ---------------------------------------------------------------------
    < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
        0515    001008  041   5168   12   0000 DIV 007 031
                WRAP          PANTSUIT                                      82.26
        0524    001998  015   9970   12   0000 DIV 029 033 033 033 040
                SUNDRESS      KENT CLASSIC  PANT
                PANT          SHOE                                          99.10
        0524    001998  315   6994   12   0000 DIV 009 009 009
                NAIL BAG      BELT          SCREWDRVR ST                    32.98
        0524    001998  315   6993   12   0000 DIV 067 009 009 009
                NAIL BAG      BELT          SCREWDRVR ST
                BOOT                                                       106.59
        0524    001998  501   7958   12   0000 DIV 096 096
                REACT                                                       32.45
        0520    070427  SHOW  0000   11   0000 DIV 106
                3201284       UNIT 855      SEARS
                SHOP AT HOME  SHOWPLACE     CATALOG
                FOR INQUIRY   CALL          800 291-5577                    70.96

          **FINANCE CHARGE ON AVG DAILY BALANCE OF      $786.89            13.95

    CURRENT BALANCE:          1176.90   DELAYED SALES:       586.33
    NEW BALANCE     :         1763.23

                  HD - HISTORICAL DETAIL AS OF 04/25/1998
                  =======================================
      ACCOUNT NUMBER ==> 0661101392156
    =======================================================================
      ABUNDIO CUAUTLE                     ACCT TYP:    STATUS:
      NOW DUE :            .00  SCHED                  NEW BAL:       738.61
      BAL LMT :          2898.00  PAYMT:        19.00  PRV BAL:       938.14
                                CASH                   BALANCE
      CASH LMT:            .00  BAL  :          .00    TRN AMT:         .00
    ---------------------------------------------------------------------
    < TRAN DATE  STORE#  REG#  TRAN#   TC   PROC  TRANSACTION DESCRIPTION   AMOUNT
        0401    001008  029   3907   12   0000 DIV 029 088
                TIGHTS        HANDBAG                                       24.62
        0401    001008  218   9662   12   0000 DIV 018
                BRIEF         BIKINI        HI-LEG
                HI-LEG        BRA DEMI      BRA PAD
                DRESS         DRESS                                         97.85
        0418    001008  002   2338   12   0000 DIV 002 029 029
                PANT          SOCK          LACE TIGHT                      24.66
        0418    001008  201   8258   12   0000 DIV 057 009
                LANTERN CMBO  MAGNAAJ3240                                   21.59
```

MILLETT 01181

SEARS ITEMIZATION REPORT (TSYS)        PAGE  53

UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE            03/22/05

HD - HISTORICAL DETAIL AS OF 04/25/1998
=======================================
ACCOUNT NUMBER ==> 0661101392156
=======================================================================
```
    0425   001008 031   9116   12     0000 DIV 016 007
                  SKIRT         WMNS BLSE                             42.75
    0425   001008 067   6415   12     0000 DIV 036
                  SHOE                                                37.88
    0425   001008 144   3508   12     0000 DIV 044
                  PENDT DIA                                           32.46
    0425   001008 067   6416   71     0000 DIV
                  PAYMENT - THANK YOU                              500.00CR
```

      **FINANCE CHARGE ON AVG DAILY BALANCE OF        $1043.40        18.66

CURRENT BALANCE:         738.61   DELAYED SALES:          586.33
NEW BALANCE    :        1324.94

HD - HISTORICAL DETAIL AS OF 03/25/1998
=======================================
ACCOUNT NUMBER ==> 0661101392156
=======================================================================
```
ABUNDIO CUAUTLE                    ACCT TYP:     STATUS:
NOW DUE :           .00   SCHED                  NEW BAL:          938.14
BAL LMT :       2898.00   PAYMT:         23.00   PRV BAL:         1196.19
                          CASH                   BALANCE
CASH LMT:           .00   BAL  :           .00   TRN AMT:             .00
```
-----------------------------------------------------------------------
```
< TRAN DATE  STORE#  REG#  TRAN#   TC    PROC  TRANSACTION DESCRIPTION   AMOUNT
    0226   008727 395   8403   12     0000 DIV 193
                  MAINTENANCE AGREEMENTS                              79.99
    0306   001189 315   7342   12     0000 DIV 067 029
                  CARDIGAN      CASUAL SHOE                           65.01
    0307   001008 108   8076   12     0000 DIV 008
                  STEAK SET                                           27.05
    0312   001008 129   9735   12     0000 DIV 029 029 029 029 029
                  BRIEF         SOCK          2PK SOCK DRK             6.34
    0313   060415 1008  0001   12     0000 DIV 519
                  PORTRAIT STUDIO                                     45.42
    0312   001008 129   9736   71     0000 DIV
                  PAYMENT - THANK YOU                              500.00CR
```

      **FINANCE CHARGE ON AVG DAILY BALANCE OF        $1125.09        18.14

CURRENT BALANCE:         938.14   DELAYED SALES:          586.33
NEW BALANCE    :        1524.47

MILLETT 01182

SEARS ITEMIZATION REPORT (TSYS)          PAGE  54


UNIT/DEPT WD CL  WD028F  REQUESTED BY WILSON, JULIE                03/22/05

          HD - HISTORICAL DETAIL AS OF 02/25/1998
          =======================================
  ACCOUNT NUMBER ==> 0661101392156
=========================================================================
  *** NO TRANSACTIONS OR BALANCE FOR THIS STATEMENT ***

MILLETT 01183