IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT and MELODY J. MILLETT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUELINK INC., a Trans Union Company,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-599-SLR<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 12th day of December, 2007, having reviewed plaintiffs' motion for an order directing non-party TransUnion, LLC, the parent company of defendant, to provide certain credit information relating to plaintiff Steven G. Millett, as well as the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 121) is **denied**, as plaintiffs have not demonstrated that the court has jurisdiction over the above identified non-party.

_____
United States District Judge