IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT,<br>On Behalf Of Themselves and<br>All Others Similarly Situated,<br>      Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>a Trans Union Company,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No.: 05-599-SLR<br>)<br>) CLASS ACTION<br>)<br>) |

## MOTION FOR CONTINUANCE

Plaintiffs Steven G. Millett and Melody J. Millett (APlaintiffs@), for their Motion for Continuance, state as follows:

1. Plaintiffs filed their Motion for Class Certification in this action on August 10, 2007. This Court has not yet ruled on that Motion.

2. On September 10, 2007, Plaintiffs filed their appeal from an order denying their attempt to intervene in the action designated <u>Townes v. Transunion LLC, et al</u>, 1:04-cv-01488-JJF ("Townes Appeal").

3. Plaintiffs filed their initial brief in the Townes Appeal on January 16, 2008.

4. The outcome of the Townes Appeal may affect this Court's determination as to certification in this action and, depending upon this Court's determination regarding certification, may also affect the manner in which this case is tried.

5. Trial in this action is currently set for March 24, 2008.

6. In light of the normal time line for appeals under the Federal Rules of Appellate

Procedure, and the normal course of appeals in the Third Circuit, it appears that a decision in the Townes Appeal will not be issued prior to March 24, 2008.

7. Given that the decision in the Townes Appeal bears upon the issue of certification in this action and may impact the manner of trial in this action, and given that a decision in the Townes Appeal will not be issued prior to the current trial date in this action, Plaintiffs contend that it would be appropriate for this Court to stay certification proceedings and to continue the trial date in this action until such time as the Third Circuit issues its decision in the Townes Appeal.

8. Pursuant to Local Rule 7.1.1, Plaintiffs have conferred with counsel for the opposing party regarding the matters set forth in this Motion and the parties were unable to reach agreement regarding the matters set forth in this Motion.

9. For all of the foregoing reasons, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion for Continuance and issue an Order staying certification proceedings and continuing the trial date in this action until such time as the Third Circuit issues its decision in the Townes Appeal.

Respectfully submitted,

_____
Christopher J. Curtin
DE Bar Id. No. 0226
MacElree Harvey, Ltd.
5721 Kennett Pike
Centreville, DE  19807
Phone: (302) 654-4454
Facsimile: (302) 654-4954
Email: ccurtin@macelree.com

/s/ Michael W. Blanton
Michael W. Blanton,
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100

Barry R. Grissom, Esq.
KS Bar. Id. No. 10866
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, Kansas 66212
Phone: (913) 341-6616

Bryson R. Cloon
KS Bar. Id. No. 08660
MO Bar. Id. No. 36843
Cloon Law Firm
11350 Tomahawk Creek Parkway, Suite 100
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

and

Joyce Yeager
KS Bar. Id. No. 18932
Yeager Law Firm
P.O. Box 2469
Mission, Kansas 66201
Phone: (913) 544-2535

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the above and foregoing document was filed and served via electronic transmission with the clerk of the court using the CM/ECF system on this 7th day of February 2008.

MACELREE HARVEY, LTD.

*Christopher J. Curtin*

Christopher J. Curtin
DE Bar Id. No. 0226
MacElree Harvey, Ltd.
5721 Kennett Pike
Centreville, DE 19807
Phone: (302) 654-4454
Facsimile: (302) 654-4954
Email: ccurtin@macelree.com

DATE: February 7, 2008