IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT and MELODY J. MILLETT, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TRUELINK INC., a Trans Union Company,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-599-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

At Wilmington this 7th day of February, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiffs' motion for partial summary judgment (D.I. 147) is denied.

2. Defendant's motion for partial summary judgment (D.I. 145) is granted.

3. Defendant's motions to strike (D.I. 160, 161, 180) are denied as moot.

4. Plaintiffs' motion for class certification (D.I. 124) is denied as moot.

5. Plaintiffs may file a response on or before **February 22, 2008** in which plaintiffs may dispute the court's finding that judgment should be entered in favor of defendant on the two remaining breach of contract claims. Defendant may file a responsive filing no later than **March 5, 2008**. Each party shall be limited to 15 pages. Failure of plaintiffs to comply by this deadline and with LR 5.1.1 and 7.1.3 will result in

judgment being entered in favor of defendant on all claims and the closure of the case.

*[signature]*
United States District Judge