IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT and MELODY J. MILLETT, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>TRUELINK INC., a Trans Union Company,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-599-SLR<br>)<br>)<br>)<br>)<br>) |

ORDER

At Wilmington this 12th day of February;

IT IS ORDERED that the schedule for motions in limine (February 26, 2008), the pre-trial conference (March 11, 2008), and trial (March 24, 2008) imposed by the court's order dated October 24, 2006 (D.I. 82) are vacated in view of the court's recent order (D.I. 189) setting deadlines of February 22, 2008 and March 5, 2008 for argument concerning the court's finding that summary judgment should be granted on the remaining claims.

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               /s/ Sue L. Robinson
                                                  United States District Judge