# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

JAY N. MOFFITT
302 351 9123
302 425 3002 Fax
jmoffitt@mnat.com

March 4, 2008

**VIA CM/ECF**
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

Re:   Millett v. TrueLink, Inc. C.A. No. 05-599-SLR

Dear Judge Robinson:

I write as local counsel for Defendant TrueLink, Inc., now known as Trans Union Interactive, Inc. ("TrueLink"), in the above-referenced action. Today, the parties to the action filed a Stipulation and Order (the "Order") stating that the parties have reached an agreement in principle to settle their dispute and seeking to stay all litigation activity and deadlines for 14 days from entry of the Order. The Order provides that if, at the end of the 14-day stay, the parties have not filed a stipulation of dismissal, then the deadlines for the filing of any briefs in accordance with the Court's Order dated February 7, 2008 shall be reinstated such that TrueLink may file a responsive brief to Plaintiffs' Response to Court's *Sua Sponte* Finding Regarding Summary Judgment within 3 court days after the expiration of the 14-day stay.

In sum, we respectfully request that the Court enter the Order staying all litigation activity and deadlines for 14 days in the above-referenced action to allow the parties time to finalize the details of their agreement.

Respectfully,

*/s/ Jay N. Moffitt*
Jay N. Moffitt (#4742)

cc:   Christopher J. Curtin (via CM/ECF)
      Clerk of the Court (paper courtesy copies)