### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

STEVEN G. MILLETT, MELODY J. MILLETT, )
On Behalf Of Themselves and All Others )
Similarly Situated, )
                                       )
             Plaintiffs, )
                                         )      Case No. 05-599-SLR
v. )
                                         )
TRUELINK, INC., )
A Trans Union Company, )
                                         )
            Defendant. )

## STIPULATION AND ORDER

WHEREAS, the parties to this action have reached an agreement in principle to settle their dispute and are working to negotiate the details of the agreement and to finalize the necessary formal settlement agreement documentation; and

WHEREAS, in accordance with the Court's Order dated February 7, 2008 (D.I. 189), the deadline for Defendant TrueLink, Inc.'s responsive brief regarding summary judgment on remaining breach of contract claims is March 5, 2008; and

WHEREAS, the parties would like to devote their attention and resources to preparing the necessary formal settlement agreement documentation so that this action can be dismissed, rather than undergo the expense of continuing to litigate against each other;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all litigation activity and deadlines are stayed for 14 days from entry of this Order. At the conclusion of that 14-day period, if a stipulation of dismissal has not been filed, deadlines for the filing of any briefs in accordance with the Court's February 7, 2008 Order shall be reinstated

such that Defendant TrueLink, Inc. may file a responsive brief within 3 court days after expiration of the 14-day period.

| MACELREE HARVEY, LTD. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Christopher J. Curtin*<br>Christopher J. Curtin (#226)<br>5721 Kennett Pike<br>Centreville, DE 19807<br>(302) 654-4454<br>ccurtin@macelree.com<br>*Attorneys for Plaintiffs* | */s/ Jay N. Moffitt*<br>William M. Lafferty (#2755)<br>Jay N. Moffitt (#4742)<br>Morris Nichols Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE  19801<br>(302) 658-9200<br>jmoffitt@mnat.com<br>*Attorneys for Defendant* |

SO ORDERED this __ day of _____, 2008.


_____
United States District Court Judge