# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jay N. Moffitt
302 351 9123
302 425 3002 Fax
jmoffitt@mnat.com

March 26, 2008

**VIA CM/ECF**
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

Re:   Millett v. TrueLink, Inc., C.A. No. 05-599-SLR

Dear Judge Robinson:

I write as local counsel for Defendant TrueLink, Inc., now known as Trans Union Interactive, Inc. ("TrueLink"), in the above-referenced action. As Your Honor is aware, TrueLink was to file a responsive brief to Plaintiffs' Response to Court's *Sua Sponte* Finding Regarding Summary Judgment on or before March 25, 2008. TrueLink did not file a responsive brief because the parties have agreed on a final settlement agreement and are in the process of having it executed. We anticipate filing appropriate papers in the near future dismissing this action consistent with the terms of the parties' settlement.

Respectfully,

Jay N. Moffitt (#4742)

cc:   Christopher J. Curtin (via CM/ECF)
      Clerk of the Court (paper courtesy copies)