IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY G. MILLETT, On Behalf Of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>A TransUnion Company,<br><br>Defendant. | Case No. 05-599-SLR |

**ORDER**

**Whereas:** Plaintiff filed a motion seeking information contained in the defendant's files pertaining to the use of Plaintiff's social security number by others, and

**Whereas:** The motion is not opposed;

**It Is Hereby Ordered:**

Defendants shall forthwith produce to Plaintiffs' counsel the following information:

1) The name and address of each entity identified on the credit file as the credit grantor for an account listed on the credit file using the social security number issued to Steven Millett;

2) The account number of each such account listed on the file; and

3) The name and address of each entity identified on the credit file as having requested the credit file.

_____
Robinson, J.