IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY G. MILLETT,<br>On Behalf Of Themselves and All Others<br>Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>A TransUnion Company,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 05-599-SLR<br>)<br>)<br>)<br>)<br>) |

## REVISED UNOPPOSED MOTION FOR COURT ORDER

Plaintiffs Steven and Melody Millett, by and through counsel of record, file this unopposed motion for an Order from the Court directing TransUnion LLC to provide the Plaintiffs with the following information from the credit file in TransUnion LLC's data base of Abundio Cuautle (a/k/a Abundio Perez) which has a Social Security number that is the same as Steven Millett's Social Security number:

1) the name and address of each entity identified on the credit file as the credit grantor for an account appearing in the credit file;

2) the account number of each such account listed on the file; and

3) the name and address of each entity identified on the credit file as having requested the credit file.

In support thereof, Plaintiffs state as follows:

1. Defendant and TransUnion LLC do not oppose this Motion.

2. Plaintiffs require this information in order to close any credit files, suppressed or reported, which are or were fraudulently opened or reported utilizing the Social Security number issued to Plaintiff Steven G. Millett ("Steven Millett").

3. Plaintiff Steven Millett was issued a Social Security number by the Social Security Administration.

4. Plaintiff Steven Millett previously filed, for inspection in camera by the Court, an affidavit which sets out his Social Security number and provides a form of identification and photographic identification (hereinafter "Affidavit"). This information was provided to the Court for in camera review in order to protect the private information of Steven Millett pursuant to the Federal Rules of Civil Procedure and local rules. DI 121.

5. Steven Millett is the known victim of identity theft. See Steven G. Millett Affidavit. The information about the known use of his Social Security number is necessary so that all accounts opened with his personal identification information can be closed.

This Court has authority to enter such an Order pursuant to 15 U.S.C. 1681a and 15 U.S.C. 1681b. See also In re Grand Jury Proceedings, 503 F.Supp. 9, 12 (D.C.N.J., 1980). "The production of credit reports pursuant to court order was obviously listed as permitted conduct because such material may be relevant evidence in all manner of court proceedings. Congress had no intention to invade the judicial sphere. It is of some significance that the other permitted uses listed by s 1681b are all related to the normal and ordinary uses for which credit reports are prepared. The judicial use may be for

entirely different purposes, and more likely is for different purposes." Id.

Wherefore, Plaintiffs request an Order from the Court directing TransUnion LLC to provide the information set forth in this Motion.

**Respectfully submitted,**
MacElree Harvey, Ltd.
/s/ Christopher J. Curtin
Christopher J. Curtin, Esquire
MacElree Harvey, Ltd.
5721 Kennett Pike
Centreville, DE 19807
302.654.4454
Facsimile 302.654.4954
Electronic Mail: ccurtin@macelree.com

Barry R. Grissom, Esq., *pro hac vice*
KS Bar. Id. No. 10866
10990 Quivira, Ste. 200
Overland Park, Kansas 66210
Phone: (913) 341-6616

Bryson R. Cloon, *pro hac vice*
KS Bar. Id. No. 08660, MO Bar. Id. No. 36843
Cloon Law Firm
11150 Overbrook Road
Leawood, KS 66211
Phone: (913) 661-9600
Facsimile: (913) 661-9614

Yeager Law Firm
B. Joyce Yeager, *pro hac vice*
KS Bar No. 18932, MO Bar No. 46013
P.O. Box 2469
Mission, KS 66201-2469

Michael W. Blanton, *pro hac vice*
MO Bar. Id. No. 46490
Swanson Midgley, LLC
2420 Pershing Road, Ste. 400
Kansas City, Missouri 64108
Phone: (816) 842-6100
**COUNSEL FOR PLAINTIFFS**