IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT, MELODY G. MILLETT, On Behalf Of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUELINK, INC., A TransUnion Company, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No. 05-599-SLR ) ) ) ) ) ) |

## ORDER

**Whereas:** Plaintiffs Steven and Melody Millett, by and through counsel of record, filed an unopposed motion for an Order from the Court directing TransUnion LLC to provide the Plaintiffs with the following information from the credit file in TransUnion LLC's data base of Abundio Cuautle (a/k/a Abundio Perez) which has a Social Security number that is the same as Steven Millett's Social Security number:

1) the name and address of each entity identified on the credit file as the credit grantor for an account appearing in the credit file;

2) the account number of each such account listed on the file; and

3) the name and address of each entity identified on the credit file as having requested the credit file.

, and

**Whereas:** The motion is not opposed;

**It Is Hereby Ordered:**

TransUnion LLC is directed to provide the Plaintiffs with the following information from the credit file in TransUnion LLC's data base of Abundio Cuautle (a/k/a Abundio Perez) which has a Social Security number that is the same as Steven Millett's Social Security number:

1. the name and address of each entity identified on the credit file as the credit grantor for an account appearing in the credit file;

2. the account number of each such account listed on the file; and

3. the name and address of each entity identified on the credit file as having requested the credit file.

_____ 5/22/08
Robinson, J.