IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN G. MILLETT,<br>MELODY J. MILLETT,<br>On Behalf Of Themselves and<br>All Others Similarly Situated,<br>                    Plaintiffs,<br><br>v.<br><br>TRUELINK, INC.,<br>a Trans Union Company,<br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No.: 05-599-SLR<br>)<br>)   CLASS ACTION<br>)<br>) |

**STIPULATION AND ORDER FOR DISMISSAL OF
<u>PLAINTIFFS' CLAIMS AGAINST DEFENDANT</u>**

WHEREAS, on September 20, 2006, Plaintiffs Steven G. Millett and Melody J. Millett ("Plaintiffs") filed their Fourth Amended Complaint in this action, asserting claims against Defendant, TransUnion Interactive, Inc. (formerly known as Truelink, Inc.);

WHEREAS, by Order dated February 7, 2008, this Court entered summary judgment for Defendant on certain of the claims asserted by Plaintiffs in the Fourth Amended Complaint;

WHEREAS, Plaintiffs and Defendant have entered into a settlement agreement by which, <u>inter alia</u>, Plaintiffs release all claims that were or which could have been asserted by Plaintiffs in this action;

WHEREAS, Plaintiffs and Defendant have agreed that the dismissal of Plaintiffs' individual claims will be with prejudice and that the dismissal of the claims that Plaintiffs have brought on behalf of the putative class will be dismissed without prejudice; and

WHEREAS, Plaintiffs and Defendant have agreed that all parties shall be responsible for their own costs, including attorneys' fees, in this action.

THEREFORE, IT IS STIPULATED pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that any and all individual claims of Plaintiffs are hereby dismissed with prejudice.

| | |
|---|---|
| **MACELREE HARVEY, LTD.** | **MORRIS, NICHOLS ARSHT & TUNNELL LLP** |
| /s/ Christopher J. Curtin | /s/ William M. Lafferty |
| DE Bar ID No.: 226 | William M. Lafferty |
| 5721 Kennett Pike | DE Bar ID No.: 2755 |
| Centreville, DE 19807 | Jay N. Moffitt |
| (302) 654-4454 | DE Bar ID No.: 4742 |
| ccurtin@macelree.com | Morris Nichols Arsht & Tunnell LLP |
| *Attorneys for Plaintiffs* | 1201 N. Market Street |
| | Wilmington, DE 19801 |
| | (302) 658-9200 |
| | wmlafferty@mnat.com |
| | *Attorneys for Defendants* |

SO ORDERED this ___ day of _____, 2008.

_____
United States District Court Judge